**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Kimberly Hudson-Bryant v.<br><br>v.<br><br>OCMBC Inc.<br><br>PLAINTIFF(S)<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>SACV 24-00067-FWS (JDEx)<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS |

In accordance with the Notice to Filer of Deficiencies in Filed Documents

**REGARDING:**

| 7/10/2024 | 29 | Notice of Appearance or Withdrawal |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

Docket text and document conflict; re name of party;

Midland Credit Managemetn, Inc. and Midland Funding LLC is not parties to this action.

Counsel shall refer to the Notices to Filer of Deficiencies in Electronically Filed Document (Dkt. 30) and promptly file completed and correct document.

Dated: 7/12/2024        By: _____
                        U.S. District Judge / U.S. Magistrate Judge