dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021
Attorney for Plaintiff and Putative Class

*Attorney for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br> v. <br><br> OCMBC, INC. D/B/A LOANSTREAM, <br><br> *Defendant* | Case No. 8:24-cv-67-FWS-JDE <br><br> **NOTICE OF LODGING** |

The Plaintiff hereby files the attached (Proposed) Order on the Motion to Amend. The proposed order was inadvertently omitted from the underlying document.

Dated: August 14, 2024

By: */s/ Anthony Paronich*
Anthony I. Paronich (admitted *pro hac vice*) (MA 678437)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Attorney for Plaintiff and the Proposed Class*

-2-

Case No. 8:24-cv-67-FWS-JDE