dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021
Attorney for Plaintiff and Putative Class

*Attorney for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>OCMBC, INC. D/B/A LOANSTREAM,<br><br>*Defendant* | Case No. 8:24-cv-67-FWS-JDE<br><br>**PROPOSED ORDER GRANTING MOTION TO AMEND** |

AND NOW, this _____ day of _____, 2024, it is hereby ORDERED that the Plaintiff's Motion to Amend is GRANTED. The Proposed Amended Complaint filed in ECF No. 33-1 shall be the operative Complaint.

*BY THE COURT:*

_____
J.