# UNITED STATES DISTRICT COURT
for the
Central District of California

**KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated**

*Plaintiff*

v.

**OCMBC, INC. D/B/A LOANSTREAM**

*Defendant*

) 
) 
) 
) 
) 
) Civil Action No. 8:24-cv-67-FWS-JDE
) 
) 
) 
) 

## AFFIDAVIT OF SERVICE

I, Kelly Ralph, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Sean Roberts in Orange County, CA on September 21, 2024 at 4:10 pm at 1812 Port Abbey Place, Newport Beach, CA 92660 by personal service by handing the following documents to an individual identified as Sean Roberts.

Complaint

Additional Description:
A young gal answered the door and I asked for Mr. Robert's and she went to the back of the home and Sean Robert's came to the door, I asked him to confirm his identity and he politely accepted service.

White Male, est. age Unknown, glasses: N, Brown hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.6263075085,-117.8577077517
Photograph: See Exhibit 1


Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

__Orange County_____,

__CA_____ on __9/26/2024_____.

/s/ *Kelly Ralph*
_____
Kelly Ralph - +1 (714) 322-2166
Registration No.: PSC 6321
Registration County: Orange County, CA



