dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021

Attorney for Plaintiff and Putative Class

THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant,
OCMBC, INC., dba LOANSTREAM MORTGAGE

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>v.<br><br>OCMBC, INC. D/B/A LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS<br><br>   *Defendants* | Case No. 8:24-cv-67-FWS-JDE<br><br>**[PROPOSED] ORDER VACATING SCHEDULING ORDER** |

Based on the Parties' Joint Motion and Stipulation to Vacate Scheduling Order, filed with this Court on October 4, 2024, and for good cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DEGREED on this _____ day of _____, 2024, that the Parties' joint stipulation and motion is **GRANTED** as follows:

1. The current scheduling order in this matter (ECF No. 28) is VACATED;
2. A new scheduling conference shall be set for _____, at _____, following the formal appearances of Defendants Premier Financial Marketing LLC and Sean Roberts in this matter.

**IT IS SO ORDERED.**

*BY THE COURT:*

_____
*Hon. Fred W. Slaughter,* J.