| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Sean Roberts <br> 1812 Port Abbey Pl. <br> Newport Beach, CA 92660 <br> 949-514-1847 | FILED <br> 2024 OCT 11 AM 11:12 <br> CLERK U.S. DISTRICT COURT <br> CENTRAL DIST. OF CALIF <br> SANTA ANA <br> BY PD |
| ATTORNEY(S) FOR: | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Kimberly Hudson - Bryant <br> Plaintiff(s), <br> v. <br> Sean Roberts, et al <br> Defendant(s) | CASE NUMBER: <br> 8:24-cv-67-FWS-JDE <br> CERTIFICATION AND NOTICE OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Sean Roberts
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Sean Roberts | Defendant |
| Premier Financial | Defendant |
| OCMBC | Defendant |

10-11-2024          Sec Roberts
Date               Signature

Attorney of record for (or name of party appearing in pro per):

Sean Roberts

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES