FILED

1  Sean Roberts (Full Name)
2  newportroberts@hotmail.com (Email Address)
3  1513 Port Abbey Pl. (Address Line 1)
4  Newport Beach, CA 92660 (Address Line 2)
5  949-514-1047 (Phone Number)
6  Sean Roberts in Pro Per
   (indicate Plaintiff or ~~Defendant~~)

2024 OCT 11 AM 11: 12

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA

BY PD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Kimberly Hudson-Bryant,

Plaintiff,

vs.

OCHBC

Premier Financial

Sean Roberts

Defendant(s).

Case No.: 8:24-cv-67-FWS-JDE

**PROOF OF SERVICE BY MAIL**

I, Sean Roberts, declare as follows:
(name of person serving documents)

My address is 1513 Port Abbey Pl. Newport Beach, CA, which is located in the county where the mailing described below took place.

*Revised: August 2011*
*Form Prepared by Public Counsel.*
*© 2011 Public Counsel. All rights reserved.*

1
Proof of Service by Mail

On 9/29/2024, I served the document(s) described as:

Summon in a Civil Complaint
(list the names of the documents you are mailing)

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in Newport Beach, (city and state of mailing) addressed to:

Sean Roberts (name)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/11/24 (date) at Santa Ana, CA (city and state of signing)

_Sec Robert_ (sign)

Sean Roberts (print name)

4850-9234-4859, v. 3