THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant,
OCMBC, INC., dba LOANSTREAM MORTGAGE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCMBC, INC., dba LOANSTREAM,<br><br>Defendant. | Case No. 8:24-cv-00067-FWS-JDE<br><br>**DEFENDANT'S REQUESTS FOR TELEPHONIC APPEARANCE AT THE OCTOBER 31, 2024 HEARING ON THE JOINT MOTION TO VACATE SCHEDULING ORDER AND DECLARATION IN SUPPORT THEREOF**<br><br>Judge: Fred W. Slaughter<br><br>Magistrate Judge: John D. Early<br><br>Date of Conference:<br>October 31, 2024 at 9:00 a.m. |

Defendant, OCMBC, Inc. dba LoanStream Mortgage ("Defendant") hereby requests to be permitted to appear telephonically at the October 31, 2024 hearing on the Joint Motion to Vacate Scheduling Order ("Hearing") in this matter. Counsel for OCMBC makes this request based on the following:

1. Pursuant to the Court's order [Dkt. #41], Defendant and Plaintiff Kimberly Hudson-Bryant ("Plaintiff" collectively the "Parties") will provide the Court with a revised Joint Rule 26(f) Report and Schedule of Pretrial and Trial Dates Worksheet before 12:00 p.m. on October 24, 2024, which will clearly outline the Parties' positions and requested Pretrial and Trial Dates.

2. Defendant's counsel is located in San Diego, California. It will cost considerable time and expense for Defendant's counsel to attend the Court's Hearing in-person, therefore, Defendant requests permission to appear telephonically.

DATED: October 23, 2024     SOLOMON WARD SEIDENWURM & SMITH, LLP

By: */s/ Thomas F. Landers*
THOMAS F. LANDERS
Attorneys for Defendant,
OCMBC, INC., dba LOANSTREAM MORTGAGE

# DECLARATION OF THOMAS F. LANDERS

I, Thomas F. Landers, declare:

1. I am an attorney at law licensed to practice before this Court and am a partner with Solomon Ward Seidenwurm & Smith, LLP, counsel for Defendant, OCMBC, Inc. dba LoanStream Mortgage ("Defendant") in this action. I will be Defendant's lead trial attorney in this matter. I submit this declaration in support of OCMBC's Request for Telephonic Appearance at the October 31, 2024 hearing on the Joint Motion to Vacation Scheduling Order.

2. The Parties will provide the Court with a revised Joint Rule 26(f) Report and Schedule of Pretrial and Trial Dates Worksheet before 12:00 p.m. on October 24, 2024.

3. My offices are exclusively located in San Diego, California. It will cost considerable time and expense for an attorney from my office to attend the Court's hearing in-person on behalf.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on October 23, 2024, at San Diego, California.

　　　　　　　　　　　　　　　　　　　　/s/ *Thomas F. Landers*
　　　　　　　　　　　　　　　　　　　　Thomas F. Landers

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of October, 2024, I electronically filed the foregoing **DEFENDANT'S REQUESTS FOR TELEPHONIC APPEARANCE AT THE OCTOBER 31, 2024 HEARING ON THE JOINT MOTION TO VACATE SCHEDULING ORDER AND DECLARATION IN SUPPORT THEREOF** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Dana Oliver<br>OLIVER LAW CENTER, INC.<br>dana@danaoliverlaw.com | Counsel for Plaintiff |
| Anthony I. Paronich<br>PARONICH LAW PC<br>anthony@paronichlaw.com | Pro Hac Vice Counsel for Plaintiff |
| Andrew R Perrong<br>PERRONG LAW LLC<br>a@parronglaw.com | Pro Hac Vice Counsel for Plaintiff |

I also certify the document and a copy of the Notice of Electronic Filing was served via U.S. Mail on the following non-CM/ECF participants:

| | |
|---|---|
| Sean Roberts<br>1812 Port Abbey Pl<br>Newport Beach, CA  92660 | Defendant in Pro Se |

                                           */s/ Woody Doolittle*
                                           Woody Doolittle