_____
## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.: SACV 24-00067-FWS (JDEx)                               Date: October 24, 2024
Title: Kimberly Hudson-Bryant v. OCMBC Inc.

_____

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:**   REVISED SCHEDULING ORDER

ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION AND STIPULATION TO VACATE SCHEDULING ORDER [40], VACATING HEARING ON JOINT MOTION, AND DENYING AS MOOT REQUEST FOR TELEPHONIC APPEARANCE [46]

On October 4, 2024, the parties filed a Joint Motion and Stipulation to Vacate Scheduling Order.  (Dkt. 40 ("Motion").)  After receiving the Motion, the court set an in-person hearing on the Motion and ordered the parties "to collaborate and file a revised Joint Rule 26(f) Report and attached Schedule of Pretrial and Trial Dates Worksheet, that indicates the dates/deadlines requested by the respective parties."  (Dkt. 41.)  In compliance with the court's order, the parties filed a Joint Revised Rule 26(f) Report.  (Dkt. 47.)  After reviewing the files and records in this case, including the Joint Revised 26(f) Report, the Motion is now **GRANTED IN PART AND DENIED IN PART**, as the court vacates all prior dates and, pursuant to Federal Rule of Civil Procedure 26(f), issues the following revised scheduling order.

| Check one: [x] Jury Trial  or  [ ] Bench Trial **[Tuesday at 8:00 a.m.]** | **11/18/2025** |
|---|---|
| *Parties' Estimated* Trial Length | **5 days** |
| Final Pretrial Conference & Hearing on Motions in Limine **[Thursday at 8:30 a.m.]** | **11/6/2025** |
| Last Date to File Motion for Class Certification | **5/22/2025** |
| Last Date to File Opposition to Motion for Class Certification | **6/19/2025** |
| Last Date to File Reply to Motion for Class Certification | **7/3/2025** |
| Hearing on Motion for Class Certification | **7/24/2025** |

_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: SACV 24-00067-FWS (JDEx)    Date: October 24, 2024
Title: Kimberly Hudson-Bryant v. OCMBC Inc.

| | |
|---|---|
| **[Thursday at 10:00 a.m.]** | |
| Last Date to Hear Motion to Amend Pleadings /Add Parties **[Thursday]** | **N/A** |
| Non-Expert Discovery Cut-Off **(no later than deadline for filing dispositive motions)** | **5/12/2025** |
| Expert Disclosure (Initial) | **5/28/2025** |
| Expert Disclosure (Rebuttal) | **6/11/2025** |
| Expert Discovery Cut-Off | **6/15/2025** |
| Last Date to **Hear** Motions **[Thursday]**<br>• Motion for Summary Judgment due at least 6 weeks before hearing<br>• All other motions due at least 4 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | **9/4/2025** |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>    [ ] 1. Magistrate Judge<br>    [ ] 2. Court's Mediation Panel<br>    [x] 3. Private Mediation | **9/16/2025** |
| **Trial Filings (first round)**<br>• Motions in Limine with Proposed Orders<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact & Conclusions of Law [L.R. 52] (bench trial only)<br>  Declarations containing Direct Testimony, if ordered (bench trial only) | **10/23/2025** |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | **10/30/2025** |

    The court finds this matter appropriate for resolution without oral argument. *See* Fed. R. Civ. P. 78(b) ("By rule or order, the court may provide for submitting and determining motions on briefs, without oral hearings."); C.D. Cal. L.R. 7-15 (authorizing courts to "dispense with oral

___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.: SACV 24-00067-FWS (JDEx) | Date: October 24, 2024 |
| Title: Kimberly Hudson-Bryant v. OCMBC Inc. | |

argument on any motion except where an oral hearing is required by statute"). Accordingly, the hearing on the Motion set for October 31, 2024, is **VACATED** and off calendar. Because the court vacates the October 31, 2024 Motion hearing, Defendant's Request for Telephonic Appearance at the October 31, 2024, Motion hearing (Dkt. 46) is **DENIED AS MOOT.**

**cc: ADR**                                                                 Initials of Deputy Clerk: mku