THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
ADAM R. SCOTT [SBN 333706]
ascott@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant,
OCMBC, INC. dba
LOANSTREAM MORTGAGE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCMBC, INC. dba LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS<br><br>Defendants. | Case No. 8:24-cv-00067-FWS-JDE<br><br>**JOINT MOTION AND STIPULATION TO CONTINUE CASE DEADLINES**<br><br>Judge:          Hon. Fred W. Slaughter<br>Magistrate:  Hon. John D. Early<br>Action Filed: January 11, 2024<br>Trial Date:    TBD |

Pursuant to Local Rules 7-1 and 7-3, and Section VIII of the Court's Civil Standing Order, Plaintiff Kimberly Hudson-Bryant ("Plaintiff") and Defendants OCMBC, Inc. d/b/a LoanStream ("LoanStream") and Sean Roberts ("Roberts") (collectively, "Defendants") (together with Plaintiff, the "Parties") hereby stipulate and agree as follows:

WHEREAS, the Court issued a revised scheduling order under Federal Rule of Civil Procedure 26(f) on October 24, 2024 ("Scheduling Order"), which imposed, among other things, a non-expert discovery cut-off of May 12, 2025. (ECF No. 48).

WHEREAS, the Parties have engaged in substantial written and oral discovery since the Court issued the Scheduling Order, but recent, unforeseen scheduling and health-related issues involving a key percipient witness and LoanStream's 30(b)(6) witness prevent the completion of discovery pursuant to the Scheduling Order, which in turn prevents compliance with the class certification and expert discovery deadlines.

WHEREAS, the Parties now jointly agree, stipulate, and request that the Court vacate and continue all deadlines in the Scheduling Order by approximately 60 days, as proposed below or as otherwise convenient for the Court.

WHEREAS, the Parties previously requested a prior extension to allow additional time to address the new claims asserted in Plaintiff's first amended complaint. (*See* ECF No. 40).

WHEREAS, the Parties have exercised due diligence to date and believe good cause exists to modify the Scheduling Order for at least the reasons outlined herein and in the accompanying declaration of Thomas F. Landers, filed concurrently herewith.

/ / /

/ / /

/ / /

/ / /

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AGREE and request that the Court extend all future deadlines in this case as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Start of Jury Trial | 11/18/25 | 01/26/26 |
| Final Pretrial Conference/Hearing on Motions in Limine | 11/06/25 | 01/15/26 |
| L/D to File Motion for Class Certification | 05/22/25 | 07/21/25 |
| L/D to File Opposition to Class Certification | 06/19/25 | 08/19/25 |
| L/D to File Reply to Class Certification | 07/03/25 | 09/03/25 |
| Hearing on Motion for Class Certification | 07/24/25 | 09/24/25 |
| Non-Expert Discovery Cut-Off | 05/12/25 | 07/11/25 |
| Expert Disclosure (Initial) | 05/28/25 | 07/28/25 |
| Expert Disclosure (Rebuttal) | 06/11/25 | 08/11/25 |
| Expert Discovery Cut-Off | 06/15/25 | 08/15/25 |
| Last Date to Hear Motions | 09/04/25 | 11/06/25 |
| L/D to Complete Settlement Conference | 09/16/25 | 11/20/25 |
| Trial Filings (First Round) | 10/23/25 | 12/23/25 |
| Trial Filings (Second Round) | 10/30/25 | 01/09/26 |

**IT IS SO STIPULATED**.

[Signatures on Following Page]

| | | |
|---|---|---|
| DATED: April 25, 2025 | | SOLOMON WARD SEIDENWURM & SMITH, LLP |

By:    */s/ Thomas F. Landers*
      THOMAS F. LANDERS
      Attorneys for Defendant,
      OCMBC, INC., dba
      LOANSTREAM MORTGAGE

DATED: April 25, 2025      PARONICH LAW, PC

By:    */s/ Anthony L. Paronich*
      ANTHONY L. PARONICH
      Attorneys for Plaintiff,
      KIMBERLY HUDSON-BRYANT

DATED: April 25, 2025      PERRONG LAW LLC

By:    */s/ Andrew R. Perrong*
      ANDREW R. PERRONG
      Attorneys for Plaintiff,
      KIMBERLY HUDSON-BRYANT

DATED: April 25, 2025      DEFENDANT PRO SE

By:    */s/ Sean Roberts*
      SEAN ROBERTS
      Individual Defendant

**ATTESTATION OF SIGNATURE**

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Mr. Anthony L. Paronich and Mr. Andrew R. Perrong, counsel for Plaintiff, and Mr. Sean Roberts, defendant *pro se* in this action. I further certify that I obtained authorization from Mr. Paronich, Mr. Perrong, and Mr. Roberts prior to affixing their electronic signatures to this document.

*/s/ Thomas F. Landers*
THOMAS F. LANDERS
Attorneys for Defendant,
OCMBC, INC. dba
LOANSTREAM MORTGAGE