# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCMBC, INC. dba LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS<br><br>Defendants. | Case No. 8:24-cv-00067-FWS-JDE<br><br>**[PROPOSED] ORDER RE JOINT MOTION AND STIPULATION TO CONTINUE CASE DEADLINES**<br><br>Judge:           Hon. Fred W. Slaughter<br>Magistrate:   Hon. John D. Early<br>Action Filed: January 11, 2024<br>Trial Date:    TBD |

Having considered the Parties' Joint Motion and Stipulation to Continue Case Deadlines, the Declaration of Thomas F. Landers and the information contained therein, and for the good cause shown, IT IS HEREBY ORDERED THAT the Court's prior Minute Order dated October 24, 2024 (ECF No. 48), and all dates therein, are hereby modified as follows:

| Event | Former Deadline | Updated Deadline |
|---|---|---|
| Start of Jury Trial | 11/18/25 | 01/26/26 |
| Final Pretrial Conference/Hearing on Motions in Limine | 11/06/25 | 01/15/26 |
| L/D to File Motion for Class Certification | 05/22/25 | 07/21/25 |
| L/D to File Opposition to Class Certification | 06/19/25 | 08/19/25 |
| L/D to File Reply to Class Certification | 07/03/25 | 09/03/25 |
| Hearing on Motion for Class Certification | 07/24/25 | 09/24/25 |
| Non-Expert Discovery Cut-Off | 05/12/25 | 07/11/25 |
| Expert Disclosure (Initial) | 05/28/25 | 07/28/25 |
| Expert Disclosure (Rebuttal) | 06/11/25 | 08/11/25 |
| Expert Discovery Cut-Off | 06/15/25 | 08/15/25 |
| Last Date to Hear Motions | 09/04/25 | 11/06/25 |
| L/D to Complete Settlement Conference | 09/16/25 | 11/20/25 |
| Trial Filings (First Round) | 10/23/25 | 12/23/25 |
| Trial Filings (Second Round) | 10/30/25 | 01/09/26 |

**IT IS SO ORDERED**.

Dated:

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE