THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
ADAM R. SCOTT [SBN 333706]
ascott@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant,
OCMBC, INC. dba LOANSTREAM MORTGAGE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>OCMBC, INC. D/B/A LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS,<br><br>   Defendants. | Case No. 8:24-cv-67-FWS-JDE<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:  Hon. Fred W. Slaughter<br>Magistrate Judge:   Hon. John D. Early<br><br>Action Filed:   September 10, 2024<br>Trial Date:     TBD |

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2025, I electronically filed the foregoing documents:

   **1.   JOINT MOTION AND STIPULATION TO CONTINUE CASE DEADLINES;**

   **2.   DECLARATION OF THOMAS F. LANDERS IN SUPPORT OF JOINT MOTION AND STIPULATION TO CONTINUE CASE DEADLINES; and**

3. **[PROPOSED] ORDER RE JOINT MOTION AND STIPULATION TO CONTINUE CASE DEADLINES**

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| **OLIVER LAW CENTER, INC.** | Attorneys for Plaintiff KIMBERLY HUDSON-BRYANT and Putative Class |
| Dana J. Oliver, Esq. | |
| dana@danaoliverlaw.com | |
| | |
| **PERRONG LAW LLC** | Pro Hac Vice Counsel for Plaintiff |
| Andrew R Perrong | |
| a@perronglaw.com | |
| | |
| **PARONICH LAW PC** | Pro Hac Vice Counsel for Plaintiff |
| Anthony I. Paronich | |
| anthony@paronichlaw.com | |

I also certify that on April 25th, 2025, I served true copies of the same document(s) via email and U.S. Mail on the following party:

| | |
|---|---|
| Sean Roberts | Defendant in Pro Se |
| 1812 Port Abbey Pl | |
| Newport Beach, CA  92660 | |
| newportroberts@hotmail.com | |

_____
Woody Doolittle