NOTE: CHANGES MADE BY COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCMBC, INC. dba LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS,<br><br>Defendants. | Case No. 8:24-cv-00067-FWS-JDE<br><br>**ORDER RE JOINT MOTION AND STIPULATION TO CONTINUE CASE DEADLINES [49]**<br><br>**CLASS ACTION** |

///

///

///

Having reviewed and considered the Joint Motion and Stipulation to Continue Case Deadlines [49] ("Stipulation"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **ORDERS** the court's October 24, 2024, Revised Scheduling Order [48] **MODIFIED** to read as follows (with changes indicated by italics):[1]

| EVENT | DATE |
|---|---|
| Check one: [x] Jury Trial or [ ] Bench Trial **Tuesday at 8:00 a.m.** | **First Day:** *2/10/2026* |
| Parties' Estimated Trial Length | **5 days** |
| Final Pretrial Conference & Hearing on Motions in Limine **Thursday at 8:30 a.m.** | *1/15/2026* |
| Last Date to File Motion for Class Certification | *7/18/2025* |
| Last Date to File Opposition to Motion for Class Certification | *8/14/2025* |
| Last Date to File Reply in Support of Motion for Class Certification | *8/28/2025* |
| In-Person Hearing on Motion for Class Certification **Thursday at 10:00 a.m.** | *9/25/2025* |
| Last Date to Hear Motion to Amend Pleadings /Add Parties **Thursday** | *N/A* |
| Non-Expert Discovery Cut-Off | *7/11/2025* |
| Expert Disclosure (Initial) | *7/28/2025* |
| Expert Disclosure (Rebuttal) | *8/11/2025* |
| Expert Discovery Cut-Off | *8/15/2025* |
| Last Date to **Hear** Motions **Thursday at 10:00 a.m.** • Motion for Summary Judgment (due at least 6 weeks before hearing) | *10/16/2025* |

---

[1] This Order is now the Operative Scheduling Order in this case. Also, to the extent this Order does not encompass a request made in the Stipulation, the court, based on the state of the record, as applied to the applicable law, and within its discretion, has denied and/or modified that request. *See Mediterranean Enters., Inc. v. Ssangyong Corp.*, 708 F.2d 1458, 1465 (9th Cir. 1983) ("The trial court possesses the inherent power to control its own docket and calendar.").

| | | |
|---|---|---|
| • All other motions (due at least 4 weeks before hearing)<br>• Opposition (due 2 weeks after Motion is filed)<br>• Reply (due 1 week after Opposition is filed) | | |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>[ ] 1. Magistrate Judge (with Court approval)<br>[ ] 2. Court's Mediation Panel<br>[x] 3. Private Mediation | ***10/31/2025*** |
| **Trial Filings (first round)**<br>• Motions in Limine with Proposed Orders<br>• *Daubert Motions with Proposed Orders*[2]<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only)<br>• *Affirmative Deposition Designation(s)* | ***12/5/2025*** |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Oppositions to Daubert Motions[3]<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only)<br>• *Objections and Counter Deposition Designation(s)* | ***12/12/2025*** |

---

[2] *Daubert* motions and oppositions to *Daubert* motions shall not exceed ten (10) pages in length.
[3] Pursuant to this court's order on pretrial and trial procedures, the parties shall not file replies to the motions in limine.  (*See* Dkt. 23 at 4 ("Unless the court determines otherwise, counsel shall not file any replies.").)  In addition, unless the court determines otherwise, the parties shall not file replies to any *Daubert* motions.

| | |
|---|---|
| • *Objections to Counter Designation(s) and Counter-Counter Deposition Designation(s)* | *12/19/2025* |

Dated: April 28, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

CC: ADR