THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
ADAM R. SCOTT [SBN 333706]
ascott@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant,
OCMBC, INC. dba
LOANSTREAM MORTGAGE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCMBC, INC. dba LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS<br><br>Defendants. | Case No. 8:24-cv-00067-FWS-JDE<br><br>**JOINT MOTION AND STIPULATION TO CONTINUE CASE DEADLINES**<br><br>Judge: Hon. Fred W. Slaughter<br>Magistrate: Hon. John D. Early<br>Action Filed: January 11, 2024<br>Trial Date: TBD |

1. Pursuant to Local Rules 7-1 and 7-3, and Section VIII of the Court's Civil Standing Order, Plaintiff Kimberly Hudson-Bryant ("Plaintiff") and Defendants OCMBC, Inc. d/b/a LoanStream ("LoanStream") and Sean Roberts ("Roberts") (collectively, "Defendants") (together with Plaintiff, the "Parties") hereby stipulate and agree as follows:

WHEREAS, the Court issued a scheduling order under Federal Rule of Civil Procedure 26(f) on October 24, 2024, ("Scheduling Order") which imposed, among other things, a non-expert discovery cut-off of May 12, 2025. (ECF No. 48).

WHEREAS, the Court issued its Order re Joint Motion and Stipulation to Continue Case Deadlines ("Revised Scheduling Order") on April 28, 2025, which among other things, continued the non-expert discovery cut-off to July 11, 2025, and reset related litigation dates (ECF No. 50);

WHEREAS, the Parties have continued to engage in substantial written and oral discovery since the Court issued the Revised Scheduling Order, but additional, unforeseen scheduling and health-related issues involving both (a) Plaintiff and (b) a key percipient witness and LoanStream's 30(b)(6) witness prevent the completion of discovery pursuant to the Revised Scheduling Order, which in turn prevents compliance with the class certification and expert discovery deadlines.

WHEREAS, the Parties now jointly agree, stipulate, and request that the Court vacate and continue all deadlines in the Revised Scheduling Order by approximately 90 days, as proposed below or as otherwise convenient for the Court.

WHEREAS, the Parties have exercised due diligence to date and believe good cause exists to modify the Revised Scheduling Order for the reasons outlined herein and in the accompanying declarations of Thomas F. Landers, and Andrew R. Perrong filed concurrently herewith.

/ / /

/ / /

/ / /

1  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AGREE and
2  request that the Court extend all future deadlines in this case as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Start of Jury Trial | 02/10/26 | 05/12/26 |
| Final Pretrial Conference/Hearing on Motions in Limine | 01/15/26 | 04/16/26 |
| L/D to File Motion for Class Certification | 07/18/25 | 10/16/25 |
| L/D to File Opposition to Class Certification | 08/14/25 | 11/12/25 |
| L/D to File Reply to Class Certification | 08/28/25 | 11/26/25 |
| Hearing on Motion for Class Certification | 09/25/25 | 12/18/25 |
| Non-Expert Discovery Cut-Off | 07/11/25 | 10/09/25 |
| Expert Disclosure (Initial) | 07/28/25 | 10/27/25 |
| Expert Disclosure (Rebuttal) | 08/11/25 | 11/10/25 |
| Expert Discovery Cut-Off | 08/15/25 | 11/13/25 |
| Last Date to Hear Motions | 10/16/25 | 01/14/26 |
| L/D to Complete Settlement Conference | 10/31/25 | 01/29/26 |
| Trial Filings (First Round) | 12/5/25 | 03/05/26 |
| Trial Filings (Second Round) | 12/12/25 | 03/12/26 |

**IT IS SO STIPULATED**.

*[Signatures on Following Page]*

| | | |
|---|---|---|
| 1 | DATED: June 20, 2025 | SOLOMON WARD SEIDENWURM & SMITH, LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Thomas F. Landers |
| | | THOMAS F. LANDERS |
| 5 | | Attorneys for Defendant, |
| 6 | | OCMBC, INC., dba |
| | | LOANSTREAM MORTGAGE |
| 7 | | |
| 8 | DATED: June 20, 2025 | PARONICH LAW, PC |
| 9 | | |
| 10 | | By: /s/ Anthony L. Paronich |
| 11 | | ANTHONY L. PARONICH |
| 12 | | Attorneys for Plaintiff, |
| | | KIMBERLY HUDSON-BRYANT |
| 13 | | |
| 14 | DATED: June 20, 2025 | PERRONG LAW LLC |
| 15 | | |
| 16 | | By: /s/ Andrew R. Perrong |
| 17 | | ANDREW R. PERRONG |
| 18 | | Attorneys for Plaintiff, |
| | | KIMBERLY HUDSON-BRYANT |
| 19 | | |
| 20 | DATED: June 20, 2025 | DEFENDANT PRO SE |
| 21 | | |
| 22 | | By: /s/ Sean Roberts |
| 23 | | SEAN ROBERTS |
| | | Individual Defendant |

**ATTESTATION OF SIGNATURE**

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Mr. Anthony L. Paronich and Mr. Andrew R. Perrong, counsel for Plaintiff, and Mr. Sean Roberts, defendant *pro se* in this action. I further certify that I obtained authorization from Mr. Paronich, Mr. Perrong, and Mr. Roberts prior to affixing their electronic signatures to this document.

>  */s/ Thomas F. Landers*
> THOMAS F. LANDERS
> Attorneys for Defendant,
> OCMBC, INC. dba
> LOANSTREAM MORTGAGE