1  THOMAS F. LANDERS [SBN 207335]
   tlanders@swsslaw.com
2  ADAM R. SCOTT [SBN 333706]
   ascott@swsslaw.com
3  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
4  San Diego, California 92101
   (t) 619.231.0303
5  (f) 619.231.4755

6  Attorneys for Defendant,
   OCMBC, INC. dba
7  LOANSTREAM MORTGAGE

8

9                  **UNITED STATES DISTRICT COURT**

10      **CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

11

12  KIMBERLY HUDSON-BRYANT,            Case No. 8:24-cv-00067-FWS-JDE
    individually and on behalf of all others
13  similarly situated,
                                       **JOINT MOTION AND
14                                     STIPULATION TO CONTINUE
              Plaintiffs,              CASE DEADLINES**
15
         v.
16                                     Judge:        Hon. Fred W. Slaughter

17  OCMBC, INC. dba LOANSTREAM,        Magistrate:   Hon. John D. Early
    PREMIER FINANCIAL MARKETING
18  LLC D/B/A RESMO LENDING, AND       Action Filed: January 11, 2024
    SEAN ROBERTS
19                                     Trial Date:   May 12, 2026

20            Defendants.

21

22

23

24

25

26

27

28

Pursuant to Local Rules 7-1 and 7-3, and Section VIII of the Court's Civil Standing Order, Plaintiff Kimberly Hudson-Bryant ("Plaintiff") and Defendants OCMBC, Inc. d/b/a LoanStream ("LoanStream") and Sean Roberts ("Roberts") (collectively, "Defendants") (together with Plaintiff, the "Parties") hereby stipulate and agree as follows:

WHEREAS, the Court issued a scheduling order under Federal Rule of Civil Procedure 26(f) on October 24, 2024, ("Scheduling Order") (ECF No. 48).

WHEREAS, the Court issued its Order re Joint Motion and Stipulation to Continue Case Deadlines ("Revised Scheduling Order") on April 28, 2025 (ECF No. 50);

WHEREAS, the Court issued its MODIFIED Order Re Joint Motion and Stipulation to Continue Case Deadlines ("Modified Scheduling Order") on June 25, 2025, which further continued the non-expert discovery cut-off to October 9, 2025, and continued related litigation dates (ECF No. 52);

WHEREAS, the Parties have continued to engage in substantial written and oral discovery since the Court issued the Revised Scheduling Order and Modified Scheduling Order, but ongoing health-related scheduling issues involving both Plaintiff and a key percipient witness and LoanStream's 30(b)(6) witness prevent the completion of discovery pursuant to the Modified Scheduling Order, which in turn prevents compliance with the class certification and expert discovery deadlines.

WHEREAS, the Parties now jointly agree, stipulate, and request that the Court vacate and continue all deadlines in the Modified Scheduling Order by approximately 120 days, as proposed below or as otherwise convenient for the Court.

WHEREAS, the Parties have exercised due diligence to date and believe good cause exists to modify the Modified Scheduling Order for the reasons outlined herein and in the accompanying declarations of Thomas F. Landers and Andrew R. Perrong, filed concurrently herewith.

1        NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AGREE and

2  request that the Court extend all future deadlines in this case as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Start of Jury Trial | 05/12/26 | 09/08/26 |
| Final Pretrial Conference/Hearing on Motions in Limine | 04/16/26 | 08/13/26 |
| L/D to File Motion for Class Certification | 10/16/25 | 02/12/26 |
| L/D to File Opposition to Class Certification | 11/12/25 | 03/11/26 |
| L/D to File Reply to Class Certification | 11/26/25 | 03/25/26 |
| Hearing on Motion for Class Certification | 12/18/25 | 04/16/26 |
| Non-Expert Discovery Cut-Off | 10/09/25 | 02/05/26 |
| Expert Disclosure (Initial) | 10/27/25 | 02/23/26 |
| Expert Disclosure (Rebuttal) | 11/10/25 | 03/09/26 |
| Expert Discovery Cut-Off | 11/13/25 | 03/12/26 |
| Last Date to Hear Motions | 01/15/26 | 05/14/26 |
| L/D to Complete Settlement Conference | 02/19/26 | 06/18/26 |
| Trial Filings (First Round) | 03/12/26 | 07/09/26 |
| Trial Filings (Second Round) | 03/19/26 | 07/16/26 |

15      **IT IS SO STIPULATED**.

22                   *[Signatures on Following Page]*

1    DATED:  September 23, 2025        SOLOMON WARD SEIDENWURM & SMITH, LLP

2

3

4                                                 By: /s/ Thomas F. Landers
                                                      THOMAS F. LANDERS
5                                                     Attorneys for Defendant,
                                                      OCMBC, INC., dba
6                                                     LOANSTREAM MORTGAGE

7

8    DATED:  September 23, 2025        PARONICH LAW, PC

9

10                                                By: /s/ Anthony L. Paronich
                                                      ANTHONY L. PARONICH
11                                                    Attorneys for Plaintiff,
                                                      KIMBERLY HUDSON-BRYANT
12

13

14   DATED:  September 23, 2025        PERRONG LAW LLC

15

16                                                By: /s/ Andrew R. Perrong
                                                      ANDREW R. PERRONG
17                                                    Attorneys for Plaintiff,
                                                      KIMBERLY HUDSON-BRYANT
18

19

20   DATED:  September 23, 2025        DEFENDANT PRO SE

21

22                                                By: /s/ Sean Roberts
                                                      SEAN ROBERTS
23                                                    Individual Defendant

24

25

26

27

28

1     **ATTESTATION OF SIGNATURE**

2     Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the

3 content of this document is acceptable to Mr. Anthony L. Paronich and Mr. Andrew

4 R. Perrong, counsel for Plaintiff, and Mr. Sean Roberts, defendant *pro se* in this

5 action. I further certify that I obtained authorization from Mr. Paronich, Mr. Perrong,

6 and Mr. Roberts prior to affixing their electronic signatures to this document.

7                              */s/ Thomas F. Landers*

8                              THOMAS F. LANDERS
Attorneys for Defendant,
OCMBC, INC. dba

9                              LOANSTREAM MORTGAGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28