1  THOMAS F. LANDERS [SBN 207335]
   tlanders@swsslaw.com
2  ADAM R. SCOTT [SBN 333706]
   ascott@swsslaw.com
3  SOLOMON WARD SEIDENWURM & SMITH, LLP
   401 B Street, Suite 1200
4  San Diego, California 92101
   (t) 619.231.0303
5  (f) 619.231.4755

6  Attorneys for Defendant,
   OCMBC, INC. dba LOANSTREAM
7  MORTGAGE

8

9              UNITED STATES DISTRICT COURT

10   CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

11

12  KIMBERLY HUDSON-BRYANT,            Case No. 8:24-cv-67-FWS-JDE
    individually and on behalf of all others
13  similarly situated,
                                       **CERTIFICATE OF SERVICE**
14           Plaintiff,

15           v.
                                       Judge:  Hon. Fred W. Slaughter
16  OCMBC, INC. D/B/A                  Magistrate Judge:    Hon. John D. Early
    LOANSTREAM, PREMIER
17  FINANCIAL MARKETING LLC            Action Filed:    September 10, 2024
    D/B/A RESMO LENDING, AND           Trial Date:      November 6, 2025
18  SEAN ROBERTS,

19           Defendants.

20

21              <u>**CERTIFICATE OF SERVICE**</u>

22  I hereby certify that on this 24th day of September, 2025, I electronically served

23  •    **JOINT MOTION AND STIPULATION TO CONTINUE CASE
        DEADLINES**
24
25  •    **DECLARATION OF THOMAS F. LANDERS IN SUPPORT OF JOINT
        MOTION AND STIPULATION TO CONTINUE CASE DEADLINES**

26  •    **DECLARATION OF ANDREW R. PERRONG IN SUPPORT OF
        JOINT MOTION AND STIPULATION TO CONTINUE CASE
27      DEADLINES**

28

1  •    **[PROPOSED] ORDER RE JOINT MOTION AND STIPULATION TO CONTINUE CASE DEADLINES**

2  to the following:

3

4  **OLIVER LAW CENTER, INC.**           Attorneys for Plaintiff KIMBERLY
Dana J. Oliver, Esq.                           HUDSON-BRYANT and Putative Class

5  dana@danaoliverlaw.com

6  **PERRONG LAW LLC**                 Pro Hac Vice Counsel for Plaintiff
Andrew R Perrong

7  a@perronglaw.com

8  **PARONICH LAW PC**                  Pro Hac Vice Counsel for Plaintiff
Anthony I. Paronich

9  anthony@paronichlaw.com

10

11        I also certify that on September 24, 2025, I served true copies of the same

12  document(s) via email and U.S. Mail on the following party:

13

14      Sean Roberts                  Defendant in Pro Se
    1812 Port Abbey Pl

15      Newport Beach, CA  92660

16      newportroberts@hotmail.com

17

18                             /s/ Nancy L. Huebner
                           Nancy L. Huebner

19

20

21

22

23

24

25

26

27

28