1 THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
2 ADAM R. SCOTT [SBN 333706]
ascott@swsslaw.com
3 SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
4 San Diego, California 92101
(t) 619.231.0303
5 (f) 619.231.4755

6 Attorneys for Defendant,
OCMBC, INC. dba
7 LOANSTREAM MORTGAGE

8

9 **UNITED STATES DISTRICT COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

11

12 KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,

13

14                    Plaintiffs,

15          v.

16

17 OCMBC, INC. dba LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND
18 SEAN ROBERTS

19

20                    Defendants.

Case No. 8:24-cv-00067-FWS-JDE

**JOINT MOTION AND STIPULATION TO CONTINUE CASE DEADLINES**

| | |
|---|---|
| Judge: | Hon. Fred W. Slaughter |
| Magistrate: | Hon. John D. Early |
| Action Filed: | January 11, 2024 |
| Trial Date: | TBD |

21

22

23

24

25

26

27

28

1   Pursuant to Local Rule 7-1, and Section VIII of the Court's Civil Standing
2   Order, Plaintiff Kimberly Hudson-Bryant ("Plaintiff") and Defendants OCMBC, Inc.
3   d/b/a LoanStream ("LoanStream") and Sean Roberts ("Roberts") (collectively,
4   "Defendants") (together with Plaintiff, the "Parties") hereby stipulate and agree as
5   follows:

6   WHEREAS, the Court issued a scheduling order under Federal Rule of Civil
7   Procedure 26(f) on October 24, 2024, ("Scheduling Order") (ECF No. 48).

8   WHEREAS, after new parties were added to the action, the Court issued its
9   Order re Joint Motion and Stipulation to Continue Case Deadlines ("Revised
10   Scheduling Order") on April 28, 2025 (ECF No. 50);

11   WHEREAS, due to party health and scheduling issues, the Court issued its
12   modified Order Re Joint Motion and Stipulation to Continue Case Deadlines on June
13   25, 2025 (ECF No. 52);

14   WHEREAS, thereafter, the Court issued another modified Order re Joint
15   Motion and Stipulation to Continue Case Deadlines ("Modified Scheduling Order")
16   on September 25, 2025, which further continued the trial date and related litigation
17   deadlines (ECF No. 55);

18   WHEREAS, since the Court issued the Revised Scheduling Order and
19   Modified Scheduling Order, ongoing health-related scheduling issues involving
20   Plaintiff, Plaintiff's close family members, a key percipient witness, and
21   LoanStream's 30(b)(6) witness prevent the completion of discovery pursuant to the
22   Modified Scheduling Order, which in turn prevents compliance with the class
23   certification and expert discovery deadlines.

24   WHEREAS, when meeting and conferring in good faith, the Parties have
25   agreed to the following deposition schedule:

26   • deposition of Plaintiff on February 17, 2026 and

27   • the deposition of LoanStream's 30(b)(6) designee on February 24, 2026.

28   / / /

WHEREAS, the Parties now jointly agree, stipulate, and request that the Court vacate and continue all deadlines in the Modified Scheduling Order by approximately 60 days, as proposed below or as otherwise convenient for the Court.

WHEREAS, the Parties have exercised due diligence to date and believe good cause exists to modify the Modified Scheduling Order for the reasons outlined herein and in the accompanying declarations of Thomas F. Landers and Andrew R. Perrong, filed concurrently herewith.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AGREE and request that the Court extend all future deadlines in this case as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Start of Jury Trial | 09/15/26 | 11/16/26 |
| Final Pretrial Conference/Hearing on Motions in Limine | 08/13/26 | 10/13/26 |
| L/D to File Motion for Class Certification | 02/12/16 | 04/13/26 |
| L/D to File Opposition to Class Certification | 03/11/26 | 05/11/26 |
| L/D to File Reply to Class Certification | 03/25/26 | 05/26/26 |
| Hearing on Motion for Class Certification | 04/16/26 | 06/15/26 |
| Non-Expert Discovery Cut-Off | 02/05/26 | 04/06/26 |
| Expert Disclosure (Initial) | 02/23/26 | 04/24/26 |
| Expert Disclosure (Rebuttal) | 03/09/26 | 05/08/26 |
| Expert Discovery Cut-Off | 03/12/26 | 05/11/26 |
| Last Date to Hear Motions | 05/14/26 | 07/13/26 |
| Objections to Counter Designations/Counter-Counter Deposition Designations | 07/23/26 | 09/2/26 |
| L/D to Complete Settlement Conference | 06/18/26 | 08/17/26 |
| Trial Filings (First Round) | 07/09/26 | 09/08/26 |
| Trial Filings (Second Round) | 07/16/26 | 09/14/26 |

**IT IS SO STIPULATED**.

*[Signatures on Following Page]*

1     DATED:  January 6, 2026       SOLOMON WARD SEIDENWURM &
2                                                   SMITH, LLP

3

4                                       By: *_/s/ Thomas F. Landers_*
5                                                THOMAS F. LANDERS
6                                                Attorneys for Defendant,
                                               OCMBC, INC., dba
7                                                LOANSTREAM MORTGAGE

8     DATED:  January 6, 2026       PARONICH LAW, PC

9

10                                         By: *_/s/ Anthony L. Paronich_*
11                                               ANTHONY L. PARONICH
12                                               Attorneys for Plaintiff,
                                               KIMBERLY HUDSON-BRYANT

13

14     DATED:  January 6, 2026       PERRONG LAW LLC

15

16                                         By: *_/s/ Andrew R. Perrong_*
17                                               ANDREW R. PERRONG
18                                               Attorneys for Plaintiff,
                                               KIMBERLY HUDSON-BRYANT

19

20     DATED:  January 6, 2026       DEFENDANT PRO SE

21

22                                         By: *_/s/ Sean Roberts_*
23                                               SEAN ROBERTS
                                              Individual Defendant

24

25

26

27

28

**ATTESTATION OF SIGNATURE**

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Mr. Anthony L. Paronich and Mr. Andrew R. Perrong, counsel for Plaintiff, and Mr. Sean Roberts, defendant *pro se* in this action. I further certify that I obtained authorization from Mr. Paronich, Mr. Perrong, and Mr. Roberts prior to affixing their electronic signatures to this document.

/s/ Thomas F. Landers
THOMAS F. LANDERS
Attorneys for Defendant,
OCMBC, INC. dba
LOANSTREAM MORTGAGE