THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
ADAM R. SCOTT [SBN 333706]
ascott@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant,
OCMBC, INC. dba
LOANSTREAM MORTGAGE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCMBC, INC. dba LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS<br><br>Defendants. | Case No. 8:24-cv-00067-FWS-JDE<br><br>**DECLARATION OF THOMAS F. LANDERS IN SUPPORT OF JOINT MOTION AND STIPULATION TO CONTINUE CASE DEADLINES**<br><br>Judge:         Hon. Fred W. Slaughter<br>Magistrate:  Hon. John D. Early<br>Action Filed: January 11, 2024<br>Trial Date:    TBD |

I, Thomas F. Landers, declare:

1. I am an attorney at law licensed to practice before all federal and state courts in the State of California and am a partner with Solomon Ward Seidenwurm & Smith, LLP ("SWSS"), counsel for Defendant OCMBC, INC. dba LOANSTREAM MORTGAGE ("LoanStream") in this action. I have personal knowledge of the facts set forth in this declaration and I submit this declaration in support of the Parties' Joint Motion and Stipulation to Continue Case Deadlines ("Stipulation").

2. Plaintiff filed a class action complaint on or about January 1, 2024.

3. After conducting certain discovery, on September 10, 2024, Plaintiff filed a first amended complaint ("FAC") and named two additional defendants. (ECF No. 37).

4. On October 24, 2024, the Court issued a revised scheduling order ("Scheduling Order"). (ECF No. 48).

5. On April 28, 2025, the Court issued its Order re Joint Motion and Stipulation to Continue Case Deadlines ("Revised Scheduling Order") (ECF No. 50).

6. On June 25, 2025, the Court issued its modified Order Re Joint Motion and Stipulation to Continue Case Deadlines (ECF No. 52). The primary reason for that continuance was because a key witness had been involved in a traffic accident that resulted in her unavailability.

7. On September 25, 2025 the Court issued another modified Order Re Joint Motion and Stipulation to Continue Case Deadlines, which further continued the trial date and related ligation deadlines (ECF No. 55). The reason for this continuance was the key witness' ongoing unavailability, plus the Plaintiff became unavailable due to the hospitalization of her husband and her status as his primary caregiver.

8. The Court issued the above orders due to witness and party health related scheduling issues that prevented the scheduling of certain depositions, including Plaintiff and LoanStream's Rule 30(b)(6) witness.  Those issues still exist.  LoanStream's 30(b)(6) designee remains unavailable.  As further described in the

1  accompanying declaration of Andrew R. Perrong, Plaintiff has been unavailable to
2  participate in the case.
3     9.    The Parties have meet and conferred in good faith and have agreed to the
4  following deposition schedule:

- deposition of Plaintiff on February 17, 2026; and
- deposition of LoanStream 30(b)(6) designee on February 24, 2026

10.   For the reasons set forth herein, and to conserve time and judicial resources, the Parties believe that a 60-day extension of all deadlines will allow the Parties to properly complete discovery and prepare for trial.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on January 6, 2026, at San Diego, California.

                                */s/ Thomas F. Landers*
                                Thomas F. Landers, Esq.