Andrew R. Perrong (Pro Hac Vice)
a@perronglaw.com
PERRONG LAW, LLC
2657 Mount Carmel Avenue
Glendside, PA  19038
(t) (215) 225-5529
(f) (888) 329-0305

Attorneys for Plaintiff KIMBERLY HUDSON-BRYANT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCMBC, INC. dba LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS<br><br>Defendants. | Case No. 8:24-cv-00067-FWS-JDE<br><br>**DECLARATION OF ANDREW R. PERRONG IN SUPPORT OF JOINT MOTION AND STIPULATION TO CONTINUE CASE DEADLINES**<br><br>Judge:          Hon. Fred W. Slaughter<br>Magistrate:  Hon. John D. Early<br>Action Filed: January 11, 2024<br>Trial Date:   TBD |

I, Andrew R. Perrong, declare:

1. I am an attorney at law admitted Pro Hac Vice to United States District Court, Central District of California and am a principal with Perrong Law, LLC co-counsel for Plaintiff Kimberly Hudson-Bryant in this action. I have personal knowledge of the facts set forth in this declaration and I submit this declaration in support of the Parties' Joint Motion and Stipulation to Continue Case Deadlines.

2. The Parties are currently in the process of finalizing deposition scheduling, but scheduling has been made difficult due to Plaintiff's availability as she is providing medical care for two family members, as well as unavailability of Plaintiff's counsel during the first two weeks of February.

3. For the reasons set forth herein, and to conserve time and judicial resources, the Parties believe that a 60-day extension of all deadlines will allow the Parties to properly complete discovery and prepare for trial.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on January 6, 2026, at Glenside, PA.

*/s/ Andrew R. Perrong*
Andrew R. Perrong, Esq.