1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCMBC, INC. dba LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS<br><br>Defendants. | Case No. 8:24-cv-00067-FWS-JDE<br><br>**[PROPOSED] ORDER RE JOINT MOTION AND STIPULATION TO CONTINUE CASE DEADLINES** |

Having reviewed and considered the Joint Motion and Stipulation to Continue Case Deadlines ("Stipulation") the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **ORDERS** the Court's September 25, 2025, Scheduling Order [55] **MODIFIED** as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Start of Jury Trial | 09/15/26 | 11/16/26 |
| Final Pretrial Conference/Hearing on Motions in Limine | 08/13/26 | 10/13/26 |
| L/D to File Motion for Class Certification | 02/12/16 | 04/13/26 |
| L/D to File Opposition to Class Certification | 03/11/26 | 05/11/26 |
| L/D to File Reply to Class Certification | 03/25/26 | 05/26/26 |
| Hearing on Motion for Class Certification | 04/16/26 | 06/15/26 |
| Non-Expert Discovery Cut-Off | 02/05/26 | 04/06/26 |
| Expert Disclosure (Initial) | 02/23/26 | 04/24/26 |
| Expert Disclosure (Rebuttal) | 03/09/26 | 05/08/26 |
| Expert Discovery Cut-Off | 03/12/26 | 05/11/26 |
| Last Date to Hear Motions | 05/14/26 | 07/13/26 |
| Objections to Counter Designations/Counter-Counter Deposition Designations | 07/23/26 | 09/2/26 |
| L/D to Complete Settlement Conference | 06/18/26 | 08/17/26 |
| Trial Filings (First Round) | 07/09/26 | 09/08/26 |
| Trial Filings (Second Round) | 07/16/26 | 09/14/26 |

**IT IS SO ORDERED**.

Dated:

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE