PLACEHOLDER DOCUMENT

EXHIBIT A – EMAIL THREAD

FILED UNDER SEAL