PLACEHOLDER DOCUMENT

EXHIBIT B – ACCOUNTING LEDGER

FILED UNDER SEAL