PLACEHOLDER DOCUMENT

EXHIBIT C – LIZDEV INVOICE

FILED UNDER SEAL