PLACEHOLDER DOCUMENT

EXHIBIT E – ROBERTS EMPLOYMENT AGREEMENT

FILED UNDER SEAL