UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KIMBERLY HUDSON-BRYANT,

      Plaintiff,

      v.

OCMBC, INC., D/B/A
LOANSTREAM,

      Defendant.

CASE NO. 8:24-CV-0067

**DECLARATION OF ELIZABETH STONE**

1.    My name is Elizabeth Stone. I am over the age of 18 and competent to make this declaration.

2.    I am CEO of LizDev, Inc., and I am familiar with LizDev's business practices and records.

3.    The information contained herein is based on my personal knowledge along with my review of the business records and reports generated and maintained by LizDev, as well as documents reviewed in connection with LizDev's business dealings, in the ordinary course of its regularly conducted business and made at or near the time by, or from information transmitted by, someone with knowledge.

Docusign Envelope ID: BCFB504B-8BF5-36D9-804D-3F12F0121441

4.      LizDev is a marketing and consulting company that occasionally provides leads to its customers. Beginning in at least 2021, a company named Premier Financial Marketing LLC/Resmo Lending ("Resmo")—which was operated by Sean Roberts—obtained leads from LizDev to use in connection with a calling campaign I understand he ran for LoanStream ("LoanStream Campaign"). I also understand that Resmo hired a company called Global Experts, LLC to serve as the call center for the LoanStream Campaign.

5.      During the LoanStream Campaign, LizDev would prepare invoices to be sent to either Resmo or LoanStream directly.

6.      I received a subpoena from Plaintiff in this action that generally sought information about the LoanStream Campaign.  Attached as Composite Exhibit A are true and accurate copies of documents LizDev produced in connection with the Subpoena and this case generally.

7.      Composite Exhibit A contains logs of outbound calls placed by Global Experts, LLC in connection with the LoanStream Campaign. I had access to these documents by virtue of either my prior business dealings with Sean Roberts at Resmo in relation to the LoanStream Campaign, or because I invested in Global Experts, which I understand is now defunct.

[Signature on Following Page]

2

I declare under penalty of perjury under the laws of the United States that

the foregoing is true and correct.

Executed on April 10, 2026, in California.

DocuSigned by:

0D5F0EEFE7D74A7...

Elizabeth Stone