Call Center Scripts

1.  Is this Mr./Ms _____:
This is Jessica with LS mortgage, calling about your rece rate inquiry – are you still interested in saving a bunch of money by lowering your mortgage rate?

Great, I have your loan request but let me make sure the information I have is accurate.

*verify – requested loan amount, mortgage loan balance, value and email address – transfer or set appoint.  Let PNB (perspective new borrower know who they will be transferred too.


Q & A

PNC Q – How did you get my information?

A – We received an on line inquiry in the last 90 days from you requesting a refinance

PNC Q – Who are you?

A – I work for a company called L3, we're a mortgage banker in Irvine CA

PNC Q – What is your rate?

A – Unfortunately I cannot quote rates.  All I can say is rates are at historical lows and based on the information you've provided, you are qualified.

PNC Q – I didn't apply for a refinance?

A – I did receive your information from a trusted lead provider, but I can remove you/all your information from our database immediately, sorry for the inconvenience.

2.  Lending 3 this is _____.  Hi Mr./Mrs.                    We're calling about your mortgage loan, are you still shopping for a lower rate?

3.  Hello (first name)            This is                    with Lending 3.  We received your online inquiry. Based on your credit rating and the value of your home you've been prequalified for a refinance.

# Do you still need to save money and lower your rate?

Q & A

PNC Q – How did you get my information?

A – We received an on line inquiry in the last 90 days from you requesting a refinance

PNC Q – Who are you?

A – I work for a company called L3, we're a mortgage banker in Fountain Valley CA

PNC Q – What is your rate?

A – Unfortunately I cannot quote rates.  All I can say is rates are at historical lows and based on the information you've provided, you are qualified.

PNC Q – I didn't apply for a refinance?

A – I did receive your information from a trusted lead provider, but I can remove you/all your information from our database immediately, sorry for the inconvenience.

# 4.  Hello this is        with Lending3, we just received your home loan inquiry and it looks like your home has gone up in value, as a result you can probably get a lower rate and cash.  Is your mortgage rate still

higher than 3.625?  Well, we can fix that.
Let me transfer to a Loan Officer.