Page 8

was trying -- go ahead.

Q    I'm sorry.  Would that branch have been operational during October of 2021?

A    Yes, I think so.

Q    And were you the branch manager at this beta branch?

A    Yes.

Q    Who all else worked at the beta branch?

A    It was just me and Jessica, who was our loan officer assistant, and then Bruce Cohen was a loan agent.

Q    Do you remember Jessica's last name?

A    No, not at this minute.  It may come to me.

Q    And were Jessica and Bruce LoanStream employees?

MS. IMANAKA:  Objection.  Calls for legal conclusion.

THE WITNESS:  I don't know.  I don't remember how their packages were set up.  I don't know.

MR. PERRONG:  Mei-Ying, do you represent Ms. Roberts?

MS. IMANAKA:  I do not, but I'm preserving objections for the record when questions have issues with the form.

MR. PERRONG:  Okay.



Page 9

BY MR. PERRONG:

Q    Did you receive a W-2 from LoanStream?

A    I do not remember.

Q    Did you receive a 1099 from LoanStream?

A    I don't remember.

Q    How did LoanStream -- or let me step back.

Did LoanStream pay you for your work as part of this mini branch?

A    The way that I remember being compensated is because it takes a while to get loans and process and, you know, this process takes a while.  So the branch was trying to get up and running and needed funding to do so before we were actually closing loans.  So they would fund it for marketing.

Q    Okay.  How many loans approximately did the branch originate?

A    I want to say ten.  Let's say eight to 15.

Q    Okay.  And were those loans all originated through LoanStream?

A    Yes.

Q    Okay.  Did the branch have a particular name, or was it called like the LoanStream California branch, or did it have a unique name or --

A    I think it was C. Roberts Branch, something like that.  It wasn't anything, you know, cute to it.



MAGNA
LEGAL SERVICES

Page 10

Q    Okay.  To your knowledge, did LoanStream operate other beta branches similar to the C. Roberts Branch?

A    I assumed so, but I have no real knowledge of that.

Q    Under what circumstances did the branch close?

A    Rates went up, and it was not tenable any longer to do that business.

Q    I think that you mentioned that you were involved in the marketing and lead generation activities for the beta branch.

Could you explain how LoanStream funded those activities?

A    No, I wasn't involved in it.  They helped us have funding by paying marketing.

Q    And when you started your work at the beta branch, were you new to the finance business, or had you had previous jobs working in mortgages?

A    Yes.  I was new to the finance business, and so this is one reason why some of my answers seem like I don't know about what I'm talking about.  I have done a lot of work with software programs similar to what they use and done a lot of work in accounting, and so they thought that those skills would transfer.  I was in between careers, to be very simple.



MAGNA
LEGAL SERVICES

Page 12

A    We worked through Premiere Financial.

Q    And Premier Financial was your husband's company?

A    Yes.

Q    So you communicated then directly with Premier Financial regarding these matters?

A    Right.  I would say, Okay.  We need the phone to ring X many times or however many calls, and they would coordinate that with LizDev.

Q    Did Premier Financial submit invoices to the C. Roberts Branch?

A    No, no.  The invoices were from LizDev.

Q    And what's -- walk me through the process of an invoice from LizDev.  Where would the invoice go to be paid?

A    To LoanStream's accounting.

Q    And then LoanStream would -- would they cut a check to the branch or would they cut a check to LizDev directly?

A    Oh, boy.  I don't remember.  I'm sorry.  I don't remember how that worked.

Q    Are you familiar with a company called Global Experts?

A    No.

Q    When you sent the -- or let me clarify.



Page 13

Who was the actual individual responsible for sending the LizDev invoices to LoanStream accounting?

A    Liz in LizDev, Liz something.

Q    So Liz would presumably email those invoices to LizDev -- or I'm sorry -- to LoanStream?

A    Yes.

Q    And would you be copied on those emails?

A    You know, I may have been.  In your request for documents or emails, I did look back through my emails, I don't have my LoanStream email anymore, obviously.  So it may have gone there.  I don't have any in my personal email.  All I have in my personal email is on-boarding information from LoanStream, which you're welcome to.  It is like, The on-boarding meeting will be Tuesday at 9:00, things like that.

Q    And in terms of your email you mentioned, when you had at LoanStream, you had an at LoanStream.com email address?

A    I did.  Uh-huh.

Q    And LoanStream authorized you to hold yourself out as a mortgage consultor -- as a mortgage consultant with LoanStream?

MS. IMANAKA:  Objection.  Calls for legal conclusion.  Calls for speculation.

THE WITNESS:  I can't really answer that.



All I know is they gave me an email, and it said loan processor.

BY MR. PERRONG:

Q    Okay.  So that was your title with LoanStream, was loan processor?

A    That was my title through my branch through LoanStream, however that was set up.

Q    Okay.  What other expenses did LoanStream pay for the beta branch?

A    Well, I think that was pretty much the extent of it.  I think that some loans were funded while we were there.  Although I can't be sure of that.  I can't remember how many, or if any of them were finally done.

