Kimberly Hudson-Bryant

Kimberly Hudson-Bryant vs.
OCMBC, Inc. dba Loanstream

emails in front of me, then --

Q    Do you know what a subpoena is?

A    Yes.

Q    What's a subpoena?

A    A document -- my understanding is that it's a document to appear in court at a hearing.

Q    And you think that your lawyer served a subpoena on LoanStream?

A    Yes.

Q    Your lawyers in this case are Andrew Perrong, Anthony Paronich, and David Oliver.  Correct?

A    Yes.

Q    Have you ever met with any of them in person?

A    No.

Q    I assume you have met with them via videoconference?

A    Yes.

Q    Which of your lawyers have you met via videoconference?

A    Dana Oliver and Andrew Perrong.

Q    How many times have you met Andrew Perrong and Dana Oliver via videoconference?

A    I can't tell you without going back and reviewing my records.

Q    Can you estimate?

Kimberly Hudson-Bryant

Kimberly Hudson-Bryant vs.
OCMBC, Inc. dba Loanstream

A    No, I can't.

Q    How many times have you spoken with your lawyers, other than in a videoconference in connection with this case?

A    I can't give you an exact number.  I do know that I have spoken with two of them, at least two of them numerous times.

Q    Which two?

A    Dana Oliver and Andrew.

Q    Perrong?

A    Yes.

Q    Can you estimate how many times you've spoken to them?

A    I cannot.

Q    How many times have you emailed your attorneys in connection with this case?

A    I -- I -- I can give you a -- a good faith estimate.  The emails with Mr. Perrong, maybe two dozen times.  And that's -- that's a good faith estimate.  And Mr. Oliver, probably a handful or more.

Q    Do you consider Andrew Perrong to be your primary contact amongst your legal team?

A    Yes.

Q    Mr. Perrong has represented you in the past, hasn't he?

Kimberly Hudson-Bryant vs.
OCMBC, Inc. dba Loanstream

Kimberly Hudson-Bryant

A    Yes.

Q    Has Mr. Oliver represented you in the past?

A    No.

Q    And has Mr. Perrong represented you in the past?

A    I believe I've said previously yes.

Q    And you've never been confirmed by a court as a class representative.

That's right, isn't it?

A    Yes.

Q    Okay.  What does it mean to be a class representative?

A    To represent the class, being available, being tentative, staying in communication, reading the complaints, any case information that the attorneys send to you.

Q    Anything else?

A    That is the gist of my understanding.

Q    Okay.  Do you have an estimate of how much time you have spent on this case to date?

A    How much time I have spent on this case today?

Q    To date.

A    Oh, to date.  No.

Q    Have you communicated with any of the other punitive class members?

Kimberly Hudson-Bryant

Kimberly Hudson-Bryant vs.
OCMBC, Inc. dba Loanstream

A    Statutory damages for the two calls.

Q    I don't understand that answer.

A    The fee -- the fee agreement, statutory damages, I will get statutory damages for the phone calls.

Q    And your attorneys will get everything else that is recovered in a lawsuit?

A    That's my understanding.

Q    So, for example, that 35,000-dollar settlement offer that LoanStream made, you would have received $3,000 for that, and your attorneys would have received, what, 3200 -- 32,000?  Is that right?

A    If the calls were found -- were found to be willful, that math sounds correct.

Q    Okay.  If you take this case to trial and a class gets certified.  If -- if -- if a class gets certified and this case either goes to trial or settles -- let's say that -- let's say the case settles for $100,000.

     How much money would you recover from that, just your statutory TCPA damages?

     MR. OLIVER:  Objection to the form of the question.

     If you know the answer to that, you can answer. If you don't, do not guess.

Kimberly Hudson-Bryant

Kimberly Hudson-Bryant vs.
OCMBC, Inc. dba Loanstream

THE WITNESS:  My understanding is whatever the judge determines in terms of the class representatives fee plus whatever the dollar amount would be for the two calls split amongst the -- the class.

BY MR. LANDERS:

Q     Do you know what -- is there any agreement -- have you signed any agreement about what your class representative fee would be?

A     I'm not sure -- no, because my understanding is that that fee is determined by the judge.

Q     Do you know when the trial is scheduled in this case?

A     I don't recall now, I don't -- I don't.

Q     Do you know when the deadline for the parties -- or do you know when the deadline to file a motion for class certification is?

A     I'm not sure.

Q     Do you know when the discovery cutoff is?

A     Off the top of my head, no.  I can't tell you without rereviewing some documents.

Q     Okay.  Let's take a look at the first amended complaint.

Adam, can you pull that up, please.

MR. SCOTT:  Yes.  We're on Exhibit 12.  Correct?