dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021
Attorney for Plaintiff and Putative Class

*Attorney for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> *v.* <br><br> OCMBC, INC. D/B/A LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS <br><br> *Defendants* | Case No. 8:24-cv-67-FWS-JDE <br><br> **DECLARATION OF ANDREW PERRONG IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

## DECLARATION OF ANDREW PERRONG IN
## SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

I, Andrew Perrong, declare under penalty of perjury:

1.    I make this declaration in support of Plaintiff's Motion for Class

- 1 -
DECLARATION OF ANDREW PERRONG
*Hudson-Bryant v. OCMBC, Inc. d/b/a LoanStream*

Certification.  Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2.  I am an attorney duly admitted to practice in the Commonwealth of Pennsylvania, I am over 18 years of age, and I am competent to testify and make this affidavit on personal knowledge.  I have extensive experience in the prosecution of class actions on behalf of consumers, particularly claims under the TCPA.

3.  I am a 2023 graduate of Temple University Law School, having graduated at the top of my class. In 2023, I was admitted to the Bar in Pennsylvania and in Oregon in 2024. Since then, I have been admitted to practice before multiple Federal District Courts, including for the Eastern District and Middle District of Pennsylvania, the District of Oregon, all Texas Federal Courts, and the Northern District of Illinois. I have also been admitted to practice before the Second and Third Circuit Courts of Appeals. From time to time, I have appeared in other State and Federal District Courts *pro hac vice*. I am in good standing in every court to which I am admitted to practice.

4.  In 2023, I started Perrong Law LLC, focused on protecting consumers in class action lawsuits.

DECLARATION OF ANDREW PERRONG
*Hudson-Bryant v. OCMBC, Inc. d/b/a LoanStream*

5. So far, I have been appointed class counsel in the certified class action of *Aley v. LightFire Partners, LLC*, 5:22-cv-00330, which resulted in an individual settlement after class approval because of financial concerns surrounding the Defendant, and after Defendant's unsuccessful attempt at an interlocutory appeal, for which I was counsel on the brief.

6. I was also appointed class counsel in the certified class action of *Ryan et al. v. Wilshire Law Firm, P.L.C.*, 2025-022621-CA-01, (Eleventh Jud. Cir. Miami Dade Cnty, Fl.), which has been granted preliminary approval and is pending final approval.

7. My appointment as class counsel is also currently pending in *Bond v. Folsom Ins. Agency LLC*, No. 3:24-cv-02551-L (N.D. Tex.).

8. My firm has no known conflicts with the proposed settlement class.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT

EXECUTED THIS 13TH DAY OF APRIL 2026 IN THE COMMONWEALTH OF PENNSYLVANIA.

_____
Andrew Perrong

- 3 -

DECLARATION OF ANDREW PERRONG
*Hudson-Bryant v. OCMBC, Inc. d/b/a LoanStream*