Dana Oliver
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021
Attorney for Plaintiff and Putative Class

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>OCMBC, INC. D/B/A LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS<br><br>*Defendants* | Case No. 8:24-cv-67-FWS-JDE<br><br>**[PROPOSED ORDER GRANTING] MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Fred W. Slaughter<br><br>Magistrate: Hon. John D. Early<br><br>Hearing (In Person): June 18, 2026, 10:00 A.M. Courtroom 10D |

## [PROPOSED ORDER GRANTING] MOTION FOR CLASS CERTIFICATION

AND NOW, this _____ day of _____, 2026, it is hereby ORDERED that the Plaintiff's Motion for Class Certification is hereby GRANTED as follows:

The Court certifies the following class under FED. R. CIV. P. 23 (b)(3):

All persons in the United States who, from August 2021 through June 2022, (1) were on the National Do Not Call Registry for at least thirty days, (2) and who received more than one telephone call from the LoanStream calling campaign, as evidenced in the calling data produced by LizDev in this lawsuit, (3) within any 12-month period (4) as identified in the Expert Report of Aaron Woolfson.

IT IS FURTHER ORDERED that Plaintiff Kimberly Hudson-Bryant is appointed to serve as class representative, and that Andrew Perrong, of Perrong Law LLC, Anthony Paronich, of Paronich Law, PC, and Dana Oliver, of Oliver Law Center, Inc, are appointed as Class Counsel.

*BY THE COURT:*

_____

Hon. Fred W. Slaughter, J.

- 2 -

[PROPOSED ORDER GRANTING]
MOTION FOR CLASS CERTIFICATION
*Hudson-Bryant v. OCMBC, Inc. d/b/a LoanStream*