**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>     *Plaintiff*,<br><br>   v.<br><br>OCMBC, INC. D/B/A LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS,<br><br>     *Defendants*. | Case No. 8:24-cv-67-FWS-JDE<br><br>**ORDER REGARDING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL [59]** |

The court has received Plaintiff's Application for Leave to File Under Seal. (Dkt. 59, "Application.")  The Application seeks leave to file under seal two categories of information in connection with Plaintiff's Motion for Class Certification.  The first category includes exhibits and references to exhibits that other parties have designated as confidential.  (*See* Application at 3-4 (describing

- 1 -

Exhibits A, B, C, and E).)  The court will defer ruling on those portions of the Application until after the Designating Party or Designating Parties file a declaration as required in Central District of California Local Rule 79-5.2.2(b). **Failure to timely file such a declaration may result in the Application being denied as to the relevant exhibits**.

The second category of information the Application to seeks to seal is an entire deposition transcript on the basis that the period for designating portions as confidential under the Stipulated Protective Order has not yet passed.  (Application at 4.)  Based on the information in the Application, the court **ORDERS** Plaintiff to file a revised Application for Leave to File Under Seal on or before **May 4, 2026**, seeking to file under seal only those portions of the deposition transcript designated as confidential.  If applicable, the Designating Party must thereafter file a declaration as provided in Central District of California Local Rule 79-5.2.2(b) on or before **May 6, 2026.**

Date: April 14, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

- 2 -