dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021
Attorney for Plaintiff and Putative Class

*Attorney for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated, | Case No. 8:24-cv-67-FWS-JDE |
| *Plaintiff,* | **NOTICE OF DISMISSAL OF PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING** |
| *v.* | |
| OCMBC, INC. D/B/A LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS | |
| *Defendants* | |

## NOTICE OF DISMISSAL OF PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING

COMES NOW Plaintiff Kimberly Hudson-Bryant, and respectfully

voluntarily dismisses this action, without prejudice, as to Defendant Premier

Financial Marketing LLC d/b/a Resmo Lending, **ONLY**, with each party to bear its

own fees and costs, pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES OF CIVIL PROCEDURE, and in accordance with this Court's order of April 14, 2026 (ECF No 61), Option 3.

Dated: April 15, 2026

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
(*Pro Hac Vice*)
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

April 15, 2026

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.