THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
ADAM R. SCOTT [SBN 333706]
ascott@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant OCMBC, INC.
dba LOANSTREAM MORTGAGE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCMBC, INC. D/B/A LOANSTREAM MORTGAGE, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS,<br><br>Defendants. | Case No. 8:24-cv-67-FWS-JDE<br><br>**DEFENDANT OCMBC, INC.'S RESPONSE TO PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Judge:          Hon. Fred W. Slaughter<br>Magistrate:   Hon. John D. Early<br><br>Action Filed:     September 10, 2024<br><br>Trial Date:         October 27, 2026 |

Pursuant to Local Civil Rule 79-5.2.2(b), Defendant OCMBC, Inc. dba LOANSTREAM MORTGAGE ("Defendant" or "LoanStream") files the following declaration of Thomas F. Landers ("Declaration"), attached hereto as **Exhibit A**, in response to the Court's Order dated April 14, 2026 (ECF No. 62), and Plaintiff's Application For Leave to File Under Seal ("Application").

In support of its Motion for Class Certification, Plaintiff's Application seeks to file certain documents under seal, including certain documents Defendant previously produced in this action and marked "CONFIDENTIAL" pursuant to the Stipulated Protective Order signed by this Court on June 18, 2024 ("Protective Order").

For the reasons set forth in the Declaration, Defendant does not oppose Plaintiff's request to seal Exhibit B (Profit and Loss Statement) and Exhibit E (Employment Agreement of Cynthia Roberts, a former LoanStream employee), which are attached to Plaintiff's Application, and requests an order sealing those exhibits for purposes of Plaintiff's Motion for Class Certification and any opposition subsequently filed by Defendant.

DATED:  April 17, 2026

SOLOMON WARD SEIDENWURM & SMITH, LLP


By: */s/ Thomas F. Landers*
THOMAS F. LANDERS
ADAM R. SCOTT
Attorneys for Defendant
OCMBC, INC., dba
LOANSTREAM MORTGAGE

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the Electronic Service List for this case.