# EXHIBIT A

THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
ADAM R. SCOTT [SBN 333706]
ascott@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant OCMBC, INC.
dba LOANSTREAM MORTGAGE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCMBC, INC. D/B/A LOANSTREAM MORTGAGE, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS,<br><br>Defendants. | Case No. 8:24-cv-67-FWS-JDE<br><br>**DECLARATION OF THOMAS F. LANDERS IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Judge:        Hon. Fred W. Slaughter<br>Magistrate:  Hon. John D. Early<br><br>Action Filed:    September 10, 2024<br><br>Trial Date:      October 27, 2026 |

P:4906-7584-4514.4:66075-002                    -1-                    Case No. 8:24-cv-67-FWS-JDE
DECLARATION OF THOMAS F. LANDERS ISO APPLICATION FOR LEAVE TO FILE UNDER SEAL

I, Thomas F. Landers, hereby declare:

1.    I am an attorney at law licensed to practice before all federal and state courts in the State of California and am a partner with Solomon Ward Seidenwurm & Smith, LLP, counsel of record for Defendant OCMBC, INC. dba LOANSTREAM MORTGAGE ("Defendant" or "LoanStream") in this action.

2.    I have personal knowledge of the facts set forth herein and I submit this declaration in response to the Court's Order dated April 14, 2026 (ECF No. 62) and Plaintiff's Application For Leave to File Under Seal ("Application"), which Plaintiff filed in support of its Motion for Class Certification ("Motion").

3.    Plaintiff filed a class action complaint on or about January 1, 2024.

4.    Defendant produced certain responsive documents to Plaintiff's counsel on or about April 6, 2026, which it Bates stamped OCMBC_00001-00968 (the "Production").

5.    Pursuant to the Parties' Stipulated Protective Order, signed by this Court on June 18, 2024, Defendant marked certain documents within the Production as "CONFIDENTIAL"—including Exhibits A, B and E, which Plaintiff now desires to file under seal in support of its Motion.

6.    Certain portions of the Production were marked CONFIDENTIAL because they contain, among other things, nonpublic communications, Defendant's internal policies, Defendant's internal financial data and the employment records of a former employee of Defendant. Specifically, Exhibit B (Profit and Loss Statement) and Exhibit E (Employment Agreement of Cynthia Roberts, a former LoanStream employee) contain internal financial data and the employment records of a former employee of Defendant.

7.    For the reasons outlined herein, Defendant does not oppose Plaintiff's request to seal Exhibits B and E for purposes of the Motion.

//

//

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on April 17, 2026, at San Diego, California.

*/s/ Thomas F. Landers*
Thomas F. Landers