Dana Oliver
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021
Attorney for Plaintiff and Putative Class

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,

*Plaintiff,*

*v.*

OCMBC, INC. D/B/A LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS

*Defendants*

Case No. 8:24-cv-67-FWS-JDE

**PLAINTIFF'S REVISED APPLICATION FOR LEAVE TO FILE UNDER SEAL**

Judge: Hon. Fred W. Slaughter

Magistrate: Hon. John D. Early

## REVISED APPLICATION FOR LEAVE TO FILE UNDER SEAL

Pursuant to this Court's order of April 14, 2026 (ECF No. 62), Plaintiff notifies the Court that Defendant has apparently not designated any portion of the deposition transcript as confidential. Plaintiff emailed counsel for Defendant on May 5, 2026 to ascertain whether Plaintiff was mistaken, but Plaintiff received no

response. Plaintiff therefore withdraws her application to seek leave to file the deposition of Serene Vernon under seal.

Dated: May 5, 2026

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
(*Pro Hac Vice*)
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

**LOCAL RULE 11-6.2 COMPLIANCE STATEMENT**

The undersigned, counsel of record for Plaintiff, certifies that this revised application contains 283 words, which complies with the word limit of L.R. 11-6.1.

May 5, 2026

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.

**ARTIFICIAL INTELLIGENCE COMPLIANCE STATEMENT**

Generative artificial intelligence was not used in the generation of this Revised Application.

May 5, 2026

- 2 -

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

May 5, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.