# EXHIBIT 3

January 3, 2023

OCMBC, INC. dba LoanStream Wholesale
19000 Mac Arthur Blvd., Suite 200
Irvine, CA 92612
**Attn**: Rabi Aziz, Chief Executive Officer, LoanStream/Chief Financial Officer, Secretary, OCMBC, Inc.;
Serene Rosenberg-Vernon, Chief Executive Officer, OCMBC, Inc./President, LoanStream

Delivered via Email
Re: Violations of the Telephone Consumer Protection Act (TCPA)

Dear Mr. Aziz and Ms. Rosenberg-Vernon:

I'm contacting you today regarding communications to my phone that are in violation of the TCPA. Each of these unwelcome and unwanted communications were made using an automated telephone dialing system and were made without my express, prior, written consent, as required by law. The illegal communications came to my phone number 323-294-1729, as follows:

1. 10/12/2021 @ 1:07pm PST from illegally spoofed number 213-521-2618
2. 10/19/2021 @ 2:18pm PST from illegally spoofed number 213-521-2618

47 U.S.C. §227(b) stipulates that it shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States to initiate any telephone call to any residential telephone line using an artificial or prerecorded voice to deliver a message without the prior express consent of the called party unless the call is initiated for emergency purposes or is exempted because of an existing business relationship.

Furthermore, 47 U.S.C. §227(c) makes two or more communications within a 12-month period made to residential telephone lines listed on the National Do Not Call Registry a violation as well. As you can see from the attached confirmation, my number was lawfully entered on the National Do Not Call Registry on  09/01/2003.

The TCPA also provides for a private right of action, with each violation entitling me to a $500 penalty, which can be increased to $1,500 per violation, in the event such a violation is deemed to have been willfully or knowingly made. Reasonable court costs for bringing a private right of action against your company are also recoverable in the event of a successful action for those violations.

In the absence of the federally required, express, prior, written consent, or any qualifying, "existing business relationship", you have violated the TCPA as indicated above, thus affording me the right to pursue the statutory penalties described above, as well as the reasonable court costs.

Based on the number of communications detailed above, the statutory penalties to which I would be entitled total **$6,000.00**. However, in the interest of helping you avoid the imposition, expense, and potential embarrassment of civil litigation, I would like to afford you an opportunity to settle this matter for **$4,000.00**. In exchange for that amount, I will forgo any civil action, release your company of all claims associated with the illegal communications named herein, and consider the matter closed.

Inasmuch as I'm confident that the facts of this case would not support any manner of tenable defense for your company, I would urge you to carefully consider accepting this generous, good faith offer to settle. Should you decline it or fail to respond within 5 business days from its time-tracked delivery, please know that I reserve the right to pursue civil action as described herein, in state or federal court, and will seek all available injunctive and monetary relief made available to me under applicable state and federal statutes, up to and including a potential class certification. You should fully expect a lengthy and detailed discovery process to accompany that suit.

Additionally, I would insist that you give me every assurance that the offending communications that are the subject of this matter be the *very last* that I receive. I would also encourage you to take the necessary steps to ensure compliance with state and federal statutes moving forward, not only as a matter of protection from civil liability, but also as a courtesy to the millions of American consumers who are consistently plagued with these types of unwanted, illegal communications.

I look forward to your response within 5 days of your receipt of this notice, as directed above. I would ask that all further communication be in writing, if only as a means by which the content of that communication will be memorialized. Finally, please provide a copy of your DNC policy immediately, add my number to your internal Do Not Call list, and consider this correspondence as a notice to end any perceived existing business relationship.

Respectfully,

Eleanora C Woods

5156 Angeles Vista Blvd

View Park, CA 90043

eleanoracwoods@gmail.com

*by Kimberly A Hudson, Power of Attorney*
mojiforme@gmail.com