# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT

OF PENNSYLVANIA

* * * * * * * *

KIMBERLY                    *

HUDSON-BRYANT,              *

    Plaintiff          *    Case No.

    vs.                *    8:24-CV-67-FWSJDE

OCMBC, INC.,                *

et al.,                     *

    Defendant           *

* * * * * * * *

DEPOSITION OF

SEAN ROBERTS

February 21, 2025

Any reproduction of this transcript is prohibited without authorization by the certifying agency.

Sargent's Court Reporting Service, Inc.
(814) 536-8908

DEPOSITION

OF

SEAN ROBERTS, taken on behalf of the Plaintiff herein, pursuant to the Rules of Civil Procedure, taken before me, the undersigned, Haylie Trapp, a Court Reporter and Notary Public in and for the Commonwealth of Pennsylvania, via teleconference, on Friday, February 21, 2025 beginning at 11:05 a.m.

20

that through LizDev?

A.    It was referred.  Yeah, she referred them to me --- to us.

Q.    If I give the name Global Experts Limited, does that ring a bell?

A.    Sure.

Q.    How do you know Global Experts Limited?

A.    As I stated, I was referred to them by LizDev.

Q.    So Global Experts Limited is the call center in Jamaica that LizDev and Elizabeth Stone referred you to?

A.    Correct.

Q.    Resmo had clients, right?

A.    Two or three, maybe.  We were kind of our own clients.

Q.    I suppose --- I'm not familiar with --- as much with the mortgage business.  Could you try to distill the sort of payment arrangement or referral arrangement that you had in --- in more layman's terms, so I can understand it a little better?

21

A.    So we would purchase opt-in leads from LizDev --- opt-in mortgage leader inquiries of people that were interested in refinancing.   We would provide that data to, as you stated, Global Experts, and then they would dial those consumers and try to transfer them to the parties working in my office.

Q.    And once a potential customer was transferred to a party working in your office and expressed interest in a mortgage, what --- what would happen at that point?

A.    So it --- it --- it --- it --- so it depends on the state that the consumer was calling from because I was licensed in two or three states, four states, Gregg was licensed in six, eight states, and then we had Jared was licensed in one or two states.   So the call would be routed to the person whose state that they were properly licensed in to talk to the consumer about refinancing.

31

do anything.

Q.    What did Resmo offer to do for LoanStream?

A.    They didn't offer LoanStream anything.

Q.    Let me back up.

A.    Okay.

Q.    You said that you had a relationship --- or LoanStream had a relationship with Resmo?

A.    No.  So LoanStream --- we never had a relationship with LoanStream, period.  We marketed on our own behalf, so you have to understand that there was three entities working in an office.  One was LoanStream, one was Lending Three, and one was, I want to say AFN.  And so we would --- and so the relationship we had was as loan officers providing them with loans.

So there --- there --- there wasn't any --- technically any relationship that Resmo had with any of those companies because they were looking for the loan.  They didn't

32

participate in advertising.  So the only reason Resmo or Premier comes into play in this is because at the time, my wife needed additional revenue to market and so we had LizDev prepare two invoices so that LoanStream would give us --- or give the branch, not us, my wife, in advance to market with.  So it had nothing to do with Resmo.  Resmo never, ever, ever, ever billed LoanStream for anything.  So no financial relationship.

Q.    Understood.  So LoanStream then --- so LoanStream hired LizDev and by extension, Global Experts?

A.    LoanStream did not hire LizDev.

Q.    Well, they paid LizDev and Global Experts?

A.    They didn't pay LizDev.  They paid my wife.

Q.    For LizDev's invoices?

A.    Correct.  And they didn't --- they only paid partial amounts.  They didn't pay the entire amounts.

44

Q.    Did you also maintain an internal Do Not Call list?

A.    Yes.

Q.    Is that internal Do Not Call list still available?

A.    No.

Q.    Did LoanStream provide you its internal Do Not Call list for you to scrub against when making calls?

A.    No.  No.  But Liz did - - - LizDev did.

Q.    LizDev provided you her internal Do Not Call list?

A.    Yes.

Q.    To the extent you know, did LoanStream provide their internal Do Not Call list to LizDev?

A.    No.

Q.    Did you scrub against numbers against the Do Not Call registry?

A.    Yes.

Q.    What did you use to scrub numbers against the Do Not Call registry?

A.    It was a service we had and I

45

don't remember the name.  They sent me occasional emails.  I can look it up if you need, but it's --- it's --- it's a service that we use.  Then they also tell us people that are looking to file TCPA lawsuits so they give us those numbers as well.

