# EXHIBIT 6

PLACEHOLDER DOCUMENT

EXHIBIT 6 - Call Recording

This document is being provided to the Court in native format.