# EXHIBIT 7

**From:** Thomas F. Landers
**Sent:** Thursday, April 17, 2025 3:30 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Cc:** Andrew Perrong <a@perronglaw.com>
**Subject:** RE: Hudson-Bryant v. LoanStream et al

For deposition scheduling and case management.  I was finally able to connect with Serene Vernon.

Thomas F. Landers | Partner
**Solomon Ward Seidenwurm & Smith LLP**
401 B Street Suite 1200 | San Diego, CA 92101
o 619.231.0303 | d 619.238.4812
tlanders@swsslaw.com | www.swsslaw.com | v-card

Please read the legal disclaimer that governs this email and any attachments

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Thursday, April 17, 2025 3:28 PM
**To:** Thomas F. Landers <tlanders@swsslaw.com>
**Cc:** Andrew Perrong <a@perronglaw.com>
**Subject:** RE: Hudson-Bryant v. LoanStream et al

Hey, Tom. On scheduling what? Andrew and I have different responsibilities for coverage so depending on what we're talking about, either one or both of us may want/need to be on.

**From:** Thomas F. Landers <tlanders@swsslaw.com>
**Sent:** Thursday, April 17, 2025 6:26 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Hudson-Bryant v. LoanStream et al

Anthony:

Are you available tomorrow morning for a short call regarding scheduling?

Thomas F. Landers | Partner
**Solomon Ward Seidenwurm & Smith LLP**
401 B Street Suite 1200 | San Diego, CA 92101
o 619.231.0303 | d 619.238.4812
tlanders@swsslaw.com | www.swsslaw.com | v-card

Please read the legal disclaimer that governs this email and any attachments