THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
ADAM R. SCOTT [SBN 333706]
ascott@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant OCMBC, INC.
d/b/a LOANSTREAM MORTGAGE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCMBC, INC. D/B/A LOANSTREAM MORTGAGE, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS,<br><br>Defendants. | Case No. 8:24-cv-67-FWS-JDE<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT OCMBC, INC. D/B/A LOANSTREAM MORTGAGE'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Judge:        Hon. Fred W. Slaughter<br>Magistrate:  Hon. John D. Early<br><br>Action Filed:  January 11, 2024<br>Trial Date:    October 27, 2026 |

P:4935-8953-5146.2:66075-002

[PROPOSED] ORDER GRANTING DEFENDANT OCMBC, INC. D/B/A LOANSTREAM MORTGAGE'S
APPLICATION FOR LEAVE TO FILE UNDER SEAL

The Court has received Defendant OCMBC, Inc. d/b/a LoanStream Mortgage's ("Defendant") Application for Leave to File Under Seal ("Application"), which seeks leave to file certain portions of its opposition to Plaintiff Kimberly Hudson-Bryant's ("Plaintiff") Motion for Class Certification (the "Opposition"), including (a) certain portions of the Opposition itself, (b) portions of the expert report of Madelyn Moran, Defendant's expert in this action, (c) portions of excerpts from AT&T's subpoenaed document production, and (d) certain excerpts from the transcript of the deposition of Plaintiff, including arguments related to, and evidence citing or quoting, portions of the transcript designated "confidential" by Plaintiff's Notice of Confidentiality Designation dated May 8, 2026, which was filed concurrently with Defendant's Application (together, the "Redactions").

Having reviewed the Application and for good cause appearing, Defendant's Application for Leave to File Under Seal is hereby GRANTED and Defendant may proceed to file an unredacted version of its Opposition, without the Redactions, with the Court.

IT IS SO ORDERED.

Date:_____          _____
                                          Honorable Fred W. Slaughter
                                          District Judge

P:4935-8953-5146.2:66075-002

[PROPOSED] ORDER GRANTING DEFENDANT OCMBC, INC. D/B/A LOANSTREAM MORTGAGE'S
APPLICATION FOR LEAVE TO FILE UNDER SEAL