THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
ADAM R. SCOTT [SBN 333706]
ascott@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant OCMBC, INC.
d/b/a LOANSTREAM MORTGAGE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated, | Case No. 8:24-cv-00067-FWS-JDE |
| Plaintiffs, | **DECLARATION OF THOMAS F. LANDERS IN SUPPORT OF DEFENDANT OCMBC, INC. D/B/A LOANSTREAM MORTGAGE'S APPLICATION FOR LEAVE TO FILE UNDER SEAL** |
| v. | |
| OCMBC, INC. D/B/A LOANSTREAM MORTGAGE, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS, | Judge:       Hon. Fred W. Slaughter<br>Magistrate:  Hon. John D. Early |
| Defendants. | Action Filed:  January 11, 2024<br>Trial Date:    October 27, 2026 |

P:4914-8516-6762.2:66075-002

Case No. 8:24-cv-00067-FWS-JDE

DECLARATION OF THOMAS F. LANDERS IN SUPPORT OF APPLICATION TO SEAL

I, Thomas F. Landers, declare:

1.      I am an attorney at law licensed to practice before all federal and state courts in the State of California and am a partner with Solomon Ward Seidenwurm & Smith, LLP, counsel for Defendant OCMBC, INC. dba LoanStream Mortgage ("Defendant") in this action. I have personal knowledge of the facts set forth in this declaration and I submit this declaration in support of Defendant's Application for Leave to File Under Seal Defendant's Opposition to Plaintiff's Motion for Class Certification (the "Application").

2.      Plaintiff filed a class action complaint on or about January 11, 2024.

3.      On June 18 2024, the Court entered a Stipulated Protective Order ("Protective Order"), which permits the Parties to designate specific deposition testimony and exhibits as "CONFIDENTIAL" if it qualifies for protection under Federal Rule of Civil Procedure 26(c), applicable privacy statutes, and the good cause statement set forth in the Protective Order. Dkt. 26.

4.      On March 26, 2026, Defendant's counsel conducted a remote deposition of Plaintiff Kimberly Hudson-Bryant via Zoom.

5.      On April 9, 2026, all parties, including Plaintiff's counsel, received a copy of the transcript relating to Plaintiff's deposition.

6.      On April 13, 2026, Plaintiff filed her Motion for Class Certification, which, according to the current scheduling order, Defendant must oppose by May 11, 2026.

7.      On Friday, May 8, 2026 at 9:38 p.m. Pacific Daylight Time, Plaintiff emailed Defendant with a Notice of Confidentiality Designation, which designated 26 sections of Plaintiff's deposition transcript, and one exhibit, as "CONFIDENTIAL" under the Protective Order (the "Friday Night Confidentiality Designations"). A true and correct copy of Plaintiff's Friday Night Confidentiality Designations, which are the subject of this Application, are attached hereto as **Exhibit A**.

8. Concurrent with this Declaration and the Application, Defendant is filing its Opposition to Plaintiff's Motion for Class Certification ("Opposition"), with the accompanying exhibits and declarations (including certain portions designated "CONFIDENTIAL" under the Protective Order and Friday Night Confidentiality Designations).

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct, and that this declaration was executed on May 11, 2026, at San Diego, California.

*/s/ Thomas F. Landers*
Thomas F. Landers, Esq.

DECLARATION OF THOMAS F. LANDERS IN SUPPORT OF APPLICATION TO SEAL

# EXHIBIT A

Dana Oliver
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021
Attorney for Plaintiff and Putative Class

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>OCMBC, INC. D/B/A LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS<br><br>*Defendants* | Case No. 8:24-cv-67-FWS-JDE<br><br>**PLAINTIFF'S NOTICE OF CONFIDENTIALITY DESIGNATION**<br><br>Judge: Hon. Fred W. Slaughter<br><br>Magistrate: Hon. John D. Early |

## PLAINTIFF'S NOTICE OF CONFIDENTIALITY DESIGNATION

PLEASE TAKE NOTICE that, pursuant to the Protective Order entered in this case, Plaintiff Kimberly Hudson-Bryant is designating the following portions of her deposition transcript as confidential:

| Portion | Reason |
|---|---|
| | |

- 1 -

NOTICE OF CONFIDENTIALITY DESIGNATION
*Hudson-Bryant v. OCMBC, Inc. d/b/a LoanStream*

| 14:13–15:25 | Medical/health information. |
|---|---|
| 20:19–21:3, *passim* | Plaintiff's telephone number. |
| 27:11–27:21 | Plaintiff's home address. |
| 32:5–33:23 | Plaintiff's damages in other litigation. |
| 34:1–42:25 | Household/family information. |
| 44:1–46:25 | Home addresses. |
| 47:8–49:25 | Financial information. |
| 50:4–60:17 | Family and family health information. |
| 60:18–66:18 | Family and address information. |
| 98:9–105:21 | Family medical information. |
| 106:1–108:18 | Family medical information, ph. num. |
| 109:5–117:8 | Telephone number. |
| 116:1–129:25 | Power of attorney information. |
| 130:1–132:25 | Family medical information. |
| 133:1–134:25 | Family and address information. |
| 135:1–136:23 | Family medical information. |
| 136:5 | Telephone number. |
| 140:15–141:20 | Family information. |
| 144:5-144:23 | Family medical information. |

NOTICE OF CONFIDENTIALITY DESIGNATION
*Hudson-Bryant v. OCMBC, Inc. d/b/a LoanStream*

| 148:5 | Telephone number. |
|---|---|
| 150:4–152:25 | Attorney/client information. |
| 175:1–180:10 | Attorney/client information. |
| 180:6–183:25 | Telephone number. |
| 187:1–187:25 | Telephone number. |
| 211:1–221:25 | Telephone number. |
| 242:1–246:25 | Telephone number. |

IN ADDITION, and without waiving designations as to any other materials previously so designated, the Plaintiff is designating as confidential Defendant's Exhibit 10 to the deposition, as well as any transcribed portion of any materials previously designated as confidential.

Dated: May 8, 2026

/s/ *Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
(*Pro Hac Vice*)
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

# <u>CERTIFICATE OF SERVICE</u>

I certify that I served the foregoing via email on counsel for the Defendants on the below date.

Dated: May 8, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.

NOTICE OF CONFIDENTIALITY DESIGNATION
*Hudson-Bryant v. OCMBC, Inc. d/b/a LoanStream*