22

And then that person --- I would take the call depending on where it was going because I was licensed at the time, and still am.  And then Jared --- it just depends where the call came from.

Q.     So as I'm sure you're aware, our client received a call from Global Experts Call Center, or what we believe is Global Experts Call Center, that stated that their name was Carisha with LoanStream Mortgage.

So was --- was that lead then going to be --- if --- if the customer expressed an interest in the mortgage products, would that lead then be sold to LoanStream?

A.     It would be originated, first of all to go to LoanStream, yes.

Q.     Okay.

So Resmo essentially provides leads to LoanStream of customers that are interested in refinancing or --- or getting mortgage loans?

A.     We ran two campaigns with

23

LoanStream, yes.

Q.    What were the --- what were the nature of those two campaigns?

A.    Just --- they were marketing campaigns for loans.

Q.    Was there like --- you say two campaigns, so it sounds like there Was some sort of distinction there?

A.    Yes.  We purchased data twice from LizDev and sent the data over.

Our first purchase was, I believe in October of 2022, and I think we did one more in January of 2023 and then rates had gone up, so we kind of blew out of there.

Q.    Okay.

A.    And then Global Experts wasn't very good at what they did, so it wasn't a good value for us anyways.

Q.    Uh-huh.  Do you know if Elizabeth Stone owns Global Experts?

A.    I believe she is an investor.

I don't think she owns it.

Q.    Okay.

A.    I think she put up some money

45

don't remember the name.  They sent me occasional emails.  I can look it up if you need, but it's --- it's --- it's a service that we use.  Then they also tell us people that are looking to file TCPA lawsuits so they give us those numbers as well.

Q.    Did LoanStream Instructor require you to scrub against the Do Not Call list?

A.    They just wanted to make sure that the --- the data that we receiving was opt-in and they wanted --- they didn't --- we just --- they --- we made --- we had a verbal agreement that, you know, we weren't going to just start dialing white pages or crap or people who weren't interested in loans and so, you know, they --- they basically asked me how I received my data.  I told them how I received my data.  They asked me if it was opted-in and I said yes.  They asked me if I had policies and procedures regarding TCPA.  I said

48

A.      Correct.

Q.      Who was responsible for obtaining that opt-in?

A.      LizDev.

Q.      So any evidence of an opt in would be in her possession?

A.      Correct.

                    ATTORNEY PERRONG:

                    I think that's just about it. I'm going to take a five-minute break, just look through my notes really quick, and then I'll hand you over to the other side for any questions that they might have.

                    THE WITNESS:

                    Sounds good.

                    ATTORNEY LANDERS:

                    Why don't we take a ten-minute break?

                    ATTORNEY PERRONG:

                    Ten minutes is fine.

BY ATTORNEY PERRONG:

Q.      Mr. Roberts, you understand that we're still under oath?