THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
ADAM R. SCOTT [SBN 333706]
ascott@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant OCMBC, INC.
d/b/a LOANSTREAM MORTGAGE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCMBC, INC. D/B/A LOANSTREAM MORTGAGE, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS,<br><br>Defendants. | Case No. 8:24-cv-00067-FWS-JDE<br><br>**DECLARATION OF THOMAS F. LANDERS IN SUPPORT OF DEFENDANT OCMBC, INC. D/B/A LOANSTREAM MORTGAGE'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Date: July 16, 2026<br>Time: 10:00 a.m.<br>Crtrm.: 10D<br><br>Judge: Hon. Fred W. Slaughter<br>Magistrate: Hon. John D. Early<br><br>Action Filed: January 11, 2024<br>Trial Date: October 27, 2026 |

Case No. 8:24-cv-00067-FWS-JDE

DECLARATION OF THOMAS F. LANDERS IN SUPPORT OF APPLICATION TO SEAL

I, Thomas F. Landers, declare:

1.      I am an attorney at law licensed to practice before all federal and state courts in the State of California and am a partner with Solomon Ward Seidenwurm & Smith, LLP, counsel for Defendant OCMBC, Inc. d/b/a LoanStream Mortgage ("Defendant" or "LoanStream") in this action. I have personal knowledge of the facts set forth in this declaration, which I submit in support of Defendant's Application for Leave to File Under Seal Defendant's Motion for Summary Judgment or, In the Alternative, Partial Summary Judgment ("Application").

2.      Plaintiff Kimberly Hudson-Bryant ("Plaintiff") filed a class action complaint on or about January 11, 2024.

3.      On June 18 2024, the Court entered a Stipulated Protective Order ("Protective Order"), which permits the Parties to designate specific deposition testimony and exhibits as "CONFIDENTIAL" if they qualify for protection under Federal Rule of Civil Procedure 26(c), applicable privacy statutes, and the good cause statement set forth in the Protective Order. ECF No. 26.

4.      On March 26, 2026, I deposed Plaintiff via Zoom. The deposition was also stenographically recorded by a certified shorthand court reporter.

5.      On March 31, 2026, Plaintiff's counsel conducted a remote deposition, via Zoom, of Serene Rosenberg Vernon, the former President of LoanStream and Defendant's 30(b)(6) corporate designee in this action.

6.      On May 6, 2026, the Court, in response to Plaintiff's application to seal certain documents and deposition testimony related to her motion for class certification, granted Plaintiff's application in part (allowing Plaintiff to file four exhibits under seal) and denied the application in part (disallowing the wholesale redaction of Ms. Vernon's deposition testimony). ECF No. 67.

7.      On May 11, 2026, Defendant filed its own application to seal certain exhibits and deposition testimony needed to support its Opposition to Plaintiff's Motion for Class Certification, including twenty-six separate sections of Plaintiff's

deposition transcript and one exhibit that Plaintiff's counsel marked "CONFIDENTIAL" under the Protective Order less than 72 hours before the opposition was due. ECF No. 70.

8. On May 19, 2026, the Court provisionally granted Defendant's application to seal and ordered the Parties to meet and confer, on or before May 22, 2026, in an attempt to reach a resolution regarding what portions of Plaintiff's deposition testimony needed to remain under seal. ECF No. 72.

9. On May 25, 2026, Plaintiff's counsel served amended confidentiality designations on Defendant via email (the "Amended Confidentiality Designations"). A true and correct copy of those designations is attached as **Exhibit A**. Plaintiff also filed a separate declaration with the Court the following day. ECF No. 73.

10. On June 4, 2026, Defendant filed its Motion for Summary Judgment or, In the Alternative, Partial Summary Judgment (the "Motion").

11. Concurrent with this Declaration and Defendant's Application, Defendant seeks to redact certain portions of its Motion, which are designated "CONFIDENTIAL" under the Protective Order. Defendant's Motion also seeks to file eight exhibits under seal, including: (i) six exhibits previously approved by the Court and filed by the Parties in response to Plaintiff's Motion for Class Certification—namely Exhibits 1, 4, 6, 9, 12, and 13—which are referenced in and attached to the Declaration of Thomas F. Landers In Support of Defendant OCMBC, Inc. d/b/a LoanStream Mortgage's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment ("Landers MSJ Declaration") or the Declaration of Serene Rosenberg Vernon In Support of Defendant OCMBC, Inc. d/b/a LoanStream Mortgage's Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment ("Vernon MSJ Declaration"), and which have been filed

/ / /

/ / /

/ / /

concurrently with Defendant's Motion; and (ii) two new exhibits—namely Exhibits 14 and 15, which are also referenced in and attached to the Vernon MSJ Declaration— contain sensitive internal business information about the policies and practices at LoanStream.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct, and that this declaration was executed on June 4, 2026, at San Diego, California.

