THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
ADAM R. SCOTT [SBN 333706]
ascott@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant OCMBC, INC.
d/b/a LOANSTREAM MORTGAGE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCMBC, INC. D/B/A LOANSTREAM MORTGAGE, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS,<br><br>Defendants. | Case No. 8:24-cv-00067-FWS-JDE<br><br>**DECLARATION OF ADAM R. SCOTT IN SUPPORT OF DEFENDANT OCMBC, INC. D/B/A LOANSTREAM MORTGAGE'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Date:        July 16, 2026<br>Time:       10:00 a.m.<br>Crtrm.:      10D<br><br>Judge:       Hon. Fred W. Slaughter<br>Magistrate: Hon. John D. Early<br><br>Action Filed: January 11, 2024<br>Trial Date:   October 27. 2026 |

I, Adam R. Scott, declare:

1.    I am an attorney at law licensed to practice before the federal and state courts in the State of California and am an attorney with Solomon Ward Seidenwurm & Smith, LLP, counsel for Defendant OCMBC, Inc. d/b/a LoanStream Mortgage ("LoanStream") in this action. I have personal knowledge of the facts set forth in this declaration, which I submit in support of Defendant's Application for Leave to File Under Seal Defendant's Motion for Summary Judgment or, In the Alternative, Partial Summary Judgment ("Application").

2.    On May 22, 2026, I met and conferred with counsel for Plaintiff Kimberly Hudson-Bryant ("Plaintiff"), Mr. Andrew Perrong, Esq., over the telephone, to discuss Plaintiff's initial confidentiality designations pursuant to the Court's May 19 Order (the "Meet and Confer Call"). A paralegal from my firm, Joy K. Kirman, also attended the call.

3.    During the Meet and Confer Call, I informed Mr. Perrong that LoanStream had concerns with the scope of Plaintiff's initial designations and we discussed each designation individually.

4.    As a result of the Meet and Confer Call, the Parties agreed to redact certain sensitize information about Plaintiff and/or Plaintiff's family—namely phone numbers, addresses, and financial information about Plaintiff's prior settlements and tax filings. However, we were unable to agree on approximately fifteen topics and/or proposed citations raised in Plaintiff's initial designations.

5.    On May 26, 2026, Plaintiff's counsel filed and served amended confidentiality designations ("Amended Confidentiality Designations"), informing the Court of the Parties' agreements and disagreements. ECF No. 73.

/ / /

/ / /

/ / /

/ / /

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

Executed on June 4, 2026, at San Diego, California.

/s/ Adam R. Scott
Adam R. Scott, Esq.