THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
ADAM R. SCOTT [SBN 333706]
ascott@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant OCMBC, INC.
d/b/a LOANSTREAM MORTGAGE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>OCMBC, INC. D/B/A LOANSTREAM MORTGAGE, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS,<br><br>    Defendants. | Case No. 8:24-cv-67-FWS-JDE<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT OCMBC, INC. D/B/A LOANSTREAM MORTGAGE'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Date:     July 16, 2026<br>Time:     10:00 a.m.<br>Crtrm.:   10D<br><br>Judge:     Hon. Fred W. Slaughter<br>Magistrate: Hon. John D. Early<br><br>Action Filed: January 11, 2024<br>Trial Date:   October 27. 2026 |

P:4915-3038-4306.6:66075-002

The Court has received Defendant OCMBC, Inc. d/b/a LoanStream Mortgage's ("Defendant" or "LoanStream") Application for Leave to File Under Seal ("Application"), which seeks leave to file certain portions of its Motion for Summary Judgment or, In the Alternative, Partial Summary Judgment ("Motion"), as summarized in the table below (pursuant to Local Rule 79-5.2.2(a)(ii)), including: (a) certain portions of the Motion itself; (b) portions of the expert report of Madelyn Moran, Defendant's expert in this action; (c) excerpts from AT&T's subpoenaed document production; (d) certain portions of the information identified in Plaintiff's amended confidentiality designations ("Amended Confidentiality Designations"), which the Parties discussed in response to the Court's May 19 Order and Plaintiff Kimberly Hudson-Bryant ("Plaintiff") recently filed with the Court (*see* ECF 73)[1]; (e) certain exhibits previously filed under seal by the Parties in conjunction with Plaintiff's Motion for Class Certification (which the Court authorized in its Orders dated May 6, 2026 (ECF No. 67) and May 19, 2026 (ECF No. 72)); and (f) two new exhibits containing sensitive business information about the internal policies and practices at LoanStream (together, the "Proposed Redactions").

**<u>Exhibits to Be Filed Under Seal:</u>**

| Exhibit No. | Document To Be Filed Under Seal |
|---|---|
| 1 | Plaintiff's Call Recording |
| 4 | Excerpt from Unauthenticated Data Set |
| 6 | LizDev Invoice |
| 9 | AT&T Records Excerpt |
| 12 | Cynthia Roberts Non-Producing Branch Manager Agreement |

---

[1] Defendant does not seek to redact (or otherwise seal) the following information in Plaintiff's Amended Confidentiality Designations: (i) the name of Romney Woods (Plaintiff's brother); or (ii) the following citations to Plaintiff's deposition transcript (or any other documents containing similar information): 14:13-15:25; 50:1-51:25; 55:22-57:10; 58:23-59:17; 98:9-101:10; 102:13-103:17; 113:7, 113:18-19; 114:20-21; 116:14:24; 122:16-125:14; 126:1-127:20; 128:19-129:24; 176:4-177:14.

P:4915-3038-4306.6:66075-002

[PROPOSED] ORDER

| Exhibit No. | Document To Be Filed Under Seal |
|---|---|
| 13 | Madelyn Moran Expert Report/Exhibits |
| 14 | LoanStream Branch Manager Policy |
| 15 | LoanStream Marketing Policy |

Having reviewed the Application and for good cause appearing, Defendant's Application is hereby GRANTED and Defendant may proceed to file an unredacted version of its Motion, without the Proposed Redactions, with the Court.

**IT IS SO ORDERED.**

Date:_____          _____

Honorable Fred W. Slaughter
District Judge