THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
ADAM R. SCOTT [SBN 333706]
ascott@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant OCMBC, INC.
d/b/a LOANSTREAM MORTGAGE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>OCMBC, INC. D/B/A LOANSTREAM MORTGAGE, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS,<br><br>   Defendants. | Case No. 8:24-cv-67-FWS-JDE<br><br>**PROOF OF SERVICE**<br><br>Date:   July 16, 2026<br>Time:   10:00 a.m.<br>Crtrm.:  10D<br><br>Judge:  Hon. Fred W. Slaughter<br>Magistrate: Hon. John D. Early<br><br>Action Filed: January 11, 2024<br>Trial Date:  October 27, 2026 |

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 401 B Street, Suite 1200, San Diego, CA 92101.

On June 4, 2026, I served true copies of the following document(s) described as

  1. **DEFENDANT OCMBC, INC. D/B/A LOANSTREAM MORTGAGE'S APPLICATION FOR LEAVE TO FILE UNDER SEAL;**

  2. **DECLARATION OF THOMAS F. LANDERS IN SUPPORT OF DEFENDANT OCMBC, INC. D/B/A LOANSTREAM MORTGAGE'S APPLICATION FOR LEAVE TO FILE UNDER SEAL;**

P:4910-3927-4930.1:66075-002     -1-     Case No. 8:24-cv-67-FWS-JDE

PROOF OF SERVICE

3.   **DECLARATION OF ADAM R. SCOTT IN SUPPORT OF DEFENDANT OCMBC, INC. D/B/A LOANSTREAM MORTGAGE'S APPLICATION FOR LEAVE TO FILE UNDER SEAL; and**

4.   **[PROPOSED] ORDER GRANTING DEFENDANT OCMBC, INC. D/B/A LOANSTREAM MORTGAGE'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒     **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒     **BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Solomon Ward Seidenwurm & Smith, LLP for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at San Diego, California.

☒     **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address wdoolittle@swsslaw.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 4, 2026, at San Diego, California.

_____
Woody L. Doolittle

P:4910-3927-4930.1:66075-002                         -2-                    Case No. 8:24-cv-67-FWS-JDE

PROOF OF SERVICE

**SERVICE LIST**
*Kimberly Hudson-Bryant v. OCMBC, Inc. et al.*
**Case No. 8:24-cv-67-FWS-JDE**

| | |
|---|---|
| **OLIVER LAW CENTER, INC.**<br>Dana J. Oliver, Esq.<br>8780 19th Street #559<br>Rancho Cucamonga, CA 91701<br><br>(t) 855.384.3262<br>(f) 888.570.2021<br>(e) dana@danaoliverlaw.com | Attorneys for Plaintiff KIMBERLY HUDSON-BRYANT and Putative Class<br><br>**VIA COURT'S CM/ECF SYSTEM** |
| **PERRONG LAW LLC**<br>Andrew R Perrong<br>2657 Mount Carmel Avenue<br>Glenside, PA 19038<br><br>(t) 215.225.5529<br>(f) 888.329.0305<br>(e) a@perronglaw.com | PRO HAC VICE<br><br>**VIA COURT'S CM/ECF SYSTEM** |
| **PARONICH LAW PC**<br>Anthony I. Paronich<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br><br>(t) 617-485-0018<br>(e) anthony@paronichlaw.com | PRO HAC VICE<br><br>**VIA COURT'S CM/ECF SYSTEM** |
| Sean Roberts<br>1812 Port Abbey Pl<br>Newport Beach, CA  92660<br>newportroberts@hotmail.com | Defendant in Pro Se<br><br>**VIA EMAIL AND U.S. MAIL** |

P:4910-3927-4930.1:66075-002      -3-      Case No. 8:24-cv-67-FWS-JDE