THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
ADAM R. SCOTT [SBN 333706]
ascott@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant OCMBC, INC.
d/b/a LOANSTREAM MORTGAGE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCMBC, INC. D/B/A LOANSTREAM MORTGAGE, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS,<br><br>Defendants. | Case No. 8:24-cv-00067-FWS-JDE<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:　　　July 16, 2026<br>Time:　　　10:00 a.m.<br>Crtrm.:　　10D<br><br>Judge:　　　Hon. Fred W. Slaughter<br>Magistrate:　Hon. John D. Early<br><br>Action Filed:　January 11, 2024<br>Trial Date:　　October 27, 2026 |

Case No. 8:24-cv-00067-FWS-JDE

NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on July 16, 2026 at 10:00 a.m., in Courtroom 10D of the United States District Court, Central District of California, located on the 10th Floor of the Ronald Regan Federal Building and United States Courthouse at 411 West 4th Street, Santa Ana, California 92701, the Honorable Fred W. Slaughter presiding, Defendant OCMBC, Inc. d/b/a LoanStream Mortgage ("Defendant" or "LoanStream") will and hereby does move for summary judgment or, in the alternative, partial summary judgment (the "Motion"), in Defendant's favor and against Plaintiff Kimberly Hudson-Bryant ("Plaintiff") as to the sole cause of action arising under the Telephone Consumer Protection Act ("TCPA"), as alleged in Plaintiff's First Amended Complaint. Defendant makes this Motion pursuant to Federal Rule of Civil Procedure 56, on the grounds that the undisputed material facts show: (1) Plaintiff lacks Article III standing; (2) Plaintiff cannot make the required showing that she received more than one telemarketing/solicitation call "on behalf of LoanStream" in violation of the TCPA; (3) LoanStream did not call Plaintiff in violation of the TCPA; and (4) LoanStream is  not vicariously liable for the alleged conduct of Defendant Sean Roberts, former Defendant Premier Financial Marketing, LLC dba Resmo Lending and/or non-party Global Experts Limited. Alternatively, LoanStream seeks partial summary judgment on Plaintiff's claim for treble damages under the TCPA on the grounds that the undisputed material facts show LoanStream did not willfully violate the TCPA.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the accompanying Statement of Uncontroverted Facts, the accompanying Declarations of Thomas F. Landers, Esq., Adam R. Scott, Esq., Serene Rosenberg Vernon, and Sean Roberts, all exhibits, evidence, and testimony submitted therewith, any reply filed in support of this Motion, any oral argument of counsel and any other information that may be presented at a hearing on this matter, and all other records and files in the above-entitled action.

This Motion is also made after the Parties met and conferred on May 27, 2026, as required by Local Rule 7-3 and this Court's Civil Standing Order.

Respectfully submitted,

DATED:  June 4, 2026

SOLOMON WARD SEIDENWURM & SMITH, LLP

By:   _/s/ Thomas F. Landers_

THOMAS F. LANDERS
ADAM R. SCOTT
Attorneys for Defendant OCMBC, INC.
d/b/a LOANSTREAM MORTGAGE

NOTICE OF MOTION AND MOTION

## LOCAL RULE 7-3 COMPLIANCE STATEMENT

In accordance with Local Rule 7-3 and this Court's Civil Standing Order, I hereby affirm, on behalf of LoanStream as its counsel of record in this matter, that I telephonically met and conferred with Andrew Perrong, Esq., counsel of record for Plaintiff, on May 27, 2026, to discuss LoanStream's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment ("Motion"). Among other things, the Parties discussed that LoanStream would be filing the Motion and that Plaintiff intended to oppose it. The Parties also discussed the grounds for LoanStream's Motion, including their respective views concerning whether there is sufficient evidence to show that LoanStream is vicariously liable for the calls that allegedly occurred in violation of the Telephone Consumer Protection Act.

In an attempt to narrow the issues in dispute, I also raised several specific issues relevant to its Motion, including the lack of evidence showing (i) that more than one telemarketing call was made for or "on behalf of" LoanStream, (ii) who registered the phone number at issue in this case on the national Do-Not-Call Registry, and (iii) whether an agency relationship existed between LoanStream and Defendant Sean Roberts, former Defendant Premier Financial Marketing, LLC dba Resmo Lending and/or non-party Global Experts Limited. I also highlighted that the call data obtained and produced by Plaintiff in discovery, which forms the basis of Plaintiff's case, is unauthenticated and incomplete. Plaintiff disagreed with LoanStream's views concerning each issue above. Further details regarding these meet and confer efforts are also included in my declaration, which has been filed concurrently herewith.

Respectfully submitted,

DATED:  June 4, 2026

SOLOMON WARD SEIDENWURM & SMITH, LLP

By:    _/s/ Adam R. Scott_
THOMAS F. LANDERS
ADAM R. SCOTT
Attorneys for Defendant OCMBC, INC.
d/b/a LOANSTREAM MORTGAGE