# EXHIBIT 6

PLACEHOLDER DOCUMENT

EXHIBIT 6 - LizDev Invoice

Filed Under Seal