# EXHIBIT 12

PLACEHOLDER DOCUMENT

EXHIBIT 12 - Non-Producing Branch Manager Employment Agreement

Filed Under Seal