# EXHIBIT 14

PLACEHOLDER DOCUMENT

EXHIBIT 14 - Branch Manager Policy

Filed Under Seal