# EXHIBIT 15

PLACEHOLDER DOCUMENT

EXHIBIT 15 - Marketing Policy

Filed Under Seal