THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
ADAM R. SCOTT [SBN 333706]
ascott@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant OCMBC, INC.
d/b/a LOANSTREAM MORTGAGE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>OCMBC, INC. D/B/A LOANSTREAM MORTGAGE, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS,<br><br>        Defendants. | Case No. 8:24-cv-67-FWS-JDE<br><br>**DECLARATION OF SEAN ROBERTS**<br><br>Date:      July 16, 2026<br>Time:     10:00 a.m.<br>Crtrm.:    10D<br><br>Judge:     Hon. Fred W. Slaughter<br>Magistrate:  Hon. John D. Early<br><br>Action Filed:  September 10, 2024<br>Trial Date:   October 27, 2026 |

I, Sean Roberts, do declare:

1.      I am a former managing member of Premier Financial Marketing LLC, which previously did business in California as Resmo Lending ("Resmo"), and which is no longer in business. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would competently testify thereto.

2.      On February 21, 2025, I was deposed by Mr. Andrew Perrong, counsel for Plaintiff Kimberly Hudson-Bryant, in the above-referenced action ("Deposition").

3.      During the Deposition, I testified about my role at Resmo, including my prior interactions with OCMBC, Inc. dba LoanStream ("LoanStream"), Elizabeth Stone ("Stone"), LizDev, Inc. ("LizDev"), and Global Experts Limited ("Global Experts").

4.      I have never been an employee, agent, or independent contractor of LoanStream, nor has Resmo ever been an agent, or independent contractor of LoanStream.

5.      No contractual or financial relationship has ever existed between LoanStream, on the one hand, and myself or Resmo, on the other hand.

6.      To my knowledge, no contractual or financial relationship has ever existed between LoanStream, on the one hand, and Elizabeth Stone or LizDev, on the other hand.

7.      To my knowledge, no contractual or financial relationship has ever existed between LoanStream and Global Experts.

8.      Resmo independently organized, marketed, and coordinated a call campaign, with the assistance of LizDev and Global Experts, to contact and identify consumers who were potentially interested in securing and/or refinancing mortgage loans (the "Call Campaign").

9.      The Call Campaign was conducted as follows: (i) Resmo obtained a list of opt-in leads, which consisted of consumers who previously provided their consent to be contacted because, among other things, they expressed their interest in securing

P:4916-7867-8183.9:66075-002                    -1-                    Case No. 8:24-cv-67-FWS-JDE

DECLARATION OF SEAN ROBERTS

Docusign Envelope ID: D19BBFDF-1C7D-43F2-A6BD-4E694ED42BB

and/or refinancing mortgage loans (the "Leads"); (ii) Resmo compared the Leads against the National Do-Not-Call Registry ("NDNCR"); (iii) Resmo provided the vetted the Leads to Global Experts; (iv) I understand that Global Experts then called some of the Leads that we vetted through the NDNCR; and (v) for consumers who expressed interest, Global Experts transferred the call to Resmo to discuss mortgage options potentially available through three different companies/entities, detailed further below.

10.    The purpose of the Call Campaign was to identify potential leads for three different companies: (i) American Financial Network, Inc. ("AFN"); (ii) Lending 3 (also known as "L3"); and (iii) LoanStream (each a "Company" and together, the "Companies").

11.    I am not aware of any records showing which Leads or numbers Global Experts called on behalf of a specific Company, whether it be AFN, Lending 3/L3, or LoanStream.

12.    At no point did LoanStream control the manner or means by which the Call Campaign was conducted in any way. For example, LoanStream did not supervise the Call Campaign in any way, did not supply any resources, tools, or any other goods to assist in the Call Campaign, did not make any payments towards services related to the Call Campaign, and the like.

13.    Similarly, at no point did LoanStream authorize, request, instruct, or command—whether directly, implicitly, or otherwise—Resmo or me to engage in, or assist with, the Call Campaign on LoanStream's behalf in any way. At no point did Resmo nor I reasonably believe that we had express or implied authority to act on behalf of LoanStream related to the Call Campaign.

14.    At no point before, during, or after the Call Campaign did I or Resmo ever receive compensation from a representative, employee, or agent of LoanStream for the Call Campaign.

/ / /

15. I am aware that counsel for Plaintiff issued a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to LizDev on or about April 18, 2024 (the "Subpoena").

16. In response to the Subpoena, LizDev produced the call scripts Resmo created and which were used by Global Experts during the Call Campaign. These scripts identify multiple entities. LizDev also produced a text document that appears to be a list of calls made by Global Experts. I do not know who created that document, nor how/when it was created. Neither Resmo nor I created it.

17. In response to the Subpoena, LizDev produced certain invoices she had access to from Global Experts to Resmo (together, the "Global Experts Invoices"). These Global Experts Invoices related to the Call Campaign as a whole, including calls placed referencing AFN, Lending 3/L3, and LoanStream. These invoices reflect that the Call Campaign was for a limited duration, between September 27, 2021 and November 16, 2021 only.

18. At no point did LoanStream pay Resmo or me for the Global Experts invoices. I am not aware of LoanStream ever paying Global Experts directly for the Global Experts Invoices.

19. I did not notify LoanStream about, or otherwise discuss, the Call Campaign with Serene Vernon until many months after it concluded.

20. I am not aware of the Call Campaign generating any leads that were fulfilled for LoanStream's benefit at any time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _5/9/2026 | 1:42:06 PM PDT_ at _NewportBeach_, California.

Signed by:

*Sean Roberts*
7DF93A55B130490...

Sean Roberts