THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
ADAM R. SCOTT [SBN 333706]
ascott@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant OCMBC, INC.
d/b/a LOANSTREAM MORTGAGE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCMBC, INC. D/B/A LOANSTREAM MORTGAGE, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS,<br><br>Defendants. | Case No. 8:24-cv-00067-FWS-JDE<br><br>**DECLARATION OF THOMAS F. LANDERS IN SUPPORT OF DEFENDANT OCMBC, INC. D/B/A LOANSTREAM MORTGAGE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:       July 16, 2026<br>Time:       10:00 a.m.<br>Crtrm.:     10D<br><br>Judge:         Hon. Fred W. Slaughter<br>Magistrate:  Hon. John D. Early<br><br>Action Filed:  January 11, 2024<br>Trial Date:     October 27, 2026 |

P:4931-7593-9245.12:66075-002

Case No. 8:24-cv-00067-FWS-JDE

DECLARATION OF THOMAS F. LANDERS ISO DEFENDANT'S MSJ OR PARTIAL MSJ

I, Thomas F. Landers, declare:

1. I am an attorney at law licensed to practice before all federal and state courts in the State of California and am a partner with Solomon Ward Seidenwurm & Smith, LLP, counsel for Defendant OCMBC, Inc. dba LoanStream Mortgage ("Defendant" or "LoanStream") in this action. I have personal knowledge of the facts set forth in this declaration, which I submit in support of Defendant's Motion for Summary Judgment or, In the Alternative, Partial Summary Judgment (the "Motion").

2. On January 11, 2024, Plaintiff Kimberly Hudson-Bryant ("Plaintiff") filed the instant action. (ECF No. 1.)

3. On September 10, 2024, Plaintiff filed a first amended complaint ("FAC") in this action. (ECF No. 37.)

4. On October 15, 2024, Defendant answered the FAC. (ECF No. 45.)

5. On November 29, 2024, Plaintiff produced various documents in response to discovery requests propounded by LoanStream, including (i) an audio recording of an alleged phone call that occurred between Plaintiff and an individual named "Karisha" on or about October 19, 2021 (the "Global Experts Call"), (ii) a document entitled "LoanStream Mortgage DL", which is a letter that Plaintiff later testified she sent to LoanStream on behalf of her mother, Ms. Eleanora C. Woods (as her Power of Attorney) on or about January 3, 2023 (the "Letter"), and (iii) various documents produced by LizDev, Inc. (the "LizDev Production"), which Plaintiff obtained through a third-party subpoena issued on or about April 18, 2024. True and correct copies of the Global Experts Call (Exhibit 1), the Letter (Exhibit 2), and excerpts of the LizDev Production (Exhibits 3-5), are attached to this declaration.

6. The Global Experts Call is an audio recording Plaintiff testified she made of the alleged phone call that occurred between Plaintiff and an individual named "Karisha" on or about October 19, 2021. (*See* Ex. 1.)

/ / /

/ / /

7.    The Letter states, among other things, that Ms. Woods was contacting LoanStream to report "illegal communications that came to [her] phone number" on October 12, 2021, and October 19, 2021. (*See* Ex. 2.)

8.    The LizDev Production includes (i) call scripts referencing "LS mortgage", "Lending 3" and "L3" (together, the "Call Scripts") (*see* Ex. 3); (ii) 12 files that allegedly contain call data and allegedly reflect calls made to individuals, including Ms. Woods (the "Unauthenticated Data Set"), from which my office extracted all data relating to Ms. Woods and the telephone number xxx-xxx-1794 at issue in this case, which excerpt is presented here as Ex. 4 in both native TXT form as well as a converted PDF form, for ease of the Court's review; (iii) eight Global Experts invoices allegedly sent to Premier Financial Marketing LLC dba Resmo Lending ("Resmo") (*see* Ex. 5); and (iv) one LizDev invoice allegedly sent to LoanStream (*see* Ex. 6).

