# EXHIBIT 1

PLACEHOLDER DOCUMENT

EXHIBIT 1 - Global Experts Call

This file is being provided to the Court in native format.