# EXHIBIT 3

Call Center Scripts

1. Is this Mr./Ms _____:
This is Jessica with LS mortgage, calling about your rece rate inquiry – are you still interested in saving a bunch of money by lowering your mortgage rate?

Great, I have your loan request but let me make sure the information I have is accurate.

*verify – requested loan amount, mortgage loan balance, value and email address – transfer or set appoint.  Let PNB (perspective new borrower know who they will be transferred too.


Q & A

PNC Q – How did you get my information?

A – We received an on line inquiry in the last 90 days from you requesting a refinance

PNC Q – Who are you?

A – I work for a company called L3, we're a mortgage banker in Irvine CA

PNC Q – What is your rate?

A – Unfortunately I cannot quote rates.  All I can say is rates are at historical lows and based on the information you've provided, you are qualified.

PNC Q – I didn't apply for a refinance?

A – I did receive your information from a trusted lead provider, but I can remove you/all your information from our database immediately, sorry for the inconvenience.

2.  Lending 3 this is _____.  Hi Mr./Mrs. _____ We're calling about your mortgage loan, are you still shopping for a lower rate?

3.  Hello (first name) _____ This is _____ with Lending 3.  We received your online inquiry. Based on your credit rating and the value of your home you've been prequalified for a refinance.

## Do you still need to save money and lower your rate?

Q & A

PNC Q – How did you get my information?

A – We received an on line inquiry in the last 90 days from you requesting a refinance

PNC Q – Who are you?

A – I work for a company called L3, we're a mortgage banker in Fountain Valley CA

PNC Q – What is your rate?

A – Unfortunately I cannot quote rates.  All I can say is rates are at historical lows and based on the information you've provided, you are qualified.

PNC Q – I didn't apply for a refinance?

A – I did receive your information from a trusted lead provider, but I can remove you/all your information from our database immediately, sorry for the inconvenience.

## 4.  Hello this is        with Lending3, we just received your home loan inquiry and it looks like your home has gone up in value, as a result you can probably get a lower rate and cash.  Is your mortgage rate still

higher than 3.625?  Well, we can fix that.
Let me transfer to a Loan Officer.