# EXHIBIT 4

PLACEHOLDER DOCUMENT

EXHIBIT 4

Unauthenticated Data Set Excerpt

Filed Under Seal