# EXHIBIT 5

DocuSign Envelope ID: A94F8D99-DDC4-4EFD-BEF4-4A04D64E...

CONFIDENTIAL



| CLIENT INFORMATION | |
|---|---|
| Company Name: | **Premier Financial Marketing LLC / Resmo Lending** |
| Contact Name: | **Sean Roberts** |
| Address: | ████████████████ |
| City, State, Zip: | ████████ |
| Phone: | ██████ |
| Email: | ████████████ |

# ORDER ID:  0924_2101

**Product:**
**Description/Details:**   3 agents and one manager
275/agent x 4 per week for 40 hours a week

**Quantity:**   275 x 4
**Price/Unit:**   $275.00
**Management Fee:**   waived

# TOTAL ORDER AMOUNT: $ 1,100.00

I, _____, hereby authorize Global Experts ("Global Experts"), to charge my account for all products and services ordered, as outlined above. By signing, I personally guarantee this order in its entirety and acknowledge that I am an authorized signer on this account. I understand that this
order is nonrefundable and nonreturnable. I further acknowledge that the details of the order have been fully disclosed to me in the "Description/Details" above, and I accept the order as it is described on this document. I agree that upon receipt of the order, I shall take full responsibility for the use of the purchase, including responsibility for ensuring that my use of this information complies with all relevant federal or state laws, including but not limited to the Telephone Consumer Protection Act.  Global Experts is not responsible for ensuring that my use of this information complies with the TCPA, DNC, TSR and any other state or federal laws and regulations. I agree that I shall indemnify, defend, and hold harmless  Global Experts and its heirs and successors from and against, any and all claims, demands, causes of action, losses, damages, costs and expenses (including reasonable attorneys' fees) that might arise or be imposed as a result of my negligent or willful misconduct related to this purchase. I further agree that any dispute between  Global Experts and me or company shall be settled in the applicable court of Orange County, CA

DocuSigned by:

*Sean Roberts*

Signature of Payer: _____
408D849B76A14DD...
Sean Roberts

Printed Name: _____

Date: 9/27/2021 _____

Liz_Dev000015

DocuSign Envelope ID: A94F8099-00C4-4EC8-9F35-274A04D04F

CONFIDENTIAL

**PAYMENT TERMS:   Global Experts Terms & Conditions shall apply to this order.**

**Total Amount: $ 1,100** Total Amount" reflects the payment to be used for this order. The "Total Amount" is due upon the execution of this order unless otherwise clarified and agreed upon in this order, and it is non-refundable and non-returnable.

THIS AGREEMENT (THE "AGREEMENT") IS ENTERED INTO, AS OF THE DATE OF YOUR ACCEPTANCE, BY AND BETWEEN Global Experts (THE "COMPANY") AND YOU (THE "CLIENT"). BY AGREEING TO THE TERMS SET FORTH HEREIN YOU ATTEST THAT YOU HAVE THE AUTHORITY TO MAKE THIS AGREEMENT ON BEHALF OF CLIENT. ACCORDINGLY, THE COMPANY AND CLIENT JOINTLY AGREE TO THE FOLLOWING TERMS AND CONDITIONS:

1. CLIENT REPRESENTATIONS & COVENANTS; INDEMNIFICATION.
CLIENT represents and warrants that it has full power, right and authority to enter into and carry out its obligations and grant the rights and licenses under this Agreement and that this Agreement constitutes a valid and binding obligation of the CLIENT, enforceable against CLIENT in accordance with its terms.

CLIENT shall ensure that all Leads (and all corresponding underlying Lead information) provided hereunder are used, contacted (via direct mail, email, online or telephone), maintained and accessed by CLIENT and/or CLIENT's affiliates in compliance with applicable law, including without limitation, the Telemarketing Sales Rule (as amended), the Telephone Consumer Protection Act of 1991, and the CAN-SPAM Act of 2003.

CLIENT: (a) represents and warrants that it has all applicable licenses, applicable insurance (including, without limitation, Workers Compensation and Commercial General Liability Insurance), certifications and accreditation, required to perform the work intended for the Leads and (b) shall bear the obligation to make all filings and obtain and maintain any and all necessary and/or applicable governmental approvals or licenses relating to CLIENT's business and for the use of the Leads in all such jurisdictions.

CLIENT hereby agrees to defend and indemnify the COMPANY against, and hold the COMPANY harmless from, any loss, claim, cost, liability, suit, judgment or expense (collectively, "Claims"), including court costs and reasonable fees of attorneys and other professionals, arising out of or in connection with any third party Claim arising from: (a) a breach of this Agreement by CLIENT or (b) any work (including, without limitation, marketing, installation and maintenance work) performed by CLIENT, its agents, employees, subsidiaries and/or affiliates for any Lead provided by the COMPANY.

DISCLAIMER. EXCEPT FOR THE REPRESENTATIONS AND WARRANTIES SET FORTH IN THIS AGREEMENT, THE COMPANY PROVIDES NO ADDITIONAL WARRANTIES REGARDING THE LEADS AND THE COMPANY'S SERVICES OR THAT THE LEADS AND THE COMPANY'S SERVICES WILL RESULT IN ADDITIONAL BUSINESS OR REVENUE TO CLIENT OR CLIENT'S AFFILIATES. THE PROVISIONS OF THIS SECTION ARE AN ESSENTIAL ELEMENT OF THE BENEFIT OF THE BARGAIN REFLECTED IN THIS AGREEMENT.

Independent Contractor. The relationship between the COMPANY and CLIENT established by this Agreement is that of independent contractor and shall each conduct its respective business at its own initiative, responsibility and expense. Furthermore, the parties each hereby acknowledge that this Agreement embodies the justifiable expectations of sophisticated parties derived from arm's-length negotiations.

Logo Usage. CLIENT agrees that the COMPANY may include CLIENT's name, including any trade name, then-current trademark or service mark, and logo on the COMPANY's (i) publicly available customer list and (ii) marketing materials.

Forum and Choice of Law. This Agreement, all claims or causes of action (whether in contract or tort) that may be based upon or arise out of or relate to this Agreement or relate to the negotiation, execution or performance of the Agreement (including and representation or warranty made in connection with this Agreement), and any additional or subsequent Lead purchases between the COMPANY and CLIENT hereunder shall be governed by, construed and interpreted in accordance with the laws of the State of California. The parties hereunder consent to the exclusive jurisdiction of the Courts in Orange County, CA and that this Agreement shall be deemed to have been entered into and performed in Orange County, CA, U.S.A.

Arbitration. Any dispute, claim or controversy arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this agreement to arbitrate, shall be determined by arbitration in Orange County, CA before one arbitrator. The arbitration shall be administered by JAMS pursuant to its Comprehensive Arbitration Rules and Procedures and in accordance with the Expedited Procedures in those Rules. Judgment on the Award may be entered in any court having jurisdiction. This clause shall not preclude parties from seeking provisional remedies in aid of arbitration from a court of appropriate jurisdiction. Limitation of Liability. EXCEPT IN CONNECTION WITH AN OBLIGATION OF INDEMNIFICATION HEREIN AND TO THE FULLEST EXTENT PERMITTED BY LAW, EACH PARTIES' AGGREGATE LIABILITY TO THE OTHER PARTY AND ALL THIRD PARTIES, INCLUDING ATTORNEY'S FEES, IN CONNECTION WITH THIS AGREEMENT SHALL NOT EXCEED AN AGGREGATE LIMIT OF THE TOTAL SUM OF LEAD FEES ACTUALLY PAID TO THE COMPANY BY CLIENT PURSUANT TO THE TERMS OF THIS AGREEMENT IN THE THREE (3) MONTHS PRECEDING THE CLAIM GIVING RISE TO ANY SUCH LIABILITY, REGARDLESS OF THE LEGAL THEORY UNDER WHICH SUCH LIABILITY IS IMPOSED. EXCEPT IN CONNECTION WITH AN OBLIGATION OF INDEMNIFICATION HEREIN AND TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR ANY CONSEQUENTIAL, INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE DAMAGES, OR LOST PROFITS, REGARDLESS OF THE FORM OF ACTION AND REGARDLESS OF THE LEGAL THEORY UNDER WHICH SUCH LIABILITY IS IMPOSED, EVEN IF EITHER PARTY IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND EVEN IF THE DAMAGES WERE FORESEEABLE. NO ACTION, SUIT OR PROCEEDING SHALL BE BROUGHT AGAINST COMPANY PURSUANT TO OR BASED ON THIS AGREEMENT MORE THAN ONE (1) YEAR AFTER THE EARLIER OF (A) THE DATE OF LAST PROVISIONING OF LEAD SERVICES OR (B) THE TERMINATION OF THIS AGREEMENT.

Liz_Dev000016

CONFIDENTIAL

CLIENT IS SOLEY RESPONSIBLE FOR COMPLINCE WITH ALL FEDERAL AND STATE LAWS INCLUDING BUT NOT LIMITED TO THE TELEPHONE CONSUMER PROTECTION ACT (TCPA) REGULATIONS, STATE AND FEDERAL DO-NOT-CALL REGISTRY REGULATIONS, AND DO-NOTEMAIL/CAN-SPAM REGULATIONS. CLIENT ASSUMES THE ENTIRE RISK THAT SOME CONSUMER LEADS PURCHASED MAY CONTAIN OUTDATED PHONE NUMBERS, UNIDENTIFIED CELLULAR NUMBERS, OR OTHER CONTACT INFORMATION AND EACH OF THEM ASSUME THE RISK THAT THE CONSUMER MAY BE REGISTERED WITH A STATE OR FEDERAL DO-NOT-CALL REGISTRY. CLIENT AND ANY END USER PROVIDED ANY LEAD SOLD TO CLIENT UNDER THIS AGREEMENT SHALL VERIFY ALL CONTACT INFORMATION AGAINST SUCH REGISTRY(S) PRIOR TO CONTACTING THE CONSUMER. CLIENT SHALL BEAR ANY AND ALL LIABILITY FOR VIOLATIONS UNDER STATE AND FEDERAL TELEPHONE CONSUMER PROTECTION ACT (TCPA) REGULATIONS DO-NOTCALL REGULATIONS, AND DO-NOTEMAIL/CAN-SPAM REGULATIONS.

1. CLIENT's Warranties. CLIENT agrees to employ due care and attention in handing the Leads (as specified on the Service Order). CLIENT agrees to use its name and not that of  Global Experts in pursuing and/or selling the Leads and/or contacting any Lead applicant. CLIENT represents and warrants to   Global Experts that CLIENT will not: (i) violate any federal, state, local or foreign law or regulation including, but not limited to, the Federal Telephone Consumer Protection Act (TCPA), The CAN SPAM Act of 2003, the Gramm-Leach-Bliley Act, the Truth in Lending Act, the Real Estate Settlement Procedures Act, the (MARS) Mortgage Assistance Relief Services Rule, Debt Relief Services Rules and Regulations & the (TSR) Telemarketing Sales Rule; (ii) infringe upon or misappropriate any copyright, trademark, patent, trade secret or other intellectual property right or other right, including any individual privacy right of any person or consumer; (iii) disclose the identity of  Global Experts . CLIENT agrees to indemnify, defend (including immediate reimbursement of attorneys' fees) and hold harmless  Global Experts , its officers, directors, employees and agents, from and against any claims, actions or demands arising from or related to the breach of the warranties in this paragraph or other breach of this Agreement.

2. Lead Guarantee & Replacement Policy will be defined on your invoice or IO and varies based on lead type purchased.

3. Email Delivery. Due to the nature of spam filter programs and ISP level email filtering,  Global Experts is unable to guarantee that emails sent from  Global Experts servers will be received by the CLIENT's email account.  Global Experts is not responsible for emails sent by  Global Experts that do not make it into a CLIENT's email account. All leads will be available in the CLIENT's online interface.  Global Experts recommends CLIENT's set up a lead management database system in order to insure that leads are delivered and routed successfully.  Global Experts can refer several lead management companies that are easily integrated with  Global Experts service. CLIENTs should contact their account representative for details.

4. Privacy Statement. CLIENT represents and warrants that CLIENT, its agents and contracting partners utilize a lawful privacy disclosure policy statement in connection with the solicitation, receipt and use of any information from any person in connection with Leads. CLIENT agrees to provide a copy of all applicable privacy statements, including those on the Internet, to  Global Experts for  Global Experts review and comment.

5. No Representations.   Global Experts has not made and does not hereby make any representations, guarantees or warranties whatsoever.

6. CLIENT's TCPA Understanding and Disclaimer.   Global Experts has disclosed to CLIENT that Aged Leads purchased by them under the terms of this Purchase Agreement, may contain leads from consumers registered with state and/or federal DO-NOT-Call Registries and were received by  Global Experts prior to recent changes in the TELEPHONE CONSUMER PROTECTION ACT (TCPA) effective October 16, 2013 restricting the use of Auto Dialer technology, Pre-Recorded messaging, and calls or SMS text messaging to cellular phones without the express written consent of the consumer for the Broker to contact them by telephone. Aged Leads are not pre-scrubbed by  Global Experts against any state of federal Do-Not Call registry listings. CLIENT agrees to purchase the Leads described in the Purchase Agreement AS-IS, without any express or implied warranties from The  Global Experts Companies, and with the aforementioned understanding that the Leads purchased are Aged leads that were NOT obtained under procedures intended to comply with the current requirements of the TELEPHONE CONSUMER PROTECTION ACT (TCPA) regulations as of October 16, 2013. CLIENT understands that calling consumers based upon the contact information contained in the Aged Leads provided, through the use of Auto-Dialer technology of any kind, Prerecorded Messaging, or calls/text messaging to Cellular Phones, are at CLIENT's sole risk. CLIENT assumes any and all liability as a result of their violating the TCPA regulations, and other state and federal privacy laws. CLIENT agrees to indemnify  Global Experts against such liability resulting from CLIENT's actions or inactions in violation of law as set forth in this Agreement.

7. Limitation of Liability.   Global Experts is not an agent, joint venture, partner, representative, employee or affiliate of CLIENT. As such, the parties recognize that  Global Experts will not incur any liability as a result of CLIENT's actions or omissions.

8. Independent Contractor.   Global Experts is offering and selling its services per this arm's length Agreement as an independent contractor as defined under California law. As such, the parties recognize that  Global Experts will not incur any liability as a result of CLIENT's actions. Global Experts shall not exercise control over CLIENT. Further, in no event shall  Global Experts or its officers, directors, employees and agents be liable, whether in contract, tort or otherwise, for any indirect incidental or consequential damages (including without limitation, lost sales or profit, lost data, or business interruption).

9. Non-disclosure. The parties agree that both terms and the nature of this Agreement, including without limitation the identity of the parties, shall remain confidential and shall not be disclosed to any third party under any circumstances unless required by a court of law.

10. All Sales Final. All sales are final and non-refundable except as expressly provided in Lead Guarantee and Replacement Policy specified on the Service Order. Leads may not arrive for up to one calendar week. Further,  Global Experts does not have control if a Lead applicant has applied elsewhere.

11. Term & Termination. This Agreement shall become effective on the Effective Date and shall remain in force for a period of thirty (30) days

Liz_Dev000017

DocuSign Envelope ID: A94F8099-AA0A-47BE-B4EF-37CF4A040/64E

CONFIDENTIAL

unless otherwise terminated as provided herein. The Agreement shall then renew automatically for additional thirty (30) day terms until terminated by either party in accordance with Section 8(b) below. b. Termination for Convenience. CLIENT may terminate this Agreement at any time, without penalty or costs, with or without cause upon (7) seven days prior written notice to Global Experts . c. Termination for Cause. Either Party may immediately terminate this Agreement or any upon written notice to the other Party if the other Party (a) commits a material breach of its obligations under this Agreement, or (b) repeatedly commits a material breach of its obligations or commits numerous breaches of its obligations under this Agreement. d. Termination for Non-Payment.  Global Experts will have the option, but not the obligation, to terminate this Agreement upon written notice if CLIENT fails to pay when due undisputed amounts owed to  Global Experts Under said Agreement.

12. Invalidity. The invalidity or unenforceability or any one or more of the particular provisions of this Agreement, none of which are known to the parties, shall not affect the enforceability of the other provisions herein.

13. Assignment. This Agreement may not be assigned by the CLIENT without the express written consent of The  Global Experts Companies.

14. Attorneys' Fees and Costs. If any action at law or in equity is necessary to enforce or interpret the terms of this Agreement, the prevailing party shall be entitled to its actual attorneys' fees and costs.

**Direct Mail:**
Global Experts direct mail campaigns are guaranteed to provide printing, production and mail services only. We do not guarantee response rate, number of interested parties or any other unpredictable or unforeseen issues which may arise. This order guarantees all prices, number of pieces, and postage will be sent as described and will be considered processed in full upon delivery to the U.S. Post Office.

**Internet Leads:**
I understand Internet Lead amounts are based on  Global Experts tracking system, (not clients tracking system). If the lead cannot be transmitted due to
client technology / email glitches, the lead will still be considered billable.   Global Experts will put in place a "data extraction layer", and provide client login credentials or daily reports for tracking purposes.

**Targeted Data:**
I understand this is a data "Rental Agreement" and upon receipt of the data I agree to not use it more than twice inside of a 30 day period. I understand if I violate this, then  Global Experts may ask for a re-licensing fee. I agree that upon receipt of the order, I shall take full responsibility for the use of the purchase, including responsibility for ensuring that my use of this information complies with all relevant federal or state laws, including but not limited to the Telephone Consumer Protection Act and the Do Not Call list.   Global Experts is not responsible for ensuring that my use of this information complies with the TCPA or any other state or federal laws

**Inbound Calls**:
I understand  Global Experts does its best to accommodate daily/weekly volume requests, but due to the nature of marketing I may receive a 15% variance in daily weekly requested volume. I agree to pay for calls over this order amount, and  Global Experts agrees to fulfill any remaining leads if under order
amount. I understand a "Raw Call" as a call which is direct from the internet and I will pay for every connected call, regardless of length of call. I understand a "Buffer Call" is defined as a billable call which exceeds the time limit of the buffer. This time limit is based on  Global Experts tracking system, (not clients tracking system), and begins when the phone starts ringing. If the call cannot be answered because the client does not have adequate staffing, the call will still be considered billable if it rings beyond the buffer duration. If the Client disconnects the call by asking a "Disqualifying question" (Ex: Do you have 10k in tax debt? "No") and then immediately hangs up on a consumer, before the buffer time, the call will be considered billable by  Global Experts . I understand that generally over 85% of calls will exceed a buffer time. If less than 70% of calls do not exceed the established buffer time, then client will be responsible for calls due to client scripting or client technology error. Buffer Calls must be answered by a live agent, no IVRs.   Global Experts will put in place a "data extraction layer", and provide client login credentials or daily reports for tracking.

