# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT

OF PENNSYLVANIA

* * * * * * * *

KIMBERLY                    *

HUDSON-BRYANT,         *

Plaintiff        *   Case No.

vs.              *   8:24-CV-67-FWSJDE

OCMBC, INC.,           *

et al.,                     *

Defendant        *

* * * * * * * *

DEPOSITION OF

SEAN ROBERTS

February 21, 2025

Any reproduction of this transcript is

prohibited without authorization by

the certifying agency.

Sargent's Court Reporting Service, Inc.
(814) 536-8908

D E P O S I T I O N

O F

SEAN ROBERTS, taken on behalf of the Plaintiff herein, pursuant to the Rules of Civil Procedure, taken before me, the undersigned, Haylie Trapp, a Court Reporter and Notary Public in and for the Commonwealth of Pennsylvania, via teleconference, on Friday, February 21, 2025 beginning at 11:05 a.m.

13

A.      Yeah.  I'm sorry, I thought you knew their address.  I apologize.

Q.      Under what circumstances did your wife depart LoanStream?

A.      She was laid off for non-production.

Q.      Okay.

In approximately what year was your wife laid off?

A.      2023.

Q.      And did you ever hold any position at LoanStream?

A.      No.

Q.      I wanted to ask a little bit about documents that you were requested to search for as part of this litigation.  Do you recall receiving requests for production of documents in this ---

A.      Yes, I do.

Q.      Could you describe your efforts to search for documents in that request?

A.      Yes.  The documents that you requested, the majority of the

19

Q.      In what state did Resmo primarily do its business?

A.      Well, we did business in California.

Q.      What is just a basic outline of your educational background?

A.      I went to junior college and then I have some college at Cal State Fullerton in finance, economics.

Q.      Did Resmo use any third-party vendors as part of its work?

A.      Yes.

Q.      Who were Resmo's third-party vendors?

A.      We used LizDev.  We used a company in the --- in the Philippines. I don't remember the name of the company.  I don't think that they're in business anymore.  They were an AI company or a --- I forget the term that they used.  And then we used a call center down in Jamaica and I forgot the name of that company as well.

Q.      The call center in Jamaica, was

20

that through LizDev?

A.    It was referred.  Yeah, she referred them to me --- to us.

Q.    If I give the name Global Experts Limited, does that ring a bell?

A.    Sure.

Q.    How do you know Global Experts Limited?

A.    As I stated, I was referred to them by LizDev.

Q.    So Global Experts Limited is the call center in Jamaica that LizDev and Elizabeth Stone referred you to?

A.    Correct.

Q.    Resmo had clients, right?

A.    Two or three, maybe.  We were kind of our own clients.

Q.    I suppose --- I'm not familiar with --- as much with the mortgage business.  Could you try to distill the sort of payment arrangement or referral arrangement that you had in --- in more layman's terms, so I can understand it a little better?

21

A.      So we would purchase opt-in leads from LizDev --- opt-in mortgage leader inquiries of people that were interested in refinancing.  We would provide that data to, as you stated, Global Experts, and then they would dial those consumers and try to transfer them to the parties working in my office.

Q.      And once a potential customer was transferred to a party working in your office and expressed interest in a mortgage, what --- what would happen at that point?

A.      So it --- it --- it --- it --- so it depends on the state that the consumer was calling from because I was licensed in two or three states, four states, Gregg was licensed in six, eight states, and then we had Jared was licensed in one or two states.  So the call would be routed to the person whose state that they were properly licensed in to talk to the consumer about refinancing.

30

A.    I cannot --- I cannot work for a company licensed by the Department of Corporations.

Q.    A company licensed by the Department of Corporations or the company licensed by the mortgage and banking?

A.    No company licensed by --- it's called the Department of Financial Protection Innovation.  I cannot work for a company that has that license.

Q.    Okay.

Do you know if LoanStream has a license?

A.    Yes, they have a --- they have a DFPI license.

Q.    Okay.

So you would be prohibited then for --- for working from --- for LoanStream?

A.    I could not be an employee of LoanStream; correct.

Q.    What did loanstream approach Resmo to do?

A.    They did not approach Resmo to

31

do anything.

Q.      What did Resmo offer to do for LoanStream?

A.      They didn't offer LoanStream anything.

Q.      Let me back up.

A.      Okay.

Q.      You said that you had a relationship --- or LoanStream had a relationship with Resmo?

A.      No.  So LoanStream --- we never had a relationship with LoanStream, period.  We marketed on our own behalf, so you have to understand that there was three entities working in an office.  One was LoanStream, one was Lending Three, and one was, I want to say AFN.  And so we would --- and so the relationship we had was as loan officers providing them with loans.

So there --- there --- there wasn't any --- technically any relationship that Resmo had with any of those companies because they were looking for the loan.  They didn't

32

participate in advertising.  So the only reason Resmo or Premier comes into play in this is because at the time, my wife needed additional revenue to market and so we had LizDev prepare two invoices so that LoanStream would give us --- or give the branch, not us, my wife, in advance to market with.  So it had nothing to do with Resmo.  Resmo never, ever, ever, ever billed LoanStream for anything.  So no financial relationship.

