# EXHIBIT 8

Issue Date: Dec 05, 2023

Account Number: ▆▆▆▆▆▆▆▆

Your bill details begin on the next page



# Gifts that connect us

## Everyone gets our best deal on the new iPhone, guaranteed

Get the new

## iPhone 15 Pro on us, guaranteed

**PLUS**

## Save
## $20 /mo.

with all in one
AT&T Wireless + AT&T Internet

Elig. postpaid unlimited wireless plan
(min. $75/mo. before discounts, single line).˚

iPhone 15 Pro guarantee limited to iPhone 15 Pro trade-in promo (up to $1,000 off with min. $230 trade-in value) for new and existing consumer postpaid wireless customers; excludes offers available through select channels. Offers subject to change. Limited time offer. Req's min. $1000 on elig. installment plan. Well-qualified customers. Up to $1,000 off after monthly credits over term of the installment plan. **If svc. cancelled, credits stop & device balance due.** No credit for optional $6/mo. Next up upgrade feature. $35 Activ./Upgrade, add'l fees, taxes & other charges, & restr's apply. See back for more details.

**AT&T may temporarily slow data speeds if the network is busy.** ˚Compatible phone required. $20/mo. discount applied to internet bill (w/in 2 bills). If either svc. canceled, discounts stop. $35 activ./upgrade; add'l fees, taxes, other charges & restr's apply. See back for details.

### Titanium
iPhone 15 Pro




Call **866.630.4028**    Click **att.com/NewPhone12**    Visit **your local AT&T store**



KIMBERLY HUDSON
▆▆▆▆▆▆▆▆▆▆▆▆

**AutoPay of $118.16 is scheduled for Dec 27, 2023**
Account number ▆▆▆▆▆

AT&T
PO BOX 5014
CAROL STREAM, IL 60197-5014



4100407300013864616470000000118160000000118160000009



## Get an AT&T unlimited plan starting at



$**35** /mo.
per line
for 4 lines.

Req's AT&T Unlimited Starter®, eligible AutoPay and Paperless bill. Taxes and fees extra.

### Best Deals for everyone
Our best deals for new and existing customers.
On any smartphone. Plus, your choice of plans. Only at AT&T.

### AT&T 5G. Fast. Reliable. Secure.*
Stay connected to what matters most on America's Most Reliable 5G network.**

### Get more with Unlimited Your Way®
Choose a plan that fits the needs of each family member.

**AT&T may temporarily slow data speeds if the network is busy.**
*AT&T 5G requires compatible plan and device. Coverage not available everywhere. Learn more at att.com/5Gforyou.
**Based on nationwide GWS drive test data. GWS conducts paid drive tests for AT&T and uses the data in its analysis. AT&T 5G requires compatible plan and device. Coverage not available everywhere. Learn more at att.com/5Gforyou.
Plus, 24/7 security you can count on. Download the free AT&T ActiveArmor℠ mobile security app and we'll do the rest. Compatible Gateway and Smart Home Manager app required; security features must be enabled.

---



Scan **QR code to shop now**
Visit **your local AT&T store**

Call **866.630.4028**
Click **att.com/NewPhone12**

---

### Get Customer Support Online
Need assistance with something else? If you have any questions about your bill or your existing services, simply go to **att.com/MySupport** to chat with one of our helpful service representatives. You'll get immediate solutions, tips, answers to all your questions, and more.

**$20/mo. off AT&T Fiber®: Subj. to change and may be discontinued at any time.** Existing eligible AT&T Internet or AT&T Fiber customers who add an AT&T postpaid wireless voice and data plan will receive a $20/mo. bill credit applied towards their existing internet plan. 1st bill credit to appear w/in 1-2 bill cycles. Wireless billing address must match internet service address. Must maintain eligible wireless service for continued receipt of promotional discount. Wireless and internet services billed separately. One discount per account. Employees, upgrades, and migrations to fiber not eligible. **Req'd Wireless:** Postpaid voice & data plan for smartphones (min. $50/mo. if new with AutoPay and Paperless bill discount. Pay $60/mo. until discount starts w/in 2 bills. Existing customers can add to current plan if eligible, which may be less). Will receive catch-up credits once credits start.

