# EXHIBIT 9



AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

(800) 635-6840
(888) 938-4715 (Fax)

CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO
FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

GLDC FILE NUMBER: 4323890

I, Vivian Alexander, attest, under penalties of perjury by the laws of the United States of
America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true
and correct.  I am employed by AT&T, and my title is Legal Compliance Analyst.   I am
qualified to authenticate the records attached hereto because I am familiar with how the records
were created, managed, stored, and retrieved.  I state that the records attached hereto are true
duplicates of the original records in the custody of AT&T.  I further state that:

     a.     All records attached to this certificate were made at or near the time of the
occurrence of the matter set forth by, or from information transmitted by, a person with
knowledge of those matters, they were kept in the ordinary course of the regularly conducted
business activity of AT&T , and they were made by AT&T  as a regular practice; and

     b.     Such records were generated by AT&T's electronic process or system that
produces an accurate result, to wit:

     1. The records were copied from electronic device(s), storage medium(s), or
file(s) in the custody of AT&T in a manner to ensure that they are true duplicates of the original
records; and

     2. The process or system is regularly verified by AT&T, and at all times pertinent
to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the
Federal Rules of Evidence.

*Vivian Alexander*

05-14-2025
Date

This message and any attachments to it contain confidential business information intended solely
for the recipients. If you have received this document in error please do not forward or distribute
it to anyone else, but telephone (800) 635-6840 to report the error, and then delete this message
from your system.



| Ver_Term | Terminating TN that was used to validate Caller ID |
| --- | --- |

## AT&T Wireline Descriptions

| Column Name | Description |
| --- | --- |
| Sec. Orig | Secondary Originating Number. A secondary number associated with the call transaction. This number can either be a wireline or mobility number. As an example, if it is a non-mobility number, this could be a number that sits behind a customer's internal phone network such as a PBX. There are other numerous situations when secondary originating numbers are part of a call transaction. |
| CIC | Carrier Identification Code. The number in this column translates to identifying the interexchange carrier of the call. A public listing of CIC codes can be found at the following url: http://www.nanpa.com/reports/reports_cic.html |
| Call Code | Represents the type of call that was processed on the wireline network. |
| Orig. Acc. | Originating Access ID. When a call is received from another carrier and traverses AT&Ts VoIP network. This number translates to what carrier sent AT&T the call. |

AT&T Proprietary
The information contained here is for use by authorized persons only and is not for general distribution.



**WIRELINE**

4323890
05/05/2025

AT&T has queried for records from 08/12/2021 12:00:00am to 04/15/2025 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in UTC.

```
Run Date:            05/06/2025
Run Time:            17:35:04
Voice Usage For:     ████████-1729
```

| Item | ConnDateTime (UTC) | Originating Number | Sec. Orig. | Terminating Number | Dialed Number | Elapsed Time | CIC | Call Code | Orig. Acc. |
|------|-------------------|--------------------|-----------|--------------------|--------------|-------------|-----|-----------|-----------|
| 419 | 10/07/21 20:04:11 | | | | | 0:27 | | 827 | 755 |
| 420 | 10/07/21 20:35:14 | | | | | 0:07 | | 827 | 898 |
| 421 | 10/07/21 21:17:19 | | | | | 17:03 | 5722 | 60 | 7 |
| 422 | 10/07/21 23:24:48 | | | | | 0:12 | | 827 | 898 |
| 423 | 10/08/21 15:17:02 | | | | | 0:13 | 9020 | 827 | 785 |
| 424 | 10/08/21 15:17:02 | | | | | 0:13 | 9053 | 343 | |
| 425 | 10/08/21 15:59:25 | | | | | 0:18 | | 829 | 602 |
| 426 | 10/08/21 16:19:55 | | | | | 0:11 | | 827 | 785 |
| 427 | 10/08/21 16:19:59 | | | | | 0:13 | | 827 | 772 |
| 428 | 10/08/21 21:09:32 | | | | | 0:55 | | 829 | 602 |
| 429 | 10/08/21 21:41:26 | | | | | 0:08 | | 827 | 772 |
| 430 | 10/08/21 21:50:44 | | | | | 0:07 | | 827 | 772 |
| 431 | 10/09/21 15:19:44 | | | | | 0:59 | | 827 | 785 |
| 432 | 10/09/21 17:17:16 | | | | | 1:00 | | 827 | 785 |
| 433 | 10/09/21 17:42:13 | | | | | 0:00 | | 827 | 785 |
| 434 | 10/09/21 19:21:22 | | | | | 1:00 | | 827 | 772 |
| 435 | 10/10/21 18:28:55 | | | | | 0:38 | | 829 | 602 |
| 436 | 10/11/21 16:23:05 | | | | | 0:07 | | 827 | 785 |
| 437 | 10/11/21 21:30:27 | | | | | 0:08 | 9020 | 827 | 785 |
| 438 | 10/11/21 21:30:27 | | | | | 0:08 | 9053 | 343 | |
| 439 | 10/11/21 21:52:33 | | | | | 0:11 | 9053 | 343 | |
| 440 | 10/11/21 21:52:34 | | | | | 0:11 | 9020 | 827 | 785 |
| 441 | 10/11/21 23:22:21 | | | | | 0:12 | | 827 | 772 |
| 442 | 10/11/21 23:34:52 | | | | | 0:00 | | 827 | 772 |
| 443 | 10/12/21 16:15:22 | | | | | 0:11 | | 827 | 785 |
| 444 | 10/12/21 16:23:54 | | | | | 0:07 | | 827 | 772 |
| 445 | 10/12/21 17:45:00 | | | | | 0:24 | 9053 | 343 | |
| 446 | 10/12/21 17:45:01 | | | | | 0:24 | 9020 | 827 | 785 |
| 447 | 10/12/21 20:08:10 | 1432692 | 2135212618 | ████1729 | | 0:10 | | 827 | 785 |
| 448 | 10/12/21 21:34:55 | | | | | 0:11 | | 827 | 785 |
| 449 | 10/12/21 21:56:55 | | | | | 0:13 | | 829 | 602 |
| 450 | 10/13/21 00:21:28 | | | | | 0:10 | | 827 | 772 |
| 451 | 10/13/21 02:33:50 | | | | | 2:31 | | 829 | 602 |
| 452 | 10/13/21 17:04:31 | | | | | 0:12 | | 827 | 785 |
| 453 | 10/13/21 18:09:48 | | | | | 0:11 | | 827 | 772 |
| 454 | 10/13/21 18:20:07 | | | | | 0:11 | | 827 | 785 |
| 455 | 10/13/21 18:36:37 | | | | | 0:17 | | 827 | 785 |
| 456 | 10/13/21 21:35:31 | | | | | 0:11 | 1 | 343 | |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is not for general distribution.**

