THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
ADAM R. SCOTT [SBN 333706]
ascott@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant OCMBC, INC.
d/b/a LOANSTREAM MORTGAGE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCMBC, INC. D/B/A LOANSTREAM MORTGAGE, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS,<br><br>Defendants. | Case No. 8:24-cv-00067-FWS-JDE<br><br>**DECLARATION OF ADAM R. SCOTT IN SUPPORT OF DEFENDANT OCMBC, INC. D/B/A LOANSTREAM MORTGAGE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:  July 16, 2026<br>Time:  10:00 a.m.<br>Crtrm.:  10D<br><br>Judge:  Hon. Fred W. Slaughter<br>Magistrate:  Hon. John D. Early<br><br>Action Filed:  January 11, 2024<br>Trial Date:  October 27, 2026 |

I, Adam R. Scott, declare:

1.      I am an attorney at law licensed to practice before the federal and state courts in the State of California and am an attorney with Solomon Ward Seidenwurm & Smith, LLP, counsel for Defendant OCMBC, Inc. dba LoanStream Mortgage ("LoanStream") in this action. I have personal knowledge of the facts set forth in this declaration and I submit this declaration in support of LoanStream's Motion for Summary Judgment or, In the Alternative, Partial Summary Judgment (the "Motion").

2.      On May 27, 2026, I met and conferred with counsel for Plaintiff Kimberly Hudson-Bryant ("Plaintiff"), Mr. Andrew Perrong, Esq., over the telephone, to discuss LoanStream's Motion as required by Local Rule 7-3 and this Court's Civil Standing Order (the "Meet and Confer Call"). A paralegal from my firm, Joy K. Kirman, also attended the call. During the Meet and Confer Call, I informed Mr. Perrong that LoanStream intended to file the Motion and provided the bases for such, as further detailed below. In response, Mr. Perrong stated that Plaintiff intends to oppose the Motion.

3.      We conducted the Meet and Confer Call by telephone, rather than in-person, because my office is located in San Diego, California, and Mr. Perrong, to the best of my knowledge, lives and works in Glenside, Pennsylvania.

4.      During the Meet and Confer Call, the Parties discussed the grounds for LoanStream's Motion, including our respective views concerning whether there is sufficient evidence to show that LoanStream is vicariously liable for the calls that allegedly occurred in violation of the Telephone Consumer Protection Act ("TCPA"). LoanStream believes there is insufficient evidence to make or prove such a claim under principles of actual authority, apparent authority, and/or ratification, but Plaintiff disagrees. When discussing the substance of the Motion, LoanStream presented Plaintiff with legal bases supporting its position, as well as supporting facts and evidence, much of which is part of the Court's record due to Plaintiff's recent Motion for Class Certification filing and the Parties' briefing as to that motion.

DECLARATION OF ADAM R. SCOTT ISO DEFENDANT'S MSJ OR PARTIAL MSJ

5.      LoanStream also raised several other issues that are relevant to its Motion, including the lack of evidence showing (and, at times, affirmative evidencing negating) that (i) more than one call was by or "on behalf of" LoanStream, (ii) who registered the alleged phone number on the Do-Not-Call Registry, and (iii) that an agency relationship existed between LoanStream, on the one hand, and Sean Roberts, Premier Financial Marketing, LLC dba Resmo Lending ("Resmo") and/or Global Experts Limited ("Global Experts"), on the other hand. LoanStream also highlighted that the call data that Plaintiff obtained from non-party LizDev, Inc. ("LizDev"), through a third-party subpoena and later produced in discovery, and which forms the basis of Plaintiff's case, is unauthenticated and incomplete, among other raised deficiencies.

6.      Plaintiff disagreed with LoanStream's views concerning each issue above, largely for the same reasons previously highlighted during the Parties' briefing on Plaintiff's recent Motion for Class Certification. Among other things, Plaintiff continues to believe that the call data obtained from LizDev demonstrates that numerous calls were made in violation of the TCPA and that, as a result, there is adequate evidence to hold LoanStream vicariously liable for the conduct for Resmo and/or Global Experts—particularly in the manner contemplated in Plaintiff's operative First Amended Complaint.

7.      Despite their diligent efforts to narrow the scope of disputed issues, the Parties were unable to resolve their differences of opinion as to each of the legal issues LoanStream now presents in its Motion.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

Executed on June 4, 2026, at San Diego, California.

_/s/ Adam R. Scott_
Adam R. Scott, Esq.

P:4903-0729-7453.5:66075-002                                      -2-                          Case No. 8:24-cv-00067-FWS-JDE

DECLARATION OF ADAM R. SCOTT ISO DEFENDANT'S MSJ OR PARTIAL MSJ