# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCMBC, INC. D/B/A LOANSTREAM MORTGAGE, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS,<br><br>Defendants. | Case No. 8:24-cv-67-FWS-JDE<br><br>**[PROPOSED] JUDGMENT / ORDER GRANTING DEFENDANT OCMBC, INC. D/B/A LOANSTREAM MORTGAGE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:      July 16, 2026<br>Time:     10:00 a.m.<br>Crtrm.:   10D<br><br>Judge:      Hon. Fred W. Slaughter<br>Magistrate: Hon. John D. Early<br><br>Action Filed: January 11, 2024<br>Trial Date:   October 27. 2026 |

Defendant OCMBC, Inc. d/b/a LoanStream Mortgage's ("Defendant" or "LoanStream") Motion for Summary Judgment or, In the Alternative, Partial Summary Judgment ("Motion") came on for hearing on July 16, 2026, in Courtroom 10D of the above-captioned Court, the Honorable Fred W. Slaughter presiding.

Having considered Defendant's Motion, all papers and evidence submitted in support and opposition thereto, all arguments provided at the above-referenced hearing, and all pleadings and papers previously submitted and on file in this action, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Defendant OCMBC, Inc. d/b/a LoanStream Mortgage's Motion for Summary Judgment or, In the Alternative, Partial Summary Judgment is GRANTED as set forth in the Court's Order dated _____;

2. Judgment is hereby entered in favor of Defendant and against Plaintiff Kimberly Hudson-Bryant ("Plaintiff") as to all claims and causes of action asserted in Plaintiff's First Amended Complaint ("FAC");

3. Plaintiff shall take nothing by way of her FAC; and

4. Defendant is the prevailing party in this action, and as such, is entitled to costs pursuant to Federal Rule of Civil Procedure 54(d).

**IT IS SO ORDERED.**

Date:_____            _____

Honorable Fred W. Slaughter
District Judge

P:4931-4816-9394.1:66075-002