Dana Oliver
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021
Attorney for Plaintiff and Putative Class

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> *v.* <br><br> OCMBC, INC. D/B/A LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS <br><br> *Defendants* | Case No. 8:24-cv-67-FWS-JDE <br><br> **DECLARATION OF ANTHONY PARONICH TO ORDER TO SHOW CAUSE** <br><br> Judge: Hon. Fred W. Slaughter <br><br> Magistrate: Hon. John D. Early |

## <u>DECLARATION OF ANTHONY PARONICH</u>

## <u>TO ORDER TO SHOW CAUSE</u>

I, Anthony Paronich, declare as follows:

1.      I am one of the attorneys for Plaintiff in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them. I previously submitted a declaration in support of Plaintiff's Reply (ECF No. 74-2). I submit this declaration to address responsibility in connection with the Court's Order to Show Cause. Nothing in this declaration is intended to revisit or contradict my prior declaration.

2.      Mr. Perrong was the attorney principally responsible for preparing and filing the Motion for Class Certification and for drafting the Local Rule 7-3 compliance statement contained in it.

3.      As stated in my prior declaration, on April 18, 2025, I participated in a telephone call with LoanStream's counsel concerning case scheduling and the work that remained before the class certification motion could be filed, including the anticipated motion. The parties also exchanged email correspondence prior to this call, including a February 26, 2025 email outlining that the Plaintiff intended to file a Class Certification motion in several months and the testimony that was anticipated to be necessary to support it.

4.      I understood that the parties had communicated about the anticipated class certification motion. I was not aware that Local Rule 7-3 had been amended effective June 1, 2025 to require an in-person, video, or telephonic conferral or a

- 1 -
DECLARATION TO ORDER TO SHOW CAUSE
*Hudson-Bryant v. OCMBC, Inc. d/b/a LoanStream*

declaration made under penalty of perjury outlining the position of each party with respect to each disputed issue. As such, I incorrectly assumed that the parties' prior conferrals outlined here sufficed. I now know they did not under Local Rule 7-3, as amended on June 1, 2025. I apologize to the Court and opposing counsel for this oversight.

5.    To the extent my own conduct contributed to the deficiency the Court has identified, I accept my share of responsibility as co-counsel. I join in the commitments set out in Mr. Perrong's declaration regarding compliance with this District's Local Rules going forward.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT

EXECUTED THIS ___Jun 9, 2026_____
IN THE UNITED STATES OF AMERICA.


_____
Anthony Paronich (Jun 9, 2026 16:28:12 EDT)
Anthony Paronich