Dana Oliver
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021
Attorney for Plaintiff and Putative Class

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> *v.* <br><br> OCMBC, INC. D/B/A LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS <br><br> *Defendants* | Case No. 8:24-cv-67-FWS-JDE <br><br> **DECLARATION OF DANA OLIVER TO ORDER TO SHOW CAUSE** <br><br> Judge: Hon. Fred W. Slaughter <br><br> Magistrate: Hon. John D. Early |

<u>**DECLARATION OF DANA OLIVER**</u>

<u>**TO ORDER TO SHOW CAUSE**</u>

- i -
DECLARATION TO ORDER TO SHOW CAUSE
*Hudson-Bryant v. OCMBC, Inc. d/b/a LoanStream*

I, Dana Oliver, declare as follows:

1.      I am local counsel of record for Plaintiff in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them. I submit this declaration in connection with the Court's Order to Show Cause.

2.      I was not consulted regarding the Local Rule 7-3 conferral or the compliance statement in connection with the Motion for Class Certification before it was filed, and I did not participate in preparing the compliance statement.

3.      As local counsel, attention to this District's Local Rules and procedures is part of my role. I was not brought into that process for this Motion, and I accept responsibility for that gap on my part.

4.      Going forward, I will serve as a backstop on Local Rule and procedural compliance in this matter. Co-counsel has agreed to confirm with me any question concerning the Local Rules or this Court's procedures before filing. I will serve as a backstop on Local Rule and procedural compliance in this matter, including by conducting reviews for compliance with the Local Rules, including Local Rule 7-3 and this Court's procedures.

DECLARATION TO ORDER TO SHOW CAUSE
*Hudson-Bryant v. OCMBC, Inc. d/b/a LoanStream*

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT

EXECUTED THIS ___Jun 9, 2026_____ IN THE UNITED STATES OF AMERICA.

_____

Dana Oliver

- 2 -
DECLARATION TO ORDER TO SHOW CAUSE
*Hudson-Bryant v. OCMBC, Inc. d/b/a LoanStream*