THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
ADAM R. SCOTT [SBN 333706]
ascott@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant OCMBC, INC.
d/b/a LOANSTREAM MORTGAGE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>OCMBC, INC. D/B/A LOANSTREAM MORTGAGE, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS,<br><br>        Defendants. | Case No. 8:24-cv-67-FWS-JDE<br><br>**DECLARATION OF THOMAS F. LANDERS IN SUPPORT OF DEFENDANT OCMBC, INC. D/B/A LOANSTREAM MORTGAGE'S REPLY TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Judge:        Hon. Fred W. Slaughter<br>Magistrate:  Hon. John D. Early<br><br>Action Filed:  September 10, 2024<br>Trial Date:    October 27, 2026 |

P:4926-4268-7157.4:66075-002

Case No. 8:24-cv-67-FWS-JDE

LANDERS' DECLARATION IN SUPPORT OF DEFENDANT OCMBC, INC.'S REPLY TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

I, Thomas F. Landers, declare:

1.    I am an attorney at law licensed to practice before all federal and state courts in the State of California and am a partner with Solomon Ward Seidenwurm & Smith, LLP, counsel for Defendant OCMBC, Inc. dba LoanStream Mortgage ("Defendant" or "LoanStream") in this action. I have personal knowledge of the facts set forth in this declaration, which I submit in support of Defendant's Reply to Plaintiff's Response to Order to Show Cause ("Reply").

2.    I have spent more than 4 hours and $2,480 dollars of billable time addressing plaintiff's counsel's failure to comply with Local Rule 7-3. This does not include billable time spent by other members of my litigation team. My hourly rate is $620. When plaintiff filed her Class Certification Motion, among other tasks, I reviewed the "Local Rule 7-3 Compliance Statement"  that was included with the brief and which contended that an April 18, 2025 telephone call between Anthony Paronich and myself complied with the Local Rule 7-3 meeting of counsel requirement. In response, I reviewed my emails from the relevant time period as well as my billing entries. I refamiliarized myself with where this case stood in April 2025, including by reviewing the Court's docket and conferring with members of my litigation team. I then drafted my "Declaration of Thomas F. Landers in Support of Defendant OCMBC, Inc. d/b/a LoanStream's Opposition to Plaintiff's Motion for Class Certification" (Dkt. #69-1), which addressed the Local Rule 7-3 issue. I also drafted sections of LoanStream's Opposition to the Class Certification Motion dealing with the Local Rule 7-3 issue. I spent a minimum of two hours on these tasks.

3.    After the Court issued its Order to Show Cause Why Sanctions Should not Issue Against Plaintiff's Counsel ("OSC") (Dkt. #77), I reviewed Plaintiff's Response to Order to Show Cause ("OSC Response). (Dkt. #83), along with the supporting declarations of counsel. I then prepared this declaration and LoanStream's Reply. I spent a minimum of two hours on these tasks. Again these time calculations do not include the billable time spent by other members of my litigation team.

P:4926-4268-7157.4:66075-002                          -2-                          Case No. 8:24-cv-67-FWS-JDE

LANDERS' DECLARATION IN SUPPORT OF DEFENDANT OCMBC, INC.'S REPLY TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

4.    My prior declaration, (Dkt. #69-1), states the facts surrounding the communications I had with Plaintiff's counsel in April 2025, which will not be repeated here. Plaintiff's counsel's current declaration refers to a February 26, 2025 e-mail as being part of our April 2025 communications. I searched my emails and found only one from Plaintiff's counsel on February 26, 2025, a true and correct copy of which is attached as **Exhibit 1,** without the voluminous exhibits that were attached to it.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

Executed on June 17, 2026, at San Diego, California.

*/s/ Thomas F. Landers*
Thomas F. Landers, Esq.

LANDERS' DECLARATION IN SUPPORT OF DEFENDANT OCMBC, INC.'S REPLY TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

# EXHIBIT 1

| | |
|---|---|
| **From:** | Anthony Paronich <anthony@paronichlaw.com> |
| **Sent:** | Wednesday, February 26, 2025 4:59 AM |
| **To:** | Adam R. Scott; Woody L. Doolittle; Thomas F. Landers; Sylvia M. Durazo; newportroberts@hotmail.com |
| **Cc:** | Andrew Perrong |
| **Subject:** | Kimberly Hudson-Bryant v. OCMBC, et. al. |
| **Attachments:** | EXHIIBT 9 - 272,092 calls to 53,726 unique numbers.xlsx; EXHIBIT PACKET - LoanStream - Exhibits 1-9.pdf; Expert Report of Aaron Woolfson -- 2.26.25.pdf; MiniUStorage_Move-inWelcome_B014_ 20230202_265.pdf; MiniUStorage_PastDueNotice_B014_20230313_687.pdf; Loanstream 30(b)(6).pdf; Deposition Subpoena to Cynthia Roberts.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Counsel and Mr. Roberts:

We're attaching several items:

- The Expert Report of Aaron Woolfson, and associated documents.
- The Plaintiff's 30(b)(6) Notice to Loanstream (please let us know after you review the topics what dates work for the designee(s)).
- We'd also like to coordinate a 30(b)(1) deposition of Serene Vernon, so please let's us know available dates for that. We wanted to get that process started now because we understand that coordinating dates may be a challenge (https://nationalmortgageprofessional.com/news/ocmbc-president-arrested-dui-murder)
- A deposition subpoena to Cynthia Roberts (Mr. Roberts, please let us know dates that work in the timeframe we've provided or have Ms. Roberts provide the same). Similarly, please let us know when the production of the documents requested in the subpoena can be made.
- A supplemental production made to us by Mr. Roberts.

Finally, now that you're in receipt of our expert report and as we will be preparing our class certification motion over the next few months, please let us know if we should attempt to schedule a mediation with Judge Papas.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

1