22

And then that person --- I would take the call depending on where it was going because I was licensed at the time, and still am.  And then Jared --- it just depends where the call came from.

Q.    So as I'm sure you're aware, our client received a call from Global Experts Call Center, or what we believe is Global Experts Call Center, that stated that their name was Carisha with LoanStream Mortgage.

So was --- was that lead then going to be --- if --- if the customer expressed an interest in the mortgage products, would that lead then be sold to LoanStream?

A.    It would be originated, first of all to go to LoanStream, yes.

Q.    Okay.

So Resmo essentially provides leads to LoanStream of customers that are interested in refinancing or --- or getting mortgage loans?

A.    We ran two campaigns with

23

LoanStream, yes.

Q.      What were the --- what were the nature of those two campaigns?

A.      Just --- they were marketing campaigns for loans.

Q.      Was there like --- you say two campaigns, so it sounds like there Was some sort of distinction there?

A.      Yes.  We purchased data twice from LizDev and sent the data over.

Our first purchase was, I believe in October of 2022, and I think we did one more in January of 2023 and then rates had gone up, so we kind of blew out of there.

Q.      Okay.

A.      And then Global Experts wasn't very good at what they did, so it wasn't a good value for us anyways.

Q.      Uh-huh.  Do you know if Elizabeth Stone owns Global Experts?

A.      I believe she is an investor.

I don't think she owns it.

Q.      Okay.

A.      I think she put up some money

45

don't remember the name.  They sent me occasional emails.  I can look it up if you need, but it's --- it's --- it's a service that we use.  Then they also tell us people that are looking to file TCPA lawsuits so they give us those numbers as well.

Q.    Did LoanStream Instructor require you to scrub against the Do Not Call list?

A.    They just wanted to make sure that the --- the data that we receiving was opt-in and they wanted --- they didn't --- we just --- they -- - we made --- we had a verbal agreement that, you know, we weren't going to just start dialing white pages or crap or people who weren't interested in loans and so, you know, they --- they basically asked me how I received my data.  I told them how I received my data.  They asked me if it was opted-in and I said yes.  They asked me if I had policies and procedures regarding TCPA.  I said

46

absolutely.  And they asked me regarding can spam I said absolutely, and then we rolled on.

Q.    And did they ask you for copies of those or did they just ask if they existed?

A.    They just wanted to make sure that I had them and I was adhering to them.

Q.    In what format would they have asked you for --- for --- for that?

Was that as part of the vendor onboarding?  Was that through email?

A.    It was --- it was part of the original conversation my wife had and I was in the room because they wanted to --- the conversation was tell me how you market.

Q.    So it was an in-person conversation?

A.    We explained it --- we explained it --- we explained that.

So she explained it.

Q.    I'm sorry for cutting you off.

That was an in-person

51

loans, six, max ten.  That would be --- I --- don't even know that was the case.

And so there --- there --- there --- there wasn't anyone we really communicated with, I guess.  Sorry for making that such a long answer.

BY ATTORNEY PERRONG:

Q.    Understood.  Do you recall the individuals that were on the telephone call that you had --- that you described prior to taking a break with ---

A.    I only I --- I spoke --- I met with and my wife was present with Serene Vernon and I exchanged emails with Serene, but only when my wife wasn't getting a response.  So --- so if my wife would email them and she didn't get a response one or two or three days, then I would say email Serene and CC me, and then, you know, I can get on Serene to get her company to --- to respond, you know?  So it

52

was kind of --- you know, so that --- that --- it was only --- it was very rare that we ever communicated with them.

Q.    Besides Serene, do you recall anybody else on that telephone call?

A.    No.

Q.    And then I guess you've said a lot here about this entire relationship and seems like there's, at least to me, a lot of moving parts and a lot of pieces here.  Could you just distill the essence of who hired who to do what in your own words?

A.    We --- or, excuse me, Resmo Lending hired LizDev for leads in which we sent those leads and hired Global Experts to call those individuals, and then AFN, Lending Three, and LoanStream loan agents would answer those calls.

Q.    And LoanStream was provided LizDev's invoices so that they could provide the funding or --- or justify the funding necessary ---

53

A.     In advance.  Justify in advance.

Q.     Advance.  For your wife's ---

A.     Branch.

Q.     --- beta office?

A.     Beta office branch.  Whatever.  Temporary office, whatever it was.

ATTORNEY PERRONG:

All right.

No further questions from --- from our side.

---

CROSS EXAMINATION

---

BY ATTORNEY LANDERS:

Q.     Mr. Roberts, I'll be brief with your time here.  Earlier you spoke about the scripts that Global Experts were using and the drafting of those scripts, and you --- you referred that it was a collaborative effort and you referred to a she.  Is the "she" someone at Global Experts?

A.     Yes, Trafine Brown.

54

Q.      Okay.

And to your knowledge, LoanStream was not involved in any way in drafting the scripts?

A.      Correct.  They were not involved at all.

Q.      To your knowledge, did LoanStream even know that the scripts existed?

A.      Yes.  Serene and I had a conversation.  She asked me what we use and I --- I gave her a description of the scripts and how we contact the clients.  And she, you know --- you know, she said, you need to assure me, you know, that these are, you know, opt-ins and et cetera.  And I said yes.  We --- we --- we've been doing this for a year.  We've never had any issues at all.  We've been using the same --- well, we weren't using Global Experts, we were using it in AI, but --- but we never had any issues, any TCPA violations.  None of that.

Nothing of that nature, so ---.

55

Q.     This conversation with Serene, is --- is that the telephone conversation that you referenced earlier?

A.     I --- I don't remember.  It was either conversation over the phone or when we met at Bistango.

Q.     When you met where?

A.     At Bistango restaurant in New --- Irvine, California.

Q.     When was that meeting, to the best of your recollection?

A.     May or June of 2022.

ATTORNEY LANDERS:

Okay.

I have no further questions and.

ATTORNEY PERRONG:

And I have no Redirect.

So, Mr. Roberts, obviously I'm not your attorney, so I can't give you legal advice, but I need to ask you whether or not you intend to execute your right to read