Page 9

BY MR. PERRONG:

Q    Did you receive a W-2 from LoanStream?

A    I do not remember.

Q    Did you receive a 1099 from LoanStream?

A    I don't remember.

Q    How did LoanStream -- or let me step back.

Did LoanStream pay you for your work as part of this mini branch?

A    The way that I remember being compensated is because it takes a while to get loans and process and, you know, this process takes a while.  So the branch was trying to get up and running and needed funding to do so before we were actually closing loans.  So they would fund it for marketing.

Q    Okay.  How many loans approximately did the branch originate?

A    I want to say ten.  Let's say eight to 15.

Q    Okay.  And were those loans all originated through LoanStream?

A    Yes.

Q    Okay.  Did the branch have a particular name, or was it called like the LoanStream California branch, or did it have a unique name or --

A    I think it was C. Roberts Branch, something like that.  It wasn't anything, you know, cute to it.



Page 10

Q    Okay.  To your knowledge, did LoanStream operate other beta branches similar to the C. Roberts Branch?

A    I assumed so, but I have no real knowledge of that.

Q    Under what circumstances did the branch close?

A    Rates went up, and it was not tenable any longer to do that business.

Q    I think that you mentioned that you were involved in the marketing and lead generation activities for the beta branch.

Could you explain how LoanStream funded those activities?

A    No, I wasn't involved in it.  They helped us have funding by paying marketing.

Q    And when you started your work at the beta branch, were you new to the finance business, or had you had previous jobs working in mortgages?

A    Yes.  I was new to the finance business, and so this is one reason why some of my answers seem like I don't know about what I'm talking about.  I have done a lot of work with software programs similar to what they use and done a lot of work in accounting, and so they thought that those skills would transfer.  I was in between careers, to be very simple.



Page 11

Q    And what software programs did they use that you had some experience with?

A    I didn't have experience with their specific softwares, just similar.

Q    Okay.

A    For different industries.

Q    What specific program did they use?

A    I think it's called Encompass.

Q    Were you involved -- what was your involvement, if any, in the process of generating leads for this branch?

MS. IMANAKA:  Objection.  Asked and answered.

Ms. Roberts, when I assert an objection, it's just for the record.  You can answer unless someone instructs you not to answer.

THE WITNESS:  Okay.

MS. IMANAKA:  If you have an answer.

THE WITNESS:  Okay.  I will just say that we had a company that generated the leads, and all we did was ask for the leads, and that was it.

BY MR. PERRONG:

Q    What was the name of the company?

A    LizDev.

Q    And who was the individual responsible for the day-to-day correspondence between LizDev and the branch?



Page 12

A    We worked through Premiere Financial.

Q    And Premier Financial was your husband's company?

A    Yes.

Q    So you communicated then directly with Premier Financial regarding these matters?

A    Right.  I would say, Okay.  We need the phone to ring X many times or however many calls, and they would coordinate that with LizDev.

Q    Did Premier Financial submit invoices to the C. Roberts Branch?

A    No, no.  The invoices were from LizDev.

Q    And what's -- walk me through the process of an invoice from LizDev.  Where would the invoice go to be paid?

A    To LoanStream's accounting.

Q    And then LoanStream would -- would they cut a check to the branch or would they cut a check to LizDev directly?

A    Oh, boy.  I don't remember.  I'm sorry.  I don't remember how that worked.

Q    Are you familiar with a company called Global Experts?

A    No.

Q    When you sent the -- or let me clarify.



MAGNA
LEGAL SERVICES

Page 20

A    No.  See, I would remember all that.

Q    Would LoanStream file the taxes for the branch as a subsidiary, or would taxes have been filed and just weren't filed?

A    You know, now that you're asking me these things, I feel -- you'll have to repeat that, but because I didn't hear you.  I was thinking, but I think that they did give me a W-2.

Q    Okay.

MS. IMANAKA:  Back to the last question, objection.  Calls for speculation.  Calls for legal conclusion.

THE WITNESS:  Okay.  So ask me again.

BY MR. PERRONG:

Q    So LoanStream, to the extent that you're aware, you did not file taxes for the beta branch?  LoanStream did?

A    I don't know.  I mean, however they had it set up, I'm sure they took care of what they needed to do, but I don't know how they did that.

Q    But you personally, based on your own personal knowledge, have no knowledge or recollection of filing taxes for the beta branch?

A    No.  I remember I had problems getting my W-2 because I wasn't there anymore, and I couldn't log into



Page 21

ADP, and so I was just thinking this through:  That it was difficult for me to obtain the W-2, but I finally got it.

Q    Can you confirm your year of birth for me?

A    My year?

Q    Yes.

A    1967.

Q    Thank you.

Were there any formal agreements or contracts between LoanStream and this C. Roberts beta branch?

A    I'm sorry.  Tell me again -- ask me again.

Q    Yeah.  Were there any formal agreements or contracts between LoanStream and this C. Roberts beta branch?

A    Yes.  I sure don't remember exactly what it said.  Yeah, but, yes.  Part of the on-boarding, it signed something.

Q    Do you still have that document in your possession?

A    Not at my fingertips.  I'll -- I can try to find it.

