PLACEHOLDER EXHIBIT

ECF 60-5, ACCOUNTING LEDGER/P&L STATEMENT

(PREVIOUSLY FILED UNDER SEAL)