Dana Oliver
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021
Attorney for Plaintiff and Putative Class

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>OCMBC, INC. D/B/A LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS<br><br>*Defendants* | Case No. 8:24-cv-67-FWS-JDE<br><br>**ARTIFICIAL INTELLIGENCE COMPLIANCE DECLARATION**<br><br>Judge: Hon. Fred W. Slaughter<br><br>Magistrate: Hon. John D. Early |

## <u>ARTIFICIAL INTELLIGENCE COMPLIANCE</u>

## <u>DECLARATION OF ANDREW ROMAN PERRONG</u>

I, Andrew Perrong, declare as follows:

1.      I am one of the attorneys for Plaintiff Kimberly Hudson-Bryant in this action admitted *pro hac vice*. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently to them.

2.      Generative artificial intelligence was used to generate portions of Plaintiff's Opposition to the Motion for Summary Judgment, as well as the Responses to Statements of Undisputed Material Facts and additional Material Facts. I am the filer of the aforementioned documents.

3.      The filer has reviewed the source material and verified that the artificially generated content is accurate and complies with the filer's Rule 11 obligations.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT

EXECUTED THIS JUNE 18, 2026
IN THE UNITED STATES OF AMERICA.

_____
Andrew Perrong

- 1 -
ARTIFICIAL INTELLIGENCE COMPLIANCE DECLARATION
*Hudson-Bryant v. OCMBC, Inc. d/b/a LoanStream*