Dana Oliver
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021
Attorney for Plaintiff and Putative Class

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> *v.* <br><br> OCMBC, INC. D/B/A LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS <br><br> *Defendants* | Case No. 8:24-cv-67-FWS-JDE <br><br> **[PROPOSED ORDER DENYING] DEFENDANT OCMBC, INC. d/b/a LOANSTREAM MORTGAGE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** <br> Judge: Hon. Fred W. Slaughter <br><br> Magistrate: Hon. John D. Early <br><br> Hearing (In Person): <br> July 16, 2026, 10:00 A.M. <br> Courtroom 10D |

- i -
PROPOSED ORDER DENYING MOTION FOR SUMMARY JUDGMENT
*Hudson-Bryant v. OCMBC, Inc. d/b/a LoanStream*

**[PROPOSED ORDER DENYING]**
**DEFENDANT OCMBC, INC.**
**d/b/a LOANSTREAM MORTGAGE'S MOTION FOR SUMMARY**
**JUDGMENT, OR IN THE ALTERNATIVE,**
**PARTIAL SUMMARY JUDGMENT**

AND NOW, this _____ day of _____, 202____, it is hereby ORDERED that the Defendant's Motion for Summary Judgment is hereby DENIED for the following reasons:

1.    Genuinely disputed material facts exist regarding the number of calls received and their purpose.

2.    There is no personal registration requirement imposed by the TCPA as a matter of law.

3.    Genuinely disputed material facts exist as to whether the Plaintiff may bring this case as a regular user of the telephone number at issue.

4.    Genuinely disputed material facts exist, including as to any one of the three agency theories requiring a jury to determine whether LoanStream is vicariously liable.

5.    Genuinely disputed material facts exist as to whether the conduct was knowing or willful.

*BY THE COURT:*

_____
, J.