Dana Oliver
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021
Attorney for Plaintiff and Putative Class

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>OCMBC, INC. D/B/A LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS<br><br>*Defendants* | Case No. 8:24-cv-67-FWS-JDE<br><br>**PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Judge: Hon. Fred W. Slaughter<br><br>Magistrate: Hon. John D. Early |

## APPLICATION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule 79-5 and the Stipulated Protective Order entered in this action (ECF No. 26), Plaintiff Kimberly Hudson-Bryant respectfully applies for leave to file under seal certain portions of Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment and Statements of Facts. The Court has already ordered that some of the materials referenced in the Reply be sealed

already. (ECF No. 67). As for other materials, the sealing motion(s) remain pending. (ECF Nos. 73, 78).

Dated: June 18, 2026

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
(*Pro Hac Vice*)
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

## **LOCAL RULE 11-6.2 COMPLIANCE STATEMENT**

The undersigned, counsel of record for Plaintiff, certifies that this application contains 69 words, which complies with the word limit of L.R. 11-6.1.

June 18, 2026

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

June 18, 2026

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.

- 2 -
APPLICATION FOR LEAVE TO FILE UNDER SEAL
*Hudson-Bryant v. OCMBC, Inc. d/b/a LoanStream*