Dana Oliver
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021
Attorney for Plaintiff and Putative Class

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,

*Plaintiff,*

*v.*

OCMBC, INC. D/B/A LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS

*Defendants*

Case No. 8:24-cv-67-FWS-JDE

**[PROPOSED ORDER GRANTING] PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**

Judge: Hon. Fred W. Slaughter

Magistrate: Hon. John D. Early

## [PROPOSED ORDER GRANTING]
## <u>APPLICATION FOR LEAVE TO FILE UNDER SEAL</u>

AND NOW, this _____ day of _____, 2026, it is hereby ORDERED

that the Plaintiff's Application for Leave to File Under Seal is hereby GRANTED

as follows:

- 1 -
[PROPOSED ORDER GRANTING]
APPLICATION FOR LEAVE TO FILE UNDER SEal
*Hudson-Bryant v. OCMBC, Inc. d/b/a LoanStream*

Leave is hereby granted to file Exhibit B (the Profit and Loss Statement) and an unredacted copy of the Opposition and Statements of Material Facts under seal.


*BY THE COURT:*


_____

Hon. Fred W. Slaughter, J.

[PROPOSED ORDER GRANTING]
APPLICATION FOR LEAVE TO FILE UNDER SEAL
*Hudson-Bryant v. OCMBC, Inc. d/b/a LoanStream*