# EXHIBIT 16

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT

OF PENNSYLVANIA

* * * * * * * *

KIMBERLY                     *

HUDSON-BRYANT,        *

    Plaintiff        *    Case No.

    vs.              *    8:24-CV-67-FWSJDE

OCMBC, INC.,          *

et al.,               *

    Defendant         *

* * * * * * * *

DEPOSITION OF

SEAN ROBERTS

February 21, 2025

Any reproduction of this transcript is prohibited without authorization by the certifying agency.

Sargent's Court Reporting Service, Inc.
(814) 536-8908

DEPOSITION

OF

SEAN ROBERTS, taken on behalf of the Plaintiff herein, pursuant to the Rules of Civil Procedure, taken before me, the undersigned, Haylie Trapp, a Court Reporter and Notary Public in and for the Commonwealth of Pennsylvania, via teleconference, on Friday, February 21, 2025 beginning at 11:05 a.m.

20

that through LizDev?

A.     It was referred.  Yeah, she referred them to me --- to us.

Q.     If I give the name Global Experts Limited, does that ring a bell?

A.     Sure.

Q.     How do you know Global Experts Limited?

A.     As I stated, I was referred to them by LizDev.

Q.     So Global Experts Limited is the call center in Jamaica that LizDev and Elizabeth Stone referred you to?

A.     Correct.

Q.     Resmo had clients, right?

A.     Two or three, maybe.  We were kind of our own clients.

Q.     I suppose --- I'm not familiar with --- as much with the mortgage business.  Could you try to distill the sort of payment arrangement or referral arrangement that you had in --- in more layman's terms, so I can understand it a little better?

21

A.      So we would purchase opt-in leads from LizDev --- opt-in mortgage leader inquiries of people that were interested in refinancing.  We would provide that data to, as you stated, Global Experts, and then they would dial those consumers and try to transfer them to the parties working in my office.

Q.      And once a potential customer was transferred to a party working in your office and expressed interest in a mortgage, what --- what would happen at that point?

A.      So it --- it --- it --- it --- so it depends on the state that the consumer was calling from because I was licensed in two or three states, four states, Gregg was licensed in six, eight states, and then we had Jared was licensed in one or two states.  So the call would be routed to the person whose state that they were properly licensed in to talk to the consumer about refinancing.

22

And then that person --- I would take the call depending on where it was going because I was licensed at the time, and still am. And then Jared --- it just depends where the call came from.

Q. So as I'm sure you're aware, our client received a call from Global Experts Call Center, or what we believe is Global Experts Call Center, that stated that their name was Carisha with LoanStream Mortgage.

So was --- was that lead then going to be --- if --- if the customer expressed an interest in the mortgage products, would that lead then be sold to LoanStream?

A. It would be originated, first of all to go to LoanStream, yes.

Q. Okay.

So Resmo essentially provides leads to LoanStream of customers that are interested in refinancing or --- or getting mortgage loans?

A. We ran two campaigns with

23

LoanStream, yes.

Q.     What were the --- what were the nature of those two campaigns?

A.     Just --- they were marketing campaigns for loans.

Q.     Was there like --- you say two campaigns, so it sounds like there Was some sort of distinction there?

A.     Yes.  We purchased data twice from LizDev and sent the data over.

       Our first purchase was, I believe in October of 2022, and I think we did one more in January of 2023 and then rates had gone up, so we kind of blew out of there.

Q.     Okay.

A.     And then Global Experts wasn't very good at what they did, so it wasn't a good value for us anyways.

Q.     Uh-huh.  Do you know if Elizabeth Stone owns Global Experts?

A.     I believe she is an investor.  I don't think she owns it.

Q.     Okay.

A.     I think she put up some money

24

for it.

Q.     Did you communicate with Global Experts directly or did you communicate with Global Experts through Liz?

A.     Both.   So I would get my reports and my emails primarily from Global, and if I had issues, I would go to Global.   And when I had serious issues, I would go to Liz and complain.

