THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
ADAM R. SCOTT [SBN 333706]
ascott@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant OCMBC, INC.
d/b/a LOANSTREAM MORTGAGE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> OCMBC, INC. D/B/A LOANSTREAM MORTGAGE, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS, <br><br> Defendants. | Case No. 8:24-cv-67-FWS-JDE <br><br> **JOINT FILING OF RELEVANT DEPOSITION TRANSCRIPTS FOR COURT REVIEW** <br><br> **FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED JULY 8, 2026** <br><br> Date:       July 16, 2026 <br> Time:       10:00 a.m. <br> Crtrm.:     10D <br><br> Judge:         Hon. Fred W. Slaughter <br> Magistrate:  Hon. John D. Early <br><br> Action Filed:  January 11, 2024 <br> Trial Date:    October 27. 2026 |

P:4929-4279-3148.2:66075-002

Case No. 8:24-cv-67-FWS-JDE

JOINT FILING OF RELEVANT DEPOSITION TRANSCRIPTS

Pursuant to Local Rule 79-5.2.2(c) and the instructions set forth in the Court's Order dated July 8, 2026  (Dkt. 95), Plaintiff Kimberly Hudson-Bryant and Defendant OCMBC, Inc. d/b/a LoanStream Mortgage jointly submit full and complete copies of the following deposition transcripts, under seal and without redactions[1], to facilitate the Court's review of Defendant's pending Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment (Dkt. 81):

- Deposition of Sean Roberts (02-21-25)
- Deposition of Cynthia Roberts (AM Session) (05-27-25)
- Deposition of Cynthia Roberts (PM Session) (05-27-25)
- Deposition of Kimberly Hudson-Bryant (03-26-26)
- Deposition of Serene Vernon (03-31-26)

DATED:  July 9, 2026          PARONICH LAW, PC


By:  _/s/ Anthony L. Paronich_
ANTHONY L. PARONICH
Attorneys for Plaintiff
KIMBERLY HUDSON-BRYANT


DATED:  July 9, 2026          PERRONG LAW LLC


By:  _/s/ Andrew R. Perrong_
ANDREW R. PERRONG
Attorneys for Plaintiff
KIMBERLY HUDSON-BRYANT

/ / /

/ / /

/ / /

---

[1]   The transcripts are also being lodged without the referenced exhibits.

DATED:  July 9, 2026          SOLOMON WARD SEIDENWURM & SMITH, LLP


By:    /s/ Adam R. Scott
       THOMAS F. LANDERS
       ADAM R. SCOTT
       Attorneys for Defendant OCMBC, INC.
       d/b/a LOANSTREAM MORTGAGE


## ATTESTATION OF SIGNATURE

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Mr. Anthony L. Paronich and Mr. Andrew R. Perrong, counsel for Plaintiff in this action. I further certify that I obtained authorization from Mr. Paronich and Mr. Perrong, prior to affixing their electronic signatures to this document.


       /s/ Adam R. Scott
       ADAM R. SCOTT
       Attorneys for Defendant,
       OCMBC, INC. dba
       LOANSTREAM MORTGAGE