UNITED STATES DISTRICT COURT
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**

Sean   Roberts
1812 Port Abbey Place
Newport Beach, CA 92660

8:24CV67- FWS





FILED
CLERK, U.S. DISTRICT COURT

JUL 20 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

EP



FORWARD TIME EXP RTN TO SEND
ROBERTS
3112 QUAIL RIDGE
IRVINE CA 92603-4229
* 910 N5E 18CU72SC7207/16/26

Case: 8:24cv67  Doc: 99

Sean   Roberts
1812 Port Abbey Place
Newport Beach, CA 92660

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Case Participants: Mei-Ying M Imanaka (kwolff@swsslaw.com, mimanaka@swsslaw.com), Thomas F Landers, Jr (ascott@swsslaw.com, tlanders@ecf.courtdrive.com, tlanders@swsslaw.com, wdoolittle@swsslaw.com), Dana J Oliver (dana@danaoliverlaw.com), Anthony I. Paronich (anthony.paronichlaw.com@recap.email, anthony@paronichlaw.com), Andrew R Perrong (a@perronglaw.com, perronglaw@recap.email), Adam Ray Scott (ascott@swsslaw.com, nhuebner@swsslaw.com), Magistrate Judge John D. Early (crd_early@cacd.uscourts.gov), Judge Fred W. Slaughter (crd_slaughter@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<43036674@cacd.uscourts.gov>Subject:Activity in Case 8:24-cv-00067-FWS-JDE Kimberly Hudson-Bryant v. OCMBC Inc. Text Only Scheduling Notice Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered on 7/9/2026 at 12:13 PM PDT and filed on 7/9/2026

| | |
|---|---|
| **Case Name:** | Kimberly Hudson-Bryant v. OCMBC Inc. |
| **Case Number:** | 8:24-cv-00067-FWS-JDE |
| **Filer:** | |
| **Document Number:** | 99(No document attached) |

### Docket Text:
**SCHEDULING NOTICE by Judge Fred W. Slaughter: On the court's own motion, the court CONTINUES the in-person hearing on the Motion for Summary Judgment [81] [93] to July 30, 2026, at 10:00 am., in Courtroom 10D. In light of this continuance, the court also CONTINUES the last date to conduct a settlement conference under the scheduling order [57] to August 14, 2026. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (rrp) TEXT ONLY ENTRY**

### 8:24-cv-00067-FWS-JDE Notice has been electronically mailed to:
Adam Ray Scott     ascott@swsslaw.com, nhuebner@swsslaw.com
Andrew R Perrong     a@perronglaw.com, perronglaw@recap.email
Anthony I. Paronich     anthony@paronichlaw.com, anthony.paronichlaw.com@recap.email
Dana J Oliver     dana@danaoliverlaw.com
Mei-Ying M Imanaka     mimanaka@swsslaw.com, kwolff@swsslaw.com