# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | SACV 24-00067-FWS (JDEx) | Date | July 30, 2026 |
|---|---|---|---|
| Title | Kimberly Hudson-Bryant v. OCMBC Inc. | | |

PRESENT:

### HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

| Rolls Royce Paschal | C/S – 07/30/2026 |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

Alex Nicholas Jilizian

Thomas F Landers, Jr.
Mei-Ying M Imanaka

PROCEEDINGS:    DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT [81], [93]

Motion hearing held.   The Court hears oral arguments from the parties.   The Court takes the Motion under submission.   Order to issue.

|  | : | 46 |
|---|---|---|
| Initials of Deputy Clerk | rrp | |

cc: