THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
MEI-YING IMANAKA [SBN 280472]
mimanaka@swsslaw.com
ADAM R. SCOTT [SBN 333706]
ascott@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant,
OCMBC, INC. dba
LOANSTREAM MORTGAGE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCMBC, INC. dba LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS<br><br>Defendants. | Case No. 8:24-cv-00067-FWS-JDE<br><br>**JOINT MOTION AND STIPULATION TO CONTINUE DEADLINE TO COMPLETE SETTLEMENT CONFERENCE**<br><br>Judge:     Hon. Fred W. Slaughter<br>Magistrate:     Hon. John D. Early<br>Action Filed:     January 11, 2024<br>Trial Date:     October 27, 2026 |

Pursuant to Local Rule 7-1, and Section VIII of the Court's Civil Standing Order, Plaintiff Kimberly Hudson-Bryant ("Plaintiff") and Defendants OCMBC, Inc. d/b/a LoanStream ("LoanStream") and Sean Roberts ("Roberts" and together with LoanStream, "Defendants") (Plaintiff and Defendants are collectively referred to as the "Parties") hereby stipulate and agree as follows:

WHEREAS, the Court originally issued a scheduling order under Federal Rule of Civil Procedure 26(f) ("Scheduling Order") on October 24, 2024, which set, among other things, a deadline to conduct a settlement conference (ECF No. 48);

WHEREAS, the Court issued its Order re Joint Motion and Stipulation to Continue Case Deadlines ("Revised Scheduling Order") on April 28, 2025, which for the first time continued, among other dates, the deadline to conduct a settlement conference (ECF No. 50);

WHEREAS, the Court issued a further Order re Joint Motion and Stipulation to Continue Case Deadlines ("Operative Scheduling Order") on January 7, 2026 (ECF No. 57);

WHEREAS, on July 9, 2026, the Court, on its own motion, continued the in-person hearing on Defendant's Motion for Summary Judgment (ECF Nos. 81, 93) to July 30, 2026 at 10:00 a.m., and also continued the last date to conduct a settlement conference under the Operative Scheduling Order (ECF No. 57) to August 14, 2026;

WHEREAS, (1) due to preplanned summer travel plans coupled with counsel for LoanStream's upcoming maternity leave as well as client unavailability, (2) because counsel for Plaintiff have existing professional engagements and will be traveling for hearings in the upcoming week, and (3) due to the fact that the Parties have been unable to secure a mediator with sufficient flexibility in scheduling to complete a mediation by or before August 14, the Parties now jointly agree, stipulate, and request that the Court continue the deadline to complete the settlement conference forty-two (42) days from August 14, 2026 to September 25, 2026, which is thirty-two (32) days before the scheduled trial date of October 27, 2026.

WHEREAS, the Parties believe good cause exists to continue the settlement conference deadline for the reasons outlined herein and in the accompanying declaration of Thomas F. Landers, Esq.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AGREE and request that the Court extend the deadline to complete the settlement conference to September 27, 2026

**IT IS SO STIPULATED**.

DATED:  August 5, 2026          SOLOMON WARD SEIDENWURM & SMITH, LLP


By: _/s/ Thomas F. Landers_
THOMAS F. LANDERS
MEI-YING IMANAKA
ADAM R. SCOTT
Attorneys for Defendant,
OCMBC, INC., dba
LOANSTREAM MORTGAGE


DATED:  August 5, 2026          PARONICH LAW, PC


By: _/s/ Anthony L. Paronich_
ANTHONY L. PARONICH
Attorneys for Plaintiff,
KIMBERLY HUDSON-BRYANT


DATED:  August 5, 2026          PERRONG LAW LLC


By: _/s/ Andrew R. Perrong_
ANDREW R. PERRONG
Attorneys for Plaintiff,
KIMBERLY HUDSON-BRYANT

DATED:  August 4, 2026          DEFENDANT PRO SE


By:  /s/ Sean Roberts
　　　SEAN ROBERTS
　　　Individual Defendant


## ATTESTATION OF SIGNATURE

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Mr. Anthony L. Paronich and Mr. Andrew R. Perrong, counsel for Plaintiff, and Mr. Sean Roberts, defendant *pro se* in this action. I further certify that I obtained authorization from Mr. Paronich, Mr. Perrong, and Mr. Roberts prior to affixing their electronic signatures to this document.


/s/ Thomas F. Landers
THOMAS F. LANDERS
Attorneys for Defendant,
OCMBC, INC. dba
LOANSTREAM MORTGAGE

JOINT MOTION AND STIPULATION TO CONTINUE DEADLINE TO COMPLETE SETTLEMENT CONFERENCE