THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
MEI-YING IMANAKA [SBN 280472]
mimanaka@swsslaw.com
ADAM R. SCOTT [SBN 333706]
ascott@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant,
OCMBC, INC. dba
LOANSTREAM MORTGAGE

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCMBC, INC. dba LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS<br><br>Defendants. | Case No. 8:24-cv-00067-FWS-JDE<br><br>**DECLARATION OF THOMAS F. LANDERS IN SUPPORT OF JOINT MOTION AND STIPULATION TO CONTINUE DEADLINE TO COMPLETE SETTLEMENT CONFERENCE**<br><br>Judge:     Hon. Fred W. Slaughter<br><br>Magistrate:  Hon. John D. Early<br><br>Action Filed:  January 11, 2024<br><br>Trial Date:   October 27, 2026 |

Case No. 8:24-cv-00067-FWS-JDE

DECLARATION OF THOMAS F. LANDERS IN SUPPORT OF JOINT MOTION AND STIPULATION TO CONTINUE DEADLINE TO COMPLETE SETTLEMENT CONFERENCE

I, Thomas F. Landers, declare:

1.      I am an attorney at law licensed to practice before all federal and state courts in the State of California and am a partner with Solomon Ward Seidenwurm & Smith, LLP ("SWSS"), counsel for Defendant OCMBC, INC. dba LoanStream Mortgage ("LoanStream") in this action. I have personal knowledge of the facts set forth in this declaration and I submit this declaration in support of the Parties' Joint Motion and Stipulation to Continue Case Deadlines ("Stipulation").

2.      Plaintiff Kimberly Hudson-Bryant ("Plaintiff") filed a putative class action complaint on or about January 11, 2024.

3.      After conducting certain discovery, on September 10, 2024, Plaintiff filed a first amended complaint ("FAC") and named two additional defendants (ECF No. 37).

4.      On October 24, 2024, the Court issued a scheduling order under Federal Rule of Civil Procedure 26(f) ("Scheduling Order"), which set, among other things, a deadline to conduct a settlement conference  (ECF No. 48).

5.      On April 28, 2025, the Court issued its Order re Joint Motion and Stipulation to Continue Case Deadlines ("Revised Scheduling Order"), which for the first time continued, among other dates, the deadline to conduct a settlement conference (ECF No. 50).

6.      On January 7, 2026, the Court issued  its further Order Re Joint Motion and Stipulation to Continue Case Deadlines ("Operative Scheduling Order")  (ECF No. 57).

7.       On July 9, 2026, the Court, on its own motion, continued the in-person hearing on Defendant's Motion for Summary Judgment (ECF Nos.  81, 93) to July 30, 2026 at 10:00 a.m., and also continued the last date to conduct a settlement conference under the Operative Scheduling Order (ECF No. 57) to August 14, 2026.

8.      Due to (1) preplanned summer travel plans coupled with counsel for LoanStream's upcoming maternity leave as well as client unavailability, (2) because

DECLARATION OF THOMAS F. LANDERS IN SUPPORT OF JOINT MOTION AND STIPULATION TO CONTINUE DEADLINE TO COMPLETE SETTLEMENT CONFERENCE

counsel for Plaintiff have existing professional engagements and will be traveling for hearings in the upcoming week, and (3) due to the fact that the Parties have been unable to secure a mediator with sufficient flexibility in scheduling to complete a mediation by or before August 14, the Parties now jointly agree, stipulate, and request that the Court continue the deadline to complete the settlement conference forty-two (42) days from August 14, 2026 to September 25, 2026, which is thirty-two (32) days before the scheduled trial date of October 27, 2026.

9.    For the reasons set forth herein, and to conserve time and judicial resources, the Parties believe that a 42-day extension of the deadline to complete the settlement conference will allow the Parties to schedule and prepare accordingly for such settlement conference.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on August 5, 2026, at San Diego, California.

*/s/ Thomas F. Landers*
Thomas F. Landers, Esq.

P:4931-5671-0339.4:66075-002                    -2-                    Case No. 8:24-cv-00067-FWS-JDE
DECLARATION OF THOMAS F. LANDERS IN SUPPORT OF JOINT MOTION AND STIPULATION TO
CONTINUE DEADLINE TO COMPLETE SETTLEMENT CONFERENCE