# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OCMBC, INC. dba LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS<br><br>Defendants. | Case No. 8:24-cv-00067-FWS-JDE<br><br>**[PROPOSED] ORDER RE JOINT MOTION AND STIPULATION TO CONTINUE DEADLINE TO COMPLETE SETTLEMENT CONFERENCE** |

Having reviewed and considered the Joint Motion and Stipulation to Continue the Deadline to Complete Settlement Conference  ("Stipulation") the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation,

**IT IS SO ORDERED:**

The deadline to complete the settlement conference currently set for August 14, 2026 is continued to September 25, 2026.

Dated: _____    _____

Hon. Fred W. Slaughter
UNTED STATES DISTRICT JUDGE

P:4912-1999-0467.1:66075-002                    -1-                    Case No. 8:24-cv-00067-FWS-JDE

[PROPOSED] ORDER RE JOINT MOTION AND STIPULATION TO CONTINUE DEADLINE TO COMPLETE SETTLEMENT CONFERENCE