Dana Oliver
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021
Attorney for Plaintiff and Putative Class

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>OCMBC, INC. D/B/A LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS<br><br>*Defendants* | Case No. 8:24-cv-67-FWS-JDE<br><br>**STIPULATION OF DISMISSAL**<br>Judge: Hon. Fred W. Slaughter<br><br>Magistrate: Hon. John D. Early |

Plaintiff Kimberly Hudson-Bryant and Defendant Sean Roberts, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal of Sean Roberts, with each party to bear their own fees and costs. All parties have reviewed this stipulation.

The Parties respectfully observe that the Court continued the deadline to complete the settlement conference *sua sponte* to August 14, 2026 (ECF 99).

Thereafter, the parties filed a joint stipulation to continue that conference to September 25, 2026 (ECF No. 104). That request is moot as to Defendant LoanStream and is pending with respect to Defendant Roberts. As this Stipulation disposes of Mr. Roberts from this Action, the Parties respectfully request that the Court accept the foregoing as the status report of this matter and proceed to entry of judgment accordingly.

Dated: August 10, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
(*Pro Hac Vice*)
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*/s/ Sean Roberts*
Sean Roberts
312 Quail Ridge
Irvine, CA  92603
Phone: 949-514-1047
sroberts92660@gmail.com

## ATTESTATION OF SIGNATURE

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Mr. Andrew R. Perrong, counsel for Plaintiff, and Mr. Sean Roberts, defendant *pro se* in this action. I further certify that I obtained authorization from Mr. Roberts prior to affixing his electronic signature to this document.

August 10, 2026

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

August 10, 2026

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.

- 3 -
STIPULATION OF DISMISSAL
*Hudson-Bryant v. OCMBC, Inc. d/b/a LoanStream*