Dana Oliver
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021
Attorney for Plaintiff and Putative Class

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated, | Case No. 8:24-cv-67-FWS-JDE |
| *Plaintiff,* | **[PROPOSED ORDER GRANTING] STIPULATION OF DISMISSAL** |
| *v.* | Judge: Hon. Fred W. Slaughter |
| OCMBC, INC. D/B/A LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS | Magistrate: Hon. John D. Early |
| *Defendants* | |

AND NOW, this _____ day of _____, 202____, it is hereby

ORDERED that the Parties' Stipulation is hereby GRANTED. It is further ordered:

1.    Defendant Sean Roberts is dismissed from this Action.

2.    Summary judgment having been entered in favor of Defendant

OCMBC, Inc. d/b/a/ LoanStream, the Clerk is directed to enter judgment in favor

of Defendant OCMBC, Inc. d/b/a/ LoanStream.

3.      There being no additional Defendants or matters to adjudicate, the Clerk is further directed to close the case.

*BY THE COURT:*

_____
, J.

[PROPOSED ORDER GRANTING] STIPULATION OF DISMISSAL
*Hudson-Bryant v. OCMBC, Inc. d/b/a LoanStream*