**NOTE: CHANGES MADE BY COURT**

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>OCMBC, INC. D/B/A LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS<br><br>*Defendants* | Case No. 8:24-cv-00067-FWS-JDE<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANT SEAN ROBERTS [107]** |

Based on the record, as applied to the relevant law, and for the good cause demonstrated in the parties' Stipulation of Dismissal of Defendant Sean Roberts (Dkt. 107, "Stipulation"), the court **APPROVES** the Stipulation and therefore **ORDERS** that Defendant Sean Roberts is **DISMISSED** from the above-captioned

- 1 -

case.  Because Defendant Sean Roberts is the final defendant remaining in the above-captioned case, the court will enter judgment.

**IT IS SO ORDERED.**

Dated: August 11, 2026

_____

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

- 2 -