JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **KIMBERLY HUDSON-BRYANT,**<br><br>          **Plaintiff,**<br><br>     **v.**<br><br>**OCMBC, INC. d/b/a LOANSTREAM; PREMIER FINANCIAL MARKETING LLC d/b/a RESMO LENDING; and SEAN ROBERTS,**<br><br>          **Defendants.** | **Case No.: 8:24-cv-00067-FWS-JDE**<br><br>**JUDGMENT** |

In this case, Plaintiff Kimberly Hudson-Bryant asserted a claim for violation of the Telephone Consumer Protection Act ("TCPA") against Defendants OCMBC Inc., doing business as LoanStream ("LoanStream"); Premier Financial Marketing LLC, doing business as Resmo Lending ("Resmo"); and Sean Roberts ("Roberts").  (*See* Dkt. 37 (First Amended Complaint).)

On April 15, 2026, Plaintiff dismissed Resmo.  (Dkt. 64.)

On July 31, 2026, the court granted LoanStream's Motion for Summary Judgment. (Dkt. 105.)

On August 11, 2026, the court granted the parties' stipulation to dismiss Roberts (Dkt. 107).

Based on the record, as applied to the relevant law, the court **ENTERS JUDGMENT** in this case in favor of LoanStream and against Plaintiff.  Plaintiff shall take nothing on her claims against Defendants in this case.

**IT IS SO ORDERED.**

DATED:   August 11, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

-2-