Thomas F. Landers SBN 207335
Adam R. Scott SBN 333706
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200, San Diego CA 92101
tel (619) 231-0303, fax (619) 231-4755
tlanders@swsslaw.com/ascott@swsslaw.com
Attorneys for Defendant OCMBC, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, PLAINTIFF(S), | CASE NUMBER 8:24-cv-00067-FWS-JDE. |
| v. | |
| OCMBC, INC. dba LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS DEFENDANT(S) | **APPLICATION TO THE CLERK TO TAX COSTS** |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways: (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov. See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| | | | |
|---|---|---|---|
| Name(s) of party or parties claiming costs: | OCMBC, INC. dba LOANSTREAM | | |
| Judgment entered on: | August 11, 2026 | Docket #: | 110 |
| Names of party(ies) against whom judgment was entered: | Plaintiff Kimberly Hudson-Bryant. | | |

**DECLARATION UNDER 28 U.S.C. § 1924**

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: August 25, 2026

Signature: */s/ Adam R. Scott*
Name: Adam R. Scott
☒ Attorney of Record for: Defendant OCMBC, INC. dba LOANSTREAM

**COURT USE ONLY**

☐ Application GRANTED in whole/part; costs are taxed in the amount of $ Enter total amount taxed here.
☐ Application DENIED because: ☐ Not timely filed (L.R. 54-2.1).
☐ Insufficient supporting documentation provided (L.R. 54-2.1).
☐ Filer is not prevailing party (L.R. 54-1).

Date: *Enter date here.*

**Brian D. Karth, District Court Executive/Clerk of Court**

By: ______________________
Deputy Clerk

**Case Title:** Hudson-Bryant v. OCMBC, INC.; **Case No:** 8:24-cv-00067-FWS-JDE

# BILL OF COSTS

***The Clerk does not have discretion to tax any item not identified as taxable in the Local Rules.***

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.*) | AMOUNT ALLOWED | *~ IF ANY AMOUNT DISALLOWED ~* AMOUNT | CODE* | ADDITIONAL REASONS |
|---|---|---|---|---|---|---|
| | | | ***(Shaded columns for Court use only.)*** | | | |
| 1 | ***L.R. 54-3.1 Clerk's Fees*** *(only if in 28 USC § 1914 or www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule)* | | | | | |
| | 0.00 | N/A | | | | |
| 2 | ***L.R. 54-3.2 Fees for Service of Process*** | | | | | |
| | 457.10 | Tab 2 - invoice for subpoena service and production officer | | | | |
| 3 | ***L.R. 54-3.3 United States Marshal's Fees*** | | | | | |
| | 0.00 | N/A | | | | |
| 4 | ***L.R. 54-3.4 Transcripts of Court Proceedings*** *(order or stipulation required and must be attached)* | | | | | |
| | 0.00 | N/A | | | | |
| 5 | ***L.R. 54-3.5 Depositions*** *(if order or stipulation required by rule, it must be attached)* | | | | | |
| | 4,092.34 | Tab 5a -invoice for reporting services for depo of witness Sean Roberts<br>Tab 5b - invoice for reporting services for depo of witness Serena Vernon<br>Tab 5c - invoice for reporting services for depo of Plaintiff Kimberly Hudson-Bryant | | | | |
| 6 | ***L.R. 54-3.6 Witness Fees*** *(TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)* | | | | | |
| | 0.00 | N/A | | | | |
| 7 | ***L.R. 54-3.7 Interpreter's Fees*** *(document translation costs are not taxable)* | | | | | |
| | 0.00 | N/A | | | | |
| 8 | ***L.R. 54-3.8 Docket Fees*** *(only as provided by 28 U.S.C. § 1823)* | | | | | |
| | 0.00 | N/A | | | | |
| 9 | ***L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers*** *(attach appointment order)* | | | | | |
| | 0.00 | N/A | | | | |
| 10 (a) | ***L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents*** *(if order or stip required, it must be attached)* | | | | | |
| | *L.R. 54-3.10(a): "cost of copies of documents necessarily filed and served"* | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | 1,981.95 | Tab 10(a) - Excerpt of Judge's Standing Civil Order re courtesy copies<br>Invoices for cost of copying and delivering mandatory chambers copies<br>Tab 10(a)-a - OCMBC Response to Mtn Leave to File Amended Complaint<br>Tab 10(a)-b - Oppo to Mtn for Class Certification<br>Tab 10(a)-c - MSJ and Mtn to Seal as filed<br>Tab 10(a)-d - Mtn to Seal unredacted exhibits<br>Tab 10(a)-e - Reply to Response to OSC<br>Tab 10(a)-f - MSJ Reply<br>Tab 10(a)-g - Depo Transcripts requested by Judge Slaughter w. Order and Joint Notice of Lodgment | | | | |
| | **(b)** | *L.R. 54-3.10(b): "cost of copies of documents or other materials admitted into evidence"* | | | | | |
| | | 0.00 | N/A | | | | |
| | **(c)** | *L.R. 54-3.10(c): "Fees for an official certification of proof respecting the non-existence of a document or record"* | | | | | |
| | | 0.00 | N/A | | | | |
| | **(d)** | *L.R. 54-3.10(d): "Patent Office charges" for necessary "patent file wrappers and prior art patents"* | | | | | |
| | | 0.00 | N/A | | | | |
| | **(e)** | *L.R. 54-3.10(e): "Notary fees" of taxable documents* | | | | | |
| | | 0.00 | N/A | | | | |
| | **(f)** | *L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case"* | | | | | |
| | | 0.00 | N/A | | | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS (*Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ AMOUNT | CODE* | ADDITIONAL REASONS |
|---|---|---|---|---|---|---|---|
| | | | | ***(Shaded columns for Court use only.)*** | | | |
| | **(g)** | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"* | | | | | |
| | | 0.00 | N/A | | | | |
| **11** | | ***L.R. 54-3.11 Premiums on Undertakings and Bonds*** | | | | | |
| | | 0.00 | N/A | | | | |
| **12** | | ***L.R. 54-3.12 Other Costs*** *(Court order must be attached; only visual aids, models, and photographs taxable under this rule)* | | | | | |
| | | 0.00 | N/A | | | | |
| **13** | | ***L.R. 54-3.13 State Court Costs*** *(taxable only if taxable in state court; include citation to applicable state statute or rule)* | | | | | |
| | | 0.00 | N/A | | | | |
| **14** | | ***L.R. 54-4 Items Taxable as Costs on Appeal*** *(only items taxable under Fed. R. App. P. 39(e))* | | | | | |
| | | 0.00 | N/A | | | | |
| **15** | | ***L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court*** | | | | | |
| | | 0.00 | N/A | | | | |
| **TOTAL** | | $ 6,531.39 | | $ | $ | | |

***Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.
"B" – Order/Stip required but not provided.
"C" – Documents provided do not support full amount claimed.
"D" – Item does not fall within the scope of the Local Rule.
"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.
"F" – Amount claimed reduced by agreement after meet and confer.
"G" – Other.

# TAB 2

**Nationwide Legal, LLC**
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999 F (213) 249-9990
www.nationwideasap.com

NATIONWIDE LEGAL

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD40135 | December 16, 2024 | SD203630 |

Bill To:
**SOLOMON WARD SEIDENWURM SMITH LLP**
**401 B Street Suite 1200**
**San Diego, CA 92101**

**Natalie Moraga**
**(619) 231-0303**
**nmoraga@swsslaw.com**
**REF: 66075-002**
**Case No: 8:24-cv-00067**
**POD Date: 12/16/2024**
**Amanda L. Harris, Esq.**

Servee: Eleanora C. Woods
Court: UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
Case: KIMBERLY HUDSON-BRYAN vs. OCMBC, INC. D/B/A LOANSTREAM
Documents: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| All Other Counties in California-Base | | | 195.00 |
| Additional Attempts | | | 195.00 |
| PDF Page Count (Up to 200 pgs) | 11.00 | .60 | 6.60 |
| | | TOTAL DUE | $ 396.60 |

SCOPE OF PROJECT
Not Served
Address: 5156 Angeles Vista Blvd, # View Park, CA 900431742
Result: Not Served
Completed on 12/16/2024 at 10:37 AM

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.

OLS-51147

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD40135 | December 16, 2024 | SD203630 |

Remit To:
Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015

**TOTAL DUE:** $ 396.60

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Nationwide Legal, LLC

**Service Type: 033 - SPECIAL PROCESS (IMMEDIATELY)** Order#:SD203630-01/INVOICEPa

NATIONWIDE LEGAL LLC

** REPRINT **

TAX ID: 20-8284527

# INVOICE

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| SOLWA | 1/21/2025 | NWL66305-01 |

1609 James M. Wood Blvd., 2nd Fl Los Angeles, CA 90015
(877) 326-2679, (213) 249-9998 DSolutions@nationwidelegal.com
www.nationwidelegal.com

Bill To:
THOMAS F. LANDERS, JR.
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 "B" Street, Ste. 1200
San Diego, CA 92101

Ordered By:
THOMAS F. LANDERS, JR.
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 "B" Street, Ste. 1200
San Diego, CA 92101

Natalie Moraga

File No: 66075-002

Case No: 8:24-cv-00067
Court: UNITED STATES DISTRICT COURT
Plaintiff: KIMBERLY HUDSON-BRYAN
Defendant: OCMBC, INC. D/B/A LOANSTREAM

Patient: BUSINESS RECORDS
DOB:
SSN: XXX-XX-
Depo / Due Date: December 13, 2024

| LOCATION AND DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Eleanora C. Woods<br>Deposition Officer Fee | | | 60.50 |
| PLEASE SUBMIT THIS INVOICE TO YOUR ACCOUNTS PAYABLE DEPARTMENT<br>Records of BUSINESS RECORDS<br>Eleanora C. Woods<br>, | | SUB-TOTAL<br>SALES TAX | 60.50<br>.00 |
| | | TOTAL DUE | $ 60.50 |

Thank you for choosing Nationwide Legal, LLC (Reprographics). Obtain status and order online at https://orders.nationwideasap.com

