Name Andrew Roman Perrong
Address 1669 Edgewood Road, Suite 218
City, State, Zip Yardley, PA 19067
Phone 215-225-5529
Fax 888-329-0305
E-Mail a@perronglaw.com

☐ FPD ☐ Appointed ☐ CJA ☐ Pro Per ☒ Retained

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT<br><br>PLAINTIFF(S),<br>v.<br>OCMBC, INC. D/B/A LOANSTREAM<br><br>DEFENDANT(S). | CASE NUMBER:<br>8:24-cv-67-FWS-JDE<br><br>**NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that KIMBERLY HUDSON-BRYANT hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
ECF No 110

☐ Other (specify):

Imposed or Filed on 8/11/2026. Entered on the docket in this action on 8/11/2026.

A copy of said judgment or order is attached hereto.

9/10/2026
Date

/s/ Andrew Roman Perrong
Signature
☐ Appellant/ProSe ☒ Counsel for Appellant ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).