# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

KIMBERLY HUDSON-BRYANT

Name(s) of counsel (if any):

Andrew Roman Perrong, Esq.
Anthony Paronich, Esq. and Alex Nicholas Jilizian, Esq.
Dana Oliver, Esq.

Address: 1669 Edgewood Road, Suite 218, Yardley, PA 19067

Telephone number(s): 215-225-5529

Email(s): a@perronglaw.com

Is counsel registered for Electronic Filing in the 9th Circuit? (●) Yes ( ) No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

OCMBC, INC. D/B/A LOANSTREAM

Name(s) of counsel (if any):

Adam R. Scott, Esq., Mei-Ying M Imanaka, Esq., Thomas F Landers, Jr., Esq.

Address: 401 B Street, Suite 1200 San Diego, California 92101

Telephone number(s): 619-231-0303

Email(s): ascott@swsslaw.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit? ○ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

---

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*