Dana Oliver
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone: (855)384-3262
Facsimile: (888)570-2021
Attorney for Plaintiff and Putative Class

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLY HUDSON-BRYANT, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>OCMBC, INC. D/B/A LOANSTREAM, PREMIER FINANCIAL MARKETING LLC D/B/A RESMO LENDING, AND SEAN ROBERTS<br><br>*Defendants* | Case No. 8:24-cv-67-FWS-JDE<br><br>**NOTICE OF LODGING OF JUDGMENT BEING APPEALED TO NOTICE OF APPEAL**<br>Judge: Hon. Fred W. Slaughter<br><br>Magistrate: Hon. John D. Early |

**NOTICE OF LODGING OF JUDGMENT BEING APPEALED TO NOTICE OF APPEAL**

The Plaintiff hereby files the attached copy of the judgment being appealed, ECF No. 110. The judgment was inadvertently omitted from the underlying Notice of Appeal, ECF No. 117.

Dated: September 10, 2026

*s/ANDREW ROMAN PERRONG*
ANDREW ROMAN PERRONG
a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all parties of record on the case.

Dated: September 10, 2026

*s/ANDREW ROMAN PERRONG*
ANDREW ROMAN PERRONG