Q    In terms of the branch building itself, where was that located?

A    At first, we were in a building on the border of Costa Mesa and Santa Ana.  I'm not sure which one of those cities it was in, but then we moved to Irvine.

Q    And who paid the rent for each of those office spaces?

A    Well, no one because in the Irvine office space, in particular, it was a space vacated by a friend's business.  So they were technically still paid through a certain amount of time, but they weren't there anymore, and so it was free.



Page 19

A    No.

Q    Did you ever provide feedback to LizDev or Premiere Financial regarding the quality of leads?

A    No, because by the time that I was involved in the loan, it was, you know, when it was processing. There may have been some feedback from the loan agent because they're the ones that are having that first talk to the people, but not from me, and I don't remember any feedback.  I just may have not been aware of it.

Q    Based on my understanding of the mortgage industry, the loan agent is paid a commission on the loan product that they sell.

Was that the arrangement under the beta branch concept?

A    I'm not 100 percent sure of how it worked, but I think the branch got the commission, and then the agent gets a portion of that.  I'm not a hundred percent on that.

Q    Did the branch maintain a payroll?

A    See, that is what I don't remember doing, and I think I would remember that if we had payroll.  So --

Q    Did the branch --

A    -- that must have come from LoanStream because I don't remember doing payroll.

Q    Did the branch ever file taxes?



MAGNA
LEGAL SERVICES

Page 20

A    No.  See, I would remember all that.

Q    Would LoanStream file the taxes for the branch as a subsidiary, or would taxes have been filed and just weren't filed?

A    You know, now that you're asking me these things, I feel -- you'll have to repeat that, but because I didn't hear you.  I was thinking, but I think that they did give me a W-2.

Q    Okay.

MS. IMANAKA:  Back to the last question, objection.  Calls for speculation.  Calls for legal conclusion.

THE WITNESS:  Okay.  So ask me again.

BY MR. PERRONG:

Q    So LoanStream, to the extent that you're aware, you did not file taxes for the beta branch?  LoanStream did?

A    I don't know.  I mean, however they had it set up, I'm sure they took care of what they needed to do, but I don't know how they did that.

Q    But you personally, based on your own personal knowledge, have no knowledge or recollection of filing taxes for the beta branch?

A    No.  I remember I had problems getting my W-2 because I wasn't there anymore, and I couldn't log into



Page 21

ADP, and so I was just thinking this through:  That it was difficult for me to obtain the W-2, but I finally got it.

Q    Can you confirm your year of birth for me?

A    My year?

Q    Yes.

A    1967.

Q    Thank you.

Were there any formal agreements or contracts between LoanStream and this C. Roberts beta branch?

A    I'm sorry.  Tell me again -- ask me again.

Q    Yeah.  Were there any formal agreements or contracts between LoanStream and this C. Roberts beta branch?

A    Yes.  I sure don't remember exactly what it said.  Yeah, but, yes.  Part of the on-boarding, it signed something.

Q    Do you still have that document in your possession?

A    Not at my fingertips.  I'll -- I can try to find it.

Q    Yes.  We'll follow up and ask you to do a search for that contract as well.

A    Okay.

Q    Did LoanStream set forth any specific goals or



MAGNA
LEGAL SERVICES

Page 24

how the deal was set up, structured.

Q    So put simply, this is just bringing to LoanStream's attention that there is an issue with the amount that they're paying the beta branch?

A    Right.  This money due us was missing.

Q    Okay.  I want to go on to the second page, and the second page has your email signature, and it has an address on Von Karman Avenue in Irvine.

Is that the address that you were referencing previously?

A    No.  So that is the LoanStream address, right.

Q    I don't know.  That's was my question to you.

A    Yeah.  So when you say MacArthur, so LoanStream account --

Q    I said Von Karman.

A    But before you said MacArthur.  So LoanStream's building sits on the corner of MacArthur and Von Karman.  So visually, it looks like it's a MacArthur building, but technically the address is on Von Karman.  So they just had us use that address, but it wasn't where we physically were.

Q    Okay.  And then the NMLS number, are you familiar with what that is?

A    Uh-huh.

Q    What is an NMLS number?



MAGNA
LEGAL SERVICES

Case 8:24-cv-00067-FWS-JDE    Document 58-9    Filed 04/13/26    Page 11 of 16   Page ID #:447

Page 25

A    National Mortgage Loan Service or something like that.

Q    And NMLS number 2125 is LoanStream's NMLS number?

A    I believe so.

Q    Okay.  And it looks like also on that page, you got an email from Cindy regarding PL as of 1/21/22?

A    Uh-huh.

Q    What is the PL?

A    I guess profit and loss.  I would guess so.

Q    So LoanStream was providing the profit and loss in the beta branch in this email?

A    For the loans that we had processed, uh-huh.

Q    And then the last page, it looks like there was also an email that Sean sent to Serene regarding some payments, and then she responded to, "reply with your cost center number."

         What is the cost center number?