Q.    Did LoanStream Instructor require you to scrub against the Do Not Call list?

A.    They just wanted to make sure that the --- the data that we receiving was opt-in and they wanted --- they didn't --- we just --- they --- we made --- we had a verbal agreement that, you know, we weren't going to just start dialing white pages or crap or people who weren't interested in loans and so, you know, they --- they basically asked me how I received my data.  I told them how I received my data.  They asked me if it was opted-in and I said yes.  They asked me if I had policies and procedures regarding TCPA.  I said

46

absolutely.   And they asked me regarding can spam I said absolutely, and then we rolled on.

Q.     And did they ask you for copies of those or did they just ask if they existed?

A.     They just wanted to make sure that I had them and I was adhering to them.

Q.     In what format would they have asked you for --- for --- for that?

Was that as part of the vendor onboarding?  Was that through email?

A.     It was --- it was part of the original conversation my wife had and I was in the room because they wanted to --- the conversation was tell me how you market.

Q.     So it was an in-person conversation?

A.     We explained it --- we explained it --- we explained that.

So she explained it.

Q.     I'm sorry for cutting you off.

That was an in-person

47

conversation?

A.      No, it was over the phone.

Q.      Okay.

Did LoanStream ever audit those representations?

A.      No.

Q.      Did they contractually require those representations?

A.      No.

Q.      Did you ever provide your internal Do Not Call this to LoanStream?

A.      I did not.

Q.      Did Resmo ever receive any complaints from customers as part of its relationship with Global Experts?

A.      Never.

Q.      You mentioned that the leads that you purchased from Global Experts for opt-in leads ---

A.      I never purchased leads from Global Experts.

Q.      I should --- I should clarify.

The leads from Global Experts were opt-in leads, correct?

48

A.      Correct.

Q.      Who was responsible for obtaining that opt-in?

A.      LizDev.

Q.      So any evidence of an opt in would be in her possession?

A.      Correct.

                ATTORNEY PERRONG:

                I think that's just about it. I'm going to take a five-minute break, just look through my notes really quick, and then I'll hand you over to the other side for any questions that they might have.

                THE WITNESS:

                Sounds good.

                ATTORNEY LANDERS:

                Why don't we take a ten-minute break?

                ATTORNEY PERRONG:

                Ten minutes is fine.

BY ATTORNEY PERRONG:

Q.      Mr. Roberts, you understand that we're still under oath?

52

was kind of --- you know, so that --- that --- it was only --- it was very rare that we ever communicated with them.

Q.   Besides Serene, do you recall anybody else on that telephone call?

A.   No.

Q.   And then I guess you've said a lot here about this entire relationship and seems like there's, at least to me, a lot of moving parts and a lot of pieces here.  Could you just distill the essence of who hired who to do what in your own words?

A.   We --- or, excuse me, Resmo Lending hired LizDev for leads in which we sent those leads and hired Global Experts to call those individuals, and then AFN, Lending Three, and LoanStream loan agents would answer those calls.

Q.   And LoanStream was provided LizDev's invoices so that they could provide the funding or --- or justify the funding necessary ---

60

COMMONWEALTH OF PENNSYLVANIA  )

COUNTY OF CAMBRIA              )

CERTIFICATE

I, Haylie Trapp, a Notary Public in and for the Commonwealth of Pennsylvania, do hereby certify:

That the witness, Sean Roberts, whose testimony appears in the foregoing deposition, was duly sworn by me on February 21, 2025 and that the transcribed deposition of said witness is a true record of the testimony given by said witness;

That the proceeding is herein recorded fully and accurately;

That I am neither attorney nor counsel for, nor related to any of the parties to the action in which these depositions were taken, and further that I am not a relative of any attorney or counsel employed by the parties hereto, or financially interested in this action.

Dated the 27 day of February, 2025

Commonwealth of Pennsylvania - Notary Seal
Haylie Trapp, Notary Public
Cambria County
My Commission Expires June 21, 2028
Commission Number 1448233

Haylie Trapp,

Court Reporter