/s/ Thomas F. Landers
Thomas F. Landers, Esq.

DECLARATION OF THOMAS F. LANDERS IN SUPPORT OF APPLICATION TO SEAL

# EXHIBIT A

Dana Oliver
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021
Attorney for Plaintiff and Putative Class

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>OCMBC, INC. D/B/A LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS<br><br>*Defendants* | Case No. 8:24-cv-67-FWS-JDE<br><br>**PLAINTIFF'S NOTICE OF CONFIDENTIALITY DESIGNATION**<br><br>Judge: Hon. Fred W. Slaughter<br><br>Magistrate: Hon. John D. Early |

## <u>PLAINTIFF'S AMENDED</u>

## <u>NOTICE OF CONFIDENTIALITY DESIGNATION</u>

PLEASE TAKE NOTICE that, pursuant to the Protective Order entered in this case, Plaintiff Kimberly Hudson-Bryant is amending her designations of the following portions of her deposition transcript as confidential:

- 1 -
AMENDED NOTICE OF CONFIDENTIALITY DESIGNATION
*Hudson-Bryant v. OCMBC, Inc. d/b/a LoanStream*

| Portion | Reason |
|---|---|
| 14:13–15:25 | Medical/health information. |
| 20:19–21:3, *passim* | Plaintiff's telephone numbers (only). |
| 27:11–27:21 | Plaintiff's home address (only). |
| 32:5–33:23 | Plaintiff's damages in other litigation. (amounts only) |
| 34:1–42:25 | Household/family information. (names other than Julius Bryant and Eleanora Woods, damages amounts on 38:2-12, 40:25-41:1) |
| 44:1–46:25 | Home addresses (only). |
| 47:8–49:25 | Financial information (tax return status only in 48:13-25). |
| 50:4–60:17 | Family and family health information (names of Romney Woods/Christopher Woods, 50:1-51:25 (entirety), Street names and addresses, names of Dustin Hudson, Eleanora Woods facility names, 55:22-57:10 (entirety), 58:23-59:17 (entirety)). |
| 60:18–66:18 | Family and address information (street names and numbers, Romney's name, Adam Manuel name, only). |
| 98:9–105:21 | Family medical information. (98:9-101:10 (entirety), names of Steve Rhodes, Street Name, Name of Dustin Hudson, 102:13-103:17 (entirety), email address) |
| 106:1–108:18 | Phone numbers (only), Street Name (only) |
| 109:5–117:8 | Telephone numbers (only), 113:7, 113:18-19 (entirety), 114:20-21 (entirety), 116:14-24 (entirety). |

| 116:1–129:25 | Power of attorney information. (phone numbers (only), 122:16-125:14 (entirety), 126:1-127:20 (entirety), 128:19-129:24 (entirety)) |
| --- | --- |
| 130:1–132:25 | Family medical information. (Romney Woods name, street name, family members names) |
| 133:1–134:25 | (withdrawn) |
| 135:1–136:23 | Family medical information. (Phone number only) |
| 136:5 | Telephone number. |
| 140:15–141:20 | (withdrawn) |
| 144:5-144:23 | (withdrawn) |
| 148:5 | Telephone number (only) |
| 150:4–152:25 | (withdrawn) |
| 175:1–180:10 | Attorney/client information. (176:4-177:14 (entirety), phone number at 180:6, address at 180:10). |
| 180:6–183:25 | Telephone number (only). |
| 187:1–187:25 | Telephone number (only). |
| 211:1–221:25 | Telephone number (only). |
| 242:1–246:25 | Telephone number (only). |

IN ADDITION, and without waiving designations as to any other materials previously so designated, the Plaintiff is designating as confidential Defendant's

- 3 -
AMENDED NOTICE OF CONFIDENTIALITY DESIGNATION
*Hudson-Bryant v. OCMBC, Inc. d/b/a LoanStream*

Exhibit 10 to the deposition, as well as any transcribed portion of any materials previously designated as confidential.

Dated: May 25, 2026

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
(*Pro Hac Vice*)
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

## CERTIFICATE OF SERVICE

I certify that I served the foregoing via email on counsel for the Defendants on the below date.

Dated: May 25, 2026

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.

AMENDED NOTICE OF CONFIDENTIALITY DESIGNATION
*Hudson-Bryant v. OCMBC, Inc. d/b/a LoanStream*