9.    The Call Scripts, coupled with sworn deposition testimony provided by Defendant Sean Roberts, principal of Resmo, demonstrate that the alleged call campaign was conducted on behalf of several entities, including American Financial Network, Inc. ("AFN") and Lending 3 (also known as "L3") (the "Call Campaign"). (*See also* Ex. 3.)

10.    The Unauthenticated Data Set contains information which appears to indicate the number of calls made and the timing of the last call made to each recipient, but there are no records or information showing what numbers Global Experts called "on behalf of" LoanStream (as opposed to L3 or AFN). The information contained in the Unauthenticated Data Set is also what Plaintiff contends to be the "call log" at the center of this action (information that both Parties' experts have analyzed). (*See* Ex. 4.)

11.    On February 21, 2025, Plaintiff's counsel, Andrew Perrong, Esq. remotely deposed Sean Roberts, an individual defendant in this action, via Zoom (the

"Sean Roberts Deposition"). I also attended the deposition. True and correct excerpts from the transcript of the Sean Roberts Deposition are attached as Exhibit 7.

12.    On or about March 28, 2025, Plaintiff produced additional documents, without accompanying Bates numbers,  in response to discovery requests propounded by LoanStream including, among other things, AT&T and T-Mobile billing statements (dated between 2023 and 2025), with the notation that they were produced "subject to Rule 408 and . . . designated as confidential"[1] (together, "Plaintiff's March 2025 Production"). True and correct copies of those billing statements are attached as Exhibit 8.

13.    On May 6, 2025, and again on October 9, 2025, LoanStream obtained, through a third-party subpoena, AT&T call records and other documents, including billing statements relating to the Number (the "AT&T Records"). True and correct excerpts of the AT&T Records are attached as Exhibit 9.

14.    According to the AT&T Records, the Number was registered to Ms. Woods at the time of the Global Experts Call and billing statements from that time were sent to Ms. Woods' home at ███████████████████████████████. The AT&T Records also indicate that the Number was later re-registered in Plaintiff's name in May 2022—approximately six months *after* the Global Experts Call occurred. (*See* Ex. 9 at 9-12.)

15.    The AT&T Records also show that (i) the Number initially functioned as Ms. Woods' landline, until it was eventually converted into a cellular number; and (ii) AT&T serviced the Number between September 2014 and July 2024, at which point the Number was transferred to T-Mobile. (*See* Ex. 8 & Ex. 9 at 13-17.)

16.    On March 26, 2026, I deposed Plaintiff via Zoom. The deposition was stenographically recorded by a certified shorthand court reporter. True and correct

---

[1]    The production was provided in a single file titled "Bryant Info 408 Production", but no further explanation was offered and no designations were made in the file itself (as required by the Parties' protective order).

copies of excerpts from of the transcript of Plaintiff's deposition are attached as Exhibit 10.

17. On May 27, 2025, Plaintiff's counsel, Andrew Perrong, Esq., remotely deposed Cynthia Roberts, via Zoom (the "Cynthia Roberts Deposition"). My colleague, Mei-Ying Imanaka, Esq., attended that deposition on behalf of LoanStream. True and correct excerpts from the transcript of the Cynthia Roberts Deposition are attached as Exhibit 11.

18. On April 7, 2026, LoanStream designated Madelyn Moran as its rebuttal expert in this matter. A true and correct copy of Ms. Moran's expert report, with its accompanying exhibits, is attached as Exhibit 13. However, we have not included her exhibits that contain non-public personal identifying information—namely Moran Exhibit 3 (NDNCR Phone Number List), Moran Exhibit 4 (NDNCR Phone Number List), Moran Exhibit 5 (PacificEast Reverse Phone Number Search Data), and Moran Exhibit 9 (Phone Number Reassignment Search).[2]

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

Executed on June 4, 2026, at San Diego, California.

*/s/ Thomas F. Landers*
Thomas F. Landers, Esq.

---

[2] LoanStream will provide this information to the Court, if needed.