Liz_Dev000018

**CONFIDENTIAL**



| CLIENT INFORMATION | |
|---|---|
| Company Name: | **Premier Financial Marketing LLC / Resmo Lending** |
| Contact Name: | **Sean Roberts** |
| Address: | ███████████████ |
| City, State, Zip: | ███████ |
| Phone: | ██████ |
| Email: | ███████████ |

## ORDER ID:  0924_2101

**Product:** 3 agents and one manager
**Description/Details:** 275/agent x 4 per week for 40 hours a week

**Quantity:** 275 x 4
**Price/Unit:** $275.00
**Management Fee:** waived

## TOTAL ORDER AMOUNT: $ 1,100.00

I, _____, hereby authorize Global Experts ("Global Experts"), to charge my account for all products and services ordered, as outlined above. By signing, I personally guarantee this order in its entirety and acknowledge that I am an authorized signer on this account. I understand that this
order is nonrefundable and nonreturnable. I further acknowledge that the details of the order have been fully disclosed to me in the "Description/Details" above, and I accept the order as it is described on this document. I agree that upon receipt of the order, I shall take full responsibility for the use of the purchase, including responsibility for ensuring that my use of this information complies with all relevant federal or state laws, including but not limited to the Telephone Consumer Protection Act.  Global Experts is not responsible for ensuring that my use of this information complies with the TCPA, DNC, TSR and any other state or federal laws and regulations. I agree that I shall indemnify, defend, and hold harmless  Global Experts and its heirs and successors from and against, any and all claims, demands, causes of action, losses, damages, costs and expenses (including reasonable attorneys' fees) that might arise or be imposed as a result of my negligent or willful misconduct related to this purchase. I further agree that any dispute between  Global Experts and me or company shall be settled in the applicable court of Orange County, CA

DocuSigned by:

*Sean Roberts*

408D849B76A14DD...

Signature of Payer: _____
Sean Roberts

Printed Name: _____

Date: 9/27/2021 _____

Liz_Dev000019

DocuSign Envelope ID: ...

CONFIDENTIAL

**PAYMENT TERMS:   Global Experts Terms & Conditions shall apply to this order.**

**Total Amount: $ 1,100** Total Amount" reflects the payment to be used for this order. The "Total Amount" is due upon the execution of this order unless otherwise clarified and agreed upon in this order, and it is non-refundable and non-returnable.

THIS AGREEMENT (THE "AGREEMENT") IS ENTERED INTO, AS OF THE DATE OF YOUR ACCEPTANCE, BY AND BETWEEN Global Experts (THE "COMPANY") AND YOU (THE "CLIENT"). BY AGREEING TO THE TERMS SET FORTH HEREIN YOU ATTEST THAT YOU HAVE THE AUTHORITY TO MAKE THIS AGREEMENT ON BEHALF OF CLIENT. ACCORDINGLY, THE COMPANY AND CLIENT JOINTLY AGREE TO THE FOLLOWING TERMS AND CONDITIONS:

1. CLIENT REPRESENTATIONS & COVENANTS; INDEMNIFICATION.
CLIENT represents and warrants that it has full power, right and authority to enter into and carry out its obligations and grant the rights and licenses under this Agreement and that this Agreement constitutes a valid and binding obligation of the CLIENT, enforceable against CLIENT in accordance with its terms.

CLIENT shall ensure that all Leads (and all corresponding underlying Lead information) provided hereunder are used, contacted (via direct mail, email, online or telephone), maintained and accessed by CLIENT and/or CLIENT's affiliates in compliance with applicable law, including without limitation, the Telemarketing Sales Rule (as amended), the Telephone Consumer Protection Act of 1991, and the CAN-SPAM Act of 2003.

CLIENT: (a) represents and warrants that it has all applicable licenses, applicable insurance (including, without limitation, Workers Compensation and Commercial General Liability Insurance), certifications and accreditation, required to perform the work intended for the Leads and (b) shall bear the obligation to make all filings and obtain and maintain any and all necessary and/or applicable governmental approvals or licenses relating to CLIENT's business and for the use of the Leads in all such jurisdictions.

CLIENT hereby agrees to defend and indemnify the COMPANY against, and hold the COMPANY harmless from, any loss, claim, cost, liability, suit, judgment or expense (collectively, "Claims"), including court costs and reasonable fees of attorneys and other professionals, arising out of or in connection with any third party Claim arising from: (a) a breach of this Agreement by CLIENT or (b) any work (including, without limitation, marketing, installation and maintenance work) performed by CLIENT, its agents, employees, subsidaries and/or affiliates for any Lead provided by the COMPANY.

DISCLAIMER. EXCEPT FOR THE REPRESENTATIONS AND WARRANTIES SET FORTH IN THIS AGREEMENT, THE COMPANY PROVIDES NO ADDITIONAL WARRANTIES REGARDING THE LEADS AND THE COMPANY'S SERVICES OR THAT THE LEADS AND THE COMPANY'S SERVICES WILL RESULT IN ADDITIONAL BUSINESS OR REVENUE TO CLIENT OR CLIENT'S AFFILIATES. THE PROVISIONS OF THIS SECTION ARE AN ESSENTIAL ELEMENT OF THE BENEFIT OF THE BARGAIN REFLECTED IN THIS AGREEMENT.

Independent Contractor. The relationship between the COMPANY and CLIENT established by this Agreement is that of independent contractor and shall each conduct its respective business at its own initiative, responsibility and expense. Furthermore, the parties each hereby acknowledge that this Agreement embodies the justifiable expectations of sophisticated parties derived from arm's-length negotiations.

Logo Usage. CLIENT agrees that the COMPANY may include CLIENT's name, including any trade name, then-current trademark or service mark, and logo on the COMPANY's (i) publicly available customer list and (ii) marketing materials.

Forum and Choice of Law. This Agreement, all claims or causes of action (whether in contract or tort) that may be based upon or arise out of or relate to this Agreement or relate to the negotiation, execution or performance of the Agreement (including and representation or warranty made in connection with this Agreement), and any additional or subsequent Lead purchases between the COMPANY and CLIENT hereunder shall be governed by, construed and interpreted in accordance with the laws of the State of California. The parties hereunder consent to the exclusive jurisdiction of the Courts in Orange County, CA and that this Agreement shall be deemed to have been entered into and performed in Orange County, CA, U.S.A.

Arbitration. Any dispute, claim or controversy arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this agreement to arbitrate, shall be determined by arbitration in Orange County, CA before one arbitrator. The arbitration shall be administered by JAMS pursuant to its Comprehensive Arbitration Rules and Procedures and in accordance with the Expedited Procedures in those Rules. Judgment on the Award may be entered in any court having jurisdiction. This clause shall not preclude parties from seeking provisional remedies in aid of arbitration from a court of appropriate jurisdiction. Limitation of Liability. EXCEPT IN CONNECTION WITH AN OBLIGATION OF INDEMNIFICATION HEREIN AND TO THE FULLEST EXTENT PERMITTED BY LAW, EACH PARTIES' AGGREGATE LIABILITY TO THE OTHER PARTY AND ALL THIRD PARTIES, INCLUDING ATTORNEY'S FEES, IN CONNECTION WITH THIS AGREEMENT SHALL NOT EXCEED AN AGGREGATE LIMIT OF THE TOTAL SUM OF LEAD FEES ACTUALLY PAID TO THE COMPANY BY CLIENT PURSUANT TO THE TERMS OF THIS AGREEMENT IN THE THREE (3) MONTHS PRECEDING THE CLAIM GIVING RISE TO ANY SUCH LIABILITY, REGARDLESS OF THE LEGAL THEORY UNDER WHICH SUCH LIABILITY IS IMPOSED. EXCEPT IN CONNECTION WITH AN OBLIGATION OF INDEMNIFICATION HEREIN AND TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR ANY CONSEQUENTIAL, INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE DAMAGES, OR LOST PROFITS, REGARDLESS OF THE FORM OF ACTION AND REGARDLESS OF THE LEGAL THEORY UNDER WHICH SUCH LIABILITY IS IMPOSED, EVEN IF EITHER PARTY IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND EVEN IF THE DAMAGES WERE FORESEEABLE. NO ACTION, SUIT OR PROCEEDING SHALL BE BROUGHT AGAINST COMPANY PURSUANT TO OR BASED ON THIS AGREEMENT MORE THAN ONE (1) YEAR AFTER THE EARLIER OF (A) THE DATE OF LAST PROVISIONING OF LEAD SERVICES OR (B) THE TERMINATION OF THIS AGREEMENT.

Liz_Dev000020

DocuSign Envelope ID: A94F8D99-700A-47BE-94EF-3FAF4A04D64F

CONFIDENTIAL

CLIENT IS SOLEY RESPONSIBLE FOR COMPLINCE WITH ALL FEDERAL AND STATE LAWS INCLUDING BUT NOT LIMITED TO THE TELEPHONE CONSUMER PROTECTION ACT (TCPA) REGULATIONS, STATE AND FEDERAL DO-NOT-CALL REGISTRY REGULATIONS, AND DO-NOTEMAIL/CAN-SPAM REGULATIONS. CLIENT ASSUMES THE ENTIRE RISK THAT SOME CONSUMER LEADS PURCHASED MAY CONTAIN OUTDATED PHONE NUMBERS, UNIDENTIFIED CELLULAR NUMBERS, OR OTHER CONTACT INFORMATION AND EACH OF THEM ASSUME THE RISK THAT THE CONSUMER MAY BE REGISTERED WITH A STATE OR FEDERAL DO-NOT-CALL REGISTRY. CLIENT AND ANY END USER PROVIDED ANY LEAD SOLD TO CLIENT UNDER THIS AGREEMENT SHALL VERIFY ALL CONTACT INFORMATION AGAINST SUCH REGISTRY(S) PRIOR TO CONTACTING THE CONSUMER. CLIENT SHALL BEAR ANY AND ALL LIABILITY FOR VIOLATIONS UNDER STATE AND FEDERAL TELEPHONE CONSUMER PROTECTION ACT (TCPA) REGULATIONS DO-NOTCALL REGULATIONS, AND DO-NOTEMAIL/CAN-SPAM REGULATIONS.

1. CLIENT's Warranties. CLIENT agrees to employ due care and attention in handing the Leads (as specified on the Service Order). CLIENT agrees to use its name and not that of  Global Experts in pursuing and/or selling the Leads and/or contacting any Lead applicant. CLIENT represents and warrants to   Global Experts that CLIENT will not: (i) violate any federal, state, local or foreign law or regulation including, but not limited to, the Federal Telephone Consumer Protection Act (TCPA), The CAN SPAM Act of 2003, the Gramm-Leach-Bliley Act, the Truth in Lending Act, the Real Estate Settlement Procedures Act, the (MARS) Mortgage Assistance Relief Services Rule, Debt Relief Services Rules and Regulations & the (TSR) Telemarketing Sales Rule; (ii) infringe upon or misappropriate any copyright, trademark, patent, trade secret or other intellectual property right or other right, including any individual privacy right of any person or consumer; (iii) disclose the identity of  Global Experts . CLIENT agrees to indemnify, defend (including immediate reimbursement of attorneys' fees) and hold harmless  Global Experts , its officers, directors, employees and agents, from and against any claims, actions or demands arising from or related to the breach of the warranties in this paragraph or other breach of this Agreement.

2. Lead Guarantee & Replacement Policy will be defined on your invoice or IO and varies based on lead type purchased.

3. Email Delivery. Due to the nature of spam filter programs and ISP level email filtering,  Global Experts is unable to guarantee that emails sent from  Global Experts servers will be received by the CLIENT's email account.  Global Experts is not responsible for emails sent by  Global Experts that do not make it into a CLIENT's email account. All leads will be available in the CLIENT's online interface.  Global Experts recommends CLIENT's set up a lead management database system in order to insure that leads are delivered and routed successfully.  Global Experts can refer several lead management companies that are easily integrated with  Global Experts service. CLIENTs should contact their account representative for details.

4. Privacy Statement. CLIENT represents and warrants that CLIENT, its agents and contracting partners utilize a lawful privacy disclosure policy statement in connection with the solicitation, receipt and use of any information from any person in connection with Leads. CLIENT agrees to provide a copy of all applicable privacy statements, including those on the Internet, to  Global Experts for   Global Experts review and comment.

5. No Representations.   Global Experts has not made and does not hereby make any representations, guarantees or warranties whatsoever.

6. CLIENT's TCPA Understanding and Disclaimer.   Global Experts has disclosed to CLIENT that Aged Leads purchased by them under the terms of this Purchase Agreement, may contain leads from consumers registered with state and/or federal DO-NOT-Call Registries and were received by  Global Experts prior to recent changes in the TELEPHONE CONSUMER PROTECTION ACT (TCPA) effective October 16, 2013 restricting the use of Auto Dialer technology, Pre-Recorded messaging, and calls or SMS text messaging to cellular phones without the express written consent of the consumer for the Broker to contact them by telephone. Aged Leads are not pre-scrubbed by  Global Experts against any state of federal Do-Not Call registry listings. CLIENT agrees to purchase the Leads described in the Purchase Agreement AS-IS, without any express or implied warranties from The  Global Experts Companies, and with the aforementioned understanding that the Leads purchased are Aged leads that were NOT obtained under procedures intended to comply with the current requirements of the TELEPHONE CONSUMER PROTECTION ACT (TCPA) regulations as of October 16, 2013. CLIENT understands that calling consumers based upon the contact information contained in the Aged Leads provided, through the use of Auto-Dialer technology of any kind, Prerecorded Messaging, or calls/text messaging to Cellular Phones, are at CLIENT's sole risk. CLIENT assumes any and all liability as a result of their violating the TCPA regulations, and other state and federal privacy laws. CLIENT agrees to indemnify  Global Experts against such liability resulting from CLIENT's actions or inactions in violation of law as set forth in this Agreement.

7. Limitation of Liability.   Global Experts is not an agent, joint venture, partner, representative, employee or affiliate of CLIENT. As such, the parties recognize that  Global Experts will not incur any liability as a result of CLIENT's actions or omissions.

8. Independent Contractor.   Global Experts is offering and selling its services per this arm's length Agreement as an independent contractor as defined under California law. As such, the parties recognize that  Global Experts will not incur any liability as a result of CLIENT's actions.  Global Experts shall not exercise control over CLIENT. Further, in no event shall  Global Experts or its officers, directors, employees and agents be liable, whether in contract, tort or otherwise, for any indirect incidental or consequential damages (including without limitation, lost sales or profit, lost data, or business interruption).

9. Non-disclosure. The parties agree that both terms and the nature of this Agreement, including without limitation the identity of the parties, shall remain confidential and shall not be disclosed to any third party under any circumstances unless required by a court of law.

10. All Sales Final. All sales are final and non-refundable except as expressly provided in Lead Guarantee and Replacement Policy specified on the Service Order. Leads may not arrive for up to one calendar week. Further,  Global Experts does not have control if a Lead applicant has applied elsewhere.

11. Term & Termination. This Agreement shall become effective on the Effective Date and shall remain in force for a period of thirty (30) days

Liz_Dev000021

DocuSign Envelope ID: A94F8d99A00A547BE49BEF3D5E74A045764F

CONFIDENTIAL

unless otherwise terminated as provided herein. The Agreement shall then renew automatically for additional thirty (30) day terms until terminated by either party in accordance with Section 8(b) below. b. Termination for Convenience. CLIENT may terminate this Agreement at any time, without penalty or costs, with or without cause upon (7) seven days prior written notice to Global Experts . c. Termination for Cause. Either Party may immediately terminate this Agreement or any upon written notice to the other Party if the other Party (a) commits a material breach of its obligations under this Agreement, or (b) repeatedly commits a material breach of its obligations or commits numerous breaches of its obligations under this Agreement. d. Termination for Non-Payment.   Global Experts will have the option, but not the obligation, to terminate this Agreement upon written notice if CLIENT fails to pay when due undisputed amounts owed to  Global Experts Under said Agreement.

12. Invalidity. The invalidity or unenforceability or any one or more of the particular provisions of this Agreement, none of which are known to the parties, shall not affect the enforceability of the other provisions herein.

13. Assignment. This Agreement may not be assigned by the CLIENT without the express written consent of The  Global Experts Companies.

14. Attorneys' Fees and Costs. If any action at law or in equity is necessary to enforce or interpret the terms of this Agreement, the prevailing party shall be entitled to its actual attorneys' fees and costs.

**Direct Mail:**
Global Experts direct mail campaigns are guaranteed to provide printing, production and mail services only. We do not guarantee response rate, number of interested parties or any other unpredictable or unforeseen issues which may arise. This order guarantees all prices, number of pieces, and postage will be sent as described and will be considered processed in full upon delivery to the U.S. Post Office.

**Internet Leads:**
I understand Internet Lead amounts are based on  Global Experts tracking system, (not clients tracking system). If the lead cannot be transmitted due to
client technology / email glitches, the lead will still be considered billable.   Global Experts will put in place a "data extraction layer", and provide client login credentials or daily reports for tracking purposes.

**Targeted Data:**
I understand this is a data "Rental Agreement" and upon receipt of the data I agree to not use it more than twice inside of a 30 day period. I understand if I violate this, then  Global Experts may ask for a re-licensing fee. I agree that upon receipt of the order, I shall take full responsibility for the use of the purchase, including responsibility for ensuring that my use of this information complies with all relevant federal or state laws, including but not limited to the Telephone Consumer Protection Act and the Do Not Call list.   Global Experts is not responsible for ensuring that my use of this information complies with the TCPA or any other state or federal laws

**Inbound Calls**:
I understand  Global Experts does its best to accommodate daily/weekly volume requests, but due to the nature of marketing I may receive a 15% variance in daily weekly requested volume. I agree to pay for calls over this order amount, and  Global Experts agrees to fulfill any remaining leads if under order
amount. I understand a "Raw Call" as a call which is direct from the internet and I will pay for every connected call, regardless of length of call. I understand a "Buffer Call" is defined as a billable call which exceeds the time limit of the buffer. This time limit is based on  Global Experts tracking system, (not clients tracking system), and begins when the phone starts ringing. If the call cannot be answered because the client does not have adequate staffing, the call will still be considered billable if it rings beyond the buffer duration. If the Client disconnects the call by asking a "Disqualifying question" (Ex: Do you have 10k in tax debt? "No") and then immediately hangs up on a consumer, before the buffer time, the call will be considered billable by  Global Experts . I understand that generally over 85% of calls will exceed a buffer time. If less than 70% of calls do not exceed the established buffer time, then client will be responsible for calls due to client scripting or client technology error. Buffer Calls must be answered by a live agent, no IVRs.   Global Experts will put in place a "data extraction layer", and provide client login credentials or daily reports for tracking.