Q.    Understood.  So LoanStream then --- so LoanStream hired LizDev and by extension, Global Experts?

A.    LoanStream did not hire LizDev.

Q.    Well, they paid LizDev and Global Experts?

A.    They didn't pay LizDev.  They paid my wife.

Q.    For LizDev's invoices?

A.    Correct.  And they didn't --- they only paid partial amounts.  They didn't pay the entire amounts.

39

variable expenses, was that in reference to your office rent or was that in reference to the office rent for the beta branch?

A.     The beta branch would have had to pay a small portion of the rent here at the rent at the office, not the office I'm in now, but --- so I --- I think it was just a way to --- again ways to get money into the branch.  I don't --- I don't know that it was --- I don't think that there's anything --- anything more --- more to it than that.

Q.     To your knowledge, was Global Experts the only vendor that LoanStream utilized?

A.     Again, LoanStream didn't utilize them.

Q.     I should clarify.

A.     Resmo --- Resmo did.

Q.     Was --- was Global Expert the only vendor that LoanStream paid?

A.     They never paid them, sir.

        LoanStream never paid Global

40

Experts.

Q.     Okay.

Let me clarify.

A.     Okay.

Q.     LoanStream received invoice naming Global Experts?

A.     I don't believe so.  I believe they received two invoices from LizDev.

Q.     I'm sorry, from LizDev.  Yes.

A.     Okay.

Q.     So they received two invoices?

A.     Correct.

Q.     Was --- to your knowledge, as part of this entire relationship ---

A.     Uh-huh.

Q.     --- was LizDev the only company that sent such invoices or were there other companies operating under a similar model?

A.     LizDev is the only company that I can remember that we sent invoices to for advances.

Q.     Okay.

Could you describe the

52

was kind of --- you know, so that --- that --- it was only --- it was very rare that we ever communicated with them.

Q.    Besides Serene, do you recall anybody else on that telephone call?

A.    No.

Q.    And then I guess you've said a lot here about this entire relationship and seems like there's, at least to me, a lot of moving parts and a lot of pieces here.  Could you just distill the essence of who hired who to do what in your own words?

A.    We --- or, excuse me, Resmo Lending hired LizDev for leads in which we sent those leads and hired Global Experts to call those individuals, and then AFN, Lending Three, and LoanStream loan agents would answer those calls.

Q.    And LoanStream was provided LizDev's invoices so that they could provide the funding or --- or justify the funding necessary ---

54

Q.    Okay.

And to your knowledge, LoanStream was not involved in any way in drafting the scripts?

A.    Correct.  They were not involved at all.

Q.    To your knowledge, did LoanStream even know that the scripts existed?

A.    Yes.  Serene and I had a conversation.  She asked me what we use and I --- I gave her a description of the scripts and how we contact the clients.  And she, you know --- you know, she said, you need to assure me, you know, that these are, you know, opt-ins and et cetera.  And I said yes.  We --- we --- we've been doing this for a year.  We've never had any issues at all.  We've been using the same --- well, we weren't using Global Experts, we were using it in AI, but --- but we never had any issues, any TCPA violations.  None of that.

Nothing of that nature, so ---.

55

Q.    This conversation with Serene, is --- is that the telephone conversation that you referenced earlier?

A.    I --- I don't remember.  It was either conversation over the phone or when we met at Bistango.

Q.    When you met where?

A.    At Bistango restaurant in New --- Irvine, California.

Q.    When was that meeting, to the best of your recollection?

A.    May or June of 2022.

ATTORNEY LANDERS:

Okay.

I have no further questions and.

ATTORNEY PERRONG:

And I have no Redirect.

So, Mr. Roberts, obviously I'm not your attorney, so I can't give you legal advice, but I need to ask you whether or not you intend to execute your right to read

60

COMMONWEALTH OF PENNSYLVANIA  )

COUNTY OF CAMBRIA              )

                    CERTIFICATE

          I, Haylie Trapp, a Notary Public in

and for the Commonwealth of Pennsylvania, do

hereby certify:

          That the witness, Sean Roberts, whose

testimony appears in the foregoing deposition,

was duly sworn by me on February 21, 2025 and

that the transcribed deposition of said

witness is a true record of the testimony

given by said witness;

          That the proceeding is herein recorded

fully and accurately;

          That I am neither attorney nor counsel

for, nor related to any of the parties to the

action in which these depositions were taken,

and further that I am not a relative of any

attorney or counsel employed by the parties

hereto, or financially interested in this

action.

Dated the 27 day of February, 2025

Commonwealth of Pennsylvania - Notary Seal
Haylie Trapp, Notary Public
Cambria County
My Commission Expires June 21, 2028
Commission Number 1448233

Haylie Trapp,

          Court Reporter