**AT&T Fiber: AutoPay & Paperless Bill Discount:** Discount off the monthly rate when account is active & enrolled in both. Pay full plan cost until discount starts w/in 2 bill cycles. Must maintain valid email address to continue discount. **Taxes & Fees:** Up to $99 installation fee may apply, plus tax where applicable. Monthly Cost Recovery Charge which is not government-required applies in OH, NV, & TX. Taxes also apply. For one-time AT&T transactional fees, see www.att.com/fees for details. **Pricing subject to change.** Subj. to Internet Terms of Service at att.com/internet-terms.

**UP TO $1,000 CREDIT W/TRADE-IN: Limited-time offer. Select locations only.** Requires activation of a new line or upgrade of an existing line on a qualifying unlimited plan to receive up to $1,000 off eligible devices with trade-in of eligible smartphone with min. $240 trade-in value ($35–$129.99 for $350 credit; $130–$239.99 for $700 credit; $240+ for $1,000 trade-in value). Req's purch. of new eligible smartphone on qualifying 0% APR AT&T installment plan (36 mos. at up to $44.45/mo.). Other installment options may be available and vary by location. **If buying on the AT&T Installment Plan with Next Up, customer is responsible and will not receive any credits for an additional $6/mo. for the Next Up upgrade feature. $0 down for well-qualified customers only, or down payment may be required and depends on a variety of factors. Max. discount will not exceed the lower of the device cost or the max. credit you are eligible for under this offer. Eligible Smartphones:** After all credits, get Apple: iPhone 14, 14 Plus, 14 Pro, 14 Pro Max (priced up to $1,600) for up to $1,000 off. **Tax on full retail price due at sale. Limits:** One trade-in per qual. purchase and one credit per line. May not be combinable w/other offers, discounts or credits. Purchase, financing, other limits & restr's apply. This offer may make your account ineligible for select other offers (including bill credit offers) for 12 months.

**FOR BOTH OFFERS ABOVE: Req'd Wireless:** Postpaid unlimited voice & data (min. $65/mo. if new with AutoPay and Paperless bill discount. Pay $75/mo. until discount starts w/in 2 bills. Existing customers can add to current unlimited plan if eligible, which may be less). Eligible plans: Unlimited & More, Unlimited & More Premium, Unlimited Plus, Unlimited Plus Enhanced, Unlimited Choice, Unlimited Choice Enhanced, Unlimited Choice II, Unlimited Double Play, Unlimited Value Plan, Unlimited Elite, Unlimited Premium, Unlimited Extra, Unlimited Starter, Unlimited 55+. Value Plus plan is not eligible. On unlimited plans, video may be ltd. to SD. Speed, usage & other restr's apply. See att.com/unlimited for current unlimited plans. **If you cancel wireless, credits will stop and you'll owe the remaining balance on the installment agreement for the device purchased. For new lines, if you cancel service on any other line within 90 days of activating the line under this offer credits will stop. Activation/Upgrade Fee:** $35. **Return:** Return w/in 14 days. Restocking fee up to $55 may apply. **Bill Credits:** Credits start w/in 3 bills. Will receive catch-up credits once credits start. Up to $800 in credits applied monthly in equal amounts over 36 months & will not exceed the lower of the device cost or max. eligible credit amount as defined above. $200 credit applied monthly in equal amounts ($5.56/mo.) over 36 months. Wireless line must be on an installment agreement, active & in good standing for 30 days to qualify. Installment agmt. starts when device is shipped. To get all credits, device must remain on agmt. for entire term and you must keep eligible service on device for entire installment term. If you upgrade or pay up/off agmt. on discounted device early your credits may cease. **Eligible Trade-In:** This is not an early upgrade program. Trade-in device may not be on existing installment plan. Eligible devices only. See att.com/trade-in for list of eligible devices. **Trade-in must be in good working condition.** Must complete trade-in within 30 days from activation of new phone. **Other Obligations:** Trade-in does not relieve obligations under AT&T installment or other AT&T Return and Exchange programs including recently-purchased device returns, Warranty, or Extended Warranty. Devices to be returned through these AT&T programs should not be traded in via this offer. See att.com/tradein for terms and to check if your device is eligible.

**GEN. WIRELESS SVC.: Subj. to Consumer Service Agreement (att.com/consumerserviceagreement). Credit approval req'd. Deposit:** May apply. **Limits:** Purch. & line limits apply. **Additional monthly fees & taxes:** Apply per line & include Regulatory Cost Recovery Fee (up to $1.50), Administrative Fee ($1.99), & other fees which are not government-required surcharges as well as taxes. Additional one-time fees may apply. See www.att.com/mobilityfees for more details. Usage, speed, coverage & other restr's apply. International and domestic off-net data may be at 2G speeds. AT&T services subject to AT&T network management policies. See att.com/broadbandinfo for details.