WIRELINE

4323890
05/05/2025

AT&T has queried for records from 08/12/2021 12:00:00am to 04/15/2025 11:59:59pm
AT&T has queried for records using Pacific Time Zone. AT&T's records are stored and provided in
UTC.



Run Date:           05/06/2025
Run Time:           17:35:04
Voice Usage For:           ████████1729

| Item | ConnDateTime (UTC) | Originating Number | Sec. Orig. | Terminating Number | Dialed Number | Elapsed Time | CIC | Call Code | Orig. Acc. |
|---|---|---|---|---|---|---|---|---|---|
| 495 | 10/18/21 22:31:46 | | | | | 0:51 | 9053 | 343 | |
| 496 | 10/18/21 22:31:47 | | | | | 0:51 | 9020 | 827 | 785 |
| 497 | 10/19/21 01:09:47 | | | | | 0:29 | 9054 | 343 | |
| 498 | 10/19/21 01:59:30 | | | | | 0:07 | | 829 | |
| 499 | 10/19/21 19:06:46 | | | | | 0:12 | 9053 | 343 | |
| 500 | 10/19/21 19:06:47 | | | | | 0:12 | 9020 | 827 | 785 |
| 501 | 10/19/21 21:18:11 | 1432692 | 2135212618 | ████1729 | | 1:46 | | 827 | 785 |
| 502 | 10/19/21 23:01:10 | | | | | 0:51 | 9020 | 827 | 785 |
| 503 | 10/19/21 23:01:10 | | | | | 0:51 | 9053 | 343 | |
| 504 | 10/20/21 05:56:21 | | | | | 0:24 | 288 | 325 | |
| 505 | 10/20/21 16:50:08 | | | | | 0:07 | | 827 | 772 |
| 506 | 10/20/21 20:00:03 | | | | | 0:34 | 9053 | 343 | |
| 507 | 10/20/21 20:00:04 | | | | | 0:34 | 9020 | 827 | 785 |
| 508 | 10/20/21 20:51:54 | | | | | 0:12 | | 827 | 772 |
| 509 | 10/20/21 21:29:51 | | | | | 0:18 | 9053 | 343 | |
| 510 | 10/20/21 21:29:52 | | | | | 0:18 | 9020 | 827 | 785 |
| 511 | 10/20/21 22:55:04 | | | | | 0:05 | | 827 | 785 |
| 512 | 10/20/21 23:37:56 | | | | | 0:11 | 9020 | 827 | 785 |
| 513 | 10/20/21 23:37:56 | | | | | 0:11 | 9053 | 343 | |
| 514 | 10/20/21 23:38:37 | | | | | 0:06 | 9053 | 343 | |
| 515 | 10/20/21 23:38:38 | | | | | 0:06 | 9020 | 827 | 785 |
| 516 | 10/21/21 00:40:59 | | | | | 0:34 | 9053 | 343 | |
| 517 | 10/21/21 00:41:00 | | | | | 0:34 | 9020 | 827 | 785 |
| 518 | 10/21/21 17:18:01 | | | | | 0:11 | | 827 | 755 |
| 519 | 10/21/21 19:04:11 | | | | | 2:01 | 9020 | 827 | 785 |
| 520 | 10/21/21 19:04:11 | | | | | 2:01 | 9053 | 343 | |
| 521 | 10/21/21 20:18:47 | | | | | 0:54 | | 827 | 772 |
| 522 | 10/21/21 20:39:29 | | | | | 0:53 | 9053 | 343 | |
| 523 | 10/21/21 20:39:30 | | | | | 0:53 | 9020 | 827 | 785 |
| 524 | 10/21/21 21:57:08 | | | | | 0:07 | | 827 | 785 |
| 525 | 10/21/21 22:13:08 | | | | | 0:12 | | 827 | 772 |
| 526 | 10/21/21 22:18:44 | | | | | 0:12 | | 827 | 772 |
| 527 | 10/21/21 22:42:37 | | | | | 0:12 | 9020 | 827 | 785 |
| 528 | 10/21/21 22:42:37 | | | | | 0:12 | 9053 | 343 | |
| 529 | 10/21/21 22:48:15 | | | | | 0:11 | | 827 | 772 |
| 530 | 10/21/21 22:57:23 | | | | | 0:15 | 1 | 343 | |
| 531 | 10/21/21 22:57:24 | | | | | 0:15 | | 827 | 755 |
| 532 | 10/22/21 18:02:17 | | | | | 0:00 | 9053 | 343 | |

**AT&T Proprietary**

**The information contained here is for use by authorized persons only and is
not for general distribution.**



AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

(800) 635-6840
(888) 938-4715 (Fax)

CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO
FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

GLDC FILE NUMBER: 4424191

I, Maria Holden, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by AT&T, and my title is Legal Compliance Analyst. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of AT&T. I further state that:

a.      All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of AT&T , and they were made by AT&T  as a regular practice; and

b.      Such records were generated by AT&T's electronic process or system that produces an accurate result, to wit:

1. The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of AT&T in a manner to ensure that they are true duplicates of the original records; and

2. The process or system is regularly verified by AT&T, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

*Maria Holden*

10-09-2025
Date


This message and any attachments to it contain confidential business information intended solely for the recipients. If you have received this document in error please do not forward or distribute it to anyone else, but telephone (800) 635-6840 to report the error, and then delete this message from your system.