Q    Yes.  We'll follow up and ask you to do a search for that contract as well.

A    Okay.

Q    Did LoanStream set forth any specific goals or



Page 29

A    Maybe.  I don't remember, but I could have.

Q    Did you use the invoices to justify further funding for the beta branch?

A    Well, they were paying that, so that we could survive long enough to create our own profit.  Does that make sense?  Yes.

Q    Were there any disputes or unresolved issues between the beta branch and the LoanStream at the time of its closure?

A    No.

Q    Did LoanStream provide any funding or cash advances for the purpose of marketing, or did it just pay invoices?

A    Right.  It paid invoices.

Q    Who were the individuals at LoanStream with whom you interacted most frequently?

A    Hmm.  Well, there were several people.  There were -- let's see.  There was one woman who would help me with questions of -- if there was a question on a loan that I didn't understand.  So there was a person like that.  There were people in accounting, guys at the rate lock desks.  It's like a processing manager that was also helping me with questions, or like if I needed to talk to a certain type of person there, then they would tell me who that was, you know.



Page 44

copy?

MR. PERRONG:  Yes, I'm bringing it up again.

MS. IMANAKA:  Let me know when you're ready.
Mr. Perrong, may I proceed?

MR. PERRONG:  Yes.

BY MS. IMANAKA:

Q    Ms. Roberts, this is a single-page document
with some DocuSign information following that dated
November 9th, 2021.

Do you see that?

A    Uh-huh.

MR. PERRONG:  I just want to object on the
basis that this hasn't been produced in discovery, but
you can ask about them.

THE WITNESS:  I'm sorry.  I keep coughing.

MS. IMANAKA:  No worries.

BY MS. IMANAKA:

Q    Would you like some water?  Okay.  Great.

Ms. Robert, does this document refresh your
recollection that you began as an MLO assistant at
LoanStream for a period of time and then were eventually
shifted positions to a non-producing branch manager?

A    Yes.  I didn't remember this actually.

Q    And so is it fair to say that you did start as
an MLO assistant for a period of time and then sometime,



Page 45

it looks like, November 16th, 2021, you then were --
changed rolls and became a non-producing manager; is
that right?

A    Uh-huh.  I guess so.

Q    Do you have any reason to believe that this
document is not accurate?

A    No.  I'm sure that's accurate.  My memory isn't
accurate.

Q    And do you see at the bottom of that page, the
employee signature line?

A    Uh-huh.

Q    And it's signed your name.  Do you recall
signing your on-boarding documents via DocuSign?

A    Yes, uh-huh.  Yes, I did.

Q    Is it fair to say that prior to
November 16th, 2021, you did not perform any job duties
as a non-producing branch manager for LoanStream?

A    Right.

Q    Thank you.  I have no further questions on that
exhibit.

        I'll drop into the chat box a new exhibit,
which we will mark as Exhibit C.  It should be uploading
now.  Counsel, and, Ms. Roberts, please let me know when
you're ready to proceed.

///



Page 50

A    Yes.

Q    And you agreed to be bound by the terms and conditions of this agreement?

A    Yes.

Q    Can you scroll please to Page 7 of Exhibit C, and there contains a signature block.

Do you see that?

A    Yes.

Q    Do you see your name Cynthia Roberts signed?

A    Yes.

Q    Did you authorize your signature via DocuSign to this agreement?

A    Yes, uh-huh.

Q    Scroll back please to Page 1, and it says that the agreement was dated November 16th, 2021, which is consistent with Exhibit B in terms of when you started working as a non-producing branch manager at LoanStream; correct?

A    Right.

Q    Can you please scroll down to Section 1b regarding compliance.

A    Right.

Q    Do you see that?

A    Yes.

Q    It states quote:



Page 51

"Branch manager warrants, promises, and covenants that he slash she will take all necessary actions to comply with all State, Federal, and other licensing requirements and obligations as well as with all of OCMBC's policies and procedures and terms and conditions of this agreement," end quote.

Do you see that?

A    Yes.

Q    Did you agree with that provision?

A    Right, yes.

Q    Did you comply with that during your time working for LoanStream?

A    Yes.

Q    Section 2a, discusses your employment being at will.

Do you see that?

A    Yes.

Q    Did you understand that your employment at LoanStream was on an at-will basis, meaning it could be terminated at any time, with or without cause, with or without notice?

A    Yes.



Page 52

Q    And Section 2b, discusses confidentiality.

Do you see that?

A    Uh-huh, yes.

Q    You also agreed to be bound by that term; correct?

A    Uh-huh.

Q    Yes?

A    Yes.

Q    Thank you.

Section 3 discusses title and duties of employment beginning on the top of Page 2 of Exhibit B.

Do you see that?

A    Uh-huh.

Q    Please review that and then let me know if that is consistent with your understanding of your duties as a non-producing branch manager at LoanStream?

A    Uh-huh, yes.

Q    Section 4 regarding conflict of interest, states quote:

"While employed at OCMBC, branch manager shall not, without the written consent of OCMBC, directly or indirectly engage in or acquire an equity interest in any mortgage business.  Branch manager will not,



MAGNA
LEGAL SERVICES