Q.     How did you communicate with Liz?

A.     I probably called her or text her.

Q.     Do you have any records of those text messages?

A.     I do not.

Q.     Under what circumstances were those text messages lost?

A.     Lost or deleted?   They were just deleted.   That --- they don't exist.

Q.     How did you communicate with Global Experts?

26

A.    I --- I don't know.  I --- I can't remember.  I apologize.

Q.    That's fine.  If you don't remember, you don't remember.

A.    I don't remember, honestly.

Q.    Did LoanStream know of Global Experts?

A.    I don't know.

Q.    Did LoanStream know of Liz?

A.    They received invoices from her, so I'm going to --- I'm going to say yes.

Q.    How did the relationship between Resmo and LoanStream specifically start?

A.    A mutual friend of my wife and I was referred to them because we were having issues with our existing provider.

Q.    Did LoanStream ask to do any due diligence or conduct any background checks or things like that prior to hiring Resmo?

A.    Prior to hiring Resmo?  No.

Q.    Did it do any due diligence

29

was licensed by the Department of Real Estate, which allowed it to do mortgage loans, but at the time I didn't fight the lawsuit against me because at that time I had moved to South Carolina and I really didn't care, nor did I have the resources to argue with the Department of Corporations.

But to go back to Kathleen, she's --- she --- her and I don't see eye to eye, and in my opinion, I was being persecuted, but I agreed to not go in the mortgage business in California because I honestly didn't think I'd ever come back to California.

And so that is why my issue --- that's the issue that I had is that they had claimed I was advertising as a licensee without being licensed.

Q.    So you're understanding --- what is your understanding of what your ban which at least on paper is still in effect, does not ---

30

A.    I cannot --- I cannot work for a company licensed by the Department of Corporations.

Q.    A company licensed by the Department of Corporations or the company licensed by the mortgage and banking?

A.    No company licensed by --- it's called the Department of Financial Protection Innovation.  I cannot work for a company that has that license.

Q.    Okay.

Do you know if LoanStream has a license?

A.    Yes, they have a --- they have a DFPI license.

Q.    Okay.

So you would be prohibited then for --- for working from --- for LoanStream?

A.    I could not be an employee of LoanStream; correct.

Q.    What did loanstream approach Resmo to do?

A.    They did not approach Resmo to

31

do anything.

Q.    What did Resmo offer to do for LoanStream?

A.    They didn't offer LoanStream anything.

Q.    Let me back up.

A.    Okay.

Q.    You said that you had a relationship --- or LoanStream had a relationship with Resmo?

A.    No.  So LoanStream --- we never had a relationship with LoanStream, period.  We marketed on our own behalf, so you have to understand that there was three entities working in an office.  One was LoanStream, one was Lending Three, and one was, I want to say AFN.  And so we would --- and so the relationship we had was as loan officers providing them with loans.

So there --- there --- there wasn't any --- technically any relationship that Resmo had with any of those companies because they were looking for the loan.  They didn't

32

participate in advertising.  So the only reason Resmo or Premier comes into play in this is because at the time, my wife needed additional revenue to market and so we had LizDev prepare two invoices so that LoanStream would give us --- or give the branch, not us, my wife, in advance to market with.  So it had nothing to do with Resmo.  Resmo never, ever, ever, ever billed LoanStream for anything.  So no financial relationship.

Q.      Understood.  So LoanStream then --- so LoanStream hired LizDev and by extension, Global Experts?

A.      LoanStream did not hire LizDev.

Q.      Well, they paid LizDev and Global Experts?

A.      They didn't pay LizDev.  They paid my wife.

Q.      For LizDev's invoices?

A.      Correct.  And they didn't --- they only paid partial amounts.  They didn't pay the entire amounts.

33

Q.    And the purpose of those invoices was to generate leads for LoanStream?

A.    Correct.

Q.    And those leads were to be generated through telemarketing calls?

A.    Correct.

Q.    Did LoanStream give any instructions to either Resmo or LizDev and Global Experts regarding the scope or nature or compliance with telemarketing laws or calling conduct?

A.    Again, LoanStream never talked to LizDev.

Q.    Uh-huh.

A.    They never had any --- any communication with LizDev what --- whatsoever.  All of the --- again, the invoices were used so that the powers to be at LoanStream could document why they were providing ---

Q.    Your wife money.

A.    --- to the branch.

Q.    Yes.

Okay.

34

A.      Okay?

Q.      And the purpose of the LizDev --- excuse me --- the LizDev invoices was to memorialize that agreement of LoanStream paying for your wife's branch's marketing efforts?