For proper credit please detatch this section and return with your payment. **Remittance Copy**

OLS-52208

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| SOLWA | 1/21/2025 | NWL66305-01 |

Remit To:

Nationwide Legal, LLC
(Reprographics)
1609 James M. Wood Blvd., 2nd Fl
Los Angeles, CA 90015

TOTAL DUE: $ 60.50

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Nationwide Legal, LLC.
3. FOR BILLING INQUIRIES, PLEASE CALL (877) 326-2679

INVOICE DUE AND PAYABLE UPON RECEIPT

** REPRINT **

Order#:NWL66305-01/CINV2

# TAB 5

# INVOICE

1 of 1

Sargent's Court Reporting Service
210 Main Street
Johnstown, PA 15901
Phone: 814-536-8908 Fax: 814-539-7579

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1874855 | 2/26/2025 | 293898 |
| **Job Date** | **Case No.** | |
| 2/21/2025 | 8:24-CV-67-FWSJDE | |
| **Case Name** | | |
| Kimberly Hudson-Bryant v OCMBC, Inc et al | | |
| **Payment Terms** | | |
| Due Upon Receipt | | |

Thomas Landers, Esq.
Solomon Ward Seidenwurm & Smith LLP
401 B. Street, Suite 1200
San Diego, CA 92101

| | | | | | |
|---|---|---|---|---|---|
| Certified Transcript | | | | | |
| Sean Roberts | | | | | 244.10 |
| Exhibit | 4.00 | Pages | @ | 0.300 | 1.20 |
| | **TOTAL DUE >>>** | | | | **$245.30** |

**ACCEPTING VISA, MASTERCARD AND AMERICAN EXPRESS**

**Tax ID:** 25-1794603

*Please detach bottom portion and return with payment.*

Job No. : 293898 BU ID : JTWN-CIVIL
Case No. : 8:24-CV-67-FWSJDE
Case Name : Kimberly Hudson-Bryant v OCMBC, Inc et al

Invoice No. : 1874855 Invoice Date : 2/26/2025
**Total Due : $245.30**

Thomas Landers, Esq.
Solomon Ward Seidenwurm & Smith LLP
401 B. Street, Suite 1200
San Diego, CA 92101

OLS-52723

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Sargent's Court Reporting Service, Inc. - Main**
**210 Main Street**
**Johnstown, PA 15901**

# INVOICE

1 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -9th Floor
Philadelphia, PA 19103
T: 866-624-6221 F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1831812 | 4/9/2026 | 1505818 |
| **Job Date** | **Case No.** | |
| 3/31/2026 | 8:24-CV-67-FWS-JDE | |
| **Case Name** | | |
| Kimberly Hudson-Bryant v. OCMBC, Inc. d/b/a Loanstream, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Thomas Landers, Esq.
Solomon Ward Seidenwurm & Smith
401 B Street, Suite 1200
San Diego, CA 92101

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Serene Vernon, OCMBC, Inc. d/b/a Loanstream | 135.00 | Pages | @ | 6.350 | 857.25 |
| Exhibit (Video) | 1.00 | Links | @ | 25.000 | 25.00 |
| Exhibits - Scanned | 23.00 | | @ | 0.250 | 5.75 |
| Exhibit Handling | 1.00 | | @ | 5.950 | 5.95 |
| Expert/Tech | 1.00 | Pages | @ | 0.750 | 101.25 |
| Deposition Summary | 1.00 | Pages | @ | 25.000 | 25.00 |
| GoGreenScripts Lit Package | 1.00 | | @ | 45.000 | 45.00 |
| | **TOTAL DUE >>>** | | | | **$1,065.20** |

Location of Job : VIRTUAL, CA

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

PLEASE DIRECT ANY PAYMENT REMITTANCES FOR AN EFT OR WIRE TO: Payments2AR@Magnals.com

**(-) Payments/Credits:** 0.00
**(+) Finance Charges/Debits:** 0.00

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Job No. : 1505818 BU ID : PHILA-DS
Case No. : 8:24-CV-67-FWS-JDE
Case Name : Kimberly Hudson-Bryant v. OCMBC, Inc. d/b/a Loanstream, et al.
Invoice No. : 1831812 Invoice Date : 4/9/2026
**Total Due : $1,065.20**

Thomas Landers, Esq.
Solomon Ward Seidenwurm & Smith
401 B Street, Suite 1200
San Diego, CA 92101

OLS-56864

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

# INVOICE



Magna Legal Services
Seven Penn Center
1635 Market Street -9th Floor
Philadelphia, PA 19103
T: 866-624-6221 F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1831812 | 4/9/2026 | 1505818 |
| **Job Date** | **Case No.** | |
| 3/31/2026 | 8:24-CV-67-FWS-JDE | |
| **Case Name** | | |
| Kimberly Hudson-Bryant v. OCMBC, Inc. d/b/a Loanstream, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Thomas Landers, Esq.
Solomon Ward Seidenwurm & Smith
401 B Street, Suite 1200
San Diego, CA 92101