A    That's like our branch number.

Q    What was your branch number?

A    Good question.  Sorry.  I don't know that.

Q    If you don't remember, you don't remember.

A    It must have been blacked out right here.

Q    Yes.

A    Sorry.  I don't know that.



MAGNA
LEGAL SERVICES

Page 29

A    Maybe.  I don't remember, but I could have.

Q    Did you use the invoices to justify further funding for the beta branch?

A    Well, they were paying that, so that we could survive long enough to create our own profit.  Does that make sense?  Yes.

Q    Were there any disputes or unresolved issues between the beta branch and the LoanStream at the time of its closure?

A    No.

Q    Did LoanStream provide any funding or cash advances for the purpose of marketing, or did it just pay invoices?

A    Right.  It paid invoices.

Q    Who were the individuals at LoanStream with whom you interacted most frequently?

A    Hmm.  Well, there were several people.  There were -- let's see.  There was one woman who would help me with questions of -- if there was a question on a loan that I didn't understand.  So there was a person like that.  There were people in accounting, guys at the rate lock desks.  It's like a processing manager that was also helping me with questions, or like if I needed to talk to a certain type of person there, then they would tell me who that was, you know.



Page 31

Restaurant in Irvine, California?

A    Well, you say myself.  So -- but I don't remember that -- that meeting.  I don't know I had a meeting at the restaurant.

Q    A meeting that occurred in May or June of 2022, does that potentially refresh your recollection at all?

A    Oh, so after -- after the branch?

Q    I think it was right as the branch was closing.

A    Hmm.  You know, I do not remember that, but I'm not saying it didn't happen.  It could have happened. We could have seen her there, but I'm not sure.

Q    Are there any records or documents in your possession that could clarify the degree of the relationship and the control that LoanStream exercised over the beta branch?

A    I just -- I do not know that I understand what you mean by control.

Q    I'm trying to get at, you know, the nature of -- this is relatively new to me, and I'm just trying to get a sense of what exactly this beta branch was and what sort of documents I can look at to see the entire concept and what it all entailed and what the parties -- what LoanStream's rights and obligations were and what the branch's rights and obligations were.  I would imagine that that would be in the contract that you



Page 32

mentioned, but if there are other documents that you signed or that you're aware of that could shed light as to the nature of that arrangement to the extent that you remember.

A    I think that just to put it simply is that we provide loan borrowers, and they provide the structure to provide the loans.  That's just a basic.

Q    Is LoanStream a direct lender, or does it lend through like other banks?

A    I don't remember that, and they may do things differently now that I don't know.

Q    Do you still keep in contact with Serene Vernon?

A    No.  I never knew her well.  It was just a business relationship.

Q    Did LoanStream ever tell the beta branch how to sell or on-board -- I guess sell is the wrong term in this context -- but how to on-board a client or how to market a loan to a particular individual?

MS. IMANAKA:  Objection.  Compound.

THE WITNESS:  Yeah, no.

MR. PERRONG:  All right.

I have no further questions.  So you can -- if Mei-Ying has something, she'll likely ask you some questions as well.


MAGNA
LEGAL SERVICES

Page 44

copy?

MR. PERRONG:  Yes, I'm bringing it up again.

MS. IMANAKA:  Let me know when you're ready.
Mr. Perrong, may I proceed?

MR. PERRONG:  Yes.

BY MS. IMANAKA:

Q    Ms. Roberts, this is a single-page document
with some DocuSign information following that dated
November 9th, 2021.

Do you see that?

A    Uh-huh.

MR. PERRONG:  I just want to object on the
basis that this hasn't been produced in discovery, but
you can ask about them.

THE WITNESS:  I'm sorry.  I keep coughing.

MS. IMANAKA:  No worries.

BY MS. IMANAKA:

Q    Would you like some water?  Okay.  Great.

Ms. Robert, does this document refresh your
recollection that you began as an MLO assistant at
LoanStream for a period of time and then were eventually
shifted positions to a non-producing branch manager?

A    Yes.  I didn't remember this actually.

Q    And so is it fair to say that you did start as
an MLO assistant for a period of time and then sometime,



Page 45

it looks like, November 16th, 2021, you then were -- changed rolls and became a non-producing manager; is that right?

A     Uh-huh.  I guess so.

Q     Do you have any reason to believe that this document is not accurate?

A     No.  I'm sure that's accurate.  My memory isn't accurate.

Q     And do you see at the bottom of that page, the employee signature line?

A     Uh-huh.

Q     And it's signed your name.  Do you recall signing your on-boarding documents via DocuSign?

A     Yes, uh-huh.  Yes, I did.

Q     Is it fair to say that prior to November 16th, 2021, you did not perform any job duties as a non-producing branch manager for LoanStream?

A     Right.

Q     Thank you.  I have no further questions on that exhibit.

I'll drop into the chat box a new exhibit, which we will mark as Exhibit C.  It should be uploading now.  Counsel, and, Ms. Roberts, please let me know when you're ready to proceed.

///