Liz_Dev000022

**CONFIDENTIAL**



| CLIENT INFORMATION | |
|---|---|
| Company Name: | **Premier Financial Marketing LLC / Resmo Lending** |
| Contact Name: | **Sean Roberts** |
| Address: | ███████████████ |
| City, State, Zip: | ████████ |
| Phone: | ███████ |
| Email: | ███████████ |

## ORDER ID:  1005_2102

**Product:**  3 agents and one manager
**Description/Details:**  275/agent x 4 per week for 40 hours a week

**Quantity:**  275 x 4
**Price/Unit:**  $275.00
**Management Fee:**  waived

## TOTAL ORDER AMOUNT: $ 1,100.00

I, _____, hereby authorize Global Experts ("Global Experts"), to charge my account for all products and services ordered, as outlined above. By signing, I personally guarantee this order in its entirety and acknowledge that I am an authorized signer on this account. I understand that this

order is nonrefundable and nonreturnable. I further acknowledge that the details of the order have been fully disclosed to me in the "Description/Details" above, and I accept the order as it is described on this document. I agree that upon receipt of the order, I shall take full responsibility for the use of the purchase, including responsibility for ensuring that my use of this information complies with all relevant federal or state laws, including but not limited to the Telephone Consumer Protection Act.  Global Experts is not responsible for ensuring that my use of this information complies with the TCPA, DNC, TSR and any other state or federal laws and regulations. I agree that I shall indemnify, defend, and hold harmless  Global Experts and its heirs and successors from and against, any and all claims, demands, causes of action, losses, damages, costs and expenses (including reasonable attorneys' fees) that might arise or be imposed as a result of my negligent or willful misconduct related to this purchase. I further agree that any dispute between  Global Experts and me or company shall be settled in the applicable court of Orange County, CA

DocuSigned by:

*Sean Roberts*
408D849B76A14DD...

Signature of Payer: _____
Sean Roberts

Printed Name: _____

Date: _____10/11/2021_____

Liz_Dev000023

DocuSign Envelope ID: 251ZE21D0D634°D5C9F8EJDE187C21EB04

CONFIDENTIAL

**PAYMENT TERMS:   Global Experts Terms & Conditions shall apply to this order.**

**Total Amount: $ 1,100** Total Amount" reflects the payment to be used for this order. The "Total Amount" is due upon the execution of this order unless otherwise clarified and agreed upon in this order, and it is non-refundable and non-returnable.

THIS AGREEMENT (THE "AGREEMENT") IS ENTERED INTO, AS OF THE DATE OF YOUR ACCEPTANCE, BY AND BETWEEN Global Experts (THE "COMPANY") AND YOU (THE "CLIENT"). BY AGREEING TO THE TERMS SET FORTH HEREIN YOU ATTEST THAT YOU HAVE THE AUTHORITY TO MAKE THIS AGREEMENT ON BEHALF OF CLIENT. ACCORDINGLY, THE COMPANY AND CLIENT JOINTLY AGREE TO THE FOLLOWING TERMS AND CONDITIONS:

1. CLIENT REPRESENTATIONS & COVENANTS; INDEMNIFICATION.
CLIENT represents and warrants that it has full power, right and authority to enter into and carry out its obligations and grant the rights and licenses under this Agreement and that this Agreement constitutes a valid and binding obligation of the CLIENT, enforceable against CLIENT in accordance with its terms.

CLIENT shall ensure that all Leads (and all corresponding underlying Lead information) provided hereunder are used, contacted (via direct mail, email, online or telephone), maintained and accessed by CLIENT and/or CLIENT's affiliates in compliance with applicable law, including without limitation, the Telemarketing Sales Rule (as amended), the Telephone Consumer Protection Act of 1991, and the CAN-SPAM Act of 2003.

CLIENT: (a) represents and warrants that it has all applicable licenses, applicable insurance (including, without limitation, Workers Compensation and Commercial General Liability Insurance), certifications and accreditation, required to perform the work intended for the Leads and (b) shall bear the obligation to make all filings and obtain and maintain any and all necessary and/or applicable governmental approvals or licenses relating to CLIENT's business and for the use of the Leads in all such jurisdictions.

CLIENT hereby agrees to defend and indemnify the COMPANY against, and hold the COMPANY harmless from, any loss, claim, cost, liability, suit, judgment or expense (collectively, "Claims"), including court costs and reasonable fees of attorneys and other professionals, arising out of or in connection with any third party Claim arising from: (a) a breach of this Agreement by CLIENT or (b) any work (including, without limitation, marketing, installation and maintenance work) performed by CLIENT, its agents, employees, subsidiaries and/or affiliates for any Lead provided by the COMPANY.

DISCLAIMER. EXCEPT FOR THE REPRESENTATIONS AND WARRANTIES SET FORTH IN THIS AGREEMENT, THE COMPANY PROVIDES NO ADDITIONAL WARRANTIES REGARDING THE LEADS AND THE COMPANY'S SERVICES OR THAT THE LEADS AND THE COMPANY'S SERVICES WILL RESULT IN ADDITIONAL BUSINESS OR REVENUE TO CLIENT OR CLIENT'S AFFILIATES. THE PROVISIONS OF THIS SECTION ARE AN ESSENTIAL ELEMENT OF THE BENEFIT OF THE BARGAIN REFLECTED IN THIS AGREEMENT.

Independent Contractor. The relationship between the COMPANY and CLIENT established by this Agreement is that of independent contractor and shall each conduct its respective business at its own initiative, responsibility and expense. Furthermore, the parties each hereby acknowledge that this Agreement embodies the justifiable expectations of sophisticated parties derived from arm's-length negotiations.

Logo Usage. CLIENT agrees that the COMPANY may include CLIENT's name, including any trade name, then-current trademark or service mark, and logo on the COMPANY's (i) publicly available customer list and (ii) marketing materials.

Forum and Choice of Law. This Agreement, all claims or causes of action (whether in contract or tort) that may be based upon or arise out of or relate to this Agreement or relate to the negotiation, execution or performance of the Agreement (including and representation or warranty made in connection with this Agreement), and any additional or subsequent Lead purchases between the COMPANY and CLIENT hereunder shall be governed by, construed and interpreted in accordance with the laws of the State of California. The parties hereunder consent to the exclusive jurisdiction of the Courts in Orange County, CA and that this Agreement shall be deemed to have been entered into and performed in Orange County, CA, U.S.A.

Arbitration. Any dispute, claim or controversy arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this agreement to arbitrate, shall be determined by arbitration in Orange County, CA before one arbitrator. The arbitration shall be administered by JAMS pursuant to its Comprehensive Arbitration Rules and Procedures and in accordance with the Expedited Procedures in those Rules. Judgment on the Award may be entered in any court having jurisdiction. This clause shall not preclude parties from seeking provisional remedies in aid of arbitration from a court of appropriate jurisdiction. Limitation of Liability. EXCEPT IN CONNECTION WITH AN OBLIGATION OF INDEMNIFICATION HEREIN AND TO THE FULLEST EXTENT PERMITTED BY LAW, EACH PARTIES' AGGREGATE LIABILITY TO THE OTHER PARTY AND ALL THIRD PARTIES, INCLUDING ATTORNEY'S FEES, IN CONNECTION WITH THIS AGREEMENT SHALL NOT EXCEED AN AGGREGATE LIMIT OF THE TOTAL SUM OF LEAD FEES ACTUALLY PAID TO THE COMPANY BY CLIENT PURSUANT TO THE TERMS OF THIS AGREEMENT IN THE THREE (3) MONTHS PRECEDING THE CLAIM GIVING RISE TO ANY SUCH LIABILITY, REGARDLESS OF THE LEGAL THEORY UNDER WHICH SUCH LIABILITY IS IMPOSED. EXCEPT IN CONNECTION WITH AN OBLIGATION OF INDEMNIFICATION HEREIN AND TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR ANY CONSEQUENTIAL, INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE DAMAGES, OR LOST PROFITS, REGARDLESS OF THE FORM OF ACTION AND REGARDLESS OF THE LEGAL THEORY UNDER WHICH SUCH LIABILITY IS IMPOSED, EVEN IF EITHER PARTY IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND EVEN IF THE DAMAGES WERE FORESEEABLE. NO ACTION, SUIT OR PROCEEDING SHALL BE BROUGHT AGAINST COMPANY PURSUANT TO OR BASED ON THIS AGREEMENT MORE THAN ONE (1) YEAR AFTER THE EARLIER OF (A) THE DATE OF LAST PROVISIONING OF LEAD SERVICES OR (B) THE TERMINATION OF THIS AGREEMENT.

Liz_Dev000024

DocuSign Envelope ID: 25425210B3B789B785F9EF1E-87C2F5B94

CONFIDENTIAL

CLIENT IS SOLEY RESPONSIBLE FOR COMPLINCE WITH ALL FEDERAL AND STATE LAWS INCLUDING BUT NOT LIMITED TO THE TELEPHONE CONSUMER PROTECTION ACT (TCPA) REGULATIONS, STATE AND FEDERAL DO-NOT-CALL REGISTRY REGULATIONS, AND DO-NOTEMAIL/CAN-SPAM REGULATIONS. CLIENT ASSUMES THE ENTIRE RISK THAT SOME CONSUMER LEADS PURCHASED MAY CONTAIN OUTDATED PHONE NUMBERS, UNIDENTIFIED CELLULAR NUMBERS, OR OTHER CONTACT INFORMATION AND EACH OF THEM ASSUME THE RISK THAT THE CONSUMER MAY BE REGISTERED WITH A STATE OR FEDERAL DO-NOT-CALL REGISTRY. CLIENT AND ANY END USER PROVIDED ANY LEAD SOLD TO CLIENT UNDER THIS AGREEMENT SHALL VERIFY ALL CONTACT INFORMATION AGAINST SUCH REGISTRY(S) PRIOR TO CONTACTING THE CONSUMER. CLIENT SHALL BEAR ANY AND ALL LIABILITY FOR VIOLATIONS UNDER STATE AND FEDERAL TELEPHONE CONSUMER PROTECTION ACT (TCPA) REGULATIONS DO-NOTCALL REGULATIONS, AND DO-NOTEMAIL/CAN-SPAM REGULATIONS.

1. CLIENT's Warranties. CLIENT agrees to employ due care and attention in handing the Leads (as specified on the Service Order). CLIENT agrees to use its name and not that of  Global Experts in pursuing and/or selling the Leads and/or contacting any Lead applicant. CLIENT represents and warrants to   Global Experts that CLIENT will not: (i) violate any federal, state, local or foreign law or regulation including, but not limited to, the Federal Telephone Consumer Protection Act (TCPA), The CAN SPAM Act of 2003, the Gramm-Leach-Bliley Act, the Truth in Lending Act, the Real Estate Settlement Procedures Act, the (MARS) Mortgage Assistance Relief Services Rule, Debt Relief Services Rules and Regulations & the (TSR) Telemarketing Sales Rule; (ii) infringe upon or misappropriate any copyright, trademark, patent, trade secret or other intellectual property right or other right, including any individual privacy right of any person or consumer; (iii) disclose the identity of  Global Experts . CLIENT agrees to indemnify, defend (including immediate reimbursement of attorneys' fees) and hold harmless  Global Experts , its officers, directors, employees and agents, from and against any claims, actions or demands arising from or related to the breach of the warranties in this paragraph or other breach of this Agreement.

2. Lead Guarantee & Replacement Policy will be defined on your invoice or IO and varies based on lead type purchased.

3. Email Delivery. Due to the nature of spam filter programs and ISP level email filtering,  Global Experts is unable to guarantee that emails sent from  Global Experts servers will be received by the CLIENT's email account.   Global Experts is not responsible for emails sent by   Global Experts that do not make it into a CLIENT's email account. All leads will be available in the CLIENT's online interface.   Global Experts recommends CLIENT's set up a lead management database system in order to insure that leads are delivered and routed successfully.   Global Experts can refer several lead management companies that are easily integrated with  Global Experts service. CLIENTs should contact their account representative for details.

4. Privacy Statement. CLIENT represents and warrants that CLIENT, its agents and contracting partners utilize a lawful privacy disclosure policy statement in connection with the solicitation, receipt and use of any information from any person in connection with Leads. CLIENT agrees to provide a copy of all applicable privacy statements, including those on the Internet, to  Global Experts for   Global Experts review and comment.

5. No Representations.   Global Experts has not made and does not hereby make any representations, guarantees or warranties whatsoever.

6. CLIENT's TCPA Understanding and Disclaimer.   Global Experts has disclosed to CLIENT that Aged Leads purchased by them under the terms of this Purchase Agreement, may contain leads from consumers registered with state and/or federal DO-NOT-Call Registries and were received by  Global Experts prior to recent changes in the TELEPHONE CONSUMER PROTECTION ACT (TCPA) effective October 16, 2013 restricting the use of Auto Dialer technology, Pre-Recorded messaging, and calls or SMS text messaging to cellular phones without the express written consent of the consumer for the Broker to contact them by telephone. Aged Leads are not pre-scrubbed by  Global Experts against any state of federal Do-Not Call registry listings. CLIENT agrees to purchase the Leads described in the Purchase Agreement AS-IS, without any express or implied warranties from The  Global Experts Companies, and with the aforementioned understanding that the Leads purchased are Aged leads that were NOT obtained under procedures intended to comply with the current requirements of the TELEPHONE CONSUMER PROTECTION ACT (TCPA) regulations as of October 16, 2013. CLIENT understands that calling consumers based upon the contact information contained in the Aged Leads provided, through the use of Auto-Dialer technology of any kind, Prerecorded Messaging, or calls/text messaging to Cellular Phones, are at CLIENT's sole risk. CLIENT assumes any and all liability as a result of their violating the TCPA regulations, and other state and federal privacy laws. CLIENT agrees to indemnify  Global Experts against such liability resulting from CLIENT's actions or inactions in violation of law as set forth in this Agreement.

7. Limitation of Liability.   Global Experts is not an agent, joint venture, partner, representative, employee or affiliate of CLIENT. As such, the parties recognize that  Global Experts will not incur any liability as a result of CLIENT's actions or omissions.

8. Independent Contractor.   Global Experts is offering and selling its services per this arm's length Agreement as an independent contractor as defined under California law. As such, the parties recognize that  Global Experts will not incur any liability as a result of CLIENT's actions. Global Experts shall not exercise control over CLIENT. Further, in no event shall  Global Experts or its officers, directors, employees and agents be liable, whether in contract, tort or otherwise, for any indirect incidental or consequential damages (including without limitation, lost sales or profit, lost data, or business interruption).

9. Non-disclosure. The parties agree that both terms and the nature of this Agreement, including without limitation the identity of the parties, shall remain confidential and shall not be disclosed to any third party under any circumstances unless required by a court of law.

10. All Sales Final. All sales are final and non-refundable except as expressly provided in Lead Guarantee and Replacement Policy specified on the Service Order. Leads may not arrive for up to one calendar week. Further,  Global Experts does not have control if a Lead applicant has applied elsewhere.

11. Term & Termination. This Agreement shall become effective on the Effective Date and shall remain in force for a period of thirty (30) days

Liz_Dev000025

DocuSign Envelope ID: 25412E21-09D1-47BE-85BE-97C2FEBD4

CONFIDENTIAL

unless otherwise terminated as provided herein. The Agreement shall then renew automatically for additional thirty (30) day terms until terminated by either party in accordance with Section 8(b) below. b. Termination for Convenience. CLIENT may terminate this Agreement at any time, without penalty or costs, with or without cause upon (7) seven days prior written notice to Global Experts . c. Termination for Cause. Either Party may immediately terminate this Agreement or any upon written notice to the other Party if the other Party (a) commits a material breach of its obligations under this Agreement, or (b) repeatedly commits a material breach of its obligations or commits numerous breaches of its obligations under this Agreement. d. Termination for Non-Payment.   Global Experts will have the option, but not the obligation, to terminate this Agreement upon written notice if CLIENT fails to pay when due undisputed amounts owed to  Global Experts Under said Agreement.

12. Invalidity. The invalidity or unenforceability or any one or more of the particular provisions of this Agreement, none of which are known to the parties, shall not affect the enforceability of the other provisions herein.

13. Assignment. This Agreement may not be assigned by the CLIENT without the express written consent of The  Global Experts Companies.

14. Attorneys' Fees and Costs. If any action at law or in equity is necessary to enforce or interpret the terms of this Agreement, the prevailing party shall be entitled to its actual attorneys' fees and costs.

**Direct Mail:**
Global Experts direct mail campaigns are guaranteed to provide printing, production and mail services only. We do not guarantee response rate, number of interested parties or any other unpredictable or unforeseen issues which may arise. This order guarantees all prices, number of pieces, and postage will be sent as described and will be considered processed in full upon delivery to the U.S. Post Office.

**Internet Leads:**
I understand Internet Lead amounts are based on  Global Experts tracking system, (not clients tracking system). If the lead cannot be transmitted due to
client technology / email glitches, the lead will still be considered billable.   Global Experts will put in place a "data extraction layer", and provide client login credentials or daily reports for tracking purposes.

**Targeted Data:**
I understand this is a data "Rental Agreement" and upon receipt of the data I agree to not use it more than twice inside of a 30 day period. I understand if I violate this, then  Global Experts may ask for a re-licensing fee. I agree that upon receipt of the order, I shall take full responsibility for the use of the purchase, including responsibility for ensuring that my use of this information complies with all relevant federal or state laws, including but not limited to the Telephone Consumer Protection Act and the Do Not Call list.   Global Experts is not responsible for ensuring that my use of this information complies with the TCPA or any other state or federal laws

**Inbound Calls**:
I understand  Global Experts does its best to accommodate daily/weekly volume requests, but due to the nature of marketing I may receive a 15% variance in daily weekly requested volume. I agree to pay for calls over this order amount, and  Global Experts agrees to fulfill any remaining leads if under order
amount. I understand a "Raw Call" as a call which is direct from the internet and I will pay for every connected call, regardless of length of call. I understand a "Buffer Call" is defined as a billable call which exceeds the time limit of the buffer. This time limit is based on  Global Experts tracking system, (not clients tracking system), and begins when the phone starts ringing. If the call cannot be answered because the client does not have adequate staffing, the call will still be considered billable if it rings beyond the buffer duration. If the Client disconnects the call by asking a "Disqualifying question" (Ex: Do you have 10k in tax debt? "No") and then immediately hangs up on a consumer, before the buffer time, the call will be considered billable by  Global Experts . I understand that generally over 85% of calls will exceed a buffer time. If less than 70% of calls do not exceed the established buffer time, then client will be responsible for calls due to client scripting or client technology error. Buffer Calls must be answered by a live agent, no IVRs.   Global Experts will put in place a "data extraction layer", and provide client login credentials or daily reports for tracking.