**Pricing, promotions, terms & restr's subject to change & may be modified or terminated at any time without notice.**

© 2023 AT&T Intellectual Property. All rights reserved. AT&T and the Globe logo are registered trademarks of AT&T Intellectual Property. All other marks are the property of their respective owners.



**AT&T**

KIMBERLY HUDSON

| | |
|---|---|
| Page: | 1 of 3 |
| Issue Date: | Dec 05, 2023 |
| Account Number: | |

Managing your AT&T bills, products, and services on the go? It's a snap with myAT&T. Go to att.com/myatt to sign in or sign up.

Total due

# $118.16

AutoPay is scheduled for:
Dec 27, 2023

## Account summary

| | |
|---|---|
| Your last bill | $118.16 |
| Payment, Nov 28 - Thank you! | -$118.16 |
| **Remaining balance** | **$0.00** |

## Service summary

| | | | |
|---|---|---|---|
| Internet | | Page 2 | $64.99 |
| Phone | | Page 2 | $53.17 |
| **Total services** | | | **$118.16** |

| **Total due** | **$118.16** |
|---|---|
| AutoPay is scheduled to charge your card on Dec 27, 2023 | |

**Ways to pay and manage your account:**

 **myAT&T app**
iPhone and Android

 **att.com/pay**

 **800.288.2020**
TTY: 800.651.5111

Scan to pay



**AT&T**

Page:                    2 of 3
Issue Date:              Dec 05, 2023
Account Number:          ▮▮▮▮

## Service activity

### 🌐 Internet

| Monthly charges | Dec 06 - Jan 05 | |
|---|---|---|
| 1. Internet 1000 (Fiber 1 GIG)<br>*Max subscription included*<br>*$5 off with AutoPay and Paperless Bill* | | $64.99 |
| **Total for Internet** | | **$64.99** |

**Usage summary**

| Data | Used |
|---|---|
| Data allowance (unlimited GB) | 508 |

### 📞 Phone

| Monthly charges | Dec 06 - Jan 05 | |
|---|---|---|
| 1. Phone Unlimited N. America ▮▮▮ | | $37.99 |
| **Company fees & surcharges** | | |
| 2. Administrative Fee | | $0.99 |
| 3. Federal Universal Service Charge | | $9.28 |
| 4. Regulatory Cost Recovery Fee | | $1.23 |
| **Government fees & taxes** | | |
| 5. 911/988 Surcharge | | $0.38 |
| 6. CA County Utility Users Tax | | $2.19 |
| 7. CA Universal Service PPP Surcharge | | $1.11 |
| **Total for Phone** | | **$53.17** |

**Usage summary**

▮▮▮▮

| | Used |
|---|---|
| Minute allowance (unlimited) | 240 |



**Digital Phone Call Protect**
Block calls from scammers
Get spam alerts
Opt in for free

To learn more, go to **att.com/phonecallprotect**

## News you can use

**Phone Unlimited N America pricing**
The $37.99 monthly rate for Phone Unlimited N. America will increase to $40.99 on 1/7/2024. Have questions or want other ways to save? Go to att.com or call us at 800.288.2020.

**It's easier with myAT&T!**
Make payments and payment arrangements, check your balance and usage, and get help. Manage your device, plan and features, shop, upgrade, and add lines. Visit att.com/myatteasy2

**Time to connect**

It's especially important to stay connected during the holidays! With internet, wireless phones and much more, AT&T makes it easy to stay in touch with everyone you love. Call us today at 877.853.3451.

**Stop unwanted calls for free with Call Protect**
Better to be safe than sorry! Block calls from scammers, get spam alerts, and more using our free Call Protect feature. Learn how to turn it on and get more details at att.com/phonecallprotect

## Important information

**Late payment fee**
A late payment fee of up to $9.99 will be assessed if payment is not received on or before the due date.

*Important information continues...*



*...Important information continued*

**Electronic check conversion**
Paying by check authorizes AT&T to use the information from your check to make a one-time electronic fund transfer from your account. Funds may be withdrawn from your account as soon as your payment is received. If we cannot process the transaction electronically, you authorize AT&T to present an image copy of your check for payment. Your original check will be destroyed once processed. If your check is returned unpaid you agree to pay such fees as identified in the terms and conditions of your agreement, up to $30. Returned checks may be presented electronically. If you want to save time and stamps, sign up for AutoPay at att.com/autopay using your checking account. It's easy, secure, and convenient!