**UVERSE**

09/16/2025

# SUBSCRIBER INFORMATION

 **AT&T**

### Billing Party

| | |
|---|---|
| Account Number: | ███████ |
| Account Name: | KIMBERLY HUDSON |
| Billing Address: | ████████████ – ██████████████ |
| Acct Creation: | 2014-09-03 |
| Account Status: | Open |
| Cancel Date: | |
| Account Email: | █████████████ |

### Service Information

| | |
|---|---|
| Name: | KIMBERLY HUDSON |
| Service Address: | ██████████ – ████████████ |
| Service Phone Number: | ████████ -1729 |
| Phone Service Active: | 2014-09-05 – 2024-07-15 |
| Contact Phone Number: | ██████████ |
| Contact Email: | ████████████████ |

**AT&T PROPRIETARY**

The information contained here is for use by authorized person only and
is not for general distribution.


**AT&T**

Issue Date:          Oct 05, 2021
Account Number: ████████

## Your bill details begin on the next page

**Exclusive offer for AT&T Internet customers only**

# Get our best price on unlimited wireless plans

Includes AT&T 5G. Fast. Reliable. Secure.*

As a valued AT&T Internet customer, you unlock exclusive savings on AT&T wireless service. Get speed & connectivity nationwide with AT&T 5G.

✓ **Get more with Unlimited Your Way℠**
Pick the perfect unlimited plan for each family member, starting at less than $27/mo. per line for 4 lines

✓ **AT&T 5G. Fast. Reliable. Secure.***
All Unlimited plans include 5G at no extra charge

✓ **AT&T ActiveArmor℠—your security is our top priority^**
24/7 proactive network security helps block fraud calls before they get to you

AT&T may temporarily slow data speeds if the network is busy.

Call **877.403.2122**
Click **att.com/SpecialPriceWireless**
Visit **your local AT&T store**

*AT&T 5G requires compatible plan and device. 5G not available everywhere. Go to att.com/5Gforyou for details.

^Requires compatible device for 5G and AT&T Mobile Security App and Call Protect App access. Download of Apps required. 5G may not be available in your area. For coverage details, see att.com/5Gforyou.

**Ltd. time.** Elig. req'mts apply. Req's port-in of new line. $10/mo. bill credit for 20 months. Credit starts w/in 3 bills. Trade-in must be in good condition w/min. $5 trade-in value. Trade-in value via instant credit or promo card. **If svc. canceled, device balance due & credits stop.** Credit card may be req'd (except MA, PA, ND). $30 activation, add'l fees, taxes & other charges & restr's apply. **See back for offer details.**



STARTING AT LESS THAN

~~$35 mo.~~

$**27** mo.
Per line for 4 lines.

Req's new line of service activated on AT&T Unlimited Starter℠ autopay and paperless bill. Includes 25% wireless disc. Taxes and fees extra. **AT&T may temporarily slow data speeds if the network is busy.**

PLUS, GET

$**200**

IN BILL CREDITS
when you switch to AT&T

When you buy a new smartphone on a qualifying installment plan with an eligible AT&T Unlimited Plan & trade in your current smartphone.

---


**AT&T**

ELEANORA WOODS
████████████████
VIEW PARK CA 90043-1742

**AutoPay of $111.05 is scheduled for Oct 26, 2021**

Account number: ████████

AT&T
PO BOX 5014
CAROL STREAM, IL 60197-5014



Exclusive for AT&T Internet customers

# Get our best price on unlimited wireless plans

Plus, $200 in bill credits when you switch to AT&T

When you buy a new smartphone on a qualifying installment plan with an eligible AT&T Unlimited Plan (min. $75/mo. before discounts) and trade in your current smartphone.

AT&T may temporarily slow data speeds if the network is busy.

Call **877.403.2122**   Click **att.com/SpecialPriceWireless**   Visit **your local AT&T store**

**WIRELESS OFFER: Limited-Time Offer. Eligibility:** Existing AT&T Internet customers with direct-billed service who sign up for an unlimited plan will receive a 25% off per month discount on that plan so long as eligible AT&T direct-billed Internet remains active and in good standing. Fixed wireless internet service not eligible. Must be new AT&T wireless customer. **Credits/Discounts:** Start w/in 3 bill cycles after service activation & eligibility confirmed. A one-time catch-up credit is applied for the time since customer met offer requirements, which does not change taxes. **25% off wireless service discount:** Req's qualifying AT&T Unlimited plan. Discount applied after the application of any available Autopay and paperless bill discount. **Limits:** No limits on the number of discounted lines on first responder wireless account. Not stackable with Signature discounts, Appreciation Offer Discounts (Military, First Responders, Teachers, Nurses, Doctors and Physician Assistants) or any other discount on monthly recurring charges. AT&T reserves right to discontinue offer in select jurisdictions at any time in AT&T's sole discretion.