A.      It wasn't just for marketing; it was for labor as well.  So it --- all it was a waiting thing to get resources to my wife so that she could have money to either pay an employee, pay rent, keep lights on, and pay for leads.  So it wasn't just for that.
        It was a way that they could justify on a balance sheet to provide additional resources.

Q.      Did you or Resmo ever communicate with LoanStream?

A.      I --- I --- I communicated with the owner a few times but it wasn't --- it wasn't regarding LoanStream.  She wanted to do some work on her car.

Q.      Okay.

A.      She had a G Wagon.

Q.      Are you also a mechanic?

39

variable expenses, was that in reference to your office rent or was that in reference to the office rent for the beta branch?

A.    The beta branch would have had to pay a small portion of the rent here at the rent at the office, not the office I'm in now, but --- so I --- I think it was just a way to --- again ways to get money into the branch. I don't --- I don't know that it was --- I don't think that there's anything --- anything more --- more to it than that.

Q.    To your knowledge, was Global Experts the only vendor that LoanStream utilized?

A.    Again, LoanStream didn't utilize them.

Q.    I should clarify.

A.    Resmo --- Resmo did.

Q.    Was --- was Global Expert the only vendor that LoanStream paid?

A.    They never paid them, sir.

    LoanStream never paid Global

40

Experts.

Q.     Okay.

Let me clarify.

A.     Okay.

Q.     LoanStream received invoice naming Global Experts?

A.     I don't believe so.  I believe they received two invoices from LizDev.

Q.     I'm sorry, from LizDev.  Yes.

A.     Okay.

Q.     So they received two invoices?

A.     Correct.

Q.     Was --- to your knowledge, as part of this entire relationship ---

A.     Uh-huh.

Q.     --- was LizDev the only company that sent such invoices or were there other companies operating under a similar model?

A.     LizDev is the only company that I can remember that we sent invoices to for advances.

Q.     Okay.

Could you describe the

41

onboarding process with LizDev?

A.    The onboarding process?  I --- I don't --- I don't remember if LoanStream had --- they have vendor management and I don't remember if Liz was required to fill out their lender management.  It's a --- it's a form, I believe.  I don't remember if Liz was required to fill out the vendor management form.  So I --- so I just --- sorry.

Q.    No, and that's --- that's more I --- I think fairly a question for her.

Who conducted the day-to-day management and keeping up with --- with the goals of the relationship with LizDev?

A.    Oh, I did.

Q.    Would it be fair to describe yourself as more of like an intermediary between LoanStream and LizDev?

A.    No, because there's no --- there was no relationship between

42

LizDev and --- and LoanStream, period. I can keep telling you that, but they --- they had nothing to do with them. They just sent an invoice for advance purposes.

Q.    Did Resmo require any contractual or other obligations of LizDev?

A.    I seem to recall us filling out a vendor management form, but I --- I --- I have filled so many out in my life I can't tell you if it's true or not.  I --- I think we did.

Q.    Do you know if Resmo was required to fill out a vendor management form specifically with LoanStream?

A.    I --- I think we did.  I --- I think we filled something out.  But obviously one of the reasons I was kind of wanting to get in my email to see if I could re-find it, but I haven't been able to locate it.

Q.    Does Resmo itself make any calls to customers?

43

A.    At the time we would have --- we would have had callbacks or people that left messages or something of that nature. We --- we had --- at that time we probably had a --- a small database that we would, you know, contact for follow up, but not --- nothing --- we had one person, so it --- I can --- it wasn't extensive.

Q.    Did Resmo have formal policies or procedures regarding the TCPA?

A.    Yes.

Q.    Were those written or verbal?

A.    Written.

Q.    And I presume that those are no longer in --- in possession of you because of the aforementioned data management issues?

A.    Correct. But you know, I --- I --- I --- correct, yeah. That would be a safe assumption. Privacy policy, TCPA policy, opt-in policies, all of the aforementioned that we would need.