**(=) New Balance:** **$1,065.20**

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Thomas Landers, Esq.
Solomon Ward Seidenwurm & Smith
401 B Street, Suite 1200
San Diego, CA 92101

Job No. : 1505818 BU ID : PHILA-DS
Case No. : 8:24-CV-67-FWS-JDE
Case Name : Kimberly Hudson-Bryant v. OCMBC, Inc. d/b/a Loanstream, et al.
Invoice No. : 1831812 Invoice Date : 4/9/2026
**Total Due : $1,065.20**

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

**PAYMENT WITH CREDIT CARD** AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date: Phone#:
Billing Address:
Zip: Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

1 of 1

aptus COURT REPORTING
401 WEST A ST. STE 1680 | SAN DIEGO, CA 92101 | 866-999-8310

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1190179 | 3/31/2026 | 10186005 |
| **Job Date** | **Case No.** | |
| 3/26/2026 | 8:24-CV-00067-FWS-JDE | |
| **Case Name** | | |
| Kimberly Hudson-Bryant vs. OCMBC, Inc. dba Loanstream | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Thomas F. Landers
Solomon Ward Seidenwurm & Smith LLP
401 B St, Ste 1200
San Diego, CA 92101

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Kimberly Hudson-Bryant | 284.00 | Pages | @ | 5.200 | 1,476.80 |
| Attendance Fee - Hourly | 7.50 | Hours | @ | 55.000 | 412.50 |
| Condensed Transcript | 1.00 | | @ | 0.000 | 0.00 |
| ~~Technology Package~~ | ~~1.00~~ | | @ | ~~65.000~~ | ~~65.00~~ |
| Exhibits - B/W | 6.00 | Pages | @ | 0.500 | 3.00 |
| Exhibits - Color | 29.00 | Pages | @ | 1.500 | 43.50 |
| Rough Draft | 247.00 | Pages | @ | 1.700 | 419.90 |
| ~~Video - Hourly~~ | ~~8.00~~ | ~~Hours~~ | @ | ~~200.000~~ | ~~1,600.00~~ |
| ~~Video Synching - Included~~ | 1.00 | | @ | 0.000 | 0.00 |
| Media Package | 1.00 | | @ | 0.000 | 0.00 |
| Court Reporter - After Hours In Person | 0.50 | | @ | 105.000 | 52.50 |
| ~~Videographer - After Hours~~ | ~~0.50~~ | ~~Hours~~ | @ | ~~310.000~~ | ~~155.00~~ |
| Aptus Connect (set-up, testing, training, exhibit sharing & monitoring) | 1.00 | | @ | 295.000 | 295.00 |
| Production & Processing | 1.00 | | @ | 45.000 | 45.00 |
| Electronic Delivery – Standard deliverable | 1.00 | | @ | 25.000 | 25.00 |
| SALES TAX | | | | | 8.64 |
| **TOTAL DUE >>>** | | | | | ~~**$4,601.84**~~ |

$2,781.84
Video and technology fees struck per L.R. 54-3.5

Thank you, your business is greatly appreciated.
Customer is ultimately responsible for payment within our terms.

To pay by check, kindly mail to our corporate office indicated above.

To remit payment via ACH or wire transfer:
Mechanics Bank | Checking 0030013364 | Routing 325084426

To pay by credit card (plus 3% surcharge), visit our website and click the "Pay Online" link.
Effective May 1, we will no longer accept debit cards, but the option to pay by direct ACH will be available.
Virtual credit cards not accepted.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$4,601.84** |

OLS-57069

**Tax ID:** 27-4460942

# TAB 10(a)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PLAINTIFF'S NAME,<br>Plaintiff/s,<br>v.<br><br>DEFENDANT'S NAME,<br>Defendant/s. | Case No.:<br><br>**CIVIL STANDING ORDER** |

**PLEASE READ THIS ORDER CAREFULLY. IT GOVERNS THIS CASE AND DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES.**

This action has been assigned to Judge Fred W. Slaughter. Both the court and all counsel bear responsibility for the progress of litigation in this court. "Counsel," as used in this Order, includes parties appearing *pro se*.[1] To secure the just, speedy,

[1] The court does not exempt parties appearing *pro se* from compliance with the Federal Rules of Civil Procedure or the Local Rules. *See* Local Rules 1-3 and 83-2.2.3.

FWS_Chambers@cacd.uscourts.gov. The court will not consider a motion, stipulation, *ex parte* application, or other request for relief unless a compliant proposed order is received by email. A filing may be stricken for failure to timely comply.

**XI. Chambers Courtesy Copies**

Mandatory chambers copies of the following e-filed documents shall be delivered to Judge Slaughter's chambers copy box on the 10th Floor of the Ronald Reagan Federal Building and United States Courthouse in Santa Ana or sent via overnight mail: all motions and related documents (oppositions, replies, exhibits); *ex parte* applications (excluding *pro hac vice* applications) and related documents (oppositions and exhibits); and all pretrial documents.

Mandatory chambers copies must be delivered by noon following the date of filing as required by Local Rule 5-4.5.