Liz_Dev000026

DocuSign Envelope ID: ...

CONFIDENTIAL



| CLIENT INFORMATION | |
|---|---|
| Company Name: | **Premier Financial Marketing LLC / Resmo Lending** |
| Contact Name: | **Sean Roberts** |
| Address: | ███████████████ |
| City, State, Zip: | ███████ |
| Phone: | ██████ |
| Email: | ██████████ |

## ORDER ID:  1011_2103

**Product:**
**Description/Details:**  3 agents and one manager
275/agent x 4 per week for 40 hours a week

**Quantity:**  275 x 4
**Price/Unit:**  $275.00
**Management Fee:**  waived

## TOTAL ORDER AMOUNT: $ 1,100.00

I, __Sean Roberts__, hereby authorize Global Experts ("Global Experts"), to charge my account for all products and services ordered, as outlined above. By signing, I personally guarantee this order in its entirety and acknowledge that I am an authorized signer on this account. I understand that this
order is nonrefundable and nonreturnable. I further acknowledge that the details of the order have been fully disclosed to me in the "Description/Details" above, and I accept the order as it is described on this document. I agree that upon receipt of the order, I shall take full responsibility for the use of the purchase, including responsibility for ensuring that my use of this information complies with all relevant federal or state laws, including but not limited to the Telephone Consumer Protection Act.  Global Experts is not responsible for ensuring that my use of this information complies with the TCPA, DNC, TSR and any other state or federal laws and regulations. I agree that I shall indemnify, defend, and hold harmless  Global Experts and its heirs and successors from and against, any and all claims, demands, causes of action, losses, damages, costs and expenses (including reasonable attorneys' fees) that might arise or be imposed as a result of my negligent or willful misconduct related to this purchase. I further agree that any dispute between  Global Experts and me or company shall be settled in the applicable court of Orange County, CA

DocuSigned by:

*Sean Roberts*
408D849B76A14DD...

Signature of Payer: _____

Printed Name: _Sean Roberts_____

Date: _10/11/2021_____

Liz_Dev000027

DocuSign Envelope ID: 27A69F80A7A9E02B82E582EAB10A

CONFIDENTIAL

**PAYMENT TERMS:   Global Experts Terms & Conditions shall apply to this order.**

**Total Amount: $ 1,100** Total Amount" reflects the payment to be used for this order. The "Total Amount" is due upon the execution of this order unless otherwise clarified and agreed upon in this order, and it is non-refundable and non-returnable.

THIS AGREEMENT (THE "AGREEMENT") IS ENTERED INTO, AS OF THE DATE OF YOUR ACCEPTANCE, BY AND BETWEEN Global Experts (THE "COMPANY") AND YOU (THE "CLIENT"). BY AGREEING TO THE TERMS SET FORTH HEREIN YOU ATTEST THAT YOU HAVE THE AUTHORITY TO MAKE THIS AGREEMENT ON BEHALF OF CLIENT. ACCORDINGLY, THE COMPANY AND CLIENT JOINTLY AGREE TO THE FOLLOWING TERMS AND CONDITIONS:

1. CLIENT REPRESENTATIONS & COVENANTS; INDEMNIFICATION.
CLIENT represents and warrants that it has full power, right and authority to enter into and carry out its obligations and grant the rights and licenses under this Agreement and that this Agreement constitutes a valid and binding obligation of the CLIENT, enforceable against CLIENT in accordance with its terms.

CLIENT shall ensure that all Leads (and all corresponding underlying Lead information) provided hereunder are used, contacted (via direct mail, email, online or telephone), maintained and accessed by CLIENT and/or CLIENT's affiliates in compliance with applicable law, including without limitation, the Telemarketing Sales Rule (as amended), the Telephone Consumer Protection Act of 1991, and the CAN-SPAM Act of 2003.

CLIENT: (a) represents and warrants that it has all applicable licenses, applicable insurance (including, without limitation, Workers Compensation and Commercial General Liability Insurance), certifications and accreditation, required to perform the work intended for the Leads and (b) shall bear the obligation to make all filings and obtain and maintain any and all necessary and/or applicable governmental approvals or licenses relating to CLIENT's business and for the use of the Leads in all such jurisdictions.

CLIENT hereby agrees to defend and indemnify the COMPANY against, and hold the COMPANY harmless from, any loss, claim, cost, liability, suit, judgment or expense (collectively, "Claims"), including court costs and reasonable fees of attorneys and other professionals, arising out of or in connection with any third party Claim arising from: (a) a breach of this Agreement by CLIENT or (b) any work (including, without limitation, marketing, installation and maintenance work) performed by CLIENT, its agents, employees, subsidiaries and/or affiliates for any Lead provided by the COMPANY.

DISCLAIMER. EXCEPT FOR THE REPRESENTATIONS AND WARRANTIES SET FORTH IN THIS AGREEMENT, THE COMPANY PROVIDES NO ADDITIONAL WARRANTIES REGARDING THE LEADS AND THE COMPANY'S SERVICES OR THAT THE LEADS AND THE COMPANY'S SERVICES WILL RESULT IN ADDITIONAL BUSINESS OR REVENUE TO CLIENT OR CLIENT'S AFFILIATES. THE PROVISIONS OF THIS SECTION ARE AN ESSENTIAL ELEMENT OF THE BENEFIT OF THE BARGAIN REFLECTED IN THIS AGREEMENT.

Independent Contractor. The relationship between the COMPANY and CLIENT established by this Agreement is that of independent contractor and shall each conduct its respective business at its own initiative, responsibility and expense. Furthermore, the parties each hereby acknowledge that this Agreement embodies the justifiable expectations of sophisticated parties derived from arm's-length negotiations.

Logo Usage. CLIENT agrees that the COMPANY may include CLIENT's name, including any trade name, then-current trademark or service mark, and logo on the COMPANY's (i) publicly available customer list and (ii) marketing materials.

Forum and Choice of Law. This Agreement, all claims or causes of action (whether in contract or tort) that may be based upon or arise out of or relate to this Agreement or relate to the negotiation, execution or performance of the Agreement (including and representation or warranty made in connection with this Agreement), and any additional or subsequent Lead purchases between the COMPANY and CLIENT hereunder shall be governed by, construed and interpreted in accordance with the laws of the State of California. The parties hereunder consent to the exclusive jurisdiction of the Courts in Orange County, CA and that this Agreement shall be deemed to have been entered into and performed in Orange County, CA, U.S.A.

Arbitration. Any dispute, claim or controversy arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this agreement to arbitrate, shall be determined by arbitration in Orange County, CA before one arbitrator. The arbitration shall be administered by JAMS pursuant to its Comprehensive Arbitration Rules and Procedures and in accordance with the Expedited Procedures in those Rules. Judgment on the Award may be entered in any court having jurisdiction. This clause shall not preclude parties from seeking provisional remedies in aid of arbitration from a court of appropriate jurisdiction. Limitation of Liability. EXCEPT IN CONNECTION WITH AN OBLIGATION OF INDEMNIFICATION HEREIN AND TO THE FULLEST EXTENT PERMITTED BY LAW, EACH PARTIES' AGGREGATE LIABILITY TO THE OTHER PARTY AND ALL THIRD PARTIES, INCLUDING ATTORNEY'S FEES, IN CONNECTION WITH THIS AGREEMENT SHALL NOT EXCEED AN AGGREGATE LIMIT OF THE TOTAL SUM OF LEAD FEES ACTUALLY PAID TO THE COMPANY BY CLIENT PURSUANT TO THE TERMS OF THIS AGREEMENT IN THE THREE (3) MONTHS PRECEDING THE CLAIM GIVING RISE TO ANY SUCH LIABILITY, REGARDLESS OF THE LEGAL THEORY UNDER WHICH SUCH LIABILITY IS IMPOSED. EXCEPT IN CONNECTION WITH AN OBLIGATION OF INDEMNIFICATION HEREIN AND TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR ANY CONSEQUENTIAL, INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE DAMAGES, OR LOST PROFITS, REGARDLESS OF THE FORM OF ACTION AND REGARDLESS OF THE LEGAL THEORY UNDER WHICH SUCH LIABILITY IS IMPOSED, EVEN IF EITHER PARTY IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND EVEN IF THE DAMAGES WERE FORESEEABLE. NO ACTION, SUIT OR PROCEEDING SHALL BE BROUGHT AGAINST COMPANY PURSUANT TO OR BASED ON THIS AGREEMENT MORE THAN ONE (1) YEAR AFTER THE EARLIER OF (A) THE DATE OF LAST PROVISIONING OF LEAD SERVICES OR (B) THE TERMINATION OF THIS AGREEMENT.

Liz_Dev000028

DocuSign Envelope ID: 27-A69F-D33F-873D-0959-4FGE50024F9C

CONFIDENTIAL

CLIENT IS SOLEY RESPONSIBLE FOR COMPLINCE WITH ALL FEDERAL AND STATE LAWS INCLUDING BUT NOT LIMITED TO THE TELEPHONE CONSUMER PROTECTION ACT (TCPA) REGULATIONS, STATE AND FEDERAL DO-NOT-CALL REGISTRY REGULATIONS, AND DO-NOTEMAIL/CAN-SPAM REGULATIONS. CLIENT ASSUMES THE ENTIRE RISK THAT SOME CONSUMER LEADS PURCHASED MAY CONTAIN OUTDATED PHONE NUMBERS, UNIDENTIFIED CELLULAR NUMBERS, OR OTHER CONTACT INFORMATION AND EACH OF THEM ASSUME THE RISK THAT THE CONSUMER MAY BE REGISTERED WITH A STATE OR FEDERAL DO-NOT-CALL REGISTRY. CLIENT AND ANY END USER PROVIDED ANY LEAD SOLD TO CLIENT UNDER THIS AGREEMENT SHALL VERIFY ALL CONTACT INFORMATION AGAINST SUCH REGISTRY(S) PRIOR TO CONTACTING THE CONSUMER. CLIENT SHALL BEAR ANY AND ALL LIABILITY FOR VIOLATIONS UNDER STATE AND FEDERAL TELEPHONE CONSUMER PROTECTION ACT (TCPA) REGULATIONS DO-NOTCALL REGULATIONS, AND DO-NOTEMAIL/CAN-SPAM REGULATIONS.

1. CLIENT's Warranties. CLIENT agrees to employ due care and attention in handing the Leads (as specified on the Service Order). CLIENT agrees to use its name and not that of  Global Experts in pursuing and/or selling the Leads and/or contacting any Lead applicant. CLIENT represents and warrants to   Global Experts that CLIENT will not: (i) violate any federal, state, local or foreign law or regulation including, but not limited to, the Federal Telephone Consumer Protection Act (TCPA), The CAN SPAM Act of 2003, the Gramm-Leach-Bliley Act, the Truth in Lending Act, the Real Estate Settlement Procedures Act, the (MARS) Mortgage Assistance Relief Services Rule, Debt Relief Services Rules and Regulations & the (TSR) Telemarketing Sales Rule; (ii) infringe upon or misappropriate any copyright, trademark, patent, trade secret or other intellectual property right or other right, including any individual privacy right of any person or consumer; (iii) disclose the identity of  Global Experts . CLIENT agrees to indemnify, defend (including immediate reimbursement of attorneys' fees) and hold harmless  Global Experts , its officers, directors, employees and agents, from and against any claims, actions or demands arising from or related to the breach of the warranties in this paragraph or other breach of this Agreement.

2. Lead Guarantee & Replacement Policy will be defined on your invoice or IO and varies based on lead type purchased.

3. Email Delivery. Due to the nature of spam filter programs and ISP level email filtering,  Global Experts is unable to guarantee that emails sent from  Global Experts servers will be received by the CLIENT's email account.  Global Experts is not responsible for emails sent by  Global Experts that do not make it into a CLIENT's email account. All leads will be available in the CLIENT's online interface.  Global Experts recommends CLIENT's set up a lead management database system in order to insure that leads are delivered and routed successfully.  Global Experts can refer several lead management companies that are easily integrated with  Global Experts service. CLIENTs should contact their account representative for details.

4. Privacy Statement. CLIENT represents and warrants that CLIENT, its agents and contracting partners utilize a lawful privacy disclosure policy statement in connection with the solicitation, receipt and use of any information from any person in connection with Leads. CLIENT agrees to provide a copy of all applicable privacy statements, including those on the Internet, to  Global Experts for  Global Experts review and comment.

5. No Representations.   Global Experts has not made and does not hereby make any representations, guarantees or warranties whatsoever.

6. CLIENT's TCPA Understanding and Disclaimer.   Global Experts has disclosed to CLIENT that Aged Leads purchased by them under the terms of this Purchase Agreement, may contain leads from consumers registered with state and/or federal DO-NOT-Call Registries and were received by  Global Experts prior to recent changes in the TELEPHONE CONSUMER PROTECTION ACT (TCPA) effective October 16, 2013 restricting the use of Auto Dialer technology, Pre-Recorded messaging, and calls or SMS text messaging to cellular phones without the express written consent of the consumer for the Broker to contact them by telephone. Aged Leads are not pre-scrubbed by  Global Experts against any state of federal Do-Not Call registry listings. CLIENT agrees to purchase the Leads described in the Purchase Agreement AS-IS, without any express or implied warranties from The  Global Experts Companies, and with the aforementioned understanding that the Leads purchased are Aged leads that were NOT obtained under procedures intended to comply with the current requirements of the TELEPHONE CONSUMER PROTECTION ACT (TCPA) regulations as of October 16, 2013. CLIENT understands that calling consumers based upon the contact information contained in the Aged Leads provided, through the use of Auto-Dialer technology of any kind, Prerecorded Messaging, or calls/text messaging to Cellular Phones, are at CLIENT's sole risk. CLIENT assumes any and all liability as a result of their violating the TCPA regulations, and other state and federal privacy laws. CLIENT agrees to indemnify  Global Experts against such liability resulting from CLIENT's actions or inactions in violation of law as set forth in this Agreement.

7. Limitation of Liability.   Global Experts is not an agent, joint venture, partner, representative, employee or affiliate of CLIENT. As such, the parties recognize that  Global Experts will not incur any liability as a result of CLIENT's actions or omissions.

8. Independent Contractor.   Global Experts is offering and selling its services per this arm's length Agreement as an independent contractor as defined under California law. As such, the parties recognize that  Global Experts will not incur any liability as a result of CLIENT's actions. Global Experts shall not exercise control over CLIENT. Further, in no event shall  Global Experts or its officers, directors, employees and agents be liable, whether in contract, tort or otherwise, for any indirect incidental or consequential damages (including without limitation, lost sales or profit, lost data, or business interruption).

9. Non-disclosure. The parties agree that both terms and the nature of this Agreement, including without limitation the identity of the parties, shall remain confidential and shall not be disclosed to any third party under any circumstances unless required by a court of law.

10. All Sales Final. All sales are final and non-refundable except as expressly provided in Lead Guarantee and Replacement Policy specified on the Service Order. Leads may not arrive for up to one calendar week. Further,  Global Experts does not have control if a Lead applicant has applied elsewhere.

11. Term & Termination. This Agreement shall become effective on the Effective Date and shall remain in force for a period of thirty (30) days

Liz_Dev000029

DocuSign Envelope ID: 97-A9F-F0D1-87-3D4-8499-1FCE3082A134

CONFIDENTIAL

unless otherwise terminated as provided herein. The Agreement shall then renew automatically for additional thirty (30) day terms until terminated by either party in accordance with Section 8(b) below. b. Termination for Convenience. CLIENT may terminate this Agreement at any time, without penalty or costs, with or without cause upon (7) seven days prior written notice to Global Experts . c. Termination for Cause. Either Party may immediately terminate this Agreement or any upon written notice to the other Party if the other Party (a) commits a material breach of its obligations under this Agreement, or (b) repeatedly commits a material breach of its obligations or commits numerous breaches of its obligations under this Agreement. d. Termination for Non-Payment.  Global Experts will have the option, but not the obligation, to terminate this Agreement upon written notice if CLIENT fails to pay when due undisputed amounts owed to Global Experts Under said Agreement.

12. Invalidity. The invalidity or unenforceability or any one or more of the particular provisions of this Agreement, none of which are known to the parties, shall not affect the enforceability of the other provisions herein.

13. Assignment. This Agreement may not be assigned by the CLIENT without the express written consent of The Global Experts Companies.

14. Attorneys' Fees and Costs. If any action at law or in equity is necessary to enforce or interpret the terms of this Agreement, the prevailing party shall be entitled to its actual attorneys' fees and costs.

**Direct Mail:**
Global Experts direct mail campaigns are guaranteed to provide printing, production and mail services only. We do not guarantee response rate, number of interested parties or any other unpredictable or unforeseen issues which may arise. This order guarantees all prices, number of pieces, and postage will be sent as described and will be considered processed in full upon delivery to the U.S. Post Office.

**Internet Leads:**
I understand Internet Lead amounts are based on Global Experts tracking system, (not clients tracking system). If the lead cannot be transmitted due to
client technology / email glitches, the lead will still be considered billable.  Global Experts will put in place a "data extraction layer", and provide client login credentials or daily reports for tracking purposes.

**Targeted Data:**
I understand this is a data "Rental Agreement" and upon receipt of the data I agree to not use it more than twice inside of a 30 day period. I understand if I violate this, then Global Experts may ask for a re-licensing fee. I agree that upon receipt of the order, I shall take full responsibility for the use of the purchase, including responsibility for ensuring that my use of this information complies with all relevant federal or state laws, including but not limited to the Telephone Consumer Protection Act and the Do Not Call list.  Global Experts is not responsible for ensuring that my use of this information complies with the TCPA or any other state or federal laws

**Inbound Calls**:
I understand  Global Experts does its best to accommodate daily/weekly volume requests, but due to the nature of marketing I may receive a 15% variance in daily weekly requested volume. I agree to pay for calls over this order amount, and  Global Experts agrees to fulfill any remaining leads if under order
amount. I understand a "Raw Call" as a call which is direct from the internet and I will pay for every connected call, regardless of length of call. I understand a "Buffer Call" is defined as a billable call which exceeds the time limit of the buffer. This time limit is based on  Global Experts tracking system, (not clients tracking system), and begins when the phone starts ringing. If the call cannot be answered because the client does not have adequate staffing, the call will still be considered billable if it rings beyond the buffer duration. If the Client disconnects the call by asking a "Disqualifying question" (Ex: Do you have 10k in tax debt? "No") and then immediately hangs up on a consumer, before the buffer time, the call will be considered billable by  Global Experts . I understand that generally over 85% of calls will exceed a buffer time. If less than 70% of calls do not exceed the established buffer time, then client will be responsible for calls due to client scripting or client technology error. Buffer Calls must be answered by a live agent, no IVRs.  Global Experts will put in place a "data extraction layer", and provide client login credentials or daily reports for tracking.