**Internet usage allowance**
Unless your internet plan includes an unlimited data usage allowance, your total internet usage allowance will consist of your 1.5 terabyte (1.5 TB or 1,536 GB) plan usage allowance plus any additional offers. Exceeding your total internet usage allowance will result in a charge of $10 for each additional 50 GB of data even if less than 50 GB is consumed up to a maximum overage charge of $100 a month. Visit att.com/internet-usage to view details of your internet data usage.

**Fees and surcharges notice**
AT&T collects monthly fees and surcharges to help recover its required contribution to government programs and to recover costs AT&T pays in taxes and required payments levied by federal, state, and local governments. These fees and surcharges included on your bill are periodically adjusted to align with the rates determined by the government agency that is responsible for the state or federal fund or tax and subject to change at any time without notice to you unless required by law. For more information, please contact an AT&T Service Representative at the phone number listed on the front of your bill.

**Regulatory Cost Recovery Charge (RCRC)**
The RCRC is a monthly charge assessed by AT&T to recover fees imposed on AT&T by governmental entities in order to provide you with service. Components include: Federal Regulatory Fee, Telecommunications Relay Service (TRS) Fee, North American Numbering Plan Fee, and support for Local Number Portability administration.

**Administrative Fee**
Monthly surcharge that helps defray customer service costs associated with providing AT&T Phone services.

**Customer support**
AT&T speaks many languages. For English and Spanish call us at 800.288.2020 and follow the prompts. Call these direct numbers for Vietnamese 800.300.5315; Korean 800.300.6657; Mandarin 888.333.2828; and Cantonese 800.281.2288. Need support in another language? Call us at 800.203.8600.

**California surcharge**
AT&T collects a surcharge on a per line per month basis as required by the California Public Utilities Commission (CPUC) to fund CPUC Public Purpose Programs. For more info on the Public Purpose Programs and how these funds are used, please go to the CPUC's website at cpuc.ca.gov and search for "Surcharge Rates" at the top right of the page.

**Backup battery information**
If a power outage occurs, you will need battery backup power to call 911. For detailed information about how to obtain or replace AT&T Phone backup battery, go to att.com/batterybackup

AT&T U-verse^SM TV, AT&T Internet and AT&T Phone provided by AT&T California.

© 2023 AT&T Intellectual Property. All rights reserved.

*Printed on Recyclable Paper*



| Bill issue date | Account | Page |
|---|---|---|
| **Mar 17, 2025** | | **1 of 16** |

## TOTAL DUE

# $180.55

Your bill is due by Apr 10, 2025.

AutoPay is scheduled for Apr 08, 2025 using MasterCard ****3892.

Thanks for paying your last bill of $167.81 on Mar 08, 2025.

# Hi Kimberly,

## Here's your bill for March.

With your Magenta® plans, you have unlimited talk, text and data. Thanks for being an awesome T-Mobile customer!

---

## PLANS

# $160.00

4 VOICE LINES = $160.00

**This month's charges are the same as last month's**

- Thanks for being a part of the T-Mobile family!
- Guess what? You have unlimited minutes, texts and data with your plan!

**Your plan includes:**

- 5G access at no extra cost
- Best-in-wireless scam protection

Details @ t-mo.co/Plans

---

## EQUIPMENT

# $0.00

**This month's charges are the same as last month's**

- You can always go to My.T-Mobile.com/shop to check out new device deals and promotions.

**The T-Mobile® app lets you easily:**

- Pay your bill anytime/anywhere
- Upgrade your phone
- Get 24/7 support

Download the app @ t-mo.co/App

---

## SERVICES

# $0.00

1 T-MOBILE SUBSCRIPTION = $0.00

**This month's charges are the same as last month's**

- Call, text, and browse in Mexico & Canada. No setup. No roaming charges. Your phone works the moment you arrive.

**Data and texting abroad:**

- Stay connected and up to date in 215+ countries & destinations around the world with non-stop data and texts

Details @ t-mo.co/IntRoam

---

## ONE-TIME CHARGES

# $20.55

3 CHARGED USAGE = $20.55

- ▮▮▮▮▮▮ had a total of $20.55 usage charges, including International Roaming and International Calling.