**AT&T UNLIMITED STARTER:** All AT&T wireless services subject to terms and conditions in the Wireless Customer Agreement (att.com/wca). Advertised monthly price includes monthly plan charge for talk, text and data & monthly per-line phone access charge for access to such services. **Other Non-Phone Device Monthly Charges:** $20 per tablet or camera; $10 per wearable. Phone line required to add non-phone device. If no phone line, first standalone non-phone device will be billed at phone single line pricing. **OTHER RESTRICTIONS & FEES:** Activation/upgrade fee per line (up to $45) & deposit may apply. **AUTOPAY & PAPERLESS BILL DISCOUNT:** Monthly discount off plan charge ($10 per phone line) when account active & enrolled in both. Discount starts w/in 2 bill cycles. Pay full plan cost until discount starts. **UNLIMITED DATA:** For use in the United States ("Domestic Coverage Area" or "DCA"), Mexico and Canada. **DATA RESTRICTIONS: For all data usage, AT&T may temporarily slow data speeds if the network is busy.** Off-net (roaming) data may be at 2G speed. All AT&T service is subject to AT&T network management policies. See att.com/broadbandinfo for details. **5G SERVICE:** Requires a compatible 5G device. 5G service is not available everywhere. See att.com/5Gforyou for details. **VIDEO STREAMING:** Plan is not eligible for Stream Saver. For content we can identify as video, wireless streaming speed will be slowed to Standard Definition quality. Video speed is capped at Standard Definition, regardless of the network the device is on (for example 4G LTE). Ability to stream, video resolution, and other data usage (including speed) are not guaranteed, may vary, and be affected by other factors. **ActiveArmor℠ Security:** Compatible device required. You must download the AT&T Mobile Security App and AT&T Call Protect app and accept their terms and conditions for full app functionality. Data rates may apply. May not detect all threats. May inadvertently block wanted calls; settings can be adjusted in the app. Details at att.com/activearmor. **UNLIMITED TALK:** Phones only. Includes calls w/in and between DCA, Mexico & Canada You may be charged for calls to special or premium service numbers and calls to other countries. For rates, see att.com/worldconnect. **UNLIMITED TEXT:** Compatible phone and rate plan required. Includes unlimited messages up to 1MB in size within and from DCA, Mexico and Canada. For texting to other countries, see att.com/text2world. Messages sent through applications may incur data or other charges. **Advanced Messaging:** Not available for use in Mexico and Canada. Other restrictions apply & can be found at att.com/advancedmessaging. **Limits:** Select devices only (sold separately). 10 devices/plan. AT&T Wireless Home Phone & Internet, select Wireless Home Phone devices, dedicated mobile hotspot devices, and select laptop air cards are not eligible for these plans. These plans may not be eligible for additional discounts, including but not limited to Signature discounts. AT&T employees & retirees may not be eligible for certain benefits, offers, and discounts associated with these plans. **ADDITIONAL MONTHLY FEES & TAXES:** Apply per line & include Regulatory Cost Recovery Fee (up to $1.50), Administrative Fee ($1.99) & other fees which are not government-required surcharges as well as taxes. Additional one-time Fees may apply. See att.com/mobilityfees for more details.

AT&T employees, retirees & IMO consumers are not eligible for the AutoPay and Paperless bill discount.

**$200 Bill Credits: Limited-time offer. Eligibility:** Existing AT&T Internet customers with direct-billed service customers who port-in a new line and purchase a new smartphone on a qualifying unlimited plan and trade-in their current smartphone will receive up to $200 in bill credits. Fixed wireless internet service not eligible. Must be new AT&T wireless customer. **Elig. port-in:** From eligible carrier (excludes Cricket & select others) on their term agmt or device plan (excludes 3rd party agmts). Excludes port-in from wireline or VOIP providers. Must buy elig. smartphone in same transaction. **Req'd Unlimited Wireless: Must remain on an eligible postpaid plan.** Min. $65/mo. for new svc on eligible unlimited plan after autopay and paperless bill discount. Pay $75/mo. until discount starts w/in 2 bills. Eligible unlimited plans: AT&T Unlimited Starter, AT&T Unlimited Extra, and AT&T Unlimited Elite. On Unlimited plans, **AT&T may temporarily slow data speeds if the network is busy.** Speed, usage & other restr's apply. See att.com/unlimited for current unlimited plans. Existing customers can add to elig. current plans if eligible, which may be less (excludes prepaid, session-based, and Data Unlimited at $45/mo. plans). Retail price is divided into monthly installments. Acct & svc must remain active & in good standing for 30 days. **Tax due at sale.** Down payment may be req'd. **If svc is canceled, installment agmt balance is due. Bill Credits:** Credits start w/in 3 bills. Applied monthly in equal amounts ($10/mo.) over 20 months. Wireless line must be on an installment agreement, active & in good standing for 30 days to qualify. To get all credits, device must remain on agmt and you must keep eligible service on device for 20 months. If you upgrade or pay up/off agmt on discounted device early your credits may cease. **Trade-in:** Select locations. Must be smartphone on line ported, min. $5 trade-in value & meet AT&T Trade-In program req'mts. **Trade-in Credit:** Instant credit or private label AT&T Promotional Card issued by MetaBank™ or CenterState Bank of Florida NA, via license from Visa U.S.A. Inc. (may take 3 weeks to receive). Credit/Card valid for 6 months & for use only to purch. AT&T products & svc in AT&T owned retail stores, at att.com, or to pay wireless bill. At dealers get credit (w/ add'l terms) for use at dealer. **Limit:** Purch. limits apply. **Activation Fee:** $30. **Return:** Return w/in 14 days. Restocking fee up to $55 may apply.

All offers, programming, promotions, pricing, terms, restrictions & conditions subject to change & may be modified, discontinued, or terminated at any time without notice.

©2021 AT&T Intellectual Property. All Rights Reserved. AT&T, the AT&T logo, all other AT&T marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies. All other marks are the property of their respective owners.

 **AT&T**

ELEANORA WOODS

VIEW PARK CA 90043-1742

| | |
|---|---|
| Page: | 1 of 4 |
| Issue Date: | Oct 05, 2021 |
| Account Number: | ■■■■■ |

Want to stop receiving paper bills and enjoy the convenience of paperless billing? Enroll at att.com/paperless

Managing your AT&T bills, products, and services on the go? It's a snap with myAT&T. Go to att.com/myatt to sign in or sign up.