Q.    Who drafted those policies?

A.    I did.

44

Q.    Did you also maintain an internal Do Not Call list?

A.    Yes.

Q.    Is that internal Do Not Call list still available?

A.    No.

Q.    Did LoanStream provide you its internal Do Not Call list for you to scrub against when making calls?

A.    No.  No.  But Liz did --- LizDev did.

Q.    LizDev provided you her internal Do Not Call list?

A.    Yes.

Q.    To the extent you know, did LoanStream provide their internal Do Not Call list to LizDev?

A.    No.

Q.    Did you scrub against numbers against the Do Not Call registry?

A.    Yes.

Q.    What did you use to scrub numbers against the Do Not Call registry?

A.    It was a service we had and I

45

don't remember the name.  They sent me occasional emails.  I can look it up if you need, but it's --- it's --- it's a service that we use.  Then they also tell us people that are looking to file TCPA lawsuits so they give us those numbers as well.

Q.      Did LoanStream Instructor require you to scrub against the Do Not Call list?

A.      They just wanted to make sure that the --- the data that we receiving was opt-in and they wanted --- they didn't --- we just --- they --- we made --- we had a verbal agreement that, you know, we weren't going to just start dialing white pages or crap or people who weren't interested in loans and so, you know, they --- they basically asked me how I received my data.  I told them how I received my data.  They asked me if it was opted-in and I said yes.  They asked me if I had policies and procedures regarding TCPA.  I said

46

absolutely.  And they asked me regarding can spam I said absolutely, and then we rolled on.

Q.    And did they ask you for copies of those or did they just ask if they existed?

A.    They just wanted to make sure that I had them and I was adhering to them.

Q.    In what format would they have asked you for --- for --- for that?

Was that as part of the vendor onboarding?  Was that through email?

A.    It was --- it was part of the original conversation my wife had and I was in the room because they wanted to --- the conversation was tell me how you market.

Q.    So it was an in-person conversation?

A.    We explained it --- we explained it --- we explained that.

So she explained it.

Q.    I'm sorry for cutting you off.

That was an in-person

47

conversation?

A.      No, it was over the phone.

Q.      Okay.

Did LoanStream ever audit those representations?

A.      No.

Q.      Did they contractually require those representations?

A.      No.

Q.      Did you ever provide your internal Do Not Call this to LoanStream?

A.      I did not.

Q.      Did Resmo ever receive any complaints from customers as part of its relationship with Global Experts?

A.      Never.

Q.      You mentioned that the leads that you purchased from Global Experts for opt-in leads ---

A.      I never purchased leads from Global Experts.

Q.      I should --- I should clarify.

The leads from Global Experts were opt-in leads, correct?

48

A.      Correct.

Q.      Who was responsible for obtaining that opt-in?

A.      LizDev.

Q.      So any evidence of an opt in would be in her possession?

A.      Correct.

                    ATTORNEY PERRONG:

                    I think that's just about it. I'm going to take a five-minute break, just look through my notes really quick, and then I'll hand you over to the other side for any questions that they might have.

                    THE WITNESS:

                    Sounds good.

                    ATTORNEY LANDERS:

                    Why don't we take a ten-minute break?

                    ATTORNEY PERRONG:

                    Ten minutes is fine.

BY ATTORNEY PERRONG:

Q.      Mr. Roberts, you understand that we're still under oath?

49

A.      I do understand.

Q.      Okay.

I just had two follow-up questions for you.

A.      Sure.

Q.      The first is what individual or individuals at LoanStream did your wife work with or you work with or LizDev work with as part of this entire relationship?

ATTORNEY LANDERS:

Objection.  Compound; vague and ambiguous.

THE WITNESS:

When you say --- we --- we really didn't --- we really didn't work with anyone.  We communicated with LoanStream.

We had very limited communications with them, and as I stated, it was the ---the relationship that was there was --- it was a very relaxed relationship, so we didn't communicate with them daily,

50

weekly, or anything like that.

It was only, you know, two, three, four times.  Most of the interaction was between my --- my wife who was processing the loans and their underwriting staff.  And the only time we would ever enter --- interact with them when it was we needed the --- the branch itself or she needs needed revenue additional in advance and/or there was a --- an issue with the P&L as you -- - as you showed me.

But other than that we really didn't --- there was no real communication with anyone there because it was --- one of the things you have to understand it was only two or three people and there wasn't a bunch of loans.  It was only -- - I think that she probably funded there maybe four or five

51

loans, six, max ten.  That would be --- I --- don't even know that was the case.