Mandatory chambers copies of sealed documents shall be delivered to the Clerk's Office Intake window, to be placed in the court's internal mail box. If the mandatory chambers copy of a document is an inch or more thick, the filing party should place the court's copy in a three-ring binder (no blue backing is required).

**XII. *Ex Parte* Applications**

*Ex parte* applications are solely for extraordinary relief. To justify *ex parte* relief, there must be a showing of irreparable prejudice and that the moving party is without fault, or that the crisis occurred as a result of excusable neglect. *See Mission Power Engineering Co. v. Continental Casualty Co*., 883 F. Supp. 488, 492-93 (C. D. Cal. 1995).

The court directs counsel's attention to Local Rule 7-19. The court considers *ex parte* applications on the papers. Accordingly, counsel need not set *ex parte* applications for a hearing date. The other parties' opposition, or notice of non-opposition, to an *ex parte* application is due 24 hours after the other parties' receipt of

## XIX. Notice of This Order

Counsel for Plaintiff shall immediately serve this Order on all parties, including any new parties to the action. If this case came to the court by noticed removal, the Defendant shall serve this Order on all other parties.

**IT IS SO ORDERED.**

Dated: ________________

HONORABLE FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE

AMERICAN MESSENGER SERVICES, INC.
LEGAL COURIER & ATTORNEY SERVICE
3330 Market Street, Suite C • San Diego, CA 92102
Phone 1-866-444-0891 • INFO@AMSUNITED.COM

Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, CA 92101

Tax ID#: 37-1458039

Page: 2

| Invoice #: 534091624-617020 | Invoice Date: 09/16/2024 | | Amount Due: $ | $137.50 | |
|---|---|---|---|---|---|
| **Job#** | **Svc Type** | **Description** | | **Sub-Total** | **Total** |
| 617020<br>30-Aug | Fax/PDF De | Caller: Woody L. Doolittle Ref: 60675-002<br>Solomon Ward Seidenwurm & Smith, LLF Honorable Fred W. Slaughter<br>401 B Street 411 W 4th Street<br>San Diego, CA Santa Ana, CA<br>Description: Courtesy Copy - 27 Pgs/ 6 Tabs<br>Sign/Time: Delivered 11:10 AM<br>Documents: Response to Motion for Leave to File Amended Complaint; Declaration of Thomas of Landers<br>Case Info: 8:24-cv-00067-FWS-JDE Kimberlty Hudson-Bryant vs. OCMBC, Inc, dba Loanstream<br><br>Approved (66075-002) - Delivery of Courtesy Copy to Judge Slaughter of Response to Motion for Leave to Filed Amended Complaint | Base:<br>Return:<br>Wait:<br>Weight:<br>Chk Crg:<br>Fee Adv.: | $137.50<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | $137.50 |
| | | OLS-47821 | Total: | $137.50 | |

**Nationwide Legal, LLC**
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999 F (213) 249-9990
www.nationwideasap.com

NATIONWIDE LEGAL

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD40135 | May 13, 2026 | SD270562 |

Bill To:
**SOLOMON WARD SEIDENWURM SMITH LLP**
**401 B Street Suite 1200**
**San Diego, CA 92101**

**Woody Doolittle**
**(619) 231-0303**
**wdoolittle@swsslaw.com**
**REF: 66075-002**
**Case No: 8:24-cv-00067-FWS-JDE**
**Plaintiff: KIMBERLY HUDSON-BRYANT**
**Defendant: OCMBC, INC.**

Court: **UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
Case: **KIMBERLY HUDSON-BRYANT vs. OCMBC, INC.**
Summary: **Below is a link that contains all documents that need to be delivered to Judge Slaughter in the USDC, Central District of California, by 10:00 a.m. tomorrow, 5/13/26, per below instructions. (PLEASE SEE EMAIL FOR DETAILED PREP AND DELIVERY INSTRUCTIONS)**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| NWL Central Courts | | | 56.50 |
| PDF Page Count (Up to 200 pgs) | | | 120.00 |
| PDF Page Count (After 200 page) | | | 228.60 |
| Tabs | | | 27.50 |
| Binders | | | 39.00 |
| USB | | | 25.00 |
| Approved (66075-002) - Printing and Delivery of Courtesy Copies of Defendant's Opposition to Motion for Class Certification and Related Documents | | | |
| Description: Under Sealed delivered to the Intake Window & CC delivered to Slaughter's box<br>Documents: ECF Dkt Nos. 69, 70 and 71 | | | |
| | | TOTAL DUE | $ 496.60 |

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.


| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD40135 | May 13, 2026 | SD270562 |


Remit T

OLS-56572

**TOTAL DUE:** $ 496.60

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO **Nationwide Legal, LLC**

**Service Type: 064 - COURTESY COPY PDF**

Order#:SD270562-01/INVOICEPa

**Nationwide Legal, LLC**
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999 F (213) 249-9990
www.nationwideasap.com

NATIONWIDE LEGAL

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD40135 | June 5, 2026 | SD273807 |

Bill To:
**SOLOMON WARD SEIDENWURM SMITH LLP**
**401 B Street Suite 1200**
**San Diego, CA 92101**