Liz_Dev000030

CONFIDENTIAL



| CLIENT INFORMATION | |
| --- | --- |
| Company Name: | **Premier Financial Marketing LLC / Resmo Lending** |
| Contact Name: | **Sean Roberts** |
| Address: | █████████████████ |
| City, State, Zip: | ████████ |
| Phone: | ██████ |
| Email: | ██████████ |

## ORDER ID:  1020_2104

| | |
| --- | --- |
| **Product:** **Description/Details:** | 3 agents and one manager<br>275/agent x 4 per week for 40 hours a week |
| **Quantity:** | 275 x 4 |
| **Price/Unit:** | $275.00 |
| **Management Fee:** | waived |

## TOTAL ORDER AMOUNT: $ 1,100.00

I, Sean Roberts, hereby authorize Global Experts ("Global Experts"), to charge my account for all products and services ordered, as outlined above. By signing, I personally guarantee this order in its entirety and acknowledge that I am an authorized signer on this account. I understand that this
order is nonrefundable and nonreturnable. I further acknowledge that the details of the order have been fully disclosed to me in the "Description/Details" above, and I accept the order as it is described on this document. I agree that upon receipt of the order, I shall take full responsibility for the use of the purchase, including responsibility for ensuring that my use of this information complies with all relevant federal or state laws, including but not limited to the Telephone Consumer Protection Act.  Global Experts is not responsible for ensuring that my use of this information complies with the TCPA, DNC, TSR and any other state or federal laws and regulations. I agree that I shall indemnify, defend, and hold harmless  Global Experts and its heirs and successors from and against, any and all claims, demands, causes of action, losses, damages, costs and expenses (including reasonable attorneys' fees) that might arise or be imposed as a result of my negligent or willful misconduct related to this purchase. I further agree that any dispute between  Global Experts and me or company shall be settled in the applicable court of Orange County, CA

DocuSigned by:

*Sean Roberts*

408D849B76A14DD...

Signature of Payer: _____

Printed Name: Sean Roberts  _____

Date: 10/21/2021 _____

Liz_Dev000031

DocuSign Envelope ID: ...

**CONFIDENTIAL**

**PAYMENT TERMS:   Global Experts Terms & Conditions shall apply to this order.**

**Total Amount: $ 1,100** Total Amount" reflects the payment to be used for this order. The "Total Amount" is due upon the execution of this order unless otherwise clarified and agreed upon in this order, and it is non-refundable and non-returnable.

THIS AGREEMENT (THE "AGREEMENT") IS ENTERED INTO, AS OF THE DATE OF YOUR ACCEPTANCE, BY AND BETWEEN Global Experts (THE "COMPANY") AND YOU (THE "CLIENT"). BY AGREEING TO THE TERMS SET FORTH HEREIN YOU ATTEST THAT YOU HAVE THE AUTHORITY TO MAKE THIS AGREEMENT ON BEHALF OF CLIENT. ACCORDINGLY, THE COMPANY AND CLIENT JOINTLY AGREE TO THE FOLLOWING TERMS AND CONDITIONS:

1. CLIENT REPRESENTATIONS & COVENANTS; INDEMNIFICATION.
CLIENT represents and warrants that it has full power, right and authority to enter into and carry out its obligations and grant the rights and licenses under this Agreement and that this Agreement constitutes a valid and binding obligation of the CLIENT, enforceable against CLIENT in accordance with its terms.

CLIENT shall ensure that all Leads (and all corresponding underlying Lead information) provided hereunder are used, contacted (via direct mail, email, online or telephone), maintained and accessed by CLIENT and/or CLIENT's affiliates in compliance with applicable law, including without limitation, the Telemarketing Sales Rule (as amended), the Telephone Consumer Protection Act of 1991, and the CAN-SPAM Act of 2003.

CLIENT: (a) represents and warrants that it has all applicable licenses, applicable insurance (including, without limitation, Workers Compensation and Commercial General Liability Insurance), certifications and accreditation, required to perform the work intended for the Leads and (b) shall bear the obligation to make all filings and obtain and maintain any and all necessary and/or applicable governmental approvals or licenses relating to CLIENT's business and for the use of the Leads in all such jurisdictions.

CLIENT hereby agrees to defend and indemnify the COMPANY against, and hold the COMPANY harmless from, any loss, claim, cost, liability, suit, judgment or expense (collectively, "Claims"), including court costs and reasonable fees of attorneys and other professionals, arising out of or in connection with any third party Claim arising from: (a) a breach of this Agreement by CLIENT or (b) any work (including, without limitation, marketing, installation and maintenance work) performed by CLIENT, its agents, employees, subsidiaries and/or affiliates for any Lead provided by the COMPANY.

DISCLAIMER. EXCEPT FOR THE REPRESENTATIONS AND WARRANTIES SET FORTH IN THIS AGREEMENT, THE COMPANY PROVIDES NO ADDITIONAL WARRANTIES REGARDING THE LEADS AND THE COMPANY'S SERVICES OR THAT THE LEADS AND THE COMPANY'S SERVICES WILL RESULT IN ADDITIONAL BUSINESS OR REVENUE TO CLIENT OR CLIENT'S AFFILIATES. THE PROVISIONS OF THIS SECTION ARE AN ESSENTIAL ELEMENT OF THE BENEFIT OF THE BARGAIN REFLECTED IN THIS AGREEMENT.

Independent Contractor. The relationship between the COMPANY and CLIENT established by this Agreement is that of independent contractor and shall each conduct its respective business at its own initiative, responsibility and expense. Furthermore, the parties each hereby acknowledge that this Agreement embodies the justifiable expectations of sophisticated parties derived from arm's-length negotiations.

Logo Usage. CLIENT agrees that the COMPANY may include CLIENT's name, including any trade name, then-current trademark or service mark, and logo on the COMPANY's (i) publicly available customer list and (ii) marketing materials.

Forum and Choice of Law. This Agreement, all claims or causes of action (whether in contract or tort) that may be based upon or arise out of or relate to this Agreement or relate to the negotiation, execution or performance of the Agreement (including and representation or warranty made in connection with this Agreement), and any additional or subsequent Lead purchases between the COMPANY and CLIENT hereunder shall be governed by, construed and interpreted in accordance with the laws of the State of California. The parties hereunder consent to the exclusive jurisdiction of the Courts in Orange County, CA and that this Agreement shall be deemed to have been entered into and performed in Orange County, CA, U.S.A.

Arbitration. Any dispute, claim or controversy arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this agreement to arbitrate, shall be determined by arbitration in Orange County, CA before one arbitrator. The arbitration shall be administered by JAMS pursuant to its Comprehensive Arbitration Rules and Procedures and in accordance with the Expedited Procedures in those Rules. Judgment on the Award may be entered in any court having jurisdiction. This clause shall not preclude parties from seeking provisional remedies in aid of arbitration from a court of appropriate jurisdiction. Limitation of Liability. EXCEPT IN CONNECTION WITH AN OBLIGATION OF INDEMNIFICATION HEREIN AND TO THE FULLEST EXTENT PERMITTED BY LAW, EACH PARTIES' AGGREGATE LIABILITY TO THE OTHER PARTY AND ALL THIRD PARTIES, INCLUDING ATTORNEY'S FEES, IN CONNECTION WITH THIS AGREEMENT SHALL NOT EXCEED AN AGGREGATE LIMIT OF THE TOTAL SUM OF LEAD FEES ACTUALLY PAID TO THE COMPANY BY CLIENT PURSUANT TO THE TERMS OF THIS AGREEMENT IN THE THREE (3) MONTHS PRECEDING THE CLAIM GIVING RISE TO ANY SUCH LIABILITY, REGARDLESS OF THE LEGAL THEORY UNDER WHICH SUCH LIABILITY IS IMPOSED. EXCEPT IN CONNECTION WITH AN OBLIGATION OF INDEMNIFICATION HEREIN AND TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR ANY CONSEQUENTIAL, INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE DAMAGES, OR LOST PROFITS, REGARDLESS OF THE FORM OF ACTION AND REGARDLESS OF THE LEGAL THEORY UNDER WHICH SUCH LIABILITY IS IMPOSED, EVEN IF EITHER PARTY IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND EVEN IF THE DAMAGES WERE FORESEEABLE. NO ACTION, SUIT OR PROCEEDING SHALL BE BROUGHT AGAINST COMPANY PURSUANT TO OR BASED ON THIS AGREEMENT MORE THAN ONE (1) YEAR AFTER THE EARLIER OF (A) THE DATE OF LAST PROVISIONING OF LEAD SERVICES OR (B) THE TERMINATION OF THIS AGREEMENT.

Liz_Dev000032

DocuSign Envelope ID: 7A0E437B-9DC37EE0-A69E-JEF2EE3C54B6

CONFIDENTIAL

CLIENT IS SOLEY RESPONSIBLE FOR COMPLINCE WITH ALL FEDERAL AND STATE LAWS INCLUDING BUT NOT LIMITED TO THE TELEPHONE CONSUMER PROTECTION ACT (TCPA) REGULATIONS, STATE AND FEDERAL DO-NOT-CALL REGISTRY REGULATIONS, AND DO-NOTEMAIL/CAN-SPAM REGULATIONS. CLIENT ASSUMES THE ENTIRE RISK THAT SOME CONSUMER LEADS PURCHASED MAY CONTAIN OUTDATED PHONE NUMBERS, UNIDENTIFIED CELLULAR NUMBERS, OR OTHER CONTACT INFORMATION AND EACH OF THEM ASSUME THE RISK THAT THE CONSUMER MAY BE REGISTERED WITH A STATE OR FEDERAL DO-NOT-CALL REGISTRY. CLIENT AND ANY END USER PROVIDED ANY LEAD SOLD TO CLIENT UNDER THIS AGREEMENT SHALL VERIFY ALL CONTACT INFORMATION AGAINST SUCH REGISTRY(S) PRIOR TO CONTACTING THE CONSUMER. CLIENT SHALL BEAR ANY AND ALL LIABILITY FOR VIOLATIONS UNDER STATE AND FEDERAL TELEPHONE CONSUMER PROTECTION ACT (TCPA) REGULATIONS DO-NOTCALL REGULATIONS, AND DO-NOTEMAIL/CAN-SPAM REGULATIONS.

1. CLIENT's Warranties. CLIENT agrees to employ due care and attention in handing the Leads (as specified on the Service Order). CLIENT agrees to use its name and not that of  Global Experts in pursuing and/or selling the Leads and/or contacting any Lead applicant. CLIENT represents and warrants to   Global Experts that CLIENT will not: (i) violate any federal, state, local or foreign law or regulation including, but not limited to, the Federal Telephone Consumer Protection Act (TCPA), The CAN SPAM Act of 2003, the Gramm-Leach-Bliley Act, the Truth in Lending Act, the Real Estate Settlement Procedures Act, the (MARS) Mortgage Assistance Relief Services Rule, Debt Relief Services Rules and Regulations & the (TSR) Telemarketing Sales Rule; (ii) infringe upon or misappropriate any copyright, trademark, patent, trade secret or other intellectual property right or other right, including any individual privacy right of any person or consumer; (iii) disclose the identity of  Global Experts . CLIENT agrees to indemnify, defend (including immediate reimbursement of attorneys' fees) and hold harmless  Global Experts , its officers, directors, employees and agents, from and against any claims, actions or demands arising from or related to the breach of the warranties in this paragraph or other breach of this Agreement.

2. Lead Guarantee & Replacement Policy will be defined on your invoice or IO and varies based on lead type purchased.

3. Email Delivery. Due to the nature of spam filter programs and ISP level email filtering,  Global Experts is unable to guarantee that emails sent from  Global Experts servers will be received by the CLIENT's email account.  Global Experts is not responsible for emails sent by   Global Experts that do not make it into a CLIENT's email account. All leads will be available in the CLIENT's online interface.   Global Experts recommends CLIENT's set up a lead management database system in order to insure that leads are delivered and routed successfully.   Global Experts can refer several lead management companies that are easily integrated with  Global Experts service. CLIENTs should contact their account representative for details.

4. Privacy Statement. CLIENT represents and warrants that CLIENT, its agents and contracting partners utilize a lawful privacy disclosure policy statement in connection with the solicitation, receipt and use of any information from any person in connection with Leads. CLIENT agrees to provide a copy of all applicable privacy statements, including those on the Internet, to  Global Experts for   Global Experts review and comment.

5. No Representations.   Global Experts has not made and does not hereby make any representations, guarantees or warranties whatsoever.

6. CLIENT's TCPA Understanding and Disclaimer.   Global Experts has disclosed to CLIENT that Aged Leads purchased by them under the terms of this Purchase Agreement, may contain leads from consumers registered with state and/or federal DO-NOT-Call Registries and were received by  Global Experts prior to recent changes in the TELEPHONE CONSUMER PROTECTION ACT (TCPA) effective October 16, 2013 restricting the use of Auto Dialer technology, Pre-Recorded messaging, and calls or SMS text messaging to cellular phones without the express written consent of the consumer for the Broker to contact them by telephone. Aged Leads are not pre-scrubbed by  Global Experts against any state of federal Do-Not Call registry listings. CLIENT agrees to purchase the Leads described in the Purchase Agreement AS-IS, without any express or implied warranties from The  Global Experts Companies, and with the aforementioned understanding that the Leads purchased are Aged leads that were NOT obtained under procedures intended to comply with the current requirements of the TELEPHONE CONSUMER PROTECTION ACT (TCPA) regulations as of October 16, 2013. CLIENT understands that calling consumers based upon the contact information contained in the Aged Leads provided, through the use of Auto-Dialer technology of any kind, Prerecorded Messaging, or calls/text messaging to Cellular Phones, are at CLIENT's sole risk. CLIENT assumes any and all liability as a result of their violating the TCPA regulations, and other state and federal privacy laws. CLIENT agrees to indemnify  Global Experts against such liability resulting from CLIENT's actions or inactions in violation of law as set forth in this Agreement.

7. Limitation of Liability.   Global Experts is not an agent, joint venture, partner, representative, employee or affiliate of CLIENT. As such, the parties recognize that  Global Experts will not incur any liability as a result of CLIENT's actions or omissions.

8. Independent Contractor.   Global Experts is offering and selling its services per this arm's length Agreement as an independent contractor as defined under California law. As such, the parties recognize that  Global Experts will not incur any liability as a result of CLIENT's actions.  Global Experts shall not exercise control over CLIENT. Further, in no event shall  Global Experts or its officers, directors, employees and agents be liable, whether in contract, tort or otherwise, for any indirect incidental or consequential damages (including without limitation, lost sales or profit, lost data, or business interruption).

9. Non-disclosure. The parties agree that both terms and the nature of this Agreement, including without limitation the identity of the parties, shall remain confidential and shall not be disclosed to any third party under any circumstances unless required by a court of law.

10. All Sales Final. All sales are final and non-refundable except as expressly provided in Lead Guarantee and Replacement Policy specified on the Service Order. Leads may not arrive for up to one calendar week. Further,  Global Experts does not have control if a Lead applicant has applied elsewhere.

11. Term & Termination. This Agreement shall become effective on the Effective Date and shall remain in force for a period of thirty (30) days

Liz_Dev000033

DocuSign Envelope ID: 2A0EA37A6BA237EE69A9EF5F9E5C7804

**CONFIDENTIAL**

unless otherwise terminated as provided herein. The Agreement shall then renew automatically for additional thirty (30) day terms until terminated by either party in accordance with Section 8(b) below. b. Termination for Convenience. CLIENT may terminate this Agreement at any time, without penalty or costs, with or without cause upon (7) seven days prior written notice to Global Experts . c. Termination for Cause. Either Party may immediately terminate this Agreement or any upon written notice to the other Party if the other Party (a) commits a material breach of its obligations under this Agreement, or (b) repeatedly commits a material breach of its obligations or commits numerous breaches of its obligations under this Agreement. d. Termination for Non-Payment.  Global Experts will have the option, but not the obligation, to terminate this Agreement upon written notice if CLIENT fails to pay when due undisputed amounts owed to  Global Experts Under said Agreement.

12. Invalidity. The invalidity or unenforceability or any one or more of the particular provisions of this Agreement, none of which are known to the parties, shall not affect the enforceability of the other provisions herein.

13. Assignment. This Agreement may not be assigned by the CLIENT without the express written consent of The  Global Experts Companies.

14. Attorneys' Fees and Costs. If any action at law or in equity is necessary to enforce or interpret the terms of this Agreement, the prevailing party shall be entitled to its actual attorneys' fees and costs.

**Direct Mail:**
Global Experts direct mail campaigns are guaranteed to provide printing, production and mail services only. We do not guarantee response rate, number of interested parties or any other unpredictable or unforeseen issues which may arise. This order guarantees all prices, number of pieces, and postage will be sent as described and will be considered processed in full upon delivery to the U.S. Post Office.

**Internet Leads:**
I understand Internet Lead amounts are based on  Global Experts tracking system, (not clients tracking system). If the lead cannot be transmitted due to
client technology / email glitches, the lead will still be considered billable.   Global Experts will put in place a "data extraction layer", and provide client login credentials or daily reports for tracking purposes.

**Targeted Data:**
I understand this is a data "Rental Agreement" and upon receipt of the data I agree to not use it more than twice inside of a 30 day period. I understand if I violate this, then  Global Experts may ask for a re-licensing fee. I agree that upon receipt of the order, I shall take full responsibility for the use of the purchase, including responsibility for ensuring that my use of this information complies with all relevant federal or state laws, including but not limited to the Telephone Consumer Protection Act and the Do Not Call list.   Global Experts is not responsible for ensuring that my use of this information complies with the TCPA or any other state or federal laws

**Inbound Calls**:
I understand  Global Experts does its best to accommodate daily/weekly volume requests, but due to the nature of marketing I may receive a 15% variance in daily weekly requested volume. I agree to pay for calls over this order amount, and  Global Experts agrees to fulfill any remaining leads if under order
amount. I understand a "Raw Call" as a call which is direct from the internet and I will pay for every connected call, regardless of length of call. I understand a "Buffer Call" is defined as a billable call which exceeds the time limit of the buffer. This time limit is based on  Global Experts tracking system, (not clients tracking system), and begins when the phone starts ringing. If the call cannot be answered because the client does not have adequate staffing, the call will still be considered billable if it rings beyond the buffer duration. If the Client disconnects the call by asking a "Disqualifying question" (Ex: Do you have 10k in tax debt? "No") and then immediately hangs up on a consumer, before the buffer time, the call will be considered billable by  Global Experts . I understand that generally over 85% of calls will exceed a buffer time. If less than 70% of calls do not exceed the established buffer time, then client will be responsible for calls due to client scripting or client technology error. Buffer Calls must be answered by a live agent, no IVRs.   Global Experts will put in place a "data extraction layer", and provide client login credentials or daily reports for tracking.