## THIS BILL SUMMARY

| | Line Type | Plans | Equipment | Services | One-time charges | Total |
|---|---|---|---|---|---|---|
| Totals | | ▇ | ▇ | ▇ | ▇ | ▇ |
| Account | | ▇ | \| | ▇ | \| | ▇ |
| ▇ | ▇ | ▇ | \| | \| | \| | ▇ |
| ▇ | ▇ | ▇ | \| | \| | \| | ▇ |
| ▇ | ▇ | ▇ | \| | \| | ▇ | ▇ |
| ▇1729 | Voice | $40.00 | - | - | - | $40.00 |

## DETAILED CHARGES

### PLANS $160.00

| REGULAR CHARGES | Mar 18 - Apr 17 | $160.00 |
|---|---|---|



**YOU SAVED**

| **TOTAL** | **$7.99** |
|---|---|
| Subscription discounts | $7.99 |

Discounts on subscription services through T-Mobile

**YOU USED**

**22.00**GB
**of unlimited data
with Magenta®**

**1187 minutes of talk &
1242 messages.**

Please see important unlimited plan details below

Charged in advance for bill period Mar 18 - Apr 17. Changes made after Mar 17 will be shown on a future bill.



| ▇1729 | Magenta 55+ Add-a-Line | $40.00 |
|---|---|---|

### SERVICES $0.00

**T-MOBILE SUBSCRIPTION**

Your subscriptions automatically renew until you cancel. Cancel anytime. To manage, visit t-mo.co/managesubs

| Account | Netflix Standard with ads ON US with T-Mobile Discount | $0.00 |
|---|---|---|
| | **Includes $7.99 Netflix Discount** | |

### ONE-TIME CHARGES        Feb 18 - Mar 17        $20.55



### TAXES & FEES

| T-Mobile fees & charges | $2.64 |
|---|---|
| Government taxes & fees | $1.41 |



**1729**                                                                 **Feb 18 - Mar 17**

**TALK**

| When | | Who | | Description | Type | Min | Cost |
|---|---|---|---|---|---|---|---|
| Feb 18 | 9:31 AM | IN | | Incoming | F | 1 | - |
| | 9:48 AM | IN | | Incoming | - | 4 | - |
| | 9:51 AM | IN | | Incoming | A | 4 | - |
| | 1:22 PM | IN | | Incoming | - | 1 | - |
| | 1:51 PM | IN | | Incoming | - | 2 | - |
| | 2:22 PM | IN | | Incoming | - | 7 | - |
| | 2:52 PM | IN | | Incoming | - | 1 | - |
| | 4:06 PM | IN | | Incoming | - | 3 | - |
| | 4:46 PM | IN | | Incoming | - | 1 | - |
| Feb 19 | 6:48 PM | IN | | Incoming | - | 1 | - |
| Feb 20 | 10:22 AM | OUT | | 1-800 # | - | 21 | - |
| Feb 21 | 10:54 AM | IN | | Incoming | - | 2 | - |
| | 11:48 AM | IN | | Incoming | - | 2 | - |
| | 1:39 PM | IN | | Incoming | - | 2 | - |
| | 2:42 PM | IN | | Incoming | - | 1 | - |
| | 3:21 PM | IN | | Incoming | - | 4 | - |
| Feb 24 | 11:34 AM | IN | | Incoming | - | 2 | - |
| | 5:28 PM | IN | | Incoming | - | 2 | - |
| Feb 25 | 11:39 AM | IN | | Incoming | - | 1 | - |
| Feb 27 | 3:11 PM | IN | | Incoming | - | 8 | - |
| Feb 28 | 10:45 AM | IN | | Incoming | - | 3 | - |