Total due

## $111.05

AutoPay is scheduled for:
Oct 26, 2021

## Account summary

| | |
|---|---|
| Your last bill | $108.54 |
| Payment, Sep 26 - Thank you! | -$108.54 |
| Remaining balance | $0.00 |

## Service summary

| | | | |
|---|---|---|---|
| Internet | *Page 2* | | $59.99 |
| Phone | *Page 2* | | $51.06 |
| Total services | | | $111.05 |

| | |
|---|---|
| **Total due** | **$111.05** |
| AutoPay is scheduled to charge your card on Oct 26, 2021 | |

## Ways to pay and manage your account:

 **myAT&T app**
iPhone and Android

 **att.com/pay**

 **800.288.2020**
TTY: 800.651.5111

Scan to pay





**AT&T**

| | |
|---|---|
| Page: | 2 of 4 |
| Issue Date: | Oct 05, 2021 |
| Account Number: | ███████ |

## Service activity

### 🌐 Internet

| Monthly charges | Oct 06 - Nov 05 | |
|---|---|---|
| 1. Internet 1000 <br> *HBO Max included* | | $59.99 |

| **Total for Internet** | **$59.99** |
|---|---|

**Usage summary**

| Data | *Used* |
|---|---|
| Data allowance (unlimited GB) | 4 |

### 📞 Phone

| Activity since last bill | Sep 06 - Oct 05 | |
|---|---|---|
| 1. Directory assistance <br> *1 call* | | $2.49 |

*< Call detail shown after all service activity*

| Monthly charges | Oct 06 - Nov 05 | |
|---|---|---|
| 2. Phone Unlimited N. America ███1729 | | $34.99 |

**Surcharges & fees**

| 3. Administrative Fee | $0.99 |
|---|---|
| 4. CA Advanced Services Fund (CASF) | $0.16 |
| 5. CA CHCF A | $0.11 |
| 6. CA Relay Service Device Fund | $0.08 |
| 7. CA Teleconnect Fund | $0.12 |
| 8. CA Universal Lifeline | $0.73 |
| 9. Federal Universal Service Charge | $7.75 |
| 10. Regulatory Cost Recovery Fee | $1.18 |

**Government taxes & fees**

| 11. CA County Utility Users Tax | $2.16 |
|---|---|
| 12. CA State Emergency Telephone Users (911) Tax | $0.30 |

| **Total for Phone** | **$51.06** |
|---|---|

**Usage summary**

| ███.1729 | *Used* |
|---|---|
| Minute allowance (unlimited) | 246 |

**Get the best deals on wireless plans from AT&T**

You're eligible for exclusive offers on wireless services from AT&T

Call **877.677.4957** Click **att.com/BestWireless4You**

# Detailed usage

## Phone, ▮▮▮▮1729

### Call Detail

**Domestic Billed Charges**

| Date / Time | Place Called | Number Called | Rate Code | Min | Charges |
|---|---|---|---|---|---|
| *Sep 23*  02:32pm | Dir Asst | 411 | | 2 | $2.49 |

| **Total for Call Detail** | | | | | $2.49 |
|---|---|---|---|---|---|

## News you can use

**Unlimited plan rate increase**
The $34.99 monthly rate for Unlimited N. America will increase to $35.99 on 11/1/2021. If you subscribe to the Unlimited N. America plan, but at a different monthly rate, you will not be affected by this change. If you have any questions or to learn more about our money-saving services, visit att.com or call 800.288.2020.

**Battery backup**
Your telephone service requires electrical power from your home to operate. In the event of a power failure, an optional battery backup, up to 24 hours, can be purchased to maintain working phone service. This will keep your phone service available to you for calls to 911, your Wi-Fi® Gateway, and Optical Network Terminal (if provided). If you are using a cordless phone, it will not work during a power outage; a separate battery backup or other power source may be required. It is your responsibility to maintain/replace your battery backup power. For detailed information such as 24 hour battery replacement, testing, storage, cordless phone use, service limitations, purchasing and warranties, please visit us online at att.com/batterybackup or call us at the customer service number on your bill for more information.

**Digital Phone Call Protect**
Better to be safe than sorry! Get Automatic Fraud Blocking, Suspected Spam Warning, and Call Blocking *61. You can opt-in for free. For more information, visit att.com/freephoneprotect

**We make moving easy!**
Looking to move? Learn more at att.com/moving

**Meet DIRECTV STREAM**<sup>SM</sup>
AT&T TV is now DIRECTV STREAM with a redesigned look and fresh approach. The best of Live TV & On Demand on all your favorites screens. Start streaming today! Call 877.358.7519 or visit directv.com/StreamingTheBestNow

## Important information

**Late payment fee**
A late payment fee of up to $9.99 will be assessed if payment is not received on or before the due date.

**Electronic check conversion**
Paying by check authorizes AT&T to use the information from your check to make a one-time electronic fund transfer from your account. Funds may be withdrawn from your account as soon as your payment is received. If we cannot process the transaction electronically, you authorize AT&T to present an image copy of your check for payment. Your original check will be destroyed once processed. If your check is returned unpaid you agree to pay such fees as identified in the terms and conditions of your agreement, up to $30. Returned checks may be presented electronically. If you want to save time and stamps, sign up for AutoPay at att.com/autopay using your checking account. It's easy, secure, and convenient!

**Internet usage allowance**
Unless your internet plan includes an unlimited data usage allowance, your total internet usage allowance will consist of your 1 terabyte (1TB or 1,024 GB) plan usage allowance plus any additional offers. Exceeding your total internet usage allowance will result in a charge of $10 for each additional 50 GB of data even if less than 50 GB is consumed up to a maximum overage charge of $100 a month. Visit att.com/internet-usage to view details of your internet data usage.

**Regulatory Cost Recovery Charge (RCRC)**
The RCRC is a monthly charge assessed by AT&T to recover fees imposed on AT&T by governmental entities in order to provide you with service. Components include: Federal Regulatory Fee, Telecommunications Relay Service (TRS) Fee, North American Numbering Plan Fee, and support for Local Number Portability administration.

**Administrative Fee**
Monthly surcharge that helps defray customer service costs associated with providing AT&T Phone services.

**Customer support**

*Important information continues...*



Page:                        4 of 4
Issue Date:              Oct 05, 2021
Account Number:       █████████

*...Important information continued*

AT&T speaks many languages. English 800.288.2020; Spanish 800.870.5855; Russian 888.882.4839; Polish 800.417.1588; Cantonese 800.281.2288; Mandarin 888.333.2828; Korean 800.300.6657; Vietnamese 800.300.5315; Japanese 800.573.7573; Tagalog 800.956.8084; All other languages 800.203.8600; Disabilities and Aging 800.772.3140.