And so there --- there --- there --- there wasn't anyone we really communicated with, I guess.  Sorry for making that such a long answer.

BY ATTORNEY PERRONG:

Q.    Understood.  Do you recall the individuals that were on the telephone call that you had --- that you described prior to taking a break with ---

A.    I only I --- I spoke --- I met with and my wife was present with Serene Vernon and I exchanged emails with Serene, but only when my wife wasn't getting a response.  So --- so if my wife would email them and she didn't get a response one or two or three days, then I would say email Serene and CC me, and then, you know, I can get on Serene to get her company to --- to respond, you know?  So it

52

was kind of --- you know, so that --- that --- it was only --- it was very rare that we ever communicated with them.

Q.     Besides Serene, do you recall anybody else on that telephone call?

A.     No.

Q.     And then I guess you've said a lot here about this entire relationship and seems like there's, at least to me, a lot of moving parts and a lot of pieces here.  Could you just distill the essence of who hired who to do what in your own words?

A.     We --- or, excuse me, Resmo Lending hired LizDev for leads in which we sent those leads and hired Global Experts to call those individuals, and then AFN, Lending Three, and LoanStream loan agents would answer those calls.

Q.     And LoanStream was provided LizDev's invoices so that they could provide the funding or --- or justify the funding necessary ---

53

A.      In advance.  Justify in advance.

Q.      Advance.  For your wife's ---

A.      Branch.

Q.      --- beta office?

A.      Beta office branch.  Whatever.  Temporary office, whatever it was.

                    ATTORNEY PERRONG:

                    All right.

                    No further questions

          from --- from our side.

                         ---

               CROSS EXAMINATION

                         ---

BY ATTORNEY LANDERS:

Q.      Mr. Roberts, I'll be brief with your time here.  Earlier you spoke about the scripts that Global Experts were using and the drafting of those scripts, and you --- you referred that it was a collaborative effort and you referred to a she.  Is the "she" someone at Global Experts?

A.      Yes, Trafine Brown.

54

Q.      Okay.

And to your knowledge, LoanStream was not involved in any way in drafting the scripts?

A.      Correct.  They were not involved at all.

Q.      To your knowledge, did LoanStream even know that the scripts existed?

A.      Yes.  Serene and I had a conversation.  She asked me what we use and I --- I gave her a description of the scripts and how we contact the clients.  And she, you know --- you know, she said, you need to assure me, you know, that these are, you know, opt-ins and et cetera.  And I said yes.  We --- we --- we've been doing this for a year.  We've never had any issues at all.  We've been using the same --- well, we weren't using Global Experts, we were using it in AI, but --- but we never had any issues, any TCPA violations.  None of that.

Nothing of that nature, so ---.

55

Q.    This conversation with Serene, is --- is that the telephone conversation that you referenced earlier?

A.    I --- I don't remember.  It was either conversation over the phone or when we met at Bistango.

Q.    When you met where?

A.    At Bistango restaurant in New --- Irvine, California.

Q.    When was that meeting, to the best of your recollection?

A.    May or June of 2022.

ATTORNEY LANDERS:

Okay.

I have no further questions and.

ATTORNEY PERRONG:

And I have no Redirect.

So, Mr. Roberts, obviously I'm not your attorney, so I can't give you legal advice, but I need to ask you whether or not you intend to execute your right to read

60

COMMONWEALTH OF PENNSYLVANIA   )

COUNTY OF CAMBRIA              )

CERTIFICATE

I, Haylie Trapp, a Notary Public in and for the Commonwealth of Pennsylvania, do hereby certify:

That the witness, Sean Roberts, whose testimony appears in the foregoing deposition, was duly sworn by me on February 21, 2025 and that the transcribed deposition of said witness is a true record of the testimony given by said witness;

That the proceeding is herein recorded fully and accurately;

That I am neither attorney nor counsel for, nor related to any of the parties to the action in which these depositions were taken, and further that I am not a relative of any attorney or counsel employed by the parties hereto, or financially interested in this action.

Dated the 27 day of February, 2025

Commonwealth of Pennsylvania - Notary Seal
Haylie Trapp, Notary Public
Cambria County
My Commission Expires June 21, 2028
Commission Number 1448233

Haylie Trapp,

Court Reporter