**Woody Doolittle**
**(619) 231-0303**
**wdoolittle@swsslaw.com**
**REF: 66075-002**
**Case No: 8:24-cv-00067-FWS-JDE**
**Plaintiff: KIMBERLY HUDSON-BRYANT**
**Defendant: OCMBC, INC.**

Court: UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
Case: KIMBERLY HUDSON-BRYANT vs. OCMBC, INC.
Summary: ese documents need to be printed as is as is and delivered to the Clerk's Office intake window, to be placed in the court's internal mailbox. If the Chamber's copy is an inch or more thick, they should be placed in a three-ring binder. Please include at the front of the documents a copy of the attached ECF Notice confirming filing of the documents along with the email re delivery of these documents to opposing counsel.

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| NWL Central Courts | | | 56.50 |
| PDF Page Count (Up to 200 pgs) | | | 120.00 |
| PDF Page Count (After 200 page) | | | 108.00 |
| Tabs | | | 35.00 |
| Description: CC delivered to intake window<br>Documents: | | TOTAL DUE | $ 319.50 |

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.

OLS-57029



| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD40135 | June 5, 2026 | SD273807 |



Remit To:

Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015

**TOTAL DUE:** $ 319.50

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO **Nationwide Legal, LLC**

**Service Type: 064 - COURTESY COPY PDF** Order#:SD273807-01/INVOICEPa

10(a) c-1

**Nationwide Legal, LLC**
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999 F (213) 249-9990
www.nationwideasap.com

NATIONWIDE LEGAL

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD40135 | June 5, 2026 | SD273812 |

Bill To:
**SOLOMON WARD SEIDENWURM SMITH LLP**
**401 B Street Suite 1200**
**San Diego, CA 92101**

**Woody Doolittle**
**(619) 231-0303**
**wdoolittle@swsslaw.com**
**REF: 66075-002**
**Case No: 8:24-cv-67-FWS-JDE**
**Plaintiff: KIMBERLY HUDSON-BRYANT**
**Defendant: OCMBC, INC. D/B/A**

Court: UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
Case: KIMBERLY HUDSON-BRYANT vs. OCMBC, INC. D/B/A
Summary: Below is a link that contains all MOTION TO SEAL documents that need to be delivered to Judge Slaughter in the USDC, Central District of California, by COB today, per below instructions.1. These documents need to be printed, and the Native file marked as Ex. 1 needs to be downloaded to a flash drive and placed in a sealed envelope (we did not file a Notice of Lodgment for the Flashdrive). The attached ECF Notice should be attached to the sealed envelope on the outside. (SEE EMAIL)

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| NWL Central Courts | | | 95.00 |
| PDF Page Count (Up to 200 pgs) | | | 120.00 |
| PDF Page Count (After 200 page) | | | 26.10 |
| USB | | | 25.00 |
| Tabs | 11.00 | 1.25 | 13.75 |
| Description: CC delivered to intake window<br>Documents: See Attachment | | TOTAL DUE | $ 279.85 |

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.

OLS-57030

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD40135 | June 5, 2026 | SD273812 |

Remit To:
Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015

**TOTAL DUE:** $ 279.85

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO **Nationwide Legal, LLC**

**Service Type: 065 - COURTESY COPY-SPECIAL PDF** Order#:SD273812-01/INVOICEPa

10(a) d-1

**Nationwide Legal, LLC**
**1609 James M Wood Blvd. Los Angeles, CA 90015**
**Phone: (213) 249-9999 ~ Fax: (213) 249-9990**

DOCUMENT LIST ATTACHMENT

**CLIENT FILE #:** 66075-002 **DATE:** June 5, 2026

**SUBJECT:**

DKT 78 APPLICATION to file document Exhbits 1, 4, 6, 9 12, 13, 14 and 14 to MSJ under seal filed by Defendant OCMBC Inc.. (Attachments: # (1) Declaration, # (2) Declaration, # (3) Proposed Order, # (4) Proof of Service)(Landers, Thomas) ; DKT 79 SEALED DECLARATION IN SUPPORT OF APPLICATION to file document Exhbits 1, 4, 6, 9 12, 13, 14 and 14 to MSJ underseal[78] filed by Defendant OCMBC Inc.. (Attachments: # (1) Unredacted Document Exhibit 1, # (2) Unredacted DocumentExhibit 4, # (3) Unredacted Document Exhibit 9, # (4) Unredacted Document Exhibit 13)(Landers, Thomas) ; DKT 80 SEALED DECLARATION IN SUPPORT OF APPLICATION to file document Exhbits 1, 4, 6, 9 12, 13, 14 and 14 to MSJ underseal[78] filed by Defendant OCMBC Inc.. (Attachments: # (1) Unredacted Document Exhibit 6, # (2) Unredacted DocumentExhibit 12, # (3) Unredacted Document Exhibit 14, # (4) Unredacted Document Exhibit 15)(Landers, Thomas)

**First Legal Network**
P.O. Box 745087
Los Angeles, CA 90074-5087

TAX ID# 99-3169047

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 50215776 | 86049 |
| **Invoice Date** | **Total Due** |
| 6/23/26 | 40.25 |