Liz_Dev000034

**CONFIDENTIAL**



| CLIENT INFORMATION | |
|---|---|
| Company Name: | **Premier Financial Marketing LLC / Resmo Lending** |
| Contact Name: | **Sean Roberts** |
| Address: | ███████████████ |
| City, State, Zip: | ████████ |
| Phone: | ███████ |
| Email: | ██████████████ |

## ORDER ID:  1101_2106

**Product:** 3 agents and one manager
**Description/Details:** 275/agent x 4 per week for 40 hours a week

**Quantity:** 275 x 4
**Price/Unit:** $275.00
**Management Fee:** waived

## TOTAL ORDER AMOUNT: $ 1,100.00

Sean Roberts

I, _____, hereby authorize Global Experts ("Global Experts"), to charge my account for all products and services ordered, as outlined above. By signing, I personally guarantee this order in its entirety and acknowledge that I am an authorized signer on this account. I understand that this

order is nonrefundable and nonreturnable. I further acknowledge that the details of the order have been fully disclosed to me in the "Description/Details" above, and I accept the order as it is described on this document. I agree that upon receipt of the order, I shall take full responsibility for the use of the purchase, including responsibility for ensuring that my use of this information complies with all relevant federal or state laws, including but not limited to the Telephone Consumer Protection Act.  Global Experts is not responsible for ensuring that my use of this information complies with the TCPA, DNC, TSR and any other state or federal laws and regulations. I agree that I shall indemnify, defend, and hold harmless  Global Experts and its heirs and successors from and against, any and all claims, demands, causes of action, losses, damages, costs and expenses (including reasonable attorneys' fees) that might arise or be imposed as a result of my negligent or willful misconduct related to this purchase. I further agree that any dispute between  Global Experts and me or company shall be settled in the applicable court of Orange County, CA

DocuSigned by:

*Sean Roberts*

Signature of Payer: _____ 408D849B76A14DD... _____
Sean Roberts
Printed Name: _____
11/3/2021
Date:_____

Liz_Dev000035

CONFIDENTIAL

**PAYMENT TERMS:**   Global Experts **Terms & Conditions shall apply to this order.**

**Total Amount: $ 1,100** Total Amount" reflects the payment to be used for this order. The "Total Amount" is due upon the execution of this order unless otherwise clarified and agreed upon in this order, and it is non-refundable and non-returnable.

THIS AGREEMENT (THE "AGREEMENT") IS ENTERED INTO, AS OF THE DATE OF YOUR ACCEPTANCE, BY AND BETWEEN Global Experts (THE "COMPANY") AND YOU (THE "CLIENT"). BY AGREEING TO THE TERMS SET FORTH HEREIN YOU ATTEST THAT YOU HAVE THE AUTHORITY TO MAKE THIS AGREEMENT ON BEHALF OF CLIENT. ACCORDINGLY, THE COMPANY AND CLIENT JOINTLY AGREE TO THE FOLLOWING TERMS AND CONDITIONS:

1. CLIENT REPRESENTATIONS & COVENANTS; INDEMNIFICATION.
CLIENT represents and warrants that it has full power, right and authority to enter into and carry out its obligations and grant the rights and licenses under this Agreement and that this Agreement constitutes a valid and binding obligation of the CLIENT, enforceable against CLIENT in accordance with its terms.

CLIENT shall ensure that all Leads (and all corresponding underlying Lead information) provided hereunder are used, contacted (via direct mail, email, online or telephone), maintained and accessed by CLIENT and/or CLIENT's affiliates in compliance with applicable law, including without limitation, the Telemarketing Sales Rule (as amended), the Telephone Consumer Protection Act of 1991, and the CAN-SPAM Act of 2003.

CLIENT: (a) represents and warrants that it has all applicable licenses, applicable insurance (including, without limitation, Workers Compensation and Commercial General Liability Insurance), certifications and accreditation, required to perform the work intended for the Leads and (b) shall bear the obligation to make all filings and obtain and maintain any and all necessary and/or applicable governmental approvals or licenses relating to CLIENT's business and for the use of the Leads in all such jurisdictions.

CLIENT hereby agrees to defend and indemnify the COMPANY against, and hold the COMPANY harmless from, any loss, claim, cost, liability, suit, judgment or expense (collectively, "Claims"), including court costs and reasonable fees of attorneys and other professionals, arising out of or in connection with any third party Claim arising from: (a) a breach of this Agreement by CLIENT or (b) any work (including, without limitation, marketing, installation and maintenance work) performed by CLIENT, its agents, employees, subsidiaries and/or affiliates for any Lead provided by the COMPANY.

DISCLAIMER. EXCEPT FOR THE REPRESENTATIONS AND WARRANTIES SET FORTH IN THIS AGREEMENT, THE COMPANY PROVIDES NO ADDITIONAL WARRANTIES REGARDING THE LEADS AND THE COMPANY'S SERVICES OR THAT THE LEADS AND THE COMPANY'S SERVICES WILL RESULT IN ADDITIONAL BUSINESS OR REVENUE TO CLIENT OR CLIENT'S AFFILIATES. THE PROVISIONS OF THIS SECTION ARE AN ESSENTIAL ELEMENT OF THE BENEFIT OF THE BARGAIN REFLECTED IN THIS AGREEMENT.

Independent Contractor. The relationship between the COMPANY and CLIENT established by this Agreement is that of independent contractor and shall each conduct its respective business at its own initiative, responsibility and expense. Furthermore, the parties each hereby acknowledge that this Agreement embodies the justifiable expectations of sophisticated parties derived from arm's-length negotiations.

Logo Usage. CLIENT agrees that the COMPANY may include CLIENT's name, including any trade name, then-current trademark or service mark, and logo on the COMPANY's (i) publicly available customer list and (ii) marketing materials.

Forum and Choice of Law. This Agreement, all claims or causes of action (whether in contract or tort) that may be based upon or arise out of or relate to this Agreement or relate to the negotiation, execution or performance of the Agreement (including and representation or warranty made in connection with this Agreement), and any additional or subsequent Lead purchases between the COMPANY and CLIENT hereunder shall be governed by, construed and interpreted in accordance with the laws of the State of California. The parties hereunder consent to the exclusive jurisdiction of the Courts in Orange County, CA and that this Agreement shall be deemed to have been entered into and performed in Orange County, CA, U.S.A.

Arbitration. Any dispute, claim or controversy arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this agreement to arbitrate, shall be determined by arbitration in Orange County, CA before one arbitrator. The arbitration shall be administered by JAMS pursuant to its Comprehensive Arbitration Rules and Procedures and in accordance with the Expedited Procedures in those Rules. Judgment on the Award may be entered in any court having jurisdiction. This clause shall not preclude parties from seeking provisional remedies in aid of arbitration from a court of appropriate jurisdiction. Limitation of Liability. EXCEPT IN CONNECTION WITH AN OBLIGATION OF INDEMNIFICATION HEREIN AND TO THE FULLEST EXTENT PERMITTED BY LAW, EACH PARTIES' AGGREGATE LIABILITY TO THE OTHER PARTY AND ALL THIRD PARTIES, INCLUDING ATTORNEY'S FEES, IN CONNECTION WITH THIS AGREEMENT SHALL NOT EXCEED AN AGGREGATE LIMIT OF THE TOTAL SUM OF LEAD FEES ACTUALLY PAID TO THE COMPANY BY CLIENT PURSUANT TO THE TERMS OF THIS AGREEMENT IN THE THREE (3) MONTHS PRECEDING THE CLAIM GIVING RISE TO ANY SUCH LIABILITY, REGARDLESS OF THE LEGAL THEORY UNDER WHICH SUCH LIABILITY IS IMPOSED. EXCEPT IN CONNECTION WITH AN OBLIGATION OF INDEMNIFICATION HEREIN AND TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR ANY CONSEQUENTIAL, INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE DAMAGES, OR LOST PROFITS, REGARDLESS OF THE FORM OF ACTION AND REGARDLESS OF THE LEGAL THEORY UNDER WHICH SUCH LIABILITY IS IMPOSED, EVEN IF EITHER PARTY IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND EVEN IF THE DAMAGES WERE FORESEEABLE. NO ACTION, SUIT OR PROCEEDING SHALL BE BROUGHT AGAINST COMPANY PURSUANT TO OR BASED ON THIS AGREEMENT MORE THAN ONE (1) YEAR AFTER THE EARLIER OF (A) THE DATE OF LAST PROVISIONING OF LEAD SERVICES OR (B) THE TERMINATION OF THIS AGREEMENT.

Liz_Dev000036

DocuSign Envelope ID: 30A7A9C4E80367AF2FW9BE7JPGE95DDAFE9

CONFIDENTIAL

CLIENT IS SOLEY RESPONSIBLE FOR COMPLINCE WITH ALL FEDERAL AND STATE LAWS INCLUDING BUT NOT LIMITED TO THE TELEPHONE CONSUMER PROTECTION ACT (TCPA) REGULATIONS, STATE AND FEDERAL DO-NOT-CALL REGISTRY REGULATIONS, AND DO-NOTEMAIL/CAN-SPAM REGULATIONS. CLIENT ASSUMES THE ENTIRE RISK THAT SOME CONSUMER LEADS PURCHASED MAY CONTAIN OUTDATED PHONE NUMBERS, UNIDENTIFIED CELLULAR NUMBERS, OR OTHER CONTACT INFORMATION AND EACH OF THEM ASSUME THE RISK THAT THE CONSUMER MAY BE REGISTERED WITH A STATE OR FEDERAL DO-NOT-CALL REGISTRY. CLIENT AND ANY END USER PROVIDED ANY LEAD SOLD TO CLIENT UNDER THIS AGREEMENT SHALL VERIFY ALL CONTACT INFORMATION AGAINST SUCH REGISTRY(S) PRIOR TO CONTACTING THE CONSUMER. CLIENT SHALL BEAR ANY AND ALL LIABILITY FOR VIOLATIONS UNDER STATE AND FEDERAL TELEPHONE CONSUMER PROTECTION ACT (TCPA) REGULATIONS DO-NOTCALL REGULATIONS, AND DO-NOTEMAIL/CAN-SPAM REGULATIONS.

1. CLIENT's Warranties. CLIENT agrees to employ due care and attention in handing the Leads (as specified on the Service Order). CLIENT agrees to use its name and not that of  Global Experts in pursuing and/or selling the Leads and/or contacting any Lead applicant. CLIENT represents and warrants to   Global Experts that CLIENT will not: (i) violate any federal, state, local or foreign law or regulation including, but not limited to, the Federal Telephone Consumer Protection Act (TCPA), The CAN SPAM Act of 2003, the Gramm-Leach-Bliley Act, the Truth in Lending Act, the Real Estate Settlement Procedures Act, the (MARS) Mortgage Assistance Relief Services Rule, Debt Relief Services Rules and Regulations & the (TSR) Telemarketing Sales Rule; (ii) infringe upon or misappropriate any copyright, trademark, patent, trade secret or other intellectual property right or other right, including any individual privacy right of any person or consumer; (iii) disclose the identity of   Global Experts . CLIENT agrees to indemnify, defend (including immediate reimbursement of attorneys' fees) and hold harmless  Global Experts , its officers, directors, employees and agents, from and against any claims, actions or demands arising from or related to the breach of the warranties in this paragraph or other breach of this Agreement.

2. Lead Guarantee & Replacement Policy will be defined on your invoice or IO and varies based on lead type purchased.

3. Email Delivery. Due to the nature of spam filter programs and ISP level email filtering,  Global Experts is unable to guarantee that emails sent from  Global Experts servers will be received by the CLIENT's email account.   Global Experts is not responsible for emails sent by   Global Experts that do not make it into a CLIENT's email account. All leads will be available in the CLIENT's online interface.   Global Experts recommends CLIENT's set up a lead management database system in order to insure that leads are delivered and routed successfully.   Global Experts can refer several lead management companies that are easily integrated with  Global Experts service. CLIENTs should contact their account representative for details.

4. Privacy Statement. CLIENT represents and warrants that CLIENT, its agents and contracting partners utilize a lawful privacy disclosure policy statement in connection with the solicitation, receipt and use of any information from any person in connection with Leads. CLIENT agrees to provide a copy of all applicable privacy statements, including those on the Internet, to  Global Experts for   Global Experts review and comment.

5. No Representations.   Global Experts has not made and does not hereby make any representations, guarantees or warranties whatsoever.

6. CLIENT's TCPA Understanding and Disclaimer.   Global Experts has disclosed to CLIENT that Aged Leads purchased by them under the terms of this Purchase Agreement, may contain leads from consumers registered with state and/or federal DO-NOT-Call Registries and were received by  Global Experts prior to recent changes in the TELEPHONE CONSUMER PROTECTION ACT (TCPA) effective October 16, 2013 restricting the use of Auto Dialer technology, Pre-Recorded messaging, and calls or SMS text messaging to cellular phones without the express written consent of the consumer for the Broker to contact them by telephone. Aged Leads are not pre-scrubbed by  Global Experts against any state of federal Do-Not Call registry listings. CLIENT agrees to purchase the Leads described in the Purchase Agreement AS-IS, without any express or implied warranties from The  Global Experts Companies, and with the aforementioned understanding that the Leads purchased are Aged leads that were NOT obtained under procedures intended to comply with the current requirements of the TELEPHONE CONSUMER PROTECTION ACT (TCPA) regulations as of October 16, 2013. CLIENT understands that calling consumers based upon the contact information contained in the Aged Leads provided, through the use of Auto-Dialer technology of any kind, Prerecorded Messaging, or calls/text messaging to Cellular Phones, are at CLIENT's sole risk. CLIENT assumes any and all liability as a result of their violating the TCPA regulations, and other state and federal privacy laws. CLIENT agrees to indemnify  Global Experts against such liability resulting from CLIENT's actions or inactions in violation of law as set forth in this Agreement.

7. Limitation of Liability.   Global Experts is not an agent, joint venture, partner, representative, employee or affiliate of CLIENT. As such, the parties recognize that  Global Experts will not incur any liability as a result of CLIENT's actions or omissions.

8. Independent Contractor.   Global Experts is offering and selling its services per this arm's length Agreement as an independent contractor as defined under California law. As such, the parties recognize that  Global Experts will not incur any liability as a result of CLIENT's actions.  Global Experts shall not exercise control over CLIENT. Further, in no event shall  Global Experts or its officers, directors, employees and agents be liable, whether in contract, tort or otherwise, for any indirect incidental or consequential damages (including without limitation, lost sales or profit, lost data, or business interruption).

9. Non-disclosure. The parties agree that both terms and the nature of this Agreement, including without limitation the identity of the parties, shall remain confidential and shall not be disclosed to any third party under any circumstances unless required by a court of law.

10. All Sales Final. All sales are final and non-refundable except as expressly provided in Lead Guarantee and Replacement Policy specified on the Service Order. Leads may not arrive for up to one calendar week. Further,  Global Experts does not have control if a Lead applicant has applied elsewhere.

11. Term & Termination. This Agreement shall become effective on the Effective Date and shall remain in force for a period of thirty (30) days

Liz_Dev000037

DocuSign Envelope ID: 9647A9C4FD3067AEFW9BE7JP5EE95BDAFE0

**CONFIDENTIAL**

unless otherwise terminated as provided herein. The Agreement shall then renew automatically for additional thirty (30) day terms until terminated by either party in accordance with Section 8(b) below. b. Termination for Convenience. CLIENT may terminate this Agreement at any time, without penalty or costs, with or without cause upon (7) seven days prior written notice to Global Experts . c. Termination for Cause. Either Party may immediately terminate this Agreement or any upon written notice to the other Party if the other Party (a) commits a material breach of its obligations under this Agreement, or (b) repeatedly commits a material breach of its obligations or commits numerous breaches of its obligations under this Agreement. d. Termination for Non-Payment.  Global Experts will have the option, but not the obligation, to terminate this Agreement upon written notice if CLIENT fails to pay when due undisputed amounts owed to  Global Experts Under said Agreement.

12. Invalidity. The invalidity or unenforceability or any one or more of the particular provisions of this Agreement, none of which are known to the parties, shall not affect the enforceability of the other provisions herein.

13. Assignment. This Agreement may not be assigned by the CLIENT without the express written consent of The  Global Experts Companies.

14. Attorneys' Fees and Costs. If any action at law or in equity is necessary to enforce or interpret the terms of this Agreement, the prevailing party shall be entitled to its actual attorneys' fees and costs.

**Direct Mail:**
Global Experts direct mail campaigns are guaranteed to provide printing, production and mail services only. We do not guarantee response rate, number of interested parties or any other unpredictable or unforeseen issues which may arise. This order guarantees all prices, number of pieces, and postage will be sent as described and will be considered processed in full upon delivery to the U.S. Post Office.

**Internet Leads:**
I understand Internet Lead amounts are based on  Global Experts tracking system, (not clients tracking system). If the lead cannot be transmitted due to
client technology / email glitches, the lead will still be considered billable.   Global Experts will put in place a "data extraction layer", and provide client login credentials or daily reports for tracking purposes.

**Targeted Data:**
I understand this is a data "Rental Agreement" and upon receipt of the data I agree to not use it more than twice inside of a 30 day period. I understand if I violate this, then  Global Experts may ask for a re-licensing fee. I agree that upon receipt of the order, I shall take full responsibility for the use of the purchase, including responsibility for ensuring that my use of this information complies with all relevant federal or state laws, including but not limited to the Telephone Consumer Protection Act and the Do Not Call list.   Global Experts is not responsible for ensuring that my use of this information complies with the TCPA or any other state or federal laws

**Inbound Calls**:
I understand  Global Experts does its best to accommodate daily/weekly volume requests, but due to the nature of marketing I may receive a 15% variance in daily weekly requested volume. I agree to pay for calls over this order amount, and  Global Experts agrees to fulfill any remaining leads if under order
amount. I understand a "Raw Call" as a call which is direct from the internet and I will pay for every connected call, regardless of length of call. I understand a "Buffer Call" is defined as a billable call which exceeds the time limit of the buffer. This time limit is based on  Global Experts tracking system, (not clients tracking system), and begins when the phone starts ringing. If the call cannot be answered because the client does not have adequate staffing, the call will still be considered billable if it rings beyond the buffer duration. If the Client disconnects the call by asking a "Disqualifying question" (Ex: Do you have 10k in tax debt? "No") and then immediately hangs up on a consumer, before the buffer time, the call will be considered billable by  Global Experts . I understand that generally over 85% of calls will exceed a buffer time. If less than 70% of calls do not exceed the established buffer time, then client will be responsible for calls due to client scripting or client technology error. Buffer Calls must be answered by a live agent, no IVRs.   Global Experts will put in place a "data extraction layer", and provide client login credentials or daily reports for tracking.