...CONTINUED - ███████ **TALK**

| When | | Who | | Description | Type | Min | Cost |
|---|---|---|---|---|---|---|---|
| Mar 03 | 2:02 PM | IN | ███ | Incoming | - | 2 | - |
| | 2:21 PM | IN | | Incoming | - | 3 | - |
| | 3:24 PM | IN | | Incoming | - | 2 | - |
| Mar 05 | 11:14 AM | OUT | | to Compton/CA | - | 1 | - |
| Mar 08 | 10:07 AM | IN | | Incoming | - | 2 | - |
| | 4:17 PM | OUT | | to Culvercity/CA | - | 4 | - |
| | 4:21 PM | IN | | Incoming | - | 5 | - |
| Mar 09 | 10:24 AM | IN | | Incoming | - | 3 | - |
| | 10:44 AM | IN | | Incoming | - | 3 | - |
| | 11:53 AM | IN | | Incoming | - | 2 | - |
| | 12:48 PM | OUT | | to Las Vegas/NV | - | 1 | - |
| | 1:17 PM | IN | | Incoming | - | 2 | - |
| | 2:48 PM | IN | | Incoming | - | 2 | - |
| Mar 11 | 9:05 AM | IN | | Incoming | - | 2 | - |
| | 9:06 AM | IN | | Incoming | - | 1 | - |
| | 10:06 AM | IN | | Incoming | - | 5 | - |
| | 11:10 AM | IN | | Incoming | - | 2 | - |
| | 12:35 PM | IN | | Incoming | - | 1 | - |
| | 1:09 PM | IN | | Incoming | - | 6 | - |
| | 5:57 PM | IN | | Incoming | - | 2 | - |
| Mar 12 | 11:38 AM | IN | | Incoming | - | 2 | - |
| Mar 13 | 2:41 PM | IN | | Incoming | - | 3 | - |
| | 2:56 PM | IN | | Incoming | - | 1 | - |
| | 3:46 PM | IN | | Incoming | - | 1 | - |
| Mar 14 | 12:52 PM | IN | | Incoming | - | 2 | - |
| **Totals** | | | | | | **133** | **$0.00** |

The date and time corresponds to the local time where the mobile was located.

WHO: **OUT** Outgoing  **IN** Incoming   TYPE: **F** Mobile2Mobile   **A** Call Waiting

## TEXT

| When | | Who | | Destination | Type | Cost |
|---|---|---|---|---|---|---|
| Feb 19 | 12:03 PM | IN | 128 | | TXT | - |
| Feb 24 | 1:19 PM | OUT | ███ | Beverlyhls, CA | TXT | - |
| Feb 25 | 1:13 PM | IN | 128 | | TXT | - |
| Feb 26 | 8:57 AM | IN | 128 | | TXT | - |
| | 9:57 AM | IN | 128 | | TXT | - |
| Feb 27 | 11:50 AM | IN | 128 | | TXT | - |
| Mar 04 | 12:59 PM | IN | 128 | | TXT | - |
| Mar 05 | 9:49 AM | IN | 128 | | TXT | - |
| Mar 07 | 3:00 PM | IN | 128 | | TXT | - |
| Mar 10 | 1:52 PM | IN | 128 | | TXT | - |
| Mar 11 | 11:35 AM | IN | ███ | Snmn Mrvs, CA | TXT | - |
| | 11:35 AM | IN | ███ | Snmn Mrvs, CA | TXT | - |
| | 11:35 AM | IN | ███ | Snmn Mrvs, CA | TXT | - |
| Mar 12 | 9:41 AM | IN | 128 | | TXT | - |
| Mar 13 | 8:02 AM | IN | 128 | | TXT | - |
| Mar 16 | 12:24 PM | IN | ███ | Snmn Mrvs, CA | TXT | - |
| | 12:39 PM | OUT | ███ | Snmn Mrvs, CA | TXT | - |
| | 12:48 PM | IN | ███ | Snmn Mrvs, CA | TXT | - |
| **Totals** | | | | | | **$0.00** |

The date and time corresponds to Pacific Time (PST/PDT).

WHO: **OUT** Outgoing  **IN** Incoming   TYPE: **TXT** Text

## DATA

| When | Service | Origin | Type | MB | Cost |
|---|---|---|---|---|---|
| Feb 19 | Mobile Internet | - | - | 0.0175 | - |
| Feb 21 | Mobile Internet | - | - | 5.6490 | - |
| Feb 22 | Mobile Internet | - | - | 1.0312 | - |
| Feb 23 | Mobile Internet | - | - | 0.0380 | - |
| Feb 24 | Mobile Internet | - | - | 0.3251 | - |
| Mar 02 | Mobile Internet | - | - | 0.0117 | - |
| Mar 03 | Mobile Internet | - | - | 6.9843 | - |
| Mar 12 | Mobile Internet | - | - | 0.0126 | - |
| Mar 13 | Mobile Internet | - | - | 0.0244 | - |
| Mar 14 | Mobile Internet | - | - | 2.7568 | - |
| Mar 15 | Mobile Internet | - | - | 0.0370 | - |
| **Totals** | | | | **16.8876** | **$0.00** |

The date and time corresponds to Pacific Time (PST/PDT).