**Backup battery information**

If a power outage occurs, you will need battery backup power to call 911. For detailed information about how to obtain or replace AT&T Phone backup battery, go to att.com/batterybackup

AT&T U-verse<sup>SM</sup> TV, AT&T Internet and AT&T Phone provided by AT&T California.

© 2021 AT&T Intellectual Property. All rights reserved.

*Printed on Recyclable Paper*



## Your bill details begin on the next page

**Exclusive offer for our AT&T Internet customers only**

# Get our best price on unlimited wireless plans

**All unlimited plans include AT&T 5G access and AT&T ActiveArmor℠ security**



As a valued AT&T Internet customer, you unlock exclusive savings on AT&T wireless service. Get speed & connectivity nationwide with AT&T 5G.

✓ **Get more with Unlimited Your Way℠**
Pick the perfect unlimited plan for each family member, starting at less than $27/mo. per line for 4 lines

✓ **AT&T 5G. Fast. Reliable. Secure.**
America's Most Reliable 5G Network^

✓ **3GB of hotspot data per line**
After 3GB, speeds slowed to max 128Kbps

AT&T may temporarily slow data speeds if the network is busy.

**STARTING AT LESS THAN**

~~$35~~ᵐᵒ·

**$27**ᵐᵒ·
Per line
for 4 lines.

Req's new line of service activated on AT&T Unlimited Starter® plan, autopay and paperless bill. Includes 25% wireless disc. Taxes and fees extra.
**AT&T may temporarily slow data speeds if the network is busy.**

**PLUS, GET**

**$200** PER LINE

**IN BILL CREDITS**
when you switch to AT&T

When you buy a new smartphone on a qualifying installment plan with an eligible AT&T unlimited plan & trade in your current smartphone.*



Call **877.730.6459**
Click **att.com/WirelessReward**
Visit **your local AT&T store**
Scan **QR code to save offer to your digital wallet**

Data rates may apply for pass download and use.

^Based on nationwide GWS drive test data. GWS conducts paid drive tests for AT&T and uses the data in its analysis. AT&T 5G requires compatible plan and device. 5G not available everywhere. Go to att.com/5Gforyou for details.

*Ltd time. Elig. req'mts apply. Req's port-in of new line. $10/mo. bill credit for 20 months. Credit starts w/in 3 bills. Trade-in must be in good condition w/min. $5 trade-in value. Trade-in value via instant credit or promo card. **If svc canceled, device balance due & credits stop.** Credit card may be req'd (except MA, PA, ND). $30 activation, add'l fees, taxes & other charges & restr's apply. **See back for offer details.**



KIMBERLY HUDSON

VIEW PARK CA 90043-1742

**AutoPay of $107.78 is scheduled for May 28, 2022**

Account number:

AT&T
PO BOX 5014
CAROL STREAM, IL 60197-5014



## Exclusive for AT&T Internet customers
# Get our best price on unlimited wireless plans
### Plus, $200 per line in bill credits when you switch to AT&T

When you buy a new smartphone on a qualifying installment plan
with an eligible AT&T unlimited plan & trade in your current smartphone.

AT&T may temporarily slow data speeds if the network is busy.



## Scan **QR code** to save offer to your digital wallet
Data rates may apply for pass download and use.

## Call **877.730.6459**    Click **att.com/WirelessReward**    Visit **your local AT&T store**

**WIRELESS OFFER: Limited-Time Offer. Eligibility:** Existing AT&T Internet customers with direct-billed service who sign up for an eligible unlimited plan will receive a 25% off per month discount on that plan so long as eligible AT&T direct-billed Internet remains active and in good standing. Fixed wireless internet service not eligible. Must be new AT&T wireless customer. **Credits/Discounts:** Start w/in 3 bill cycles after service activation & eligibility confirmed. A one-time catch-up credit is applied for the time since customer met offer requirements, which does not change taxes. **25% off wireless service discount:** Req's qualifying AT&T unlimited plan. Value Plus plan is not eligible. Discount applied after the application of any available Autopay and paperless bill discount. **Limits:** No limits on the number of discounted lines on first responder wireless account. Not stackable with Signature discounts, Appreciation Offer Discounts (Military, First Responders, Teachers, Nurses, Doctors and Physician Assistants) or any other discount on monthly recurring charges. AT&T reserves right to discontinue offer in select jurisdictions at any time in AT&T's sole discretion.

**AT&T UNLIMITED STARTER:** All AT&T wireless services subject to terms and conditions in the Wireless Customer Agreement (att.com/wca). Advertised monthly price includes monthly plan charge for talk, text and data & monthly per-line phone access charge for access to such services. **Other Non-Phone Device Monthly Charges:** $20 per tablet or camera; $10 per wearable. Phone line required to add non-phone device. If no phone line, first standalone non-phone device will be billed at phone single line pricing. **OTHER RESTRICTIONS & FEES:** Activation/upgrade fee per line (up to $45) & deposit may apply. **AUTOPAY & PAPERLESS BILL DISCOUNT:** Monthly discount off plan charge ($10 per phone line) when account active & enrolled in both. Discount starts w/in 2 bill cycles. Pay full plan cost until discount starts. **UNLIMITED DATA:** For use in the United States ("Domestic Coverage Area" or "DCA"), Mexico and Canada. **DATA RESTRICTIONS: For all data usage, AT&T may temporarily slow data speeds if the network is busy.** Off-net (roaming) data may be at 2G speed. All AT&T service is subject to AT&T network management policies. See att.com/broadbandinfo for details. **5G SERVICE:** Requires a compatible 5G device. 5G service is not available everywhere. See att.com/5Gforyou for details. **VIDEO STREAMING:** Plan is not eligible for Stream Saver. For content we can identify as video, wireless speed will be slowed to 1.5Mbps which may affect video download. Streaming video is typically limited at Standard Definition, regardless of the network the device is on (for example 4G LTE). Streaming/video resolution vary, are affected by other factors and restrictions apply.