Solomon Ward Seidenwurm & Smith LLP
Attn: SWSS Accounting
401 B Street, Suite 1200
San Diego, CA 92101

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 86049 | 50215776 | 6/23/26 | 40.25 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 6/18/26 | 15267110 | PDF | Solomon Ward Seidenwurm & Smith LLP, 401 B Street, SAN DIEGO CA 92101 — USDC-SANTA ANA, 411 WEST 4TH STREET, SANTA ANA CA 92701<br>Caller: Woody Doolittle<br>8:24-cv-67-FWS-JDE<br>KIMBERLY HUDSON-BRYANT v OCMBC INC<br>DOCS: REPLY TO RESPONSE TO OSC;DECLARATION<br>CHAMBERS COPIES TO<br>JUDGE SLAUGHTER<br>TODAY AT THE DROP<br>Signed: DELIVERED Ref: 66075-002 | Base Chg : 40.25 | 40.25 |
| PDF COURTESY DELIVERY | | | | | |

Approved (66075-002) - Courtesy copy delivery to Judge Slaughter of reply to response to OSC

OLS-57877

Total 40.25

**INVOICE PAYMENT DUE UPON RECEIPT**

10(a) e-1

**Nationwide Legal, LLC**
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999 F (213) 249-9990
www.nationwideasap.com

NATIONWIDE LEGAL

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD40135 | June 26, 2026 | SD276569 |

Woody Doolittle
(619) 231-0303
wdoolittle@swsslaw.com
REF: 66075-002
Case No: 8:24-cv-67-FWS-JDE
Plaintiff: KIMBERLY HUDSON-BRYANT
Defendant: OCMBC, INC

Bill To:
**SOLOMON WARD SEIDENWURM SMITH LLP**
**401 B Street Suite 1200**
**San Diego, CA 92101**

Court: UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
Case: KIMBERLY HUDSON-BRYANT vs. OCMBC, INC
Summary: I need to have a notebook prepared and delivered to the Mandatory Chambers copy box on the 10th floor of the Ronald Regan Federal Building in Santa Ana by 2:00 p.m. today, if possible.I've attached an index that is divided into two sections, 1-10 and 20 . Documents can be printed double-sided. Please also insert the first page of the document from tab 1 (Dkt. 91) on the outside of the binder.

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| NWL Central Courts | | | 95.00 |
| PDF Page Count (Up to 200 pgs) | 200.00 | .00 | 120.00 |
| PDF Page Count (After 200 page) | 384.00 | .00 | 115.20 |
| Tabs | 20.00 | .00 | 25.00 |
| Binders | 1.00 | .00 | 20.00 |
| OLS-58244 | | | |
| Description: CC delivered to Judge Slaughter's bin<br>Documents: 20 DOCS | | TOTAL DUE | $ 375.20 |

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD40135 | June 26, 2026 | SD276569 |

Remit To:

Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015

TOTAL DUE: $ 375.20

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO Nationwide Legal, LLC

Service Type: 065 - COURTESY COPY-SPECIAL PDF

Order#:SD276569-01/INVOICEPa

**Nationwide Legal, LLC**
1609 James M Wood Blvd., Los Angeles, CA 90015
T (213) 249-9999 F (213) 249-9990
www.nationwideasap.com

NATIONWIDE LEGAL

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD40135 | July 9, 2026 | SD278156 |

Bill To:
**SOLOMON WARD SEIDENWURM SMITH LLP**
**401 B Street 1200**
**San Diego, CA 92101**

**Woody Doolittle**
**(619) 231-0303**
**wdoolittle@swsslaw.com**
**REF: 66075-002**
**Case No: 8:24-cv-00067-FWS-JDE**
**Plaintiff: Kimberly Hudson-Bryant**
**Defendant: OCMBC, Inc.**

Court: **UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
Case: **Kimberly Hudson-Bryant vs. OCMBC, Inc.**
Summary: **Please plase Depo. Transcripts into a binder and deliver to the intake window by 2pm and have clerk place in Judge Slaughter's box. Please see index for the order documents need to be tabbed and place Doc. 96 outside the binder.**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| NWL Central Courts | | | 56.50 |
| PDF Page Count (Up to 200 pgs) | 200.00 | .00 | 120.00 |
| PDF Page Count (After 200 page) | 435.00 | .00 | 130.50 |
| Tabs | 5.00 | .00 | 6.25 |
| Binders | 1.00 | .00 | 20.00 |
| OLS-58225 | | | |
| Description: Binder delivered to the Intake Window<br>Documents: Joint Filing; Depo. Transcripts x5 | | TOTAL DUE | $ 333.25 |

Thank you for choosing Nationwide Legal, LLC!
For billing inquiries, please contact our Accounting Department at (213) 249-9999.