Liz_Dev000038

CONFIDENTIAL



| CLIENT INFORMATION | |
|---|---|
| Company Name: | **Premier Financial Marketing LLC / Resmo Lending** |
| Contact Name: | **Sean Roberts** |
| Address: | ███████████████ |
| City, State, Zip: | ████████ |
| Phone: | ██████ |
| Email: | ███████████ |

## ORDER ID:  1108_2107

**Product:** 3 agents and one manager
**Description/Details:** 275/agent x 4 per week for 40 hours a week

**Quantity:** 275 x 4
**Price/Unit:** $275.00
**Management Fee:** waived

## TOTAL ORDER AMOUNT: $ 1,100.00

Sean Roberts

I, _____, hereby authorize Global Experts ("Global Experts"), to charge my account for all products and services ordered, as outlined above. By signing, I personally guarantee this order in its entirety and acknowledge that I am an authorized signer on this account. I understand that this

order is nonrefundable and nonreturnable. I further acknowledge that the details of the order have been fully disclosed to me in the "Description/Details" above, and I accept the order as it is described on this document. I agree that upon receipt of the order, I shall take full responsibility for the use of the purchase, including responsibility for ensuring that my use of this information complies with all relevant federal or state laws, including but not limited to the Telephone Consumer Protection Act.  Global Experts is not responsible for ensuring that my use of this information complies with the TCPA, DNC, TSR and any other state or federal laws and regulations. I agree that I shall indemnify, defend, and hold harmless  Global Experts and its heirs and successors from and against, any and all claims, demands, causes of action, losses, damages, costs and expenses (including reasonable attorneys' fees) that might arise or be imposed as a result of my negligent or willful misconduct related to this purchase. I further agree that any dispute between  Global Experts and me or company shall be settled in the applicable court of Orange County, CA

DocuSigned by:

*Sean Roberts*
408D849B76A14DD...

Signature of Payer: _____

Sean Roberts
Printed Name: _____

11/8/2021
Date:_____

Liz_Dev000039

CONFIDENTIAL

**PAYMENT TERMS:   Global Experts Terms & Conditions shall apply to this order.**

**Total Amount: $ 1,100** Total Amount" reflects the payment to be used for this order. The "Total Amount" is due upon the execution of this order unless otherwise clarified and agreed upon in this order, and it is non-refundable and non-returnable.

THIS AGREEMENT (THE "AGREEMENT") IS ENTERED INTO, AS OF THE DATE OF YOUR ACCEPTANCE, BY AND BETWEEN Global Experts (THE "COMPANY") AND YOU (THE "CLIENT"). BY AGREEING TO THE TERMS SET FORTH HEREIN YOU ATTEST THAT YOU HAVE THE AUTHORITY TO MAKE THIS AGREEMENT ON BEHALF OF CLIENT. ACCORDINGLY, THE COMPANY AND CLIENT JOINTLY AGREE TO THE FOLLOWING TERMS AND CONDITIONS:

1. CLIENT REPRESENTATIONS & COVENANTS; INDEMNIFICATION.
CLIENT represents and warrants that it has full power, right and authority to enter into and carry out its obligations and grant the rights and licenses under this Agreement and that this Agreement constitutes a valid and binding obligation of the CLIENT, enforceable against CLIENT in accordance with its terms.

CLIENT shall ensure that all Leads (and all corresponding underlying Lead information) provided hereunder are used, contacted (via direct mail, email, online or telephone), maintained and accessed by CLIENT and/or CLIENT's affiliates in compliance with applicable law, including without limitation, the Telemarketing Sales Rule (as amended), the Telephone Consumer Protection Act of 1991, and the CAN-SPAM Act of 2003.

CLIENT: (a) represents and warrants that it has all applicable licenses, applicable insurance (including, without limitation, Workers Compensation and Commercial General Liability Insurance), certifications and accreditation, required to perform the work intended for the Leads and (b) shall bear the obligation to make all filings and obtain and maintain any and all necessary and/or applicable governmental approvals or licenses relating to CLIENT's business and for the use of the Leads in all such jurisdictions.

CLIENT hereby agrees to defend and indemnify the COMPANY against, and hold the COMPANY harmless from, any loss, claim, cost, liability, suit, judgment or expense (collectively, "Claims"), including court costs and reasonable fees of attorneys and other professionals, arising out of or in connection with any third party Claim arising from: (a) a breach of this Agreement by CLIENT or (b) any work (including, without limitation, marketing, installation and maintenance work) performed by CLIENT, its agents, employees, subsidiaries and/or affiliates for any Lead provided by the COMPANY.

DISCLAIMER. EXCEPT FOR THE REPRESENTATIONS AND WARRANTIES SET FORTH IN THIS AGREEMENT, THE COMPANY PROVIDES NO ADDITIONAL WARRANTIES REGARDING THE LEADS AND THE COMPANY'S SERVICES OR THAT THE LEADS AND THE COMPANY'S SERVICES WILL RESULT IN ADDITIONAL BUSINESS OR REVENUE TO CLIENT OR CLIENT'S AFFILIATES. THE PROVISIONS OF THIS SECTION ARE AN ESSENTIAL ELEMENT OF THE BENEFIT OF THE BARGAIN REFLECTED IN THIS AGREEMENT.

Independent Contractor. The relationship between the COMPANY and CLIENT established by this Agreement is that of independent contractor and shall each conduct its respective business at its own initiative, responsibility and expense. Furthermore, the parties each hereby acknowledge that this Agreement embodies the justifiable expectations of sophisticated parties derived from arm's-length negotiations.

Logo Usage. CLIENT agrees that the COMPANY may include CLIENT's name, including any trade name, then-current trademark or service mark, and logo on the COMPANY's (i) publicly available customer list and (ii) marketing materials.

Forum and Choice of Law. This Agreement, all claims or causes of action (whether in contract or tort) that may be based upon or arise out of or relate to this Agreement or relate to the negotiation, execution or performance of the Agreement (including and representation or warranty made in connection with this Agreement), and any additional or subsequent Lead purchases between the COMPANY and CLIENT hereunder shall be governed by, construed and interpreted in accordance with the laws of the State of California. The parties hereunder consent to the exclusive jurisdiction of the Courts in Orange County, CA and that this Agreement shall be deemed to have been entered into and performed in Orange County, CA, U.S.A.

Arbitration. Any dispute, claim or controversy arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this agreement to arbitrate, shall be determined by arbitration in Orange County, CA before one arbitrator. The arbitration shall be administered by JAMS pursuant to its Comprehensive Arbitration Rules and Procedures and in accordance with the Expedited Procedures in those Rules. Judgment on the Award may be entered in any court having jurisdiction. This clause shall not preclude parties from seeking provisional remedies in aid of arbitration from a court of appropriate jurisdiction. Limitation of Liability. EXCEPT IN CONNECTION WITH AN OBLIGATION OF INDEMNIFICATION HEREIN AND TO THE FULLEST EXTENT PERMITTED BY LAW, EACH PARTIES' AGGREGATE LIABILITY TO THE OTHER PARTY AND ALL THIRD PARTIES, INCLUDING ATTORNEY'S FEES, IN CONNECTION WITH THIS AGREEMENT SHALL NOT EXCEED AN AGGREGATE LIMIT OF THE TOTAL SUM OF LEAD FEES ACTUALLY PAID TO THE COMPANY BY CLIENT PURSUANT TO THE TERMS OF THIS AGREEMENT IN THE THREE (3) MONTHS PRECEDING THE CLAIM GIVING RISE TO ANY SUCH LIABILITY, REGARDLESS OF THE LEGAL THEORY UNDER WHICH SUCH LIABILITY IS IMPOSED. EXCEPT IN CONNECTION WITH AN OBLIGATION OF INDEMNIFICATION HEREIN AND TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR ANY CONSEQUENTIAL, INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE DAMAGES, OR LOST PROFITS, REGARDLESS OF THE FORM OF ACTION AND REGARDLESS OF THE LEGAL THEORY UNDER WHICH SUCH LIABILITY IS IMPOSED, EVEN IF EITHER PARTY IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND EVEN IF THE DAMAGES WERE FORESEEABLE. NO ACTION, SUIT OR PROCEEDING SHALL BE BROUGHT AGAINST COMPANY PURSUANT TO OR BASED ON THIS AGREEMENT MORE THAN ONE (1) YEAR AFTER THE EARLIER OF (A) THE DATE OF LAST PROVISIONING OF LEAD SERVICES OR (B) THE TERMINATION OF THIS AGREEMENT.

Liz_Dev000040

DocuSign Envelope ID: ...

**CONFIDENTIAL**

CLIENT IS SOLEY RESPONSIBLE FOR COMPLINCE WITH ALL FEDERAL AND STATE LAWS INCLUDING BUT NOT LIMITED TO THE TELEPHONE CONSUMER PROTECTION ACT (TCPA) REGULATIONS, STATE AND FEDERAL DO-NOT-CALL REGISTRY REGULATIONS, AND DO-NOTEMAIL/CAN-SPAM REGULATIONS. CLIENT ASSUMES THE ENTIRE RISK THAT SOME CONSUMER LEADS PURCHASED MAY CONTAIN OUTDATED PHONE NUMBERS, UNIDENTIFIED CELLULAR NUMBERS, OR OTHER CONTACT INFORMATION AND EACH OF THEM ASSUME THE RISK THAT THE CONSUMER MAY BE REGISTERED WITH A STATE OR FEDERAL DO-NOT-CALL REGISTRY. CLIENT AND ANY END USER PROVIDED ANY LEAD SOLD TO CLIENT UNDER THIS AGREEMENT SHALL VERIFY ALL CONTACT INFORMATION AGAINST SUCH REGISTRY(S) PRIOR TO CONTACTING THE CONSUMER. CLIENT SHALL BEAR ANY AND ALL LIABILITY FOR VIOLATIONS UNDER STATE AND FEDERAL TELEPHONE CONSUMER PROTECTION ACT (TCPA) REGULATIONS DO-NOTCALL REGULATIONS, AND DO-NOTEMAIL/CAN-SPAM REGULATIONS.

1. CLIENT's Warranties. CLIENT agrees to employ due care and attention in handing the Leads (as specified on the Service Order). CLIENT agrees to use its name and not that of  Global Experts in pursuing and/or selling the Leads and/or contacting any Lead applicant. CLIENT represents and warrants to   Global Experts that CLIENT will not: (i) violate any federal, state, local or foreign law or regulation including, but not limited to, the Federal Telephone Consumer Protection Act (TCPA), The CAN SPAM Act of 2003, the Gramm-Leach-Bliley Act, the Truth in Lending Act, the Real Estate Settlement Procedures Act, the (MARS) Mortgage Assistance Relief Services Rule, Debt Relief Services Rules and Regulations & the (TSR) Telemarketing Sales Rule; (ii) infringe upon or misappropriate any copyright, trademark, patent, trade secret or other intellectual property right or other right, including any individual privacy right of any person or consumer; (iii) disclose the identity of  Global Experts . CLIENT agrees to indemnify, defend (including immediate reimbursement of attorneys' fees) and hold harmless  Global Experts , its officers, directors, employees and agents, from and against any claims, actions or demands arising from or related to the breach of the warranties in this paragraph or other breach of this Agreement.

2. Lead Guarantee & Replacement Policy will be defined on your invoice or IO and varies based on lead type purchased.

3. Email Delivery. Due to the nature of spam filter programs and ISP level email filtering,  Global Experts is unable to guarantee that emails sent from  Global Experts servers will be received by the CLIENT's email account.   Global Experts is not responsible for emails sent by   Global Experts that do not make it into a CLIENT's email account. All leads will be available in the CLIENT's online interface.   Global Experts recommends CLIENT's set up a lead management database system in order to insure that leads are delivered and routed successfully.   Global Experts can refer several lead management companies that are easily integrated with  Global Experts service. CLIENTs should contact their account representative for details.

4. Privacy Statement. CLIENT represents and warrants that CLIENT, its agents and contracting partners utilize a lawful privacy disclosure policy statement in connection with the solicitation, receipt and use of any information from any person in connection with Leads. CLIENT agrees to provide a copy of all applicable privacy statements, including those on the Internet, to  Global Experts for   Global Experts review and comment.

5. No Representations.   Global Experts has not made and does not hereby make any representations, guarantees or warranties whatsoever.

6. CLIENT's TCPA Understanding and Disclaimer.   Global Experts has disclosed to CLIENT that Aged Leads purchased by them under the terms of this Purchase Agreement, may contain leads from consumers registered with state and/or federal DO-NOT-Call Registries and were received by  Global Experts prior to recent changes in the TELEPHONE CONSUMER PROTECTION ACT (TCPA) effective October 16, 2013 restricting the use of Auto Dialer technology, Pre-Recorded messaging, and calls or SMS text messaging to cellular phones without the express written consent of the consumer for the Broker to contact them by telephone. Aged Leads are not pre-scrubbed by  Global Experts against any state of federal Do-Not Call registry listings. CLIENT agrees to purchase the Leads described in the Purchase Agreement AS-IS, without any express or implied warranties from The  Global Experts Companies, and with the aforementioned understanding that the Leads purchased are Aged leads that were NOT obtained under procedures intended to comply with the current requirements of the TELEPHONE CONSUMER PROTECTION ACT (TCPA) regulations as of October 16, 2013. CLIENT understands that calling consumers based upon the contact information contained in the Aged Leads provided, through the use of Auto-Dialer technology of any kind, Prerecorded Messaging, or calls/text messaging to Cellular Phones, are at CLIENT's sole risk. CLIENT assumes any and all liability as a result of their violating the TCPA regulations, and other state and federal privacy laws. CLIENT agrees to indemnify  Global Experts against such liability resulting from CLIENT's actions or inactions in violation of law as set forth in this Agreement.

7. Limitation of Liability.   Global Experts is not an agent, joint venture, partner, representative, employee or affiliate of CLIENT. As such, the parties recognize that  Global Experts will not incur any liability as a result of CLIENT's actions or omissions.

8. Independent Contractor.   Global Experts is offering and selling its services per this arm's length Agreement as an independent contractor as defined under California law. As such, the parties recognize that  Global Experts will not incur any liability as a result of CLIENT's actions.  Global Experts shall not exercise control over CLIENT. Further, in no event shall  Global Experts or its officers, directors, employees and agents be liable, whether in contract, tort or otherwise, for any indirect incidental or consequential damages (including without limitation, lost sales or profit, lost data, or business interruption).

9. Non-disclosure. The parties agree that both terms and the nature of this Agreement, including without limitation the identity of the parties, shall remain confidential and shall not be disclosed to any third party under any circumstances unless required by a court of law.

10. All Sales Final. All sales are final and non-refundable except as expressly provided in Lead Guarantee and Replacement Policy specified on the Service Order. Leads may not arrive for up to one calendar week. Further,  Global Experts does not have control if a Lead applicant has applied elsewhere.

11. Term & Termination. This Agreement shall become effective on the Effective Date and shall remain in force for a period of thirty (30) days

Liz_Dev000041

DocuSign Envelope ID: 9417A5F8FE064574EA1DB53BBF1D4E...

CONFIDENTIAL

unless otherwise terminated as provided herein. The Agreement shall then renew automatically for additional thirty (30) day terms until terminated by either party in accordance with Section 8(b) below. b. Termination for Convenience. CLIENT may terminate this Agreement at any time, without penalty or costs, with or without cause upon (7) seven days prior written notice to Global Experts . c. Termination for Cause. Either Party may immediately terminate this Agreement or any upon written notice to the other Party if the other Party (a) commits a material breach of its obligations under this Agreement, or (b) repeatedly commits a material breach of its obligations or commits numerous breaches of its obligations under this Agreement. d. Termination for Non-Payment. Global Experts will have the option, but not the obligation, to terminate this Agreement upon written notice if CLIENT fails to pay when due undisputed amounts owed to Global Experts Under said Agreement.

12. Invalidity. The invalidity or unenforceability or any one or more of the particular provisions of this Agreement, none of which are known to the parties, shall not affect the enforceability of the other provisions herein.

13. Assignment. This Agreement may not be assigned by the CLIENT without the express written consent of The Global Experts Companies.

14. Attorneys' Fees and Costs. If any action at law or in equity is necessary to enforce or interpret the terms of this Agreement, the prevailing party shall be entitled to its actual attorneys' fees and costs.

**Direct Mail:**
Global Experts direct mail campaigns are guaranteed to provide printing, production and mail services only. We do not guarantee response rate, number of interested parties or any other unpredictable or unforeseen issues which may arise. This order guarantees all prices, number of pieces, and postage will be sent as described and will be considered processed in full upon delivery to the U.S. Post Office.

**Internet Leads:**
I understand Internet Lead amounts are based on Global Experts tracking system, (not clients tracking system). If the lead cannot be transmitted due to
client technology / email glitches, the lead will still be considered billable. Global Experts will put in place a "data extraction layer", and provide client login credentials or daily reports for tracking purposes.

**Targeted Data:**
I understand this is a data "Rental Agreement" and upon receipt of the data I agree to not use it more than twice inside of a 30 day period. I understand if I violate this, then Global Experts may ask for a re-licensing fee. I agree that upon receipt of the order, I shall take full responsibility for the use of the purchase, including responsibility for ensuring that my use of this information complies with all relevant federal or state laws, including but not limited to the Telephone Consumer Protection Act and the Do Not Call list. Global Experts is not responsible for ensuring that my use of this information complies with the TCPA or any other state or federal laws

**Inbound Calls**:
I understand Global Experts does its best to accommodate daily/weekly volume requests, but due to the nature of marketing I may receive a 15% variance in daily weekly requested volume. I agree to pay for calls over this order amount, and Global Experts agrees to fulfill any remaining leads if under order
amount. I understand a "Raw Call" as a call which is direct from the internet and I will pay for every connected call, regardless of length of call. I understand a "Buffer Call" is defined as a billable call which exceeds the time limit of the buffer. This time limit is based on Global Experts tracking system, (not clients tracking system), and begins when the phone starts ringing. If the call cannot be answered because the client does not have adequate staffing, the call will still be considered billable if it rings beyond the buffer duration. If the Client disconnects the call by asking a "Disqualifying question" (Ex: Do you have 10k in tax debt? "No") and then immediately hangs up on a consumer, before the buffer time, the call will be considered billable by Global Experts . I understand that generally over 85% of calls will exceed a buffer time. If less than 70% of calls do not exceed the established buffer time, then client will be responsible for calls due to client scripting or client technology error. Buffer Calls must be answered by a live agent, no IVRs. Global Experts will put in place a "data extraction layer", and provide client login credentials or daily reports for tracking.

Liz_Dev000042

DocuSign Envelope ID: ...