**ActiveArmor℠ mobile security:** Compatible device required. You must download the AT&T ActiveArmor app and accept its terms and conditions for full App functionality. May not detect all threats. May inadvertently block wanted calls; settings can be adjusted in the App. Details at att.com/activearmor. **UNLIMITED TALK:** Phones only. Includes calls w/in and between DCA, Mexico & Canada. You may be charged for calls to special or premium service numbers and calls to other countries. For rates, see att.com/intlcalling. **UNLIMITED TEXT:** Compatible phone and rate plan required. Includes unlimited messages up to 1MB in size within and from DCA, Mexico and Canada. For texting to other countries, see att.com/text2world. Messages sent through applications may incur data or other charges. Advanced Messaging: Not available for use in Mexico and Canada. Other restrictions apply & can be found at att.com/advancedmessaging. **LIMITS:** Select devices only (sold separately). 10 devices/plan. AT&T Wireless Home Phone & Internet, select Wireless Home Phone devices, dedicated mobile hotspot devices, and select laptop air cards are not eligible for these plans. These plans may not be eligible for additional discounts, including but not limited to Signature discounts. AT&T employees & retirees may not be eligible for certain benefits, offers, and discounts associated with these plans. **ADDITIONAL MONTHLY FEES & TAXES:** Apply per line & include Regulatory Cost Recovery Fee (up to $1.50), Administrative Fee ($1.99) & other fees which are not government-required surcharges as well as taxes. Additional one-time Fees may apply. See att.com/mobilityfees for more details. **MOBILE HOTSPOT:** Requires compatible device. Includes up to 3GB per line per month. After 3GB, mobile hotspot speed slowed to max of 128Kbps for the rest of bill cycle. After this, mobile hotspot usage will be impacted and not fully functional.

**AT&T employees, retirees & IMO consumers are not eligible for the AutoPay and Paperless bill discount.**

**$200 Bill Credits: Limited-time offer. Eligibility:** Existing AT&T Internet customers with direct-billed service customers who port-in a new line and purchase a new smartphone on a qualifying unlimited plan and trade in their current smartphone will receive up to $200 in bill credits. Fixed wireless internet service not eligible. Must be new AT&T wireless customer. **Elig. port-in:** From eligible carrier (excludes Cricket & select others) on their term agmt or device plan (excludes 3rd party agmts). Excludes port-in from wireline or VOIP providers. Must buy elig. smartphone in same transaction. **Req'd Unlimited Wireless: Must remain on an eligible postpaid unlimited plan.** Min. $65/mo. for new svc on eligible unlimited plan after autopay and paperless bill discount. Pay $75/mo. until discount starts w/in 2 bills. Eligible unlimited plans: AT&T Unlimited Starter, AT&T Unlimited Extra, and AT&T Unlimited Elite. Value Plus plan is not eligible. On Unlimited plans, **AT&T may temporarily slow data speeds if the network is busy.** Speed, usage & other restr's apply. See att.com/unlimited for current unlimited plans. Existing customers can add to elig. current plans if eligible, which may be less (excludes prepaid, session-based, and Data Unlimited at $45/mo. plans). Retail price is divided into monthly installments. Acct & svc must remain active & in good standing for 30 days. **Tax due at sale.** Down payment may be req'd. **If svc is canceled, installment agmt balance is due. Bill Credits:** Credits start w/in 3 bills. Applied monthly in equal amounts ($10/mo.) over 20 months. Wireless line must be on an installment agreement, active & in good standing for 30 days to qualify. To get all credits, device must remain on agmt and you must keep eligible service on device for 20 months. If you upgrade or pay up/off agmt on discounted device early your credits may cease. **Trade-in:** Select locations. Must be smartphone on line ported, min. $5 trade-in value & meet AT&T Trade-In program req'mts. **Trade-in Credit:** Instant credit or private label AT&T Promotional Card issued by MetaBank® or CenterState Bank of Florida NA, via license from Visa U.S.A. Inc. (may take 3 weeks to receive). Credit/Card valid for 6 months & for use only to purch. AT&T products & svc in AT&T owned retail stores, at att.com, or to pay wireless bill. At dealers get credit (w/ add'l terms) for use at dealer. **Limit:** Purch. limits apply. **Activation Fee:** $30. **Return:** Return w/in 14 days. Restocking fee up to $55 may apply.

**All offers, programming, promotions, pricing, terms, restrictions & conditions subject to change & may be modified, discontinued, or terminated at any time without notice.**

©2022 AT&T Intellectual Property. All Rights Reserved. AT&T, the AT&T logo, all other AT&T marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies.



## AT&T

KIMBERLY HUDSON
VIEW PARK CA 90043-1742

Page:              1 of 3
Issue Date:        May 05, 2022
Account Number:    ▮▮▮▮▮▮

Managing your AT&T bills, products, and services on the go? It's a snap with myAT&T. Go to att.com/myatt to sign in or sign up.

Total due

# $107.78

AutoPay is scheduled for:
May 28, 2022

## Account summary

| | |
|---|---|
| Your last bill | $107.78 |
| Payment, Apr 27 - Thank you! | -$107.78 |
| **Remaining balance** | **$0.00** |

## Service summary

| | | | |
|---|---|---|---|
| 🌐 | Internet | *Page 2* | $59.99 |
| 📞 | Phone | *Page 2* | $47.79 |
| **Total services** | | | **$107.78** |

## Total due                                                $107.78
AutoPay is scheduled to charge your card on May 28, 2022

### Ways to pay and manage your account:

 **myAT&T app**
iPhone and Android

 **att.com/pay**

 **800.288.2020**
TTY: 800.651.5111

Scan to pay


**AT&T**

Issue Date:    May 05, 2022
Account Number:    ▮▮▮▮

# Service activity

---

## 🌐 Internet

| Monthly charges | *May 06 - Jun 05* | |
|---|---|---|
| 1. Internet 1000 | | $59.99 |
| HBO Max included | | |

| **Total for Internet** | **$59.99** |
|---|---|

**Usage summary**

| Data | *Used* |
|---|---|
| Data allowance (unlimited GB) | 131 |

---

## 📞 Phone

| Monthly charges | *May 06 - Jun 05* | |
|---|---|---|
| 1. Phone Unlimited N. America ▮▮1729 | | $35.99 |