Approved (66075-002) - Preparation of binders of deposition transcripts and delivery to Judge Slaughter per his request

| ACCOUNT NO: | BILLING DATE: | INVOICE #: |
|---|---|---|
| SD40135 | July 9, 2026 | SD278156 |

**TOTAL DUE:** $ 333.25

Remit To:

Nationwide Legal, LLC
1609 James M Wood Blvd.
Los Angeles, CA 90015

1. PLEASE INCLUDE INVOICE NUMBER ON PAYMENT.
2. MAKE CHECKS PAYABLE TO **Nationwide Legal, LLC**

**Service Type: 064 - COURTESY COPY PDF** Order#:SD278156-01/INVOICEPa

**Woody L. Doolittle**

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Wednesday, July 8, 2026 12:15 PM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 8:24-cv-00067-FWS-JDE Kimberly Hudson-Bryant v. OCMBC Inc. Generic Text Only Entry |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

## Notice of Electronic Filing

The following transaction was entered on 7/8/2026 at 12:14 PM PDT and filed on 7/8/2026

| | |
|---|---|
| **Case Name:** | Kimberly Hudson-Bryant v. OCMBC Inc. |
| **Case Number:** | 8:24-cv-00067-FWS-JDE |
| **Filer:** | |
| **Document Number:** | 95 |

**Docket Text:**
**(IN CHAMBERS) ORDER by Judge Fred W. Slaughter: The fragmented format of the deposition transcript excerpts the court has received of the various depositions relevant to the pending motion for summary judgment has made the deposition testimony difficult for the court to efficiently review. The court ORDERS the parties to jointly file a full copy of each relevant deposition transcript to facilitate easier review by the court. The transcripts shall be filed on or before July 9, 2026, at 3:00 p.m. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (rrp) TEXT ONLY ENTRY**

**8:24-cv-00067-FWS-JDE Notice has been electronically mailed to:**

Adam Ray Scott ascott@swsslaw.com, nhuebner@swsslaw.com

Dana J Oliver dana@danaoliverlaw.com

Anthony I. Paronich anthony@paronichlaw.com, anthony.paronichlaw.com@recap.email

10(a) g-2

Thomas F Landers tlanders@swsslaw.com, ascott@swsslaw.com, wdoolittle@swsslaw.com, tlanders@ecf.courtdrive.com

Andrew R Perrong perronglaw@recap.email, a@perronglaw.com

**8:24-cv-00067-FWS-JDE Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**
Sean Roberts
1812 Port Abbey Place
Newport Beach CA 92660

THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
ADAM R. SCOTT [SBN 333706]
ascott@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant OCMBC, INC.
d/b/a LOANSTREAM MORTGAGE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,

Plaintiff,

v.

OCMBC, INC. D/B/A LOANSTREAM MORTGAGE, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS,

Defendants.

Case No. 8:24-cv-67-FWS-JDE

**JOINT FILING OF RELEVANT DEPOSITION TRANSCRIPTS FOR COURT REVIEW**

**FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED JULY 8, 2026**

Date: July 16, 2026
Time: 10:00 a.m.
Crtrm.: 10D

Judge: Hon. Fred W. Slaughter
Magistrate: Hon. John D. Early

Action Filed: January 11, 2024
Trial Date: October 27. 2026

Pursuant to Local Rule 79-5.2.2(c) and the instructions set forth in the Court's Order dated July 8, 2026 (Dkt. 95), Plaintiff Kimberly Hudson-Bryant and Defendant OCMBC, Inc. d/b/a LoanStream Mortgage jointly submit full and complete copies of the following deposition transcripts, under seal and without redactions[1], to facilitate the Court's review of Defendant's pending Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment (Dkt. 81):

- Deposition of Sean Roberts (02-21-25)
- Deposition of Cynthia Roberts (AM Session) (05-27-25)
- Deposition of Cynthia Roberts (PM Session) (05-27-25)
- Deposition of Kimberly Hudson-Bryant (03-26-26)
- Deposition of Serene Vernon (03-31-26)

DATED: July 9, 2026 PARONICH LAW, PC

By: */s/ Anthony L. Paronich*
ANTHONY L. PARONICH
Attorneys for Plaintiff
KIMBERLY HUDSON-BRYANT

DATED: July 9, 2026 PERRONG LAW LLC

By: */s/ Andrew R. Perrong*
ANDREW R. PERRONG
Attorneys for Plaintiff
KIMBERLY HUDSON-BRYANT

/ / /

/ / /

/ / /

[1] The transcripts are also being lodged without the referenced exhibits.

DATED: July 9, 2026

SOLOMON WARD SEIDENWURM & SMITH, LLP

By: */s/ Adam R. Scott*
THOMAS F. LANDERS
ADAM R. SCOTT
Attorneys for Defendant OCMBC, INC. d/b/a LOANSTREAM MORTGAGE

## ATTESTATION OF SIGNATURE

Pursuant to Central District Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Mr. Anthony L. Paronich and Mr. Andrew R. Perrong, counsel for Plaintiff in this action. I further certify that I obtained authorization from Mr. Paronich and Mr. Perrong, prior to affixing their electronic signatures to this document.

*/s/ Adam R. Scott*
ADAM R. SCOTT
Attorneys for Defendant,
OCMBC, INC. dba
LOANSTREAM MORTGAGE