**CONFIDENTIAL**



| CLIENT INFORMATION | |
|---|---|
| Company Name: | **Premier Financial Marketing LLC / Resmo Lending** |
| Contact Name: | **Sean Roberts** |
| Address: | ███████████████ |
| City, State, Zip: | ████████ |
| Phone: | ██████ |
| Email: | ███████████ |

## ORDER ID:  1115_2108

**Product:**
**Description/Details:**   3 agents and one manager
275/agent x 4 per week for 40 hours a week

**Quantity:**   275 x 4
**Price/Unit:**   $275.00
**Management Fee:**   waived

## TOTAL ORDER AMOUNT: $ 1,100.00

I, Sean Roberts , hereby authorize Global Experts ("Global Experts"), to charge my account for all products and services ordered, as outlined above. By signing, I personally guarantee this order in its entirety and acknowledge that I am an authorized signer on this account. I understand that this
order is nonrefundable and nonreturnable. I further acknowledge that the details of the order have been fully disclosed to me in the "Description/Details" above, and I accept the order as it is described on this document. I agree that upon receipt of the order, I shall take full responsibility for the use of the purchase, including responsibility for ensuring that my use of this information complies with all relevant federal or state laws, including but not limited to the Telephone Consumer Protection Act.  Global Experts is not responsible for ensuring that my use of this information complies with the TCPA, DNC, TSR and any other state or federal laws and regulations. I agree that I shall indemnify, defend, and hold harmless  Global Experts and its heirs and successors from and against, any and all claims, demands, causes of action, losses, damages, costs and expenses (including reasonable attorneys' fees) that might arise or be imposed as a result of my negligent or willful misconduct related to this purchase. I further agree that any dispute between  Global Experts and me or company shall be settled in the applicable court of Orange County, CA

DocuSigned by:

*Sean Roberts*

Signature of Payer: _____408D849B76A14DD_____

Printed Name: Sean Roberts _____

Date: 11/16/2021 _____

Liz_Dev000043

DocuSign Envelope ID: ...

CONFIDENTIAL

**PAYMENT TERMS:   Global Experts Terms & Conditions shall apply to this order.**

**Total Amount: $ 1,100** Total Amount" reflects the payment to be used for this order. The "Total Amount" is due upon the execution of this order unless otherwise clarified and agreed upon in this order, and it is non-refundable and non-returnable.

THIS AGREEMENT (THE "AGREEMENT") IS ENTERED INTO, AS OF THE DATE OF YOUR ACCEPTANCE, BY AND BETWEEN Global Experts (THE "COMPANY") AND YOU (THE "CLIENT"). BY AGREEING TO THE TERMS SET FORTH HEREIN YOU ATTEST THAT YOU HAVE THE AUTHORITY TO MAKE THIS AGREEMENT ON BEHALF OF CLIENT. ACCORDINGLY, THE COMPANY AND CLIENT JOINTLY AGREE TO THE FOLLOWING TERMS AND CONDITIONS:

1. CLIENT REPRESENTATIONS & COVENANTS; INDEMNIFICATION.
CLIENT represents and warrants that it has full power, right and authority to enter into and carry out its obligations and grant the rights and licenses under this Agreement and that this Agreement constitutes a valid and binding obligation of the CLIENT, enforceable against CLIENT in accordance with its terms.

CLIENT shall ensure that all Leads (and all corresponding underlying Lead information) provided hereunder are used, contacted (via direct mail, email, online or telephone), maintained and accessed by CLIENT and/or CLIENT's affiliates in compliance with applicable law, including without limitation, the Telemarketing Sales Rule (as amended), the Telephone Consumer Protection Act of 1991, and the CAN-SPAM Act of 2003.

CLIENT: (a) represents and warrants that it has all applicable licenses, applicable insurance (including, without limitation, Workers Compensation and Commercial General Liability Insurance), certifications and accreditation, required to perform the work intended for the Leads and (b) shall bear the obligation to make all filings and obtain and maintain any and all necessary and/or applicable governmental approvals or licenses relating to CLIENT's business and for the use of the Leads in all such jurisdictions.

CLIENT hereby agrees to defend and indemnify the COMPANY against, and hold the COMPANY harmless from, any loss, claim, cost, liability, suit, judgment or expense (collectively, "Claims"), including court costs and reasonable fees of attorneys and other professionals, arising out of or in connection with any third party Claim arising from: (a) a breach of this Agreement by CLIENT or (b) any work (including, without limitation, marketing, installation and maintenance work) performed by CLIENT, its agents, employees, subsidiaries and/or affiliates for any Lead provided by the COMPANY.

DISCLAIMER. EXCEPT FOR THE REPRESENTATIONS AND WARRANTIES SET FORTH IN THIS AGREEMENT, THE COMPANY PROVIDES NO ADDITIONAL WARRANTIES REGARDING THE LEADS AND THE COMPANY'S SERVICES OR THAT THE LEADS AND THE COMPANY'S SERVICES WILL RESULT IN ADDITIONAL BUSINESS OR REVENUE TO CLIENT OR CLIENT'S AFFILIATES. THE PROVISIONS OF THIS SECTION ARE AN ESSENTIAL ELEMENT OF THE BENEFIT OF THE BARGAIN REFLECTED IN THIS AGREEMENT.

Independent Contractor. The relationship between the COMPANY and CLIENT established by this Agreement is that of independent contractor and shall each conduct its respective business at its own initiative, responsibility and expense. Furthermore, the parties each hereby acknowledge that this Agreement embodies the justifiable expectations of sophisticated parties derived from arm's-length negotiations.

Logo Usage. CLIENT agrees that the COMPANY may include CLIENT's name, including any trade name, then-current trademark or service mark, and logo on the COMPANY's (i) publicly available customer list and (ii) marketing materials.

Forum and Choice of Law. This Agreement, all claims or causes of action (whether in contract or tort) that may be based upon or arise out of or relate to this Agreement or relate to the negotiation, execution or performance of the Agreement (including and representation or warranty made in connection with this Agreement), and any additional or subsequent Lead purchases between the COMPANY and CLIENT hereunder shall be governed by, construed and interpreted in accordance with the laws of the State of California. The parties hereunder consent to the exclusive jurisdiction of the Courts in Orange County, CA and that this Agreement shall be deemed to have been entered into and performed in Orange County, CA, U.S.A.

Arbitration. Any dispute, claim or controversy arising out of or relating to this Agreement or the breach, termination, enforcement, interpretation or validity thereof, including the determination of the scope or applicability of this agreement to arbitrate, shall be determined by arbitration in Orange County, CA before one arbitrator. The arbitration shall be administered by JAMS pursuant to its Comprehensive Arbitration Rules and Procedures and in accordance with the Expedited Procedures in those Rules. Judgment on the Award may be entered in any court having jurisdiction. This clause shall not preclude parties from seeking provisional remedies in aid of arbitration from a court of appropriate jurisdiction. Limitation of Liability. EXCEPT IN CONNECTION WITH AN OBLIGATION OF INDEMNIFICATION HEREIN AND TO THE FULLEST EXTENT PERMITTED BY LAW, EACH PARTIES' AGGREGATE LIABILITY TO THE OTHER PARTY AND ALL THIRD PARTIES, INCLUDING ATTORNEY'S FEES, IN CONNECTION WITH THIS AGREEMENT SHALL NOT EXCEED AN AGGREGATE LIMIT OF THE TOTAL SUM OF LEAD FEES ACTUALLY PAID TO THE COMPANY BY CLIENT PURSUANT TO THE TERMS OF THIS AGREEMENT IN THE THREE (3) MONTHS PRECEDING THE CLAIM GIVING RISE TO ANY SUCH LIABILITY, REGARDLESS OF THE LEGAL THEORY UNDER WHICH SUCH LIABILITY IS IMPOSED. EXCEPT IN CONNECTION WITH AN OBLIGATION OF INDEMNIFICATION HEREIN AND TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT SHALL EITHER PARTY BE LIABLE TO THE OTHER PARTY FOR ANY CONSEQUENTIAL, INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE DAMAGES, OR LOST PROFITS, REGARDLESS OF THE FORM OF ACTION AND REGARDLESS OF THE LEGAL THEORY UNDER WHICH SUCH LIABILITY IS IMPOSED, EVEN IF EITHER PARTY IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES AND EVEN IF THE DAMAGES WERE FORESEEABLE. NO ACTION, SUIT OR PROCEEDING SHALL BE BROUGHT AGAINST COMPANY PURSUANT TO OR BASED ON THIS AGREEMENT MORE THAN ONE (1) YEAR AFTER THE EARLIER OF (A) THE DATE OF LAST PROVISIONING OF LEAD SERVICES OR (B) THE TERMINATION OF THIS AGREEMENT.

Liz_Dev000044

DocuSign Envelope ID: ...

CONFIDENTIAL

CLIENT IS SOLEY RESPONSIBLE FOR COMPLINCE WITH ALL FEDERAL AND STATE LAWS INCLUDING BUT NOT LIMITED TO THE TELEPHONE CONSUMER PROTECTION ACT (TCPA) REGULATIONS, STATE AND FEDERAL DO-NOT-CALL REGISTRY REGULATIONS, AND DO-NOTEMAIL/CAN-SPAM REGULATIONS. CLIENT ASSUMES THE ENTIRE RISK THAT SOME CONSUMER LEADS PURCHASED MAY CONTAIN OUTDATED PHONE NUMBERS, UNIDENTIFIED CELLULAR NUMBERS, OR OTHER CONTACT INFORMATION AND EACH OF THEM ASSUME THE RISK THAT THE CONSUMER MAY BE REGISTERED WITH A STATE OR FEDERAL DO-NOT-CALL REGISTRY. CLIENT AND ANY END USER PROVIDED ANY LEAD SOLD TO CLIENT UNDER THIS AGREEMENT SHALL VERIFY ALL CONTACT INFORMATION AGAINST SUCH REGISTRY(S) PRIOR TO CONTACTING THE CONSUMER. CLIENT SHALL BEAR ANY AND ALL LIABILITY FOR VIOLATIONS UNDER STATE AND FEDERAL TELEPHONE CONSUMER PROTECTION ACT (TCPA) REGULATIONS DO-NOTCALL REGULATIONS, AND DO-NOTEMAIL/CAN-SPAM REGULATIONS.

1. CLIENT's Warranties. CLIENT agrees to employ due care and attention in handing the Leads (as specified on the Service Order). CLIENT agrees to use its name and not that of Global Experts in pursuing and/or selling the Leads and/or contacting any Lead applicant. CLIENT represents and warrants to Global Experts that CLIENT will not: (i) violate any federal, state, local or foreign law or regulation including, but not limited to, the Federal Telephone Consumer Protection Act (TCPA), The CAN SPAM Act of 2003, the Gramm-Leach-Bliley Act, the Truth in Lending Act, the Real Estate Settlement Procedures Act, the (MARS) Mortgage Assistance Relief Services Rule, Debt Relief Services Rules and Regulations & the (TSR) Telemarketing Sales Rule; (ii) infringe upon or misappropriate any copyright, trademark, patent, trade secret or other intellectual property right or other right, including any individual privacy right of any person or consumer; (iii) disclose the identity of Global Experts . CLIENT agrees to indemnify, defend (including immediate reimbursement of attorneys' fees) and hold harmless Global Experts , its officers, directors, employees and agents, from and against any claims, actions or demands arising from or related to the breach of the warranties in this paragraph or other breach of this Agreement.

2. Lead Guarantee & Replacement Policy will be defined on your invoice or IO and varies based on lead type purchased.

3. Email Delivery. Due to the nature of spam filter programs and ISP level email filtering, Global Experts is unable to guarantee that emails sent from Global Experts servers will be received by the CLIENT's email account. Global Experts is not responsible for emails sent by Global Experts that do not make it into a CLIENT's email account. All leads will be available in the CLIENT's online interface. Global Experts recommends CLIENT's set up a lead management database system in order to insure that leads are delivered and routed successfully. Global Experts can refer several lead management companies that are easily integrated with Global Experts service. CLIENTs should contact their account representative for details.

4. Privacy Statement. CLIENT represents and warrants that CLIENT, its agents and contracting partners utilize a lawful privacy disclosure policy statement in connection with the solicitation, receipt and use of any information from any person in connection with Leads. CLIENT agrees to provide a copy of all applicable privacy statements, including those on the Internet, to Global Experts for Global Experts review and comment.

5. No Representations. Global Experts has not made and does not hereby make any representations, guarantees or warranties whatsoever.

6. CLIENT's TCPA Understanding and Disclaimer. Global Experts has disclosed to CLIENT that Aged Leads purchased by them under the terms of this Purchase Agreement, may contain leads from consumers registered with state and/or federal DO-NOT-Call Registries and were received by Global Experts prior to recent changes in the TELEPHONE CONSUMER PROTECTION ACT (TCPA) effective October 16, 2013 restricting the use of Auto Dialer technology, Pre-Recorded messaging, and calls or SMS text messaging to cellular phones without the express written consent of the consumer for the Broker to contact them by telephone. Aged Leads are not pre-scrubbed by Global Experts against any state of federal Do-Not Call registry listings. CLIENT agrees to purchase the Leads described in the Purchase Agreement AS-IS, without any express or implied warranties from The Global Experts Companies, and with the aforementioned understanding that the Leads purchased are Aged leads that were NOT obtained under procedures intended to comply with the current requirements of the TELEPHONE CONSUMER PROTECTION ACT (TCPA) regulations as of October 16, 2013. CLIENT understands that calling consumers based upon the contact information contained in the Aged Leads provided, through the use of Auto-Dialer technology of any kind, Prerecorded Messaging, or calls/text messaging to Cellular Phones, are at CLIENT's sole risk. CLIENT assumes any and all liability as a result of their violating the TCPA regulations, and other state and federal privacy laws. CLIENT agrees to indemnify Global Experts against such liability resulting from CLIENT's actions or inactions in violation of law as set forth in this Agreement.

7. Limitation of Liability. Global Experts is not an agent, joint venture, partner, representative, employee or affiliate of CLIENT. As such, the parties recognize that Global Experts will not incur any liability as a result of CLIENT's actions or omissions.

8. Independent Contractor. Global Experts is offering and selling its services per this arm's length Agreement as an independent contractor as defined under California law. As such, the parties recognize that Global Experts will not incur any liability as a result of CLIENT's actions. Global Experts shall not exercise control over CLIENT. Further, in no event shall Global Experts or its officers, directors, employees and agents be liable, whether in contract, tort or otherwise, for any indirect incidental or consequential damages (including without limitation, lost sales or profit, lost data, or business interruption).

9. Non-disclosure. The parties agree that both terms and the nature of this Agreement, including without limitation the identity of the parties, shall remain confidential and shall not be disclosed to any third party under any circumstances unless required by a court of law.

10. All Sales Final. All sales are final and non-refundable except as expressly provided in Lead Guarantee and Replacement Policy specified on the Service Order. Leads may not arrive for up to one calendar week. Further, Global Experts does not have control if a Lead applicant has applied elsewhere.

11. Term & Termination. This Agreement shall become effective on the Effective Date and shall remain in force for a period of thirty (30) days

Liz_Dev000045

DocuSign Envelope Id: [illegible]

CONFIDENTIAL

unless otherwise terminated as provided herein. The Agreement shall then renew automatically for additional thirty (30) day terms until terminated by either party in accordance with Section 8(b) below. b. Termination for Convenience. CLIENT may terminate this Agreement at any time, without penalty or costs, with or without cause upon (7) seven days prior written notice to Global Experts . c. Termination for Cause. Either Party may immediately terminate this Agreement or any upon written notice to the other Party if the other Party (a) commits a material breach of its obligations under this Agreement, or (b) repeatedly commits a material breach of its obligations or commits numerous breaches of its obligations under this Agreement. d. Termination for Non-Payment.  Global Experts will have the option, but not the obligation, to terminate this Agreement upon written notice if CLIENT fails to pay when due undisputed amounts owed to  Global Experts Under said Agreement.

12. Invalidity. The invalidity or unenforceability or any one or more of the particular provisions of this Agreement, none of which are known to the parties, shall not affect the enforceability of the other provisions herein.

13. Assignment. This Agreement may not be assigned by the CLIENT without the express written consent of The  Global Experts Companies.

14. Attorneys' Fees and Costs. If any action at law or in equity is necessary to enforce or interpret the terms of this Agreement, the prevailing party shall be entitled to its actual attorneys' fees and costs.

**Direct Mail:**
Global Experts direct mail campaigns are guaranteed to provide printing, production and mail services only. We do not guarantee response rate, number of interested parties or any other unpredictable or unforeseen issues which may arise. This order guarantees all prices, number of pieces, and postage will be sent as described and will be considered processed in full upon delivery to the U.S. Post Office.

**Internet Leads:**
I understand Internet Lead amounts are based on  Global Experts tracking system, (not clients tracking system). If the lead cannot be transmitted due to
client technology / email glitches, the lead will still be considered billable.   Global Experts will put in place a "data extraction layer", and provide client login credentials or daily reports for tracking purposes.

**Targeted Data:**
I understand this is a data "Rental Agreement" and upon receipt of the data I agree to not use it more than twice inside of a 30 day period. I understand if I violate this, then  Global Experts may ask for a re-licensing fee. I agree that upon receipt of the order, I shall take full responsibility for the use of the purchase, including responsibility for ensuring that my use of this information complies with all relevant federal or state laws, including but not limited to the Telephone Consumer Protection Act and the Do Not Call list.   Global Experts is not responsible for ensuring that my use of this information complies with the TCPA or any other state or federal laws

**Inbound Calls**:
I understand  Global Experts does its best to accommodate daily/weekly volume requests, but due to the nature of marketing I may receive a 15% variance in daily weekly requested volume. I agree to pay for calls over this order amount, and  Global Experts agrees to fulfill any remaining leads if under order
amount. I understand a "Raw Call" as a call which is direct from the internet and I will pay for every connected call, regardless of length of call. I understand a "Buffer Call" is defined as a billable call which exceeds the time limit of the buffer. This time limit is based on  Global Experts tracking system, (not clients tracking system), and begins when the phone starts ringing. If the call cannot be answered because the client does not have adequate staffing, the call will still be considered billable if it rings beyond the buffer duration. If the Client disconnects the call by asking a "Disqualifying question" (Ex: Do you have 10k in tax debt? "No") and then immediately hangs up on a consumer, before the buffer time, the call will be considered billable by  Global Experts . I understand that generally over 85% of calls will exceed a buffer time. If less than 70% of calls do not exceed the established buffer time, then client will be responsible for calls due to client scripting or client technology error. Buffer Calls must be answered by a live agent, no IVRs.   Global Experts will put in place a "data extraction layer", and provide client login credentials or daily reports for tracking.

Liz_Dev000046