**Company fees & surcharges**

| 2. Administrative Fee | $0.99 |
|---|---|
| 3. CA Advanced Services Fund (CASF) | $0.15 |
| 4. CA CHCF A | $0.10 |
| 5. CA Relay Service Device Fund | $0.17 |
| 6. CA Teleconnect Fund | $0.11 |
| 7. CA Universal Lifeline | $0.70 |
| 8. Federal Universal Service Charge | $6.08 |
| 9. Regulatory Cost Recovery Fee | $1.18 |

**Government fees & taxes**

| 10. CA County Utility Users Tax | $2.02 |
|---|---|
| 11. CA State Emergency Telephone Users (911) Tax | $0.30 |

| **Total for Phone** | **$47.79** |
|---|---|

**Usage summary**

| ▮▮1729 | *Used* |
|---|---|
| Minute allowance (unlimited) | 207 |



**Digital Phone Call Protect**

- Automatic Fraud Blocking
- Suspected Spam Warning
- Call Blocking (*61)
- Opt-in for Free!

For more information visit:
**att.com/digitalprotection**

---

# News you can use

**Disaster guidelines**
IF YOU ARE UNDER A DECLARED DISASTER WARNING, FIND SAFE SHELTER RIGHT AWAY. IF TOLD TO EVACUATE, DO SO IMMEDIATELY.

There may be potential impacts to your phone service as result of wildfire and Public Safety Power Shut-down events. Consider the need for backup battery power or generator power at your premises in the event of power loss. AT&T requires customers to update contact information used to receive emergency and outage notices in advance of fire season each year.

Log into your account at att.com or contact us on the telephone number listed on your bill to update your contact information.

DISASTER PREP TIPS: If you're in an area experiencing severe conditions but you have not been told to evacuate, plan to stay indoors, or wherever you are, and let friends and family know where you are. For more helpful disaster tips, visit att.com/disasterrelief

DISASTER SERVICES & ASSISTANCE: In counties where the Governor of California has declared a state of emergency, customers who have AT&T Digital Phone Service may be eligible for assistance including:
-AT&T Phone includes voicemail and over 25 customer enabled calling features including Locate Me and traditional and enhanced call forwarding

*News you can use continues...*



*...News you can use continued*

such as Safe Call Forwarding, which allows calls to automatically forward to a number of choice when AT&T Phone line is unavailable

-Waiver of service charge for installation at temporary or new permanent location or upon return to original location

-Waiver of fee for limited number of jacks and associated wiring at temporary location or upon return to permanent location

-Billing adjustments and prorating for out-of-service periods due to disaster

-AT&T Phone customers will not be charged for damaged equipment due to disaster. AT&T Phone customers can place service on voluntary suspend for a minimum of 1 month or a maximum of 9 months to receive the waiver of the monthly recurring charge.

For more information on requesting services, billing adjustments, waivers, and suspension of service in the event of a disaster, visit att.com/disasterrelief or contact us at the telephone number listed on your bill.

### Explore all that AT&T can do for you
Why not enjoy the best of Live TV & On Demand along with AT&T Internet plus wireless? Learn more about how to find your best deal: 844.872.9397.

### Digital Phone Call Protect
Better to be safe than sorry! Get Automatic Fraud Blocking, Suspected Spam Warning, and Call Blocking *61. You can opt-in for free. For more information, visit att.com/freephoneprotect

### Choose DIRECTV STREAM<sup>SM</sup>
Get the best of Live TV & On Demand on all your favorite screens, with no annual contract. Call 866.951.4233 or visit directv.com/StreamForYou

## Important information

### Late payment fee
A late payment fee of up to $9.99 will be assessed if payment is not received on or before the due date.

### Electronic check conversion
Paying by check authorizes AT&T to use the information from your check to make a one-time electronic fund transfer from your account. Funds may be withdrawn from your account as soon as your payment is received. If we cannot process the transaction electronically, you authorize AT&T to present an image copy of your check for payment. Your original check will be destroyed once processed. If your check is returned unpaid you agree to pay such fees as identified in the terms and conditions of your agreement, up to $30. Returned checks may be presented electronically. If you want to save time and stamps, sign up for AutoPay at att.com/autopay using your checking account. It's easy, secure, and convenient!

### Internet usage allowance
Unless your internet plan includes an unlimited data usage allowance, your total internet usage allowance will consist of your 1 terabyte (1TB or 1,024 GB) plan usage allowance plus any additional offers. Exceeding your total internet usage allowance will result in a charge of $10 for each additional 50 GB of data even if less than 50 GB is consumed up to a maximum overage charge of $100 a month. Visit att.com/internet-usage to view details of your internet data usage.

### Regulatory Cost Recovery Charge (RCRC)
The RCRC is a monthly charge assessed by AT&T to recover fees imposed on AT&T by governmental entities in order to provide you with service.

Components include: Federal Regulatory Fee, Telecommunications Relay Service (TRS) Fee, North American Numbering Plan Fee, and support for Local Number Portability administration.

### Administrative Fee
Monthly surcharge that helps defray customer service costs associated with providing AT&T Phone services.

### Customer support
AT&T speaks many languages. English 800.288.2020; Spanish 800.870.5855; Russian 888.882.4839; Polish 800.417.1588; Cantonese 800.281.2288; Mandarin 888.333.2828; Korean 800.300.6657; Vietnamese 800.300.5315; Japanese 800.573.7573; Tagalog 800.956.8084; All other languages 800.203.8600; Disabilities and Aging 800.772.3140.

### Backup battery information
If a power outage occurs, you will need battery backup power to call 911. For detailed information about how to obtain or replace AT&T Phone backup battery, go to att.com/batterybackup

AT&T U-verse<sup>SM</sup> TV, AT&T Internet and AT&T Phone provided by AT&T California.
© 2022 AT&T Intellectual Property. All rights reserved.

*Printed